1            UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK
2
- - - - - - - - - - - - - - - X
3
  UNITED STATES OF AMERICA,    :   03-CR-1382(NGG)
4                              :
                               :
5                              :
      -against-                :   United States Courthouse
6                              :   Brooklyn, New York
                               :
7                              :
                               :
8  BALDASSARE AMATO, STEPHEN   :   July 6, 2006
   LoCURTO, and ANTHONY        :   10:00 a.m.
9  BASILE,                     :
                               :
10         Defendants.
- - - - - - - - - - - - - - - X
11
          TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
12        BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
          UNITED STATES DISTRICT JUDGE, and a jury.
13
              A P P E A R A N C E S:
14
For the Government:  ROSLYNN R. MAUSKOPF, ESQ.
15                   United States Attorney
                     Eastern District of New York
16                      one Pierrepont Plaza
                        Brooklyn, New York 11201
17                   BY: JOHN BURETTA, ESQ.
                        JEFFREY A. GOLDBERG, ESQ.
18                      ANDREA GOLDBARG, ESQ.
                        Assistant United States Attorneys
19
For the Defendant:   DIARMUID WHITE, ESQ.
20                   BRENDON WHITE, ESQ.
                     For Defendant Amato
21

22

23

24

25

Appearances:  (Continued.)


                    HARRY C. BATCHELDER, JR., ESQ.
                    For Defendant LoCurto

                    GAIL LASER, ESQ.
                    RICHARD ROSENBERG, ESQ.
                    For Defendant Basile

Court Reporter: Anthony D. Frisolone, CSR, RMR, CRR, CRI
                Telephone: (718) 613-2487
                Facsimile: (718) 613-2694
                E-mail:    AFrisolone@aol.com

Proceedings recorded by computerized stenography.  Transcript
produced by Computer-aided Transcription.

1              (In open court; Parties present.)

2              THE COURT:  Case on trial.  Let's bring in the

3    defendants, please.

4              Appearances, please.

5              MR. BURETTA:  John Buretta, Andrea Goldbarg, and

6    Jeffrey Goldberg for the Government.

7              MR. WHITE:  Diarmuid White for Mr. Amato.

8              MR. BATCHELDER:  Harry C. Batchelder for defendant

9    Stephen LoCurto.

10

11             MS. LASER:  Gail Laser and Richard Rosenberg for

12   Anthony Basile.

13             THE COURT:  With respect to Juror No. 4, I was

14   advised by the marshal last night that Juror No. 4 was

15   admitted to the hospital for observation for at least

16   24 hours.  So, pursuant to our discussion of yesterday, I'm

17   replacing Juror No. 4 with Alternate No. 1 who becomes Juror

18   No. 4.

19             Is there any objection?  Hearing none it's so

20   ordered.  Let's have a side-bar for a moment.  Mr. Batchelder,

21   come up with your client.

22             MR. BATCHELDER:  Yes, Your Honor.

23             (Continued on next page.)

24

25

1      (Side-bar conference held on the record out of the

2  hearing of the jury.)

3      THE COURT:  Okay, Mr. LoCurto, you wanted to say

4  something.

5      MR. LoCURTO:  I would just like to read into the

6  record the two other expert witnesses, my expert witnesses, I

7  had given to Mr. Batchelder about a year ago instead of

8  Dr. DeForrest.  The first one being, I believe, Your Honor

9  signed something for him; his name is Herbert Leon McDonnell

10  and he's from the Lab of Forensic Science.  It's P.O. Box 1111

11  Corning, New York 14830.

12      The second forensic expert I gave to Mr. Batchelder

13  prior, about a year ago, was Stuart H. James, J-A-M-E-S.  He's

14  from James & Associates.  He works out of Fort Lauderdale,

15  Florida, 4800 Southwest 64th Avenue, Suite 105.  The zip code

16  was 33314.

17      I would also like to offer into evidence, if I may,

18  a copy of my CDL driver's license which has the doubles and

19  triples and all you need for a tractor trailer driver.

20      Also, I would like to offer which Mr. Batchelder has

21  informed me that he has in the office is on the back of my PSR

22  from the marijuana case which Your Honor was presiding at.  I

23  have a list from the IRS of all the years that I paid all the

24  taxes for all the jobs, the real jobs, that I had.

25      THE COURT:  Anything else?

1          MR. LoCURTO:  I think that's about it, Your Honor.

2          THE COURT:  The evidence record is closed for the

3     case, but I will take your documents and make it a Court

4     Exhibit so that it's part of the record.

5          Mr. Batchelder will provide me with that portion of

6     the prior pre-sentence report.

7          MR. BATCHELDER:  Yes.

8          THE COURT:  I'll include that also as a court

9     exhibit so that we have a complete record should there be a

10    conviction and you seek to appeal your conviction.

11         MR. LoCURTO:  Also to note that I did ask you to put

12    this in prior to me getting on the stand.

13         MR. BATCHELDER:  It's hearsay based on the PSR

14    report.

15         MR. LoCURTO:  It's from the IRS, sir.

16         THE COURT:  I understand your position and you've

17    made a record so that's fine.

18         Do you want to give that the first document to the

19    Court?  This is -- what is this again?

20         MR. LoCURTO:  This is my driver's license which

21    shows that it is a Commercial Driver's License, CDL, tanker

22    double-triple and my Hazmat which might have expired because

23    it is renewed every two years.

24         THE COURT:  Thank you very much, we will make this a

25    court exhibit. (Sidebar concludes.)

1          (In open court.)

2          THE COURT:  Next.  We provided counsel with a third

3  draft of the charge as to the law.  At the end of the day, if

4  you have any objections that you haven't already noted, we can

5  go over them.

6          MR. BATCHELDER:  Your Honor, could I have a hard

7  copy of that, please some time today?

8          THE COURT:  Does anyone else need a hard copy.

9          MS. LASER:  We'll take a hard copy.

10          THE COURT:  I'll just have some made this morning

11  and we'll distribute them.

12          Government, you received the latest charge?

13          MR. BURETTA:  Yes, we have, Your Honor.

14          THE COURT:  All right.

15          MR. BURETTA:  I noticed last night as well, Your

16  Honor, with respect to the revised indictment that we had sent

17  there was still one error and I e-mailed a new version this

18  morning.

19          THE COURT:  We have the new version.

20          MR. BURETTA:  Thank you.

21          THE WITNESS:  Thank you very much.  So, venue is

22  completely out of the indictment and it will be completely out

23  of the charge?

24          MR. BURETTA:  Thank you.

25          THE COURT:  Okay.  Anything else before we get

1  started?  Very well.  Let's bring in the jury.

2          (Pause.)

3          THE COURT:  I've also provided the parties with a

4  revised verdict sheet with the change that Mr. White and I

5  discussed yesterday.

6          (Pause.)

7          COURTROOM DEPUTY:  Jury entering.

8          (Jury enters courtroom at 10:21 a.m.)

9          THE COURT:  Please be seated.  Good morning, members

10 of the jury.

11         THE JURY: (Collectively)  Your good morning.

12         THE COURT:  Before we resume with closings, let me

13 just advise you with respect to Juror No. 4.  Last night, she

14 was admitted to the hospital simply for observation for

15 24 hours.  She seemed fine, but the doctors wanted to keep an

16 eye on her and so I excused her from the jury and I replaced

17 her with Alternate No. 1 who is now Juror No. 4 and we will

18 proceed accordingly.

19         The Government may continue with its closing

20 argument.

21         Mr. Goldberg, you may proceed.

22         MR. GOLDBERG:  Thank you, Your Honor.

23         Good morning, again, everyone.

24         THE JURY: (Collectively)  Good morning.

25         MR. GOLDBERG:  Thank you, thank you again for your

1   continued attention yesterday.  I know it was a bit hot

2   yesterday; it is cooler today.  At times it was uncomfortable

3   but we're making progress.

4           So, where do we stand?  Yesterday I explained that

5   there are four elements to RICO conspiracy which is the first

6   count in the indictment.

7           First, we proved that the Bonanno Organized Crime

8   Family exists;

9           Second, we proved that the Bonanno Organized Crime

10  Family has an effect on interstate and foreign commerce; and,

11          Third, we proved that each of these three defendants

12  was employed by or associated with the Bonanno Organized Crime

13  Family.

14          So, what's left?  We were talking about the fourth

15  element which is that each of these defendants agreed, it's a

16  conspiracy charge, agreed to participate in the conduct of the

17  affairs of the Bonanno Organized Crime Family.

18          We talked about one of the ways that we've shown.

19   That we've shown that by proving during this trial that they

20  committed the racketeering acts set forth in Count One.  We

21  got through three of those racketeering acts.  Racketeering

22  Act Number One, murder is and murder conspiracy of Joseph

23  Platia charged against Steven LoCurto;

24          We got through Racketeering Act Four, marijuana

25  distribution conspiracy charging Anthony Basile;

1      And we gotten through Racketeering Act Five,

2 marijuana distribution conspiracy as charged against Steven

3 LoCurto;

4      And we were in the process of talking about

5 Racketeering Act Six the murder and murder conspiracy of

6 Sebastiano, Sammy, DiFalco.  Before I continue with the

7 DiFalco murder, I want to make one important point about each

8 of the three murders charged within Count One:  Joseph Platia,

9 Sammy DiFalco and Robert Perrino.  When you get the verdict

10 sheet, you will see that for each of those three murders,

11 there are actually two questions that are asked.

12      Number one, did the defendant who is charged with

13 that murder conspire to commit that murder?  And number two,

14 did the defendant who is charged with that murder actually

15 participate in that murder?

16      The reason for that is because even though my fancy

17 chart here says murder, each of the murder charges Platia,

18 DiFalco and Perrino, actually charge conspiracy to commit

19 murder and the murder itself, and the judge will instruct you,

20 when you get charged on the law that if you find that the

21 defendant committed either of those two crimes:  Conspiracy to

22 murder or participation in the murder itself, then you must

23 find that the Government has proven that particular

24 racketeering act.

25      So, I want to make that clear.  And, by the way,

1  yesterday and today again, I've been summarizing parts of the

2  law but keep in mind that it's the judge who will instruct you

3  as to the details of the law and I don't expect him to tell

4  you anything different than what I tell you but if at any time

5  during the judge's instructions he says something that you

6  hear that's different from what I say, you listen to the

7  judge, not me.

8          Okay.  So, lets resume talking about Racketeering

9  Act Six, the murder and murder conspiracy of Sammy DiFalco.

10         What did we learn yesterday about the conspiracy to

11  murder Sammy DiFalco and the murder itself.  We learned a

12  number of things.  Number one, we learned that on Thursday,

13  February 27, 1992, Sammy DiFalco left his home around 10:30 or

14  11 o'clock in the morning to go to work at the restaurant,

15  Giannini's Restaurant.

16         What else did we learn?

17         Number two, we know that Sammy DiFalco left the

18  restaurant in the afternoon, some time between 4:30 and 5:30.

19  You'll recall that it was at 4:30 p.m. that Sammy called his

20  wife Nina from the restaurant and said "I'm coming home early,

21  I'll be home around 7:30."  You'll also remember that about an

22  hour later at 5:30, Nina DiFalco got a phone call from a

23  family friend who was looking for Sammy and said "I tried to

24  reach him at the restaurant.  He's gone, he's not there."  So

25  we know he left the restaurant between 4:30 and 5:30 p.m.  We

1  also know, ladies and gentlemen, that no one saw him alive

2  after that, he was missing at that point forward.

3          What else did we learn?  We learned that three weeks

4  later, on the night of March 18, 1992, three weeks later,

5  about three weeks later, March 18, 1992, at night Sammy

6  DiFalco was found at the Fleet Street Towing parking lot.  You

7  will recall that the car was found about a day before at the

8  Dunkin' Donuts parking lot and it was towed.  The police had

9  it towed to Fleet Street, they didn't know there was a body in

10 the trunk.  And we also learned yesterday that the autopsy

11 showed that Sammy DiFalco had been dead for days.

12         Yesterday, we also talked about the testimony of

13 Anthony Tabbita the man with the blue rim around his picture.

14 He pled guilty, he pled guilty to conspiring to kill Sammy

15 DiFalco, and he told you the same thing that he's been saying

16 for the past eight years:  That it was Baldassare Amato who

17 had ordered Sammy DiFalco killed.  Tabbita told you about two

18 plans:  One to show --

19         MR. WHITE:  Objection, Your Honor.

20         THE COURT:  Objection noted.

21         MR. GOLDBERG:  One to try and kill Sammy DiFalco in

22 the restaurant and one to try to lure him out of the

23 restaurant and into the vacant store that the DiFalco's owned,

24 66-20 Fresh Pond Road, right down the block from Cafe Giannini

25 controlled by Baldassare Amato.

1          Tabbita told you a lot about that location and other

2   witnesses did as well.  Tabbita told you how he and Vito Guzzo

3   who was also in on the plot actually went into Giannini

4   Restaurant, approached Sammy and Tabbita says, "Hey, Vito

5   Guzzo is interested in buying or renting the vacant store and

6   Sammy" --

7                MR. WHITE:  Your Honor, I object to the repetition.

8                THE COURT:  Objection noted.  You may continue.

9                MR. GOLDBERG:  And Sammy said, "You know what, here,

10  take the keys and you go."  Tabbita also told you that

11  Baldassare Amato and Sal Montana were right there in the

12  restaurant at the same table watching the whole thing and then

13  Tabbita went to jail and you know the murder occurred some

14  time after he went to jail.

15         We talked about how you know that Anthony Tabbita is

16  telling the truth.  We talked about Tabbita telling you about

17  the vacant store having a basement, that the Aiello's owned

18  it, that the DiFalco's were trying to rent it or sell it and

19  we've show you how it was proved by witnesses and the property

20  records.  We also talked about how Anthony Tabbita is

21  receiving no benefit for coming into court and talking about

22  this murder.

23         And we also told you that Tabbita's testimony is

24  perfectly corroborated by Salvatore Vitale.  Vitale told you

25  about a conversation he had with Joseph Massino who said that

1  Sammy DiFalco -- I'm sorry -- that Baldassare Amato had Sammy

2  DiFalco killed and Vitale also told you he had discussed with

3  Massino that the motive was money, a dispute over money, and

4  we discussed yesterday how Sal Vitale and Anthony Tabbita

5  don't know each other, they don't even know each other, and

6  they're saying the exact same things about who was responsible

7  for the murder and what the motive was and beyond that.

8         You heard Sal Vitale testify that Massino said that

9  after Baldassare Amato had Sammy DiFalco killed Baldassare

10  Amato hired Nina, Sammy's wife, to work in the restaurant and

11  Nina told you and Michael D'Avonzo told and you Giovanni

12  Anunziati told you that.

13         So we're back up to speed.

14         What else proves to you that Baldassare Amato is

15  guilty?  Baldassare Amato's own suspicious actions false

16  statements, inconsistent statements about Sammy's murder.

17  We're going to go through a few of them and they show you,

18  ladies and gentlemen, that Baldassare Amato knew he was guilty

19  and that he was trying to deflect attention from himself.  He

20  was trying to cover his tracks; he was trying to keep his ear

21  to the ground; he was trying to hide what he knew he did.

22         Do you remember late in the trial Detective John

23  Jacobsen, an ordinary fella, he came in from Florida.  He was

24  the person from the 106th Precinct, I'm sorry, yes, he was

25  from the 106th Precinct where the DiFalco's lived and he was

1   the person who fielded the missing persons report in the day

2   or two after Sammy went missing on February 27th, 1992.

3           You'll recall that he told you that on Sunday,

4   March 1st, Sammy went missing on Thursday, February 27th and

5   that year February has 29 days.  So, Thursday, February 27th

6   Sammy went missing.  On that Sunday, March 1st, John Jacobsen

7   went to the DiFalco residence as a standard practice to

8   interview the family and find out what they might know and

9   where Sammy might be.  He told you that this was a standard

10  practice when investigating missing persons that he would call

11  ahead.  He would call ahead and say, "Hey, I'm coming," so it

12  wasn't a surprise visit.  Nina DiFalco at least knew that

13  Detective John Jacobsen was coming by and anybody else who was

14  with Nina DiFalco at the residence therefore knew that John

15  Jacobsen was coming to interview Nina DiFalco about Sammy

16  DiFalco's disappearance.

17          And you remember who was there?  Do you remember who

18  was there on Sunday, March 1st?  Baldassare Amato was there.

19  The person who had ordered Sammy DiFalco killed was there at

20  the DiFalco residence just a few days after Sammy disappeared.

21  The person who had ordered Sammy DiFalco killed was there when

22  Detective John Jacobsen called ahead and said, "Hey I'm coming

23  to interview about the missing person."

24          Now, you may be saying to yourself, well, what's

25  wrong with that, Nina was upset Sammy was missing; Baldo knew

1  Sammy; Baldo knew Nina; he was keeping her company.  In

2  isolation that sounds fine but remember who Baldo Amato is and

3  what Baldassare Amato did:  He ordered the murder of Sammy

4  DiFalco.

5        Anthony Tabbita told you that.  He learned it

6  through the Sals:  Sal Montana and Little Sal, both associates

7  on record with Baldassare Amato and he brought in Vito Guzzo.

8        So, don't be fooled by the argument that Baldassare

9  Amato is merely there to provide some company.  Baldassare

10  Amato is there because he's listening and you remember what

11  John Jacobsen, the detective, told you about Baldassare

12  Amato's demeanor, about Baldassare Amato's demeanor when he

13  interviewed Nina DiFalco when John Jacobsen interviewed Nina

14  DiFalco.

15        Let's take a look at it.

16        "QUESTION:  During the time that you were asking

17  Nina DiFalco questions on March 1, 1992, where was this other

18  man you referred to a moment ago?"

19        "ANSWER:  He was very close to our vicinity.  We

20  were seated at a table and he was anywhere between two to five

21  feet away from us.

22        "QUESTION:  Did he appear to be listening to your

23  questions?"

24        "ANSWER:  Yes."

25        "QUESTION:  Did he appear to be interested in what

1   was being discussed?"

2           "ANSWER:  Yes."

3           "QUESTION:  At any point during your interview with

4   Nina DiFalco, did he leave the room?"

5           "ANSWER:  Not that I can recall."

6           Now, again, you may be saying to yourselves, well,

7   he's worried about Sammy, he's worried about Sammy.  I submit

8   to you that doesn't fly.  It's against common sense because

9   Baldassare Amato ordered Sammy DiFalco's murder and he was

10  involved in it.  Why is he there?  Why is he listening?  Why

11  isn't he giving them privacy?  Because he wants to know what

12  the police are asking; he wants to know what the police know.

13          And you'll remember that John Jacobsen, if there's

14  any evidence that supports this, it's the fact that John

15  Jacobsen, right after interviewing Nina DiFalco, said "Boy,

16  this guy is pretty interested in what's going on, I think I'll

17  ask him some questions.  So, John Jacobsen did; he asked

18  Baldassare Amato a few questions, too, and we'll talk about

19  the answers to those questions in a moment.

20          Now, that was Sunday March 1, 1992.  Baldassare

21  Amato was interviewed by the police again.  He was interviewed

22  by the police 18 days later on March 19, 1992, which is a

23  significant date, March, 1992, that was the day after, that

24  was the day after Sammy was found in the evening of March 18,

25  1992.

1          So, the very next day, the very next day Detective

2    Vormittag, remember Detective Vormittag, he went with

3    detective Ortiz and he went to Giannini Restaurant to

4    interview Baldassare Amato the very next day.  When did he go?

5    He said, and his report reflects this, that he went around

6    2:20 or 2:30 in the afternoon of March 19, 1992, and he

7    remembered this very well because he said this was the first

8    and only time he had been inside Giannini Restaurant.

9          Now, Vormittag, you'll recall he was an organized

10   crime investigator.  Detective Ortiz, who was from the 104th

11   Precinct, was not; so why is Vormittag there?  Vormittag is

12   there because he knows organized crime, he sort of

13   investigates organized crime.  Ortiz is not, Ortiz is a

14   non-organized crime detective.

15         So, Vormittag says I'm positive that that interview

16   was inside Giannini Restaurant, and you will recall that his

17   report, at the very beginning of the report, it says "present

18   at this command ."  I'm sure you remember, I'm sure Mr. White

19   cross-examined Mr. Vormittag about that, and I'm sure that

20   when Mr. White gets up and speaks to you he's going to argue

21   that what's inside that report is inaccurate because he

22   couldn't even get the place of the interview right.

23         I submit to you, ladies and gentlemen, that was

24   simply an oversight.  I submit to you what happened was

25   Detective Vormittag wrote the report, typed up the report at

1   the command, and so he's sort of rushing to get to the facts,

2   what did the guy say, and so he's sitting in the command.

3   Even though the interview was at Giannini, he remembers where

4   that interview was; he remembers where they were standing; he

5   remembers how he couldn't get past the front door; he

6   remembers how Baldassare Amato was standing there and looking

7   at him, and we'll talk about that in a second, but I submit to

8   you, ladies and gentlemen, that interview was, in fact, in

9   Giannini Restaurant and the report, very beginning of the

10  report, was standard language that Detective Vormittag

11  probably wrote a million times.  "Sitting here at the command

12  with interviewee."  But then he continues and he talks about

13  the details and I submit to you that he was accurate about the

14  details, the times, the dates, the things that Baldassare

15  Amato said.

16          In any event, Vormittag told you that he interviewed

17  Baldassare Amato for about 15 minutes and then he described

18  for you -- and this was at the restaurant -- he described for

19  you how the interview ended and you'll remember that Detective

20  Vormittag said, "At the end of my interview, I gave him my

21  business card, I gave my detective card, and I said, you know,

22  if there's anything that you hear give me a call."  And I'm

23  sure, I'm sure all of you remember this testimony.  I'm sure

24  you remember Detective Vormittag on the stand when I asked him

25  the following question.

1           "QUESTION:  What did you see when you gave

2    Baldassare Amato your business card and you told him if he

3    heard anything.  Explain to the jury, please?"

4           "ANSWER:  When I gave him the card I got a glance

5    from him, a stare, something like that (indicating).  Just

6    looked over his eyes at me and I just knew it was over."

7           I can't do it like he did it but you saw it and you

8    know what look he got."

9           "QUESTION:  How memorable was that look?"

10          "ANSWER:  I remember it quite well."

11          "QUESTION:  You said you knew it was over, explain

12   that?"

13          "ANSWER:  I just knew there would be no other

14   information forthcoming from Mr. Amato."

15          You know why there would be no other information

16   coming from Baldassare Amato.  You know why, ladies and

17   gentlemen.

18          So, what did Baldassare Amato tell the police on

19   March 1st at the DiFalco residence when John Jacobsen

20   interviewed Nina DiFalco and then interviewed Baldo and what

21   did Baldassare Amato tell William Vormittag, Detective

22   Vormittag, on March 19th, the day after Sammy's body was

23   found.

24          Let's look at that.

25          He told both Jacobsen and Vormittag that he was at

1   the restaurant that day.  He told both Jacobsen on March 1st

2   that, "I was at the restaurant."  And he told Detective

3   Vormittag "I was at the restaurant the day Sammy was missing,"

4   Thursday, February 27, 1992.  Was Baldassare Amato telling the

5   truth to the police?  Was Baldassare Amato telling the truth

6   when he told Detective Jacobsen just a few days after

7   March 27, 1992, that he was at the restaurant.  Was he telling

8   the truth when he told Detective Vormittag that he was at the

9   restaurant?

10          Let's look at Giovanni Anunziati's testimony.

11          "QUESTION:  I want to direct your attention to the

12   day that Sammy disappeared.  Were you working at the

13   restaurant that day?"

14          "ANSWER:  Yes, sir."

15          "QUESTION:  Was Baldassare Amato at the restaurant

16   that day?"

17          "ANSWER:  No."

18          What else did Baldassare Amato say to Detective

19   Vormittag on March 19th, the day after Sammy's body was found.

20   What did he tell Vormittag during the interview at Giannini

21   restaurant.

22          Let's take a look at it.

23          "Baldassare Amato advised that DiFalco was not

24   involved in any contraband, gambling or other activities

25   associated with organized crime."

1          Was Baldassare Amato telling Detective Vormittag the

2     truth about that last part, "not associated with organized

3     crime." "Not associated with organized crime." Well, you

4     know that that's not the truth. You know that Baldassare

5     Amato was lying to Detective Vormittag when he said that. Who

6     told you that? Who told you that? Witnesses who identified

7     Sammy DiFalco as a Bonanno associate on record with Baldassare

8     Amato. No less than five witnesses: Salvatore Vitale, Joseph

9     D'Amico, Anthony Tabitta, Frank Fiordolino, and John Carillo,

10    the very first witness in the case.

11         Was Baldassare Amato the made member of the Bonanno

12    Organized Crime Family for decades telling the truth when he

13    talked to Detective Vormittag on March 19, 1992? When the

14    judge instructs you on the law, he's going to tell you that if

15    you find, if you find that Baldassare Amato made a false

16    statement in order to divert suspicion from himself, you may

17    infer that Baldassare Amato believed and knew that he was

18    guilty.

19         Do you remember what else Baldo was telling people?

20    Not only to the police but to everyone else in the days

21    following Sammy's disappearance. Remember what else he was

22    telling everybody else about what he thought had happened to

23    Sammy DiFalco? He was telling people about Cathy Ventemeglia.

24    Remember Cathy Ventemeglia?

25         We called Nina DiFalco to the stand and we elicited

1   from her the fact, the painful fact, that Sammy DiFalco was

2   having an affair with Cathy Ventemeglia.  You'll remember the

3   anonymous letter, you'll remember the phone call we elicited.

4   We brought that out because we wanted you to have the whole

5   story.  Do you remember what Giovanni Anunziati --

6               MR. WHITE:  Objection to that last comment.

7               THE COURT:  Objection is noted.

8               MR. GOLDBERG:  Do you remember what Giovanni

9   Anunziati told you?  Again, he was working at Giannini's

10  Restaurant; he was the one that told you that Baldassare Amato

11  was not there that day, the day that Sammy went missing.

12              He said he talked to Baldassare Amato the day after

13  Sammy disappeared:  Friday, February 28, 1992.  He talked to

14  Baldassare Amato and do you remember what happened during that

15  conversation?  Let's take a look at it.

16              "QUESTION:  What did Baldassare Amato say to you and

17  what did you say to him?"

18              "ANSWER:  He asked me if I know anything about Sam,

19  because, the day before -- the night before, he never got

20  home, so Nina called and said:  "Sammy never got home;"  and

21  Baldo asked me if there was a number for somebody I know and

22  --"

23              "QUESTION:  Who is the "somebody"?

24              "ANSWER:  Cathy... and I go into the restaurant

25  office and Baldo said:  "Don't worry about it.  Don't worry

1    about it."

2          Baldassare Amato, brings up in a conversation with

3    Giovanni Anunziati, the day after Sammy disappears Baldassare

4    Amato brings up Cathy.  And when Giovanni Anunziati begins to

5    act on that information, Baldo interrupts him.  He said, "You

6    know what don't worry about it, don't worry about it."  Do you

7    remember Nina DiFalco's testimony on this point?  She said she

8    also spoke to Baldassare Amato a day or so after Sammy

9    disappeared and she knew, she knew for sure by then that Sammy

10   and Cathy had an affair.  But do you remember what Baldassare

11   Amato said to her when they spoke.  Let's look at that.

12         This is Nina DiFalco testifying.

13         "ANSWER:  I said:  "Baldo, I know about the affair,

14   please, let me know what is going on."

15         This is a woman who knows that her husband had been

16   having an affair.  She's imploring this man, Baldo Amato, to

17   tell her everything that he knows.  This is a man, Baldassare

18   Amato, who in the months preceding this conversation, had

19   ordered the killing of this woman's husband.  And, during what

20   Baldassare Amato said to Nina DiFalco after she asked him that

21   question.

22         "ANSWER:  I said, and I remember Baldo saying, your

23   husband met this girl Cathy and lost his head."

24         This is the man who ordered the murder of Sammy

25   DiFalco and he says, well, you know, there's this Cathy thing.

1  There's this Cathy thing.

2              Michael D'Avonzo, the head waiter at this

3  restaurant.  Michael D'Avonzo told you that he wasn't at the

4  restaurant the day of the disappearance.  You remember that he

5  had a family emergency, someone was ill, and Sammy said don't

6  come in Thursday, don't come in Friday, come in Saturday.  So,

7  Michael D'Avonzo finds out that Sammy has disappeared on

8  Saturday and he goes to the restaurant on Saturday,

9  February 29th and he has a conversation with Baldassare Amato.

10  Let's take a look at it.

11              "QUESTION:  What did Baldassare Amato say to you and

12  what did you say to him?"

13              "ANSWER:  He said:  "During what's happened here?"

14   I said:  "Yes, I found this this morning;"  and he said:

15  "What do you think?"  I said:  "I really don't know."  He

16  said:  "Do you think it's possible maybe he's with a girl,"

17  or, in other words, gone out on a tear, or something like

18  that; and I said:  "I don't think so."

19              And you'll recall that I asked on direct

20  examination.  I asked Michael D'Avonzo who it was that brought

21  up the notion of the girl of Cathy.

22              Do you remember what Michael D'Avonzo said?

23              "QUESTION:  I just want to be clear, when you were

24  describing the conversation between you and Baldassare Amato.

25  Who was it that mentioned a girl?"

1    "ANSWER:  I believe it was Baldassare Amato; I

2  believe so."

3    "QUESTION:  Is that something you would have

4  mentioned?"

5    "ANSWER:  I don't think so, no."

6    Baldassare Amato just didn't tell the people around

7  him at the restaurant and Sammy's wife about this Cathy idea.

8  Do you remember the interview with Detective Vormittag.

9  Again, the day after Sammy DiFalco was found, let's take a

10  look at that, March 19, 1992:  During the time of Amato's

11  employment, he knew that DiFalco had been involved with Cathy

12  and had been seeing her on a regular basis.

13    What else did he say to Detective Vormittag?

14    "ANSWER:  Amato did not recall when the

15  relationship started but knew that at some point during the

16  holidays," December 1991, "they broke it off, however, Cathy

17  would continue to call."

18    This is Baldassare Amato talking to Detective

19  Vormittag at Giannini's Restaurant on March 19th, the day

20  after Sammy was found.  What else did he say?

21    Baldassare Amato "recalled that there were several

22  calls to DiFalco from Cathy, and Amato stated the fact that

23  Cathy (last name unknown to Amato) would call DiFalco often.

24  At approximate 2:30 p.m. to 2:45 p.m. on February 27, 1992,

25  Amato recalled a telephone call to DiFalco from Cathy.

1    Finally, after this conversation was concluded,

2  DiFalco informed Amato that Cathy was going to break it off

3  again, but will meet me tonight.  There was no other

4  conversation in connection with this call that Amato had

5  knowledge of."

6    You know that what Baldassare Amato was saying about

7  the breakup happening over the holidays, December 1991, wasn't

8  true.  How do you know that?  You know that because of the

9  testimony of Michael D'Avonzo, the head waiter at the

10  restaurant.  And you will remember -- well, let's take a look

11  at that.  This is cross-examination by the way, this is

12  cross-examination by Mr. White.  He's trying to get Michael

13  D'Avonzo to say that the relationship had ended prior to the

14  murder."

15    "QUESTION:  Were you aware of the relationship

16  breaking off at any point?"

17    "ANSWER:  No."

18    "QUESTION:  In relation to Sam's disappearance, when

19  did Cathy stop coming to the restaurant?"

20    "ANSWER:  Pretty soon after his disappearance."

21    I submit to you Mr. White was a bit thrown off by

22  that.

23    "QUESTION:  Your answer is:  Cathy stopped coming to

24  the restaurant but only after Sam died?"

25    "ANSWER:  Yes."

1    I submit to you, ladies and gentlemen, that what

2 Baldo Amato was doing with respect to Cathy Ventemeglia was he

3 was trying to deflect attention from himself.  Baldassare

4 Amato wanted everyone else:  Nina DiFalco, Michael D'Avonzo,

5 Giovanni Anunziati, Detective Jacobsen, Detective Vormittag he

6 wanted everybody else to be looking in a different direction.

7 Look at the affair, look at the affair.  He was deflecting, he

8 was diverting, he was shifting attention from himself.  Why?

9 You know why, because he had Sammy DiFalco killed.

10    And he told the police that he was at the restaurant

11 even though that wasn't true because he was trying to create a

12 false alibi, he was trying to get people to think how could I

13 be involved?  I was there when he went missing.  What about

14 the things that Baldassare Amato did not say?  He was

15 interviewed twice by N.Y.P.D. Detectives Jacobsen and

16 Vormittag and on each occasion the detective gave Baldassare

17 Amato a business card.  Call me.  Listen.  Look.  Call me.

18 And both detectives told you they never heard word one as if

19 you couldn't predict that.

20    What are some of the things that Baldassare Amato

21 could have told the police?  There is a group of guys in the

22 neighborhood called the Ridgewood Boys and they're violent and

23 I've seen some of them and they come into Cafe Giannini and

24 these guys are bad guys.  Paul Ragusa, you might want to go

25 interview him.  Vito Guzzo, you might want to go interview

1   him.  Fabio Bartolotta, go interview view that guy.  Anthony

2   Tabbita, you might want to talk to that guy.

3            Did Baldassare Amato tell the police any of that,

4   no.  When Sammy DiFalco was found in the trunk of his only

5   daughter Francesca's car, did Baldassare Amato pick up the

6   phone, any phone, and call the police and say, you know, he

7   was found in the trunk of his daughter's car and that daughter

8   was dating a guy named Fabio Bartolotta, you might want to go

9   interview Fabio Bartolotta.  Did he do any of that?  No, he

10  did not.

11           What evidence, what else do we have that proves that

12  Sammy DiFalco not only conspired to commit the murder of Sammy

13  DiFalco but that he did, in fact, participate in the murder.

14           Do you remember Frank Fiordolino?  I'm sure you

15  remember Frank Fiordolino.  He was the witness who came in and

16  initially said he didn't want to testify but then he did.

17  We'll talk a lot more about Fiordolino's testimony when we get

18  to the gambling charges but he told you something about the

19  DiFalco murder.

20           (Continued on the next page.)

21

22

23

24

25

1          MR. GOLDBERG:   (Continuing) What he told you and

2     we'll get to it, what he told you flatly contradicts what

3     Mr. White wants you to believe about the relationship between

4     Baldo Amato and Sammy DiFalco.

5          Fiordilino's testimony reveals how Baldo Amato

6     really felt about Sammy DiFalco and it completely contradicts

7     the notion Baldo Amato would never be involved in a murder

8     conspiracy with the murder of DiFalco because Baldo Amato

9     likes Sammy, loves Sammy -- use adjective.

10          Do you remember what Frank Fiordilino told you?  He

11     told you he was walking home one day along Fresh Pond Road and

12     he remembered that it was the day, he said, this was the day

13     that Sammy's body was found which we can reasonably infer was

14     the next day, March 19th, 1992 because the conversation --

15     and we're about to talk about it --  happened in the middle of

16     the day.  The body was found at night.

17          You can infer when Frank Fiordilino tells you this

18     is the day Sammy's body was found, he's talking about this is

19     the day when everybody is talking about Sammy's body being

20     found, not March 18th, March 19th, the next day.  He told you

21     it was about 2:00 o'clock or 2:30 in the afternoon and he

22     remembered that because he was walking home from work and he

23     told you I used to work the morning shift, which apparently

24     ended at 2:00 o'clock or so.

25          Where is Baldo Amato?  Baldo Amato is parked quietly

1  by a fire hydrant, sitting in a car and Baldo Amato flags down

2  Frank Fiordilino.

3         Do you remember what Frank Fiordilino told you Baldo

4  Amato said at that point?  Let's look at it.

5         "QUESTION:   What did Baldo Amato ask you or say to

6  you, if anything," the day after Sammy DiFalco's dead body is

7  found?

8         "ANSWER:   He asked 'if any of the motherfuckers

9  passed by about that piece of shit.'"

10        "QUESTION:   When Baldo Amato was referring to the

11  "motherfuckers," who did you understand him to be referring

12  to?

13        "ANSWER:    He referred to the cops as

14  "motherfuckers." That's the way it was back then.

15        "QUESTION:   So your understanding is who was Baldo

16  referring to as "a piece of shit" in that conversation?

17        "ANSWER:    Sammy DiFalco."

18        Remember, Detective Vormittag told you he had

19  interviewed Baldo Amato at the Giannini Restaurant about 2:20,

20  2:30 in the afternoon on March 19th, 1992 for about

21  15 minutes?  This is the same day, ladies and gentlemen, this

22  is the same day Detective Vormittag interviews Baldo Amato at

23  the restaurant and then the same day --  the same day --

24  Frank Fiordilino has this conversation with Baldo Amato and

25  actually it's the same afternoon.  They're one right after

1   each other.

2          You know that from what Frank Fiordilino is saying,

3   referring to the cops.  There's activity.

4          His testimony, Frank Fiordilino's testimony, I

5   submit to you, on this point, was one of the most powerful

6   moments in this entire two-month trial.  So much so that

7   you'll remember on cross-examination Mr. White went right

8   after Frank Fiordilino on this point and he tried to get Frank

9   Fiordilino to trip up.  He tried to suggest to you that Frank

10  Fiordilino was making up this conversation, that it never

11  happened.

12         Do you remember that?  He asked Frank Fiordilino a

13  series of detailed questions.  I suggest to you what he was

14  doing, he was trying to trip up Frank Fiordilino.  What were

15  some of the things Mr. White asked Frank Fiordilino about that

16  day, about that conversation?

17         He asked Frank Fiordilino the directions of the

18  various streets that Frank Fiordilino was saying he was

19  walking around.  Which way does that go, west?  Does that go,

20  east?  Does it go north?  Does it go south?  Why is he asking

21  that?  He's testing Frank Fiordilino.

22         Another question, what side of the street were you

23  walking on, Frank Fiordilino?  What side of the street were

24  you walking on?  He asked him whether or not Baldo Amato had

25  actually waved down Frank Fiordilino.  He asked him whether

1   Baldo Amato's car was stopped at a light or parked by a fire

2   hydrant.  He asked Frank Fiordilino what side of the car

3   Fiordilino was on when he was talking to Baldo Amato, lots of

4   details he's asking.  He asked him what kind of car.  He asked

5   him whether the window to the car was rolled up or rolled

6   down.  He asked him how long the conversation lasted.  He

7   asked him was the conversation in Italian?  Was it in English?

8   He asked him whether Baldo Amato closed the window before

9   Baldo Amato drove away.

10          Frank Fiordilino was unphased.  You know why Frank

11  Fiordilino was unphased.  Because you know Frank Fiordilino

12  was telling the truth about that day and about that

13  conversation.  Mr. White tried to trip him up with one more

14  question -- one more question.  He said Mr. Frank Fiordilino,

15  is there anything else in particular you remember about that

16  day?  Is there anything else in particular you remember about

17  that day?

18          Do you remember what Frank Fiordilino answered in an

19  unguarded moment?  Remember what he answered?  It was snowing.

20  There was snow on the ground, March 19th, 1992.  Frank

21  Fiordilino on cross-examination says yeah, I remember it was

22  snowing.  There was snow on the ground.

23          Let's look at Frank Fiordilino's testimony.

24          "QUESTION:  Was there anything special about that

25  day to you personally?

1    "ANSWER:   Yes, it was snowing."

2    (Courtroom alarm sounds.)

3    "QUESTION:   It was snowing?

4    "ANSWER:   Yeah, there was snow on the ground."

5    Ladies and gentlemen --  your Honor?

6    (Courtroom alarm sounds.)

7    MR. GOLDBERG:   (Continuing) We were talking

8    about the conversation that Frank Fiordilino had with Baldo

9    Amato in the early afternoon of March 19th, 1992, the day

10   after Sammy's body was found and right after the time that

11   Detective Vormittag interviewed Baldo Amato.  Mr. White asked

12   a series of questions trying to trip up Frank Fiordilino and

13   then he asked one more question and Frank Fiordilino said

14   yeah, I remember something about that day also.  It was

15   snowing.  There was snow on the ground.

16   Was there snow on the ground on March 19th, 1992

17   like Frank Fiordilino told you from that witness stand?  Was

18   there snow on the ground on that day?

19   This was the court taking judicial notice.

20   "On March 18th, 1992, LaGuardia Airport in Queens,

21   New York, reported snowfall beginning at approximately 11:00

22   p.m. and continuing until about 7:00 p.m. on March 19th.

23   It was further reported that as of 2:00 p.m. in the

24   afternoon on March 19th, 1992, there were approximately six

25   inches of snow on the ground.

1        Lastly, there was no snowfall from March 1st through

2   March 17th, 1992, nor was there any snowfall on either

3   March 20th or 21."

4        Frank Fiordilino told you there was snow on the

5   ground.  You know that he was telling the truth.  There wasn't

6   any snow on the ground from March 1st all the way through the

7   evening of March 18 and then there's snow on the ground.  Then

8   there's no snow anymore.  The exact day that Frank Fiordilino

9   is talking about is the only day in that stretch of days that

10  has snow on the ground.  You know, ladies and gentlemen, that

11  that conversation between Frank Fiordilino and Baldo Amato

12  happened.  You know Frank Fiordilino is telling the truth when

13  he tells you I got flagged down by Baldo Amato on a snowy day,

14  the day after Sammy was found and Baldo Amato called Sammy

15  DiFalco a piece of shit.  You know he's telling the truth.

16       Use your common sense, ladies and gentlemen.  Baldo

17  Amato wouldn't refer to Sammy DiFalco, a man who had been

18  missing for weeks and just the night before had been found

19  stuffed in the back of a car, he wouldn't call that man a

20  piece of shit unless he was glad he was dead.

21       How did the defense respond to this mountain of

22  evidence?  During Mr. Whites cross-examination, one primary

23  defense emerged.  Let me talk briefly about it and let me tell

24  you why you can easily reject it.

25       He tried to suggest that Fabio Bartolotta was the

1  real killer and Fabio Bartolotta killed Sammy DiFalco because

2  Fabio Bartolotta was angry about the fact that Fabio and

3  Sammy's daughter, Francesca, had stopped dating.  The

4  evidence, ladies and gentlemen, shows you that this defense

5  theory makes no sense.

6          First, the evidence in the record is that Fabio

7  Bartolotta and Francesca DiFalco broke up two years before the

8  murder.  Remember what Nina DiFalco told you about the timing

9  of it all?

10         "QUESTION:   How old was Francesca when Fabio and

11 she stopped dating?

12         "ANSWER:   16.

13         "QUESTION:   1990?

14         "ANSWER:   Yes."

15         1990.

16         You recall that on cross-examination Mr. White honed

17 in on this fact.  He tried to get Nina DiFalco to say that the

18 breakup between Fabio Bartolotta and Nina DiFalco's daughter,

19 Francesca, had happened later, had happened closer to

20 February, 1992.

21         Do you remember that cross-examination?  Let's look

22 at it.

23         "QUESTION:   Just want to ask you a few questions

24 about Francesca dating Fabio Bartolotta.  How old was

25 Francesca about at that time?

1          "ANSWER:     15 and a half.

2          "QUESTION:    15 and a half.  And she was born in

3     1974?

4          "ANSWER:     Yes.

5          "QUESTION:    So this would have been '89, '90, or

6     so?"

7          Or so?  Nina DiFalco says "exactly."

8          In her direct testimony she says 1990.  They didn't

9     break up just before the murder.  Fabio Bartolotta and

10    Francesca DiFalco broke up two years before the murder.

11         How else do you know this defense theory doesn't

12    make any sense?  All of the evidence in this trial suggests

13    that Sammy DiFalco and Fabio Bartolotta had a good

14    relationship.  You recall that Nina DiFalco said that Fabio

15    Bartolotta viewed Sammy as a father figure.  That's the kind

16    of relationship they had.  They traveled to Italy together.

17    They liked each other.  Fabio Bartolotta looked to Sammy as

18    his father.

19         You'll recall that Nina DiFalco testified she wasn't

20    too keen on her daughter, Francesca, dating Fabio Bartolotta;

21    that she had a conversation with her husband, Sammy, about

22    that.  She said I don't feel comfortable with Fabio dating

23    Francesca.

24         You remember what Sammy told Nina?  Sammy told Nina,

25    it's all right, it's okay.  Sammy DiFalco supported the

1  relationship between Fabio Bartolotta and Francesca DiFalco.

2         Does it make any sense that Fabio Bartolotta would

3  want to kill the man who's his father figure, the man who

4  actually wants his daughter to keep dating Fabio Bartolotta?

5  It doesn't make any sense.  It doesn't make any sense, ladies

6  and gentlemen.  The relationship ended two years prior.

7         Mr. White, with regard to that defense theory, is

8  asking you to take a leap that is completely unsupported by

9  the evidence, is based purely on speculation.  I submit to

10  you, ladies and gentlemen, that the angry boyfriend defense

11  makes no sense, is no defense at all.

12         Ladies and gentlemen, Baldo Amato ordered Sal

13  Montana, Little Sal, Anthony Tabbita and Vito Guzzo to kill

14  Sammy DiFalco and he tried to carry out this order in the

15  restaurant on that day.

16         Baldo Amato was watching.  Baldo Amato was watching

17  that day from the same table when Sammy DiFalco surprisingly

18  said, you know what, take my keys.  Go look at the store.

19  Take my keys.

20         Anthony Tabbita went to jail.  Baldo Amato and his

21  associates then finished what he had started.  On

22  February 27th, 1992, he had Sammy DiFalco lured out of

23  Giannini Restaurant and it worked this time.  It worked this

24  time.  Baldo Amato had Sam DiFalco shot and killed and left in

25  a Brooklyn parking lot; that Baldo Amato quietly monitored the

1  entire situation.

2         A couple of days later, he listened carefully at the

3  DiFalco residence when the police interviewed Nina DiFalco and

4  then he lied to the police himself about being at the

5  restaurant on the day Sammy went missing.  Baldo Amato lied

6  again on March 19th, the day after Sammy was found, and then

7  he sat quietly and he watched.  He sat in that parked car and

8  he flagged down Frank Fiordilino and he showed his true

9  colors.  He showed his true feelings about Sammy DiFalco.  He

10  called him a piece of shit, and in the end the boss of the

11  Bonanno Organized Crime Family, Joseph Massino and the

12  underboss of the crime family, Sal Vitale, knew exactly what

13  happened.  Baldo Amato was responsible for conspiring to

14  murder and to murder Sammy DiFalco.

15         I submit to you, ladies and gentlemen, that we've

16  proven beyond a reasonable doubt that Sammy DiFalco committed

17  racketeering act number six; that Baldo Amato committed

18  racketeering act number six and that powerful evidence that he

19  agreed to participate in the conduct of the affairs of the

20  Bonanno Organized Crime Family with Bonanno associates and as

21  a Bonanno soldier.

22         The next racketeering act, ladies and gentlemen is

23  racketeering act --  we'll skip one, go to racketeering act

24  number eight which also charges Baldo Amato.  It's conspiracy

25  to rob Cafe Vienna.

1      I submit to you the evidence supporting this

2 racketeering act is overwhelming and cannot be challenged.

3 Cafe Vienna also tells us a great deal that shed a lot of

4 light on whether Anthony Tabbita was a truthful witness when

5 he took that stand and it teaches us a lot about how Baldo

6 Amato operates, using violence --  using violence -- to

7 eliminate threats to his illegal Bonanno profits.

8      How did we prove this racketeering act to you?  We

9 presented the testimony of Anthony Tabbita who actually

10 participated in the robbery.  We presented the testimony of

11 Antonino Pampalone who was one of the victims of the robbery

12 and you also heard from Detective Manny Gomez who was the

13 person who responded to the robbery call.

14      What did Anthony Tabbita tell you?  You recall that

15 Tabbita pled guilty to committing this robbery.  Let's look at

16 what he told you.

17      "QUESTION:  How did you become involved in Cafe

18 Vienna robbery, what happened?

19      "ANSWER:   Vito Guzzo came to me and said Baldo

20 Amato needs a coffee shop broken up and I put some of my

21 friends together.  I believe we did the robbery the same

22 night.

23      "QUESTION:   Did you have a discussion with Vito

24 Guzzo about why Baldo Amato wanted this coffee shop broken up?

25      "ANSWER:    Something to do with a soccer club.

1    "QUESTION:    What was wrong with Cafe Vienna having

2   a soccer club?

3        "ANSWER:    Instead of going to Giannini's, they

4   were going to Cafe Vienna.

5        "QUESTION:    They were diverting business?

6        "ANSWER:    Yes."

7        So, on Baldo Amato's orders, Anthony Tabbita and his

8   friends, mob associates like Vito Guzzo and Anthony Aiello who

9   later became a made member in the Bonanno Organized Crime

10  Family, gave Cafe Vienna a mob message, a Baldo Amato message.

11  Don't you dare compete with Baldo Amato's Cafe Giannini.

12  Don't you dare do anything that would take people away from my

13  cafe, away from my illegal gambling.  Don't you dare threaten

14  the profits of the of a Bonanno soldier.

15       Who else told you about the robbery?  You heard from

16  Antonino Pampalone, the victim, one of the victims.  He was in

17  the Cafe Vienna when Anthony Tabbita, Vito Guzzo, Anthony

18  Aiello and others stormed in.  He told you how he was forced

19  to the ground, dragged to the back of the room and robbed.

20  You remember his testimony?

21       "QUESTION:    What happened?

22       "ANSWER:    I was watching TV and I face to my left

23  and I see two guys come with masks and two guns.

24       "QUESTION:    Did they point the guns at you at all?

25       "ANSWER:    Yes, sir.

1      "QUESTION:   Were you scared?

2      "ANSWER:    Of course I was scared."

3          Many Gomez, the NYPD detective, also told you how

4  when he arrived at the scene, the place was a mess.  The place

5  had been broken up very bad.  He also told you they were

6  unable --  remember this --  they were unable to find any

7  fingerprints.

8          What else did Tabbita tell you?  Tabbita told you

9  that Baldo Amato, through Vito Guzzo, paid him money for this

10 piece of destructive handiwork.  Let's look at it.

11     "QUESTION:   You mentioned that you got $5,000 for

12 the Cafe Vienna robbery?

13     "ANSWER:    Yes.

14     "QUESTION:   Who was it from?

15     "ANSWER:    I was told it came from Baldo.

16     "QUESTION:   Who told you that?

17     "ANSWER:    Vito Guzzo.

18     "QUESTION:   What did he say the $5,000 was for?

19     "ANSWER:    Breaking up the coffee shop.

20     "QUESTION:   On behalf of Baldo Amato?

21     "ANSWER:    Yes."

22         Anything backing that up?  Anything backing up the

23 testimony of Anthony Tabbita how about Baldo Amato's guilty

24 plea in 2000 saying yes, I ordered Cafe Vienna robbed?  You

25 know Anthony Tabbita is telling the truth.

1    The evidence, ladies and gentlemen, on this is

2  airtight.  I submit to you we've proven beyond a reasonable

3  doubt that Baldo Amato committed racketeering act number

4  eight, the Cafe Vienna robbery conspiracy and this is further

5  evidence that Baldo Amato agreed to participate in the conduct

6  of the affairs of the Bonanno Organized Crime Family.

7    Before we move on to the next racketeering act, I'm

8  going to spend a Little Sal more time on Cafe Vienna because

9  Cafe Vienna, the racketeering act, is devastating evidence in

10  this case about Baldo Amato's involvement in the Bonanno

11  Organized Crime Family, about his participation in illegal

12  gambling operations and about Baldo Amato's use of violence to

13  settle money disputes.

14    What can we learn from the Cafe Vienna robbery?

15  Well, we can learn a lot of things H I want to focus you on

16  two main points.  First, the Cafe Vienna robbery demonstrates

17  that Anthony Tabbita was being truthful when he was on that

18  witness stand.

19    Second, the way the Cafe Vienna robbery was carried

20  out tells you a lot about how Baldo Amato operates.

21    So, what did Anthony Tabbita tell you and how you

22  know that he was a truthful witness when he was on the witness

23  stand?  Let's look at the first few things that Anthony

24  Tabbita told you about Cafe Vienna's robbery.  He said that

25  the robbery was carried out at night.  You know that Anthony

1   Tabbita was telling the truth.  Antonino Pampalone, one of the

2   robbery victims, told you the robbery occurred shortly after

3   10:30 p.m. Manny Gomez said the 911 call came in around 11:30

4   p.m. You know Anthony Tabbita was telling you the truth.

5           What else did Anthony Tabbita tell you about Cafe

6   Vienna?  Tabbita told you that two to three robbers, including

7   himself, entered Cafe Vienna first wearing ski masks and with

8   guns drawn.  Two patrons were in the front room.  Tabbita and

9   others pointed their guns and ordered the patrons to the back

10  room.

11          Was Anthony Tabbita telling you the truth?  Well, he

12  also told you about Vito Guzzo.

13          MR. ANDRES:   Anthony Tabbita entered and he pointed

14  the gun.  Let's look at Pampalone's testimony.

15          "QUESTION:   Was there anyone else in the front room

16  when you were there?

17              "ANSWER:   Myself, the worker and another customer.

18          "QUESTION:   Three of you?

19          "ANSWER:   Three of us.

20          "QUESTION:   Sir, what happened next?

21          "ANSWER:   I was watching TV, I faces to my left, I

22  see two guys come with masks and two guns." This is the

23  testimony of Antonino Pampalone as compared with the testimony

24  of Anthony Tabbita . Pampalone also told you:

25          "QUESTION:   What happened next?

1        "ANSWER:    Next what happened, they dragged me in

2   the front of the room to the back of the room and I was face

3   down, too."

4        You know Anthony Tabbita was being a truthful

5   witness.  What else did Anthony Tabbita tell you about the

6   Cafe Vienna robbery?

7        He told you that the patrons in the front complied.

8   The back room was full of patrons.  Tabbita and others ordered

9   everyone to the ground and then they robbed the patrons.  Was

10  Anthony Tabbita telling you the truth from that witness stand?

11  What did Pampalone, the robbery victim, tell you?

12       "QUESTION:   Were you able to determine if anybody

13  else was in the back room?

14       "ANSWER:    I would say about five, ten people.

15       "QUESTION:   Did they say anything about your watch?

16       "ANSWER:    They say if you have jewelry, if you

17  have money, if you have a watch, if you have a wallet, take

18  everything out.

19       "QUESTION:   Did you have a watch?

20       "ANSWER:    I had a watch and a $50 bill.

21       "QUESTION:   What did you do with your watch and the

22  $50 bill?

23       "ANSWER:    I put right in front of me on the floor.

24  They took it out, the watch and the money."

25       Is Anthony Tabbita telling the truth?

1    Was he a truthful witness backed up by the testimony

2  of someone else who was there?

3    What's the last thing that Anthony Tabbita told you

4  about the Cafe Vienna robbery?  That cafe was vandalized with

5  sledge hammers.  Was Anthony Tabbita a truthful witness in

6  this courtroom?  What did Manny Gomez, the detective, tell

7  you?

8    "QUESTION:   What was the condition of the rest of

9  the cafe?

10   "ANSWER:   When you first walked in, the counter

11 was smashed and a few of the tables were smashed in front.

12   "QUESTION:   What do you mean smashed?

13   "ANSWER:   Just broken, legs broken down, smashed

14 down.  The glass counters were smashed, glass all over the

15 place."

16   Was Anthony Tabbita telling you the truth?  You know

17 he was telling you the truth.  You know that he was being a

18 truthful witness.

19   Lastly, Anthony Tabbita told you something else,

20 that the robbery was ordered because Cafe Giannini had a

21 competing soccer club.  He told you about the motive.  Is

22 there any dependent evidence backing that up?

23   Photographs taken on the outside and the inside of

24 Cafe Giannini in July of 1997, the Cafe Vienna robbery was

25 March, 1997.  Photographs taken at the Cafe Giannini only four

1    months later, the very top Cafe Giannini sign, what does it

2    say at the very top?  Inter Club Moratti USA.  Soccer club.

3    Soccer club.  Inside the cafe there was a door.  We put this

4    up on the Elmo during the trial, it says Inter Club Moratti

5    USA.  Right below, you can't see it.  I'll read it.  Right

6    below it says members only.  You know Anthony Tabbita was

7    telling you the full truth, the whole truth when he talked to

8    you about Cafe Vienna.  You know that Anthony Tabbita was a

9    truthful witness during this trial.

10         The Cafe Vienna robbery also tells you a lot about

11   how Baldo Amato does business.  Let's look at some of the

12   things that the Cafe Vienna robbery teaches us.

13         First, Baldo Amato is willing to use violence to

14   resolve financial disputes.  The dispute in Cafe Vienna wasn't

15   about soccer, it was about money, it was about money, ladies

16   and gentlemen.  He was losing business.  He was losing money

17   to Cafe Vienna.  How did Baldo Amato deal with that?  Did he

18   advertise more?  Did he pass out flyers?  Did he talk to the

19   patrons, try to convince them to come to his cafe, to his

20   soccer club?  No, Baldo Amato resorted to violence.

21         What else does it teach us?  Baldo Amato is willing

22   to order others to commit violent crimes for him.  Baldo Amato

23   wasn't at the Cafe Vienna robbery.  He used others.  He used

24   associates.  He used his henchmen, Vito Guzzo, Anthony

25   Tabbita, others, Anthony Aiello.  Don't be fooled about

1  Mr. White's argument that Baldo Amato had nothing to do with

2  the Ridgewood Boys.  All of the evidence presented, Tabbita's

3  testimony, Fiordilino's testimony, Baldo Amato visiting

4  Anthony Tabbita in jail multiple times in the early 1990s,

5  Baldo Amato sitting down for these guys over the years, all of

6  that evidence shows that Baldo Amato knew these guys very well

7  and dealt with them all the time and vice versa.

8          What else does Cafe Vienna teach us?  Those who

9  commit violent crimes for Baldo Amato will not necessarily

10 have direct conversations with him about those crimes.  You

11 remember in Cafe Vienna and Anthony Tabbita was involved in

12 that, pled guilty to it.  He said he basically got all the

13 orders and the payment through Vito Guzzo.  He didn't really

14 talk to Baldo Amato directly about that crime.  What does that

15 tell you about the Sammy DiFalco murder?  Anthony Tabbita

16 didn't talk directly with Baldo Amato about that murder.  He

17 operated through associates, Sal Montana, Little Sal

18 beforehand.

19         Just because there are no fingerprints tying someone

20 to a crime scene does not mean that the person is innocent.

21 Manny Gomez, the Cafe Vienna NYPD police officer, told you

22 there were no fingerprints taken.  Yet, Baldo Amato was guilty

23 of that crime.  So, don't be fooled by the argument that I

24 expect you might hear with respect to DiFalco there are no

25 fingerprints tying anything to Baldo Amato.  He can't be

1    guilty because there's no fingerprints.

2           All this with the Cafe Vienna, it all sounds very

3    familiar, doesn't it?  This shows you even more how Baldo

4    Amato is in fact guilty of killing Sammy DiFalco.  Baldo Amato

5    killed Sammy DiFalco because there was a dispute over money.

6    Baldo Amato enlisted others in the DiFalco conspiracy to

7    murder, Vito Guzzo, Anthony Tabbita, Baldo Amato did not have

8    direct contact with everyone involved.  Tabbita told you he

9    got everything through Montana and Little Sal.  No

10   fingerprints putting Baldo Amato at the scene of the DiFalco

11   murder.  Yet we know he ordered it.  You know he's guilty of

12   it.  So, ladies and gentlemen, not only have we proven beyond

13   a reasonable doubt that Baldo Amato did in fact commit

14   racketeering act number eight, we have shown you through Cafe

15   Vienna how Anthony Tabbita was a truthful witness and how

16   Baldo Amato operates, carefully, violently and insulating

17   himself through the use of associates.

18           THE COURT:   I think we should take a short break.

19   Let's take a five minutes break.  All rise for the jury.

20           (Jury leaves courtroom.)

21           THE COURT:   We'll take five minutes and take lunch

22   at 1:00 o'clock.  Do you think you'll be done by 1:00 o'clock?

23              MR. GOLDBERG:   It's quite conceivable, but

24   close.  I'll try.

25           THE COURT:   Thank you.  (Continued on next page.)

1          (The following occurred in the absence of the jury.)

2          THE COURT:  All right.

3          MR. BURETTA:  May we have about three minutes?  We

4    are just cutting some things out so we can shorten it.

5          THE COURT:  For that I will give you three minutes.

6          MR. GOLDBERG:  I won't take that personally.

7          THE COURT:  No, don't.

8          (Pause.)

9          MR. BATCHELDER:  Your Honor, Mr. Locurto has another

10   application.

11         THE COURT:  Let's take a side bar.

12         Are you almost ready?

13         MR. GOLDBERG:  We are.

14         THE COURT:  Let's take a side bar.

15         Is everybody here?

16         (Side bar.)

17         MR. BATCHELDER:  Your Honor, Mr. Locurto has

18   requested concerning, based on the government's summation,

19   that Mr. Massino as a boss but not Mr. Massino as a

20   cooperator, or as -- as a cooperator, and he believes that we

21   should be allowed to refer to Mr. Massino during the summation

22   as a cooperator.

23         THE DEFENDANT LOCURTO:  Some type of government

24   agent.

25         MR. BATCHELDER:  He can perhaps expand on that.

1          THE DEFENDANT LOCURTO:  No.  Go ahead.

2          MR. BATCHELDER:  And that's what he wishes me to

3    bring to the Court's attention, especially since the

4    government has used conversations with Mr. Massino during the

5    summation as -- that he was a boss and he can be credited,

6    when in fact he is a cooperator at this point.

7          MR. BURETTA:  That fact is not in the record.  So it

8    would be inappropriate to refer to it.  The Court ruled on

9    that pretrial.

10         MR. BATCHELDER:  The Court also ruled on that I

11   think in the Basciano also.  I remember reading.

12         THE COURT:  Repeatedly.

13         MR. BATCHELDER:  Yes.

14         THE COURT:  The application is denied.

15         MR. BATCHELDER:  Thank you, sir.

16         THE COURT:  It is not part of the record.  I would

17   also point out that the alleged conversations involving

18   Mr. Massino, as far as I know, all took place prior to his

19   conviction in July of 2004, after a jury trial.

20         MR. BATCHELDER:  Thank you, Your Honor.

21         THE DEFENDANT LOCURTO:  Thank you.

22         (In open court.)

23         THE COURT:  Bring in the jury, please.

24         (Jury present.)

25         THE COURT:  Please be seated.  Please be seated.

1          All right, Mr. Goldberg, please continue.

2          MR. GOLDBERG:  Thank you, Your Honor.

3          All right.  We have four areas to go through, left.

4  I will do my darndest to get it done before lunch.

5          We have the Robert Perrino murder to talk about.  We

6  have Stephen Locurto's ecstasy dealing.  We have Anthony

7  Basil's loansharking, and then we have gambling charges.

8          So let's talk about the Robert Perrino murder, which

9  is racketeering act number seven in which both Baldo Amato and

10  Anthony Basile are charged.

11          This happened in May 1992, just a few months after

12  the Sammy DiFalco murder.  So who was Robert Perrino?  There

13  was plenty of testimony about the fact that Robert Perrino

14  worked at the New York Post and that he was in charge of the

15  deliveries and there was just as much testimony about the fact

16  that the Bonanno Organized Crime Family had its hooks in the

17  New York Post, making money in a variety of ways, a variety of

18  illegal ways, including through Robert Perrino, who was a

19  Bonanno associate.

20          Sal Vitale told you that the Bonanno Crime Family

21  had infiltrated the New York Post.  Joey D'Amico told you they

22  were making money in a variety of ways, including no-show

23  jobs.

24          You also learned that by 1991, the New York State

25  police was investigating the Bonanno Crime Family's influence

 1   over the New York Post.  You will remember not too long ago

 2   Terry Dwyer from the New York State police came in and he told

 3   you that in January 1992, just four months before Robert

 4   Perrino's murder, in January 1992, the New York State police

 5   executed search warrants at nine locations, including the

 6   residence of Robert Perrino.

 7          You heard from Nicki Laronga, Nicki Perrino Laronga,

 8   Robert Perrino's daughter.  She told you she remembered the

 9   search that day.

10          And what was found during the search?

11          Terry Dwyer told you that they found a number of

12   interesting documents.  First, you saw an article that Robert

13   Perrino had cut out about the murder of Tony Mirra, who was a

14   made guy in the Bonanno Family, and that was a murder that

15   Joseph D'Amico was involved in.  He pled guilty to it.  He

16   told you about it.  We showed you a New York Post pay stub for

17   a Tony Murro, M U R R O, and you will recall that Joseph

18   D'Amico was somewhat offended by that because the New York

19   Post was using that name -- the Bonanno Crime Family was using

20   that name to make money without telling him.

21          What else did Terry Dwyer and the New York State

22   police find in Robert Perrino's home?  They also found on Bob

23   Perrino New York Post stationery handwritten directions to

24   someone's house.  Whose house?  Sal Vitale's house.

25          They also found Robert Perrino's phone book, with a

1   number of entries of names you know by now.  Richie

2   Cantarella, Goldie, who is Duane Lisenheimer, a Bonanno

3   associate, and Tommy K.

4        Terry Dwyer also told you about a listening device,

5   a bug, that the New York State police had secretly installed

6   in Robert Perrino's office, the same bug that Joseph D'Amico

7   had told you about.  Remember what happened?  Dwyer said that

8   on February 10th, 1992, just two weeks before Sammy DiFalco

9   disappeared, by the way, the New York State police actually

10  went in and removed the bug from Robert Perrino's office and

11  there were people there when they did it.  Robert Perrino was

12  there.  Joey D'Amico was there.  He told you about this.

13  Richard Cantarella was there.

14        So we know that Robert Perrino and others in the

15  Bonanno Organized Crime Family knew that as of February 1992,

16  the investigation into the Bonanno Organized Crime Family's

17  influence over the New York Post was heating up.

18        Ladies and gentlemen, that's when a plan was hatched

19  to kill Robert Perrino.  Sal Vitale told you that those in the

20  Bonanno Organized Crime Family closest to the New York

21  portion, people like Richard Cantarella, became convinced that

22  Robert Perrino was a potential weak link.  They became

23  convinced that Robert Perrino was someone who, if indicted,

24  might cooperate with the authorities and expose all about --

25  expose everything about the Bonanno Organized Crime Family's

1   control over the New York Post.

2           So Sal Vitale told you that he talked about these

3   concerns with Anthony Spero, the consiglieri, and they made a

4   decision.  What was the decision?  The decision was that

5   Robert Perrino had to be killed.

6           So what happened next?  Sal Vitale explained to you

7   that the Bonanno Organized Crime Family had a splinter group

8   in Canada, in Canada, and Anthony Spero thought it would be a

9   good idea to bring in shooters from Canada, have them commit

10  the murder, and then head right back to Canada.

11          So Sal Vitale reached out to none other than George

12  from Canada, who you know to be Gerlando Sciascia.  He said

13  get me some shooters from Canada.

14          They had a meeting.  Sal Vitale had a meeting and

15  George from Canada said I'll be -- I will get back to you in

16  about a week.

17          So what happened the following week?  Sal Vitale and

18  George from Canada met at a diner, and do you remember who

19  else was with George from Canada at that meeting?

20          Question:  Tell the jury who said what at the Stage

21  Diner when you were there, when Baldo Amato was there and when

22  George from Canada was there.

23          Well, George said, quote, it was hard to get men

24  across the border from Canada, that they had a lot of heat

25  there.  So Baldo said he'll take care of it, and I talked to

1  Baldo, take Baldo.  Baldo turned around to me and says to me,

2  quote, Mr. Sal, I'll take care of it.  Don't worry about it.

3  You bring the guy and don't worry about it.  I'll take care of

4  it.  I'll kill him.

5          Is there any other independent evidence, by the way,

6  that Gerlando Sciascia, George from Canada, was close with

7  Baldo Amato?  Well, a lot of witnesses told you that.

8          You also saw prison visit records from after 2000,

9  more recent than 2000, where Sciascia family members are on

10  the visitor list, visitor authorization forms for Baldo Amato.

11  You remember some of those things.  They wrote family friend,

12  known him all my life.  That sort of thing.

13          You know the witnesses are telling you the truth

14  when they say that George from Canada was close with Baldo

15  Amato.

16          So what happens next?  Sal Vitale enlists Frank

17  Lino's crew for a murder location and for disposal of the body

18  itself.

19          Around that same time that Vitale secured Baldo

20  Amato as a shooter -- I'm sorry.  Frank Lino told how he and

21  his crew were at a wake.  Sal Vitale and Anthony Spero

22  approached Frank Lino and told Frank Lino that they wanted him

23  and his crew to find the place to commit a murder, to get rid

24  of the murder victim.  Lino explained to you that for the

25  disposal location, Robert Lino, Junior, and Robert Trimaldi,

1 who were close to Jimmy LaBate, an associate of the Gambino

2 Family, but who would help the Bonanno Family on this murder.

3 Robert Lino, Junior and Robert Trimaldi reached out to Jimmy

4 LaBate.  What did Jimmy LaBate have to offer?  Jimmy LaBate

5 had a yard in State Island with construction equipment, back

6 hoes and things like that.  They went to Frank Lino and they

7 said, Jimmy LaBate is willing to use his yard as a place to

8 get rid of the body.

9           Then Frank Lino also told you about where the murder

10 was going to occur.  Let's take a look at that.

11           Question:  How did you go about finding a place for

12 the murder itself?

13           Answer:  Well, when Robert Trimaldi and Robert Lino

14 told me about Jimmy LaBate, they said that the kid Anthony is

15 willing to lend us his club, it has a bar.

16           Question:  The kid Anthony, Anthony who?

17           Answer:  Basile.

18           Question:  What was the location that Anthony Basile

19 had?

20           Answer:  He had a place on 86th Street, between

21 20th Avenue and 19th Avenue.

22           Well, there has been a lot of testimony recently on

23 this.  We know that Anthony Basile had a bar.  On his defense

24 case, his witnesses told you that, but we also told you that.

25 You will remember the wiretap we played, where Anthony Basile

1   tells Fred Puglisi I am going to my bar.  So we know he had a

2   bar.  There is no dispute about that.

3           Ambrosino also told you that the murder occurred at

4   Basile's bar and that it was called Allie's.  This, of course,

5   was confirmed in the defense case, when you saw Allie's place.

6           So what happened next?  Well, you will remember that

7   Frank Lino told you that he had a face-to-face meeting with

8   Anthony Basile, a face-to-face meeting, and where was the

9   meeting?  At the Richlieu diner.  You will remember there was

10  cross-examination about this.  Why didn't you have it at the

11  social club?  Well, the Richlieu diner, as you know by now,

12  was right near Anthony Basile's bar.

13          Let's look at what was discussed.

14          Question:  What did you say to Anthony Basile and

15  what did he say to you?

16          Answer:  I said you are willing to lend us to use

17  your place for this killing, we're not going to do the killing

18  and I said our job is to leave the door open, whoever the

19  killer is will go in before.  Somebody is going to bring this

20  fellow to a meeting.  He's going to get killed and then we all

21  had to go there and get rid of the body.

22          Question:  Did Anthony Basile agree to use his bar

23  for the murder of Bobby Perrino?

24          Answer:  Yes.

25          There was one more piece of the plan.  Sal Vitale

GR      OCR      CM      CRR      CSR

1  explained to you how he approached Mikey Batts Cardello,

2  another captain and he enlisted him to be the person who would

3  walk Robert Perrino into Basile's bar.

4            When did the murder occur?  When did the murder

5  occur?  Well, there was plenty of testimony about this.  You

6  will remember the back and forth early in this trial when Sal

7  Vitale told you about his son's birthday and there was a

8  birthday party.  It was the birthday party on the day of his

9  birthday.  You will remember that back and forth, a lot of

10  cross-examination from Ms. Laser on that point.

11            But after hearing all of that and hearing all the

12  testimony in this trial, you know that Robert Perrino was

13  killed on Monday night, May 4, 1992.  Monday night, May 4,

14  1992.

15            How do you know that?  Well, you will remember Nicki

16  Laronga.  Robert Perrino's daughter.  She told that you she

17  had dinner with her father on the night of May 4, 1992, and

18  you will recall that she said Robert Perrino, her father, was

19  not himself, that he didn't even want to hold his new

20  grandson.

21            Let's take look at that testimony.

22            Question:  When your father Robert Perrino came to

23  dinner on May 4, 1992, what was his demeanor like?

24            Answer:  He was very quiet.  He was not himself.  He

25  definitely had a lot on his mind.  He didn't even want to hold

1  my son.  He just sat there watching television with my

2  daughter, with my daughter on his lap, and he never held his

3  grandson.  He just was not himself.

4      Nicki Laronga also told you important powerful

5  evidence.  She also told you that her father was in a rush to

6  leave after dinner, that he was going to a meeting in

7  Brooklyn, but that he was evasive when she asked him who he

8  was meeting with.

9      Nicki Laronga told that you her father left around

10  6:00 o'clock or 7:00 o'clock at night on Friday, May 4, 1992.

11  He was driving a Chevy --

12      MR. WHITE:  I object to the Friday, Your Honor.

13      MR. GOLDBERG:  I'm sorry.  Monday, May 4, 1992.

14      Laronga told you that her father left around 6:00

15  o'clock or 7:00 o'clock on Monday, May 4, 1992, that he was

16  driving his Chevy Blazer and that was the last time she ever

17  saw him.

18      The next day, May 5, 1992, she and her family filed

19  a missing persons report.  So we know that Robert Perrino was

20  killed on Monday night, sometime after 6:00 or 7:00 o'clock on

21  Monday, May 4, 1992.

22      Did anybody else tell you that?  Well, Frank Lino,

23  Frank Lino told you the murder was at night.  You know he was

24  telling the truth.

25      This is all consistent with what Frank Ambrosino

1   told you.  You will remember this posterboard.  It is

2   Government Exhibit 68.  These were photos from the christening

3   of Frank Ambrosino's son, June 12, 1992.  Ambrosino told you

4   that the murder occurred -- Frank Ambrosino was involved in

5   this murder -- that the murder occurred one month before the

6   christening.

7           Who is in these photos?  Robert Lino, Junior, Frank

8   Lino, Anthony Basile sitting right next to Frank Lino, Robert

9   Trimaldi, all people involved in the Robert Perrino murder.

10          Why is this significant?  It is significant for a

11  number of reasons.  First of all, it backs up Sal Vitale's

12  testimony when he told you about when the murder occurred.  He

13  said that I have a son who was born on May 3rd and I have a

14  son who was born on May 6th.  My wife planned a party for May

15  5th or May 4th, so I couldn't be there.  You know he was

16  telling the truth.

17          Second, remember the parking tickets, remember the

18  parking tickets?  A lot of discussion about the parking

19  tickets.  Robert Perrino's Chevy Blazer was ticketed three

20  times the morning after Monday night, May 4, 1992.  Where was

21  it ticketed?

22          Do you remember the testimony of the defense

23  investigator?

24          How far of a walk is it from where Robert Perrino's

25  car was ticketed on May 5, 1992, at 7:30 am, to Anthony

1  Basil's bar at 1972 86th Street, on the second floor?  How far

2  a walk is that?

3          Answer:  It is not far.

4          Question:  How long would it take to walk?

5          A minute.

6          So what happened on Monday night, May 4, 1992, how

7  was the murder carried out?

8          Well, we know from Frank Lino that Anthony Basile

9  was instructed to leave his bar unlocked so that the shooter

10  could get inside ahead -- I'm sorry -- the shooter could get

11  inside ahead of Mikey Batts Cardello and Robert Perrino, the

12  victim.

13          We also know from Frank Lino that he and Robert

14  Trimaldi were stationed at the Richlieu diner, waiting for a

15  call from Robert Lino, Junior, who was with Anthony Basile and

16  Frank Ambrosino.

17          You have the testimony of Frank Ambrosino.  Do you

18  remember what he told you?  Do you remember what happened when

19  he arrived at the bar?

20          Question:  What happened while you were sitting

21  outside Anthony Basile's bar?

22          Answer:  I'm looking around and I looked to the

23  front of Anthony's club and I see Baldo standing outside, and

24  I ducked down so that Baldo can't see me.

25          When you saw Baldo Amato, where was he?

1           Answer:  He was standing outside Anthony Basile's

2     club.

3           Question:  How sure are you that it was Baldo Amato

4     you saw?

5           Answer:  100 percent sure.

6           Now, let me pause for a moment, because you will

7     remember that Frank Lino's testimony and Frank Ambrosino's

8     testimony were slightly different on a couple of points.  They

9     remembered things differently.  You will remember that

10    Ambrosino said that he never went inside Anthony Basile's bar

11    that night, but Frank Lino told you that when he went inside

12    the bar, there were a bunch of people there.

13          Well, I expect the defense will make a big deal

14    about that.  There were a few other inconsistencies as well.

15    Lino knows he drove to Staten Island with D'Amico, but he

16    doesn't think he was involved in the Capacio disposal.  There

17    are some inconsistencies on that.

18          But I expect the defense will say, you know, these

19    are inconsistencies that show that these cooperating witnesses

20    weren't there, they are making all this up.

21          I want you to not be fooled by those arguments,

22    ladies and gentlemen.  What it really shows is that Frank Lino

23    and Frank Ambrosino, with respect to this murder, simply

24    remember what happened from fourteen years ago slightly

25    different.  Do they differ on who was involved?  Not a bit.

1   Do they differ on where the murder occurred?  Not a bit.  Do

2   they differ on how it went down?  Not a bit.

3           On the main points, ladies and gentlemen, they are

4   entirely consistent.  We know from our common sense, we know

5   from our everyday lives, that people remember things

6   differently.

7           If two people went to a wedding fourteen years ago

8   and then they are asked to talk about that wedding today, they

9   might remember differently what food was served, they might

10  remember differently what the band played.  But they won't

11  remember differently where the wedding was and who got

12  married.

13          So don't be fooled by the argument that just because

14  they don't remember things exactly the same way as somebody

15  else, that they are making it all up.  They are entirely

16  consistent on the main points.

17          So what happened?  Frank Lino explained that Robert

18  Lino, Junior got a call, quote, it was done, and that Robert

19  Perrino had in fact been killed.

20          Robert Lino, Junior in turn calls Frank Lino and

21  Robert Trimaldi at the diner to tell him to start the

22  cleanup -- time to start the cleanup.

23          Lino expected that -- explained that when he went in

24  he and Trimaldi go inside the bar and he was surprised by two

25  things.  He was surprised by the fact that Anthony Basile and

1  Robert Lino, Junior were already there, because he thought

2  they were going to be a little farther away, and he was also

3  startled by two other discoveries.

4          He told you that there was a gun on the ground and

5  he told you that Robert Perrino was still alive.

6          Let's talk for a moment about the guns.  Frank Lino

7  says I only saw one gun.  Frank Ambrosino tells you that

8  Robert Lino, Junior gave him two guns.

9          We know from the ballistics evidence that two

10 different guns were used to kill Robert Perrino.  Again, I

11 expect Mr. White to make a big deal of this.  I expect the

12 defense lawyers to say, Frank Lino doesn't know what he is

13 talking about.

14         I submit to you, it is much ado about nothing.

15         First, Frank Lino didn't say that there was only one

16 gun.  He simply said, he didn't see a second gun.  Remember,

17 Frank Lino got there after the other individuals got in.

18         So it is entirely consistent with Robert Lino,

19 Junior, having secured one of the guns already, and also Frank

20 Lino told you it was dark.

21         So don't be fooled by the argument that the one gun

22 versus two guns, everybody is making this all up; again,

23 people remember details like that differently.

24         On the main points, where it was, how it went down,

25 who was there, they are entirely consistent.

1      We all remember what happened next.  The icepick.

2  Robert Trimaldi takes an icepick and he plunges it into the

3  ear of Robert Perrino.

4      Treacherous, but that's not why we asked these

5  witnesses about it.  Why is it significant?  It is significant

6  because of the testimony of the medical examiner, Doctor

7  Hays, and the forensic pathologist -- anthropologist, Amy

8  Mundorff.  Do you remember what they told you?  They told you

9  that eleven years after the fact, they were able to determine

10  without question that not only was Robert Perrino shot in the

11  head, as the witnesses told you, but that a sharp object, like

12  an icepick, had been plunged into the side of Robert Perrino's

13  head.

14      The testimony of Amy Mundorff on that point, you

15  will remember the skeleton, the testimony of Amy Mundorff on

16  that point is compelling forensic evidence, evidence that none

17  of these cooperating witnesses even knows about.  That proves

18  to you that Frank Lino and the others who were involved in

19  this murder are telling the truth.

20      So what happens next?  Lino explains to you that he

21  goes outside to watch as a lookout while the others wrapped up

22  the body and brought it downstairs.

23      You remember what Frank Lino know said about how the

24  body was brought out?  He said it was brought out in a rug.

25  It was brought out in a rug.

1      Do you remember the testimony of Sue Ostrabinski?

2  She was the FBI evidence response person who talked about how

3  they unearthed Robert Perrino's body from underneath the

4  concrete?  What was found around the body?  She said carpet.

5      You know Frank Lino know is telling the truth.  You

6  know Frank Ambrosino is telling the truth.

7      So what happened next?  Frank Lino and Frank

8  Ambrosino told you how Robert Perrino's body was driven to

9  Staten Island and with the help of Jimmy LaBate buried deep in

10 the ground.

11     And you will remember what happened a few days after

12 the murder.  Sal Vitale and Frank Lino both told you that they

13 met to discuss how things went and a few notable things were

14 discussed.

15     First, you will remember that Frank Lino told Sal

16 Vitale that the next time you have a shooter kill someone,

17 make sure the guy is dead and make sure there are no guns

18 lying around.

19     The other thing they talked about was Anthony

20 Basile.  Sal Vitale knew him as the kid Anthony.  Frank Lino

21 knew him as a guy who was on record with him, who was in his

22 own crew.  They talked about prospects for membership,

23 prospects for formal membership in the crime family.

24     But Anthony Basile never had a chance to get made

25 because he was arrested.  You will remember that -- on drug

1   charges.  You will remember that Robert Lino, Junior was

2   nervous about Anthony Basile's arrest.  He was nervous that

3   Anthony Basile was weak and might cooperate.

4          So what did Robert Lino, Junior do?  He gets

5   together with Jimmy LaBate and they move the body.  Well,

6   notwithstanding that effort, Perrino's body was ultimately

7   found, buried under a slab of concrete.  We know it was Robert

8   Perrino's body because Doctor Redhead, Chester Redhead came in

9   and he showed you the slides of the dental records.  So we

10  know it was Robert Perrino.

11         Now, is there any evidence, is there any independent

12  evidence confirming the account of the cooperating witnesses

13  that Robert Perrino's body was moved?  That it was buried once

14  and then moved?  Amy Mundorff, the forensic anthropologist.

15  Do you remember what she told you?  She told you that there

16  were postmortem fractures found on Perrino's bones, fractures

17  that occurred well after, well after Robert Perrino had been

18  dead.

19         What's the significance of that?

20         Question:  Were there any parts of the body where

21  you found there had been fractures that occurred long after

22  the body had been dead?

23         Answer.  Yes, on the femurs, on the thigh bones.

24         Question:  These postmortem fractures long after the

25  body is dead, are those fractures consistent with damage

1   caused to the skeleton by a mechanical device, like a backhoe

2   being used to dig up a body and then reburied?

3          Answer:  Yes.

4          It all fits together, ladies and gentlemen.  It all

5   fits together.  The cooperating witnesses, the forensic

6   evidence, the dental records, it all fits together and it's

7   all consistent.

8          How did the defense respond to this mountain of

9   evidence?  Well, during cross-examination by Ms. Laser and

10  Mr. White, a few defenses emerged.  I want to touch upon them

11  briefly and explain to you why you can easily reject them.

12         First, you heard early in this trial Ms. Laser

13  cross-examining Salvatore Vitale, and I will call this defense

14  the lots of Anthonys defense.  Do you remember those

15  questions?  It was a long time ago.  She read off a list of

16  about a dozen or so members and associates of the Bonanno

17  Organized Crime Family whose first name is Anthony, suggesting

18  that somehow Sal Vitale was mixing up the kid Anthony, Anthony

19  Basile, whose last name he doesn't even know, with some other

20  Anthony.

21         Sounded pretty clever, pretty good at the time.  But

22  do you remember what Sal Vitale said on redirect examination?

23         Question:  Do you recall Ms. Laser asking you

24  questions about various Anthonys in the Bonanno organized

25  crime family?

1          Answer:  Yes.

2          Question:  How many Anthonys did Frank Lino tell you

3   participated in the Perrino murder?

4          Answer:  Just one.

5          Question:  Whose crew did Frank Lino say the Anthony

6   who participated in the Perrino murder was in?

7          Answer:  His crew, Frank Lino's crew.

8          We all know by now, after listening to Frank Lino's

9   testimony, Frank Ambrosino, Joey D'Amico's testimony, that the

10  Anthony involved in the Perrino murder was Anthony Basile,

11  that Anthony, not some other Anthony, that Anthony.

12         Frank Lino also told that you there was another

13  Anthony in his crew, Anthony Canale.  You saw a picture of him

14  a moment ago.  Don't be fooled by the Anthony Canale defense.

15  Frank Lino told you he wouldn't have Anthony Canale to

16  participate in a murder.  He did once and he didn't show up.

17  He doesn't own a bar called Allie's.

18         I submit to you, ladies and gentlemen, that the fact

19  that Ms. Laser has to resort to the lots of Anthonys defense

20  shows you something about how strong the evidence is against

21  Anthony Basile.

22         What was the other defense that you heard on

23  cross-examination?  I will call it the Lino After Hours Bar

24  Defense, that the murder actually occurred at Frank Lino's

25  after hours club, which is down the street on 86th.

1          Let's be very clear about that defense.  There is

2   absolutely no evidence in the record, no physical evidence, no

3   witness testimony supporting that theory.  Nothing.

4          It is contradicted, in fact, by numerous witnesses

5   who told you exactly where the murder happened.  In fact, all

6   of the evidence supports the witness' testimony that it was at

7   Basile's bar, not Lino's after hours club.

8          What did Frank Lino tell you?

9          Question:  Would you describe what the outside of

10  Anthony Basile's bar looked like?

11         Answer:  Well, outside I think you went up steps

12  to -- was a one-story building, and that's where Basile had

13  the bar and to the right of it I think there was a nail salon

14  or beauty salon.

15         Question:  You say a one-story building?  You had to

16  go up flights of stairs?

17         Answer:  Go up one flight and that's the -- then

18  there is the roof.  You don't go any further.

19         What did Joey D'Amico tell you?

20         Could you describe for us what Anthony Basile's bar

21  looked like?

22         Answer:  I believe you went, it was one long

23  staircase, started out at ground level.  It was next to a

24  storefront.  It was under the el on 86th Street and it was a

25  long, long staircase and then one of the apartments or one of

1  the doors was the club.

2          Question:  You said it was a long staircase?

3          Answer:  Staircase was long.  Instead of little

4  flights, it was a long, long staircase.

5          (Continued on next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       MR. GOLDBERG: (Continuing) This is

2   cross-examination.  This is cross-examination.  Did anyone

3   else tell you that Basile's bar was on the top of a nail salon

4   or a beauty salon?  Lots of witnesses did including Anthony

5   Basile's own witnesses.

6           And, did anyone else tell you about the flights of

7   stairs.  This cross-examination of Joey D'Amico; I submit was

8   designed to get you to believe there was maybe a different

9   stairwell, there were shifts in the stairs.  Do you remember

10  that?  Well, what about the testimony of one of Anthony

11  Basile's own witnesses, Mr. Fredella.

12          Let's look at his testimony.

13          "QUESTION:  It was one direct stair cause up to

14  Basile's bar?"

15          "ANSWER:  There were no turns, it was straight up."

16          You know Frank Lino is telling you the truth, he

17  know Joey D'Amico is telling you the truth about where this

18  murder occurred.  I submit to you that the Frank Lino

19  afterhours club defense is no defense at all and there's

20  nothing in the record supporting it and it should be rejected

21  out of hand.

22          Ladies and gentlemen, we have proven beyond a

23  reasonable doubt that both Baldo Amato and Anthony Basile

24  conspired to murder Robert Perrino and did, in fact,

25  participate in the murder of Robert Perrino, Racketeering Act

1  Seven, and that it's further powerful evidence that both of

2  those defendants agreed to participate in the conduct of the

3  affairs of the Bonanno Organized Crime Family.

4          So, let's move on Racketeering Act No. 9 charges

5  Steven LoCurto with Ecstacy distribution conspiracy in 1999.

6  This is another racketeering act where the defendant has

7  admitted committing the crime.

8          Steven LoCurto pled guilty to this act so you know

9  he's a drug dealer of Ecstacy.  What else do you know about

10 LoCurto's drug dealing?  You know he's doing it as a Bonanno

11 soldier, you know he's doing it with other Bonannos.  You

12 learned during this trial that he does Ecstacy transactions

13 with Gary Lane.  You heard about Gary Lane and Michael

14 McDonough, John Carillo explained that Gary Lane and Michael

15 McDonough are both Bonanno associates and Gary Lane and Steven

16 LoCurto are close to one another in the Ecstacy drug trade.

17         How do you know that you know it?  There are a

18 number of ways.  The drug tapes.  Remember the drug tapes?  Do

19 you remember what Gary Lane says about the $20 that was

20 shorted him, $20.  Remember that discussion?  He says "If I

21 would have known it was you Stevie, if I would have known it

22 was you."  What he's really saying there is if I had known you

23 were the person involved, you're a Bonanno soldier, I as a

24 Bonanno associate would not have made a big deal about the

25 shorting of the $20 because, ladies and gentlemen, that's what

1   Bonanno associates do for Bonanno soldiers.

2        You also know the relationship between Gary Lane and

3   Steven LoCurto is close because you see them at the same

4   wedding.  I'm not going to put it up again you, that wedding

5   photo, they're in the same wedding party.  Who else is in that

6   photo?  Again, Bonanno soldiers, Bonanno associates, the crew

7   of Anthony Graziano, T.G.

8        You also know Gary Lane another way.  How else do

9   you know Gary Lane?  May 9th, 1991, surveillance on Grand

10  Avenue in Queens and who's there?  Joe Camarano, Louie

11  Restivo, Robert Lino, Dwayne Lisenheimer, Vincent Basciano.

12  James Tartaglione, Patrick DeFilippo, Gary Lane, Ronald

13  Philicomo.  Both at Sal Vitale's social club on Grand Avenue

14  in Queens.

15       You remember Ronald Philicomo because Frank Lino

16  told you about him.  He told you that he was involved in

17  crimes with Ronald Philicomo and that Ronald Philicomo was

18  involved in the murder of Sonny Black, the person who was in

19  the photo a long time ago with Robert Copasio.

20       Ladies and gentlemen, these people, the people

21  dealing drugs, dealing Ecstacy.  Steven LoCurto dealing drugs

22  with other Bonanno soldiers and associates are not sitting

23  around playing Continental.  You also know that it was wasn't

24  a one shot deal.

25       Steven LoCurto wants you to believe with his

1   testimony that the Ecstacy was a one shot deal.  You know that

2   their drug dealing was widespread.  How do you know that?

3   Because of high dollars.  You saw the drug records.  You

4   remember this Government Exhibit 177-C, large numbers.  And,

5   you will remember Steven LoCurto's testimony on this, we've

6   talked about it before, but I submit to you that from the

7   beginning it was so false and why was it false?  It was false

8   because he knows he's guilty.  He knows he was doing a lot of

9   Ecstacy transactions as a Bonanno soldier and with Bonanno

10  soldiers and associates.

11          My colleague showed you this on the overhead 41,700

12  and he asked him whether he thought that was a big number.

13  Steven LoCurto wouldn't even admit to being able to see that

14  number.  "I don't know, there's no comma there."  "It looks

15  like 41 and then followed by 700."  I think that tells you a

16  lot about whether or not Steven LoCurto is guilty of this

17  racketeering act which he's already pled guilty to.

18          There's also that question and answer about the word

19  crew.  You remember that, we put it on the Elmo.  He wouldn't

20  even admit that this word C-r-e-w says crew.  "I don't know."

21  "I don't see where you're talking about."  I don't see a C, I

22  don't see an R, I don't see an E, I don't see a W.  You know

23  that Steven LoCurto is guilty of this racketeering act.  You

24  know it from he everything you've seen; you know it from his

25  testimony.

1          Ladies and gentlemen, we submit to you that we've

2    proven beyond a reasonable doubt Racketeering Act No. 9,

3    Ecstacy distribution conspiracy.  Further evidence.  Further

4    evidence that Steven LoCurto agreed to participate in the

5    conduct of the affairs of the Bonanno Organized Crime Family.

6          Let's talk about Racketeering Act Ten.  Loan

7    sharking conspiracy against Anthony Basile.  And this focuses

8    on activity in 2002 and 2003.  Loan sharking is another way of

9    saying extortionate extensions of credit.

10          You'll see this in the verdict sheet and in the jury

11    charge an extortionate extension of credit and an extortionate

12    collection of credit.  It's a very fancy legal way of saying

13    loan sharking, shylocking.  I submit to you, ladies and

14    gentlemen, that the evidence here is also straightforward.

15          Now, who told you that Anthony Basile was loan

16    sharking in 2002, 2003?  Well, a number of witnesses told you

17    that.  First we had the testimony of Frank Ambrosino who spoke

18    with Anthony Basile when he got out of jail.  You remember

19    this.  Do you remember what frank Ambrosino said, he had a

20    conversation with Anthony Basile.  Let's look at it.

21          "QUESTION:  What did you discuss with Anthony

22    Basile?"

23          "ANSWER:  We were talking about you know -- he was

24    happy he was out on the street and saying:  This is where I

25    like to be, not in; with friends, and stuff, and I asked him

1  -- you now, I said:  What have you been doing?  He says, well,

2  I got a few dollars on the street, and I'm bobbin' and

3  weaving."

4          "QUESTION:  When Anthony Basile said he had a few

5  dollars on the street what did you understand that to me?"

6          "ANSWER:  That he had money loaned out, shylocking."

7          "QUESTION:  In what year did Anthony Basile tell you

8  that he was shylocking?"

9          "ANSWER:  This was summer of 2002."

10          Frank Ambrosino wasn't the only one who told you

11  about Anthony Basile loansharking.  Let's look at the

12  testimony of another witness, Joseph D'Amico."

13          "QUESTION:  What was discussed?"

14          And you'll remember this was at Club 101.

15          "ANSWER:  How are you doing, how is everything, you

16  know just regular talk.  I started shooting, you know, just

17  talking to Anthony.  Anthony had told me he was sort of having

18  a problem with Richie Riccardi."

19          Remember Richie Riccardi?  Richie Riccardi was the

20  doorman at the murder of Robert Copasio.  At the time an

21  associate, now a soldier.

22          "Anthony told me was he was sorting having a problem

23  with Richard Riccardi.  John Lombardo."

24          Who is John Lombardo.  John Lombardo is one of Frank

25  Lino's associates.

1       "He had loaned John Lombardo some money and they

2   were trying to weasel out the money, not paying him, giving

3   him excuses, something to that effect."

4       "QUESTION:  What year did that discussion with

5   Anthony Basile had been?"

6       "ANSWER:  2002, 2003."

7       "QUESTION:  When Anthony Basile told you that he had

8   loaned money to John Lombardo what did you understand that to

9   mean?"

10      "ANSWER:  Basile had loaned Lombardo money and was

11  shylocking, loan sharking him."

12      Frank Lino also told you about these loans and his

13  testimony is confirmed by the prison records, the Nassau

14  County prison records that we introduced into evidence showing

15  that people are coming to see him:  Anthony Canali, Frank

16  Copa, Frank Lino, Philippo Rabito, Joe Amiduri, and who else,

17  John Lombardo.

18      You remember what Joseph D'Amico also told you about

19  Anthony Basile and his situation after he got out of prison.

20  Remember what he told you about Junior Chilli?  There was a

21  lot of testimony at the end of case about Junion Chilli.

22      "QUESTION:  What was said?"

23      "ANSWER:  I was happy to see him come home and we

24  exchanged greetings and "how is everything, how do you feel,

25  how is everything," blah, blah, blah and I asked him, "who did

1  they put you with, Anthony."

2      "QUESTION:  When you were at the Chinese restaurant,

3  and you asked Anthony Basile who he had been put with, what

4  did Basile say?"

5      "ANSWER:  He says they put him with Junior Chilli."

6      "QUESTION:  Anthony Basile told you he was but with

7  Junior Chilli, did Basile say why?"

8      "ANSWER:  Anthony told me he got along with Junior

9  in the can, they were in prison together, and he like Junior,

10  he was happy with him."

11      Frank Lino also told you about that.  He told that

12  you Basile and Junior Chilli met in prison.  Frank Ambrosino

13  also told you about that.

14      Let's look at his testimony, let's look at Frank

15  Ambrosino's testimony."

16      "QUESTION:  Do you know where Anthony Basile served

17  his prison sentence?"

18      "ANSWER:  One of the places was Allenwood."

19      "QUESTION:  Did you learn from other members or

20  associates of the Bonanno Organized Crime Family that other

21  Bonanno people were at Allenwood with Anthony Basile?"

22      "ANSWER:  Yes."

23      "QUESTION:  Who told you that?"

24      "ANSWER:  Robert Lino had told me."

25      "QUESTION:  What did Robert Lino tell you."

1          "ANSWER:  That Bruno Indellicato was there.  Junior

2   Chilli was there."

3          Are these witnesses tell telling you the truth?  Are

4   these witnesses telling you the truth?  Remember the testimony

5   in the last day of the Government's case, the people from the

6   Metropolitan Detention Center who put into evidence the

7   so-called "Sentry Reports," those are those logs that show

8   where people are in prison like dates and where exactly they

9   were.  Remember there was a gentleman here from Allenwood.

10  The records are in evidence, the records in evidence show that

11  Anthony Basile and Junior Chilli were in Allenwood together.

12  They were in Allenwood together from June 1996 to March 1999.

13  But not only that.

14          Not only did we put into evidence the fact that they

15  were in the same prison together, we put into evidence that

16  they were in the same unit within that prison together.  Unit

17  3-B, remember the schematic?  And not only the same unit, but

18  they were in cells that were a mere 60 feet apart and these

19  aren't cells like you see on TV.  These are cells with open

20  doors.  The inmates are allowed to walk around, they're

21  allowed to go into open other's cells.  You know these

22  witnesses are telling you the truth when they tell you that

23  Anthony Basile met Junion Chilli in prison and that's why they

24  became friendly and that's why when Anthony Basile got out of

25  prison he got put with Junior Chilli.  Powerful, corroborating

1   evidence that tells you that the cooperating witnesses are

2   telling you the truth.

3           How did the defense respond to the evidence about

4   Anthony Basile loan sharking in 2000, 2003.  Any defenses that

5   arose during the cross-examinations?  No, there were none.

6           Ladies and gentlemen, we submit to you that we've

7   proven beyond a reasonable doubt that Anthony Basile did, in

8   fact, commit Racketeering Act Ten, loan sharking conspiracy.

9   Further evidence that the defendant Anthony Basile agreed to

10  participate in the conduct of the affairs of the Bonanno

11  Organized Crime Family.

12          MR. GOLDBERG:  Your Honor, I think I have about

13  20 minutes if you don't mind I'm going to keep going.

14          THE COURT:  Keep going.

15          MR. GOLDBERG:  All right.  We're moving along in a

16  pretty good clip.  These are the crimes we've gone over.

17  These most recent crimes are crimes that we did sort of late

18  in the trial.  So, you'll forgive me if I race through things,

19  I would like to finish before lunch.

20          All right.  The final two racketeering acts are the

21  final two racketeering acts against Baldo Amato:  Joker Poker

22  and Baccarat.  And when I told you yesterday morning both of

23  these racketeering acts are also charged in counts two, three,

24  and four of the indictment.  So, when you talk about these

25  again we're hitting two birds with one stone.

1           What do we have for Racketeering Acts Two and Three?

2    First, we have to prove there was, in fact, an illegal

3    gambling business with regard to two, Joker Poker and with

4    regard to three, baccarat.  We have to prove that the this

5    operated for more than 30 days.  You've heard a lot of

6    testimony about how long these operations lasted or that it

7    made more than $2,000 in any one day.  You've heard about the

8    amounts of money that these gambling businesses have made and

9    we have to prove that five or more people including the

10   defendant, Baldo Amato, were involved in the operation.

11          Let's talk about Racketeering Act No. 2.  First of

12   all, you heard from William Vanderland, he's the FBI agent

13   that came from Texas and used to work in New York.  He

14   explained to you that Joker Poker machines not only Joker

15   Poker video machines but video machines such as Cherry Master

16   and Eight Liner and he explained to you that these machines

17   are big business, big money.

18          He told you about one machine, one Bonanno machine,

19   he had once seized and it had a counter showing the equivalent

20   of $25,000 and that was just one machine.  He also told you

21   how these Joker Poker machines can be rigged for illegal

22   activity.  He told you about the counter.  He told you about

23   the knock-off switch.  Remember the knock-off switch?  When

24   someone gets paid out they hit that switch and it returns to

25   zero.

1       So, who told you about Baldo Amato's involvement in

2  illegal Joker Poker machines?  Sal Vitale, former underboss

3  told us that Baldo Amato and Joe Massino were partners in that

4  Joker Poker business.  They had them in cafe Giannini and

5  Cesar Bonventre's old cafe and a number of other spots.

6       Vitale told that you Amato and Massino were together

7  at the MCC, the Metropolitan Correctional Center, that's in

8  Manhattan.  You at the same time put those records, those

9  prison records into evidence.

10      More corroborating evidence from Sal Vitale.  Sal

11  Vitale also told you about the kind of money that Baldo Amato

12  and the Bonanno Organized Crime Family was pulling in from

13  these Joker Poker machines.  Let's look at his testimony.

14      "QUESTION:  Did you learn how much money Baldo Amato

15  was making from those machines?"

16      "ANSWER:  It was being brought to me once a week,

17  while Mr. Massino was away."

18      "QUESTION:  You received money from the Joker Poker

19  machines?"

20      "ANSWER:  Yes."

21      "QUESTION:  How much money was being made a being on

22  these machines."

23      "ANSWER:  It varied, I would say anywhere from seven

24  to 8,000 to 10,000 to 11,000."

25      This is big business, ladies and gentlemen of the

1  jury, it's a silly name Joker Poker, but it's a serious

2  illegal gambling source for the Bonanno Organized Crime

3  Family.

4          Sal Vitale also told you how successful Baldo Amato,

5  how successful Baldo Amato was in his Joker Poker business.

6          "QUESTION:  Did Joe Massino say whether Baldo Amato

7  got profits from the Joker Poker machines?"

8          "ANSWER:  He said Baldo was making a fortune with

9  the machines."

10          Frank Lino took you back even farther.  Lino told

11  you about his own machines and told you about face-to-face

12  conversations about conversations he had with Baldo Amato and

13  Baldo Amato's Joker Poker machines in the late '80s and early

14  '90s.

15          Let's a look.

16          "QUESTION:  Did there come a time when you spoke to

17  Baldo Amato about the operation of Joker Poker machines?"

18          "ANSWER:  We were -- we just talked in general

19  saying how I was doing my machines and things like this."

20          "QUESTION:  And what would Baldo Amato say?"

21          "ANSWER:  Just how are you doing with your machines?

22  And I would say I'm all right because he had some machines out

23  himself."

24          Joey D'Amico also told you about Baldo Amato's Joker

25  Poker machines.  I'm not going to read this whole slide, but

1   let me just tell you last part.  "Baldo Amato was a made
2   member of the Bonanno Crime Family with whom those machines
3   were tee with."
4           Talking about the machine at Cafe Giannini.  You
5   know that by now, ladies and gentlemen.
6           And, Anthony Tabbita, looking at the slide quickly,
7   he told you he went into Cafe Giannini all the time and there
8   were Joker Poker machines, they were illegal.
9           The evidence, ladies and gentlemen, is overwhelming
10  and we haven't even talked about Frank Fiordolino.  Remember
11  frank Fiordolino?  He was the guy who was working at all of
12  these cafes in this area.  He was the guy closest to these
13  businesses.  He gave you a lot of detailed testimony.  I'm not
14  going to go through all of it, but he gave you a lot of
15  detailed testimony about how much money is being made at the
16  various spots.
17          Nino's MIstretta told you that Baldo Amato was
18  making between 15,000 to $25,000 a week, a week.  Cafe
19  Giannini's, $12,000, $15,000 a week.  And Frank Fiordolino
20  also told you something that's important for the statute and
21  that is there were, in fact, more than five people involved in
22  these gambling businesses.
23          He told you about Tony Green who used to pick up
24  money; talked about doing the route.  Sal Montana picked up
25  money and all the people who were involved in controlling

1    these locations who got a piece of the action.

2            So, was there any independent evidence supporting

3    the witnesses' testimony?  Plenty.  We put into evidence no

4    less, it may have seemed boring at the time, but no less than

5    six raids, six searches of these Joker Poker locations.

6            Quickly, I'm going to show you some pictures.  You

7    remember January, 1991 this is Cafe Giannini.  What's in the

8    bottom left corner, a Joker Poker machine.

9            By the way, you know the tables here, you notice

10   what the tables look like?  Do they bear any resemblance to

11   the tables that were in the original Cafe Giannini that was

12   part of Giannini Restaurant.  Of course they do, they're the

13   exact same tables.  It all ties in together, ladies and

14   gentlemen, it all ties in together.

15           I'm not going to go through all the raids, you saw

16   lots of pictures, you saw lots of evidence supporting what the

17   cooperating witnesses told you.  They told you there was

18   illegal Joker Poker going on.  They told you that Baldo Amato

19   controlled it and made money from it and you saw the evidence.

20           You saw the evidence in photos and you were able to

21   hold it in your hand.  Let's move on to baccarat, all right?

22           Now, what do we have to prove?  Same thing as Joker

23   Poker, that there was an illegal gambling business, that it

24   was making all kinds of money, that it was operating for a

25   period of time, and that there were more than five people

1   including the defendant, Baldo Amato.  And by the way, let me

2   take a step back.  I expect one of the things you'll hear from

3   Mr. White is Baldo Amato was not involved in these businesses

4   because he was never there when the places are raided, you

5   don't have any photos of him taking money from the Joker Poker

6   machine.

7            I submit to you, ladies and gentlemen, that after

8   two months and 70 witnesses, people who told you how the

9   Bonanno Organized Crime Family works, people who told you how

10  Baldo Amato works that you another better.  You know better

11  than that defense.  You know that a made guy is not the guy

12  hitting the knock-off switch; you know that the made guy is

13  not the guy serving the coffee.  You know that the made guy is

14  not the guys necessarily doing the route; and yet, the made

15  guy's profiting and he's involved so don't be fooled by that

16  defense.

17           Baccarat, you heard that the baccarat game is a

18  joint venture of sorts between the Bonanno Crime Family and

19  the Gambino Crime Family and it happens, it's seasonal.  It

20  happens at the end of the year and goes into the beginning of

21  the year.  It moves around from cafe to cafe and the location

22  is selected by the bosses, the bosses of the Bonanno Crime

23  Family and the Gambino Crime Family.  And you recall that in

24  1990 and 1991 those seasons actually extended to 1992 at Cafe

25  Giannini and you heard that it's big business.

1          You heard that they start around midnight and they

2     go into the wee hours and everybody comes to it because if you

3     go to some place else, they'll break the place up.  And you

4     also learned that the people who are profiting aren't

5     necessarily there.

6          Again, I expect Mr. White to say no witness said

7     that they saw Baldo Amato at the table or at opening

8     ceremonies, things like that.

9          You know better, ladies and gentlemen, you know

10    better based on what all of the witnesses have told you and

11    you know better about Baldo Amato and how he operates.

12         And you heard from Frank Fiordolino.  Frank

13    Fiordolino is the coffee boy, but he's sort of more than that.

14    Same guy.  He's sort of an encyclopedia of everything that

15    went on in these coffee shops.  I mean, he doesn't know

16    everything but he was there.  He explained to you how the

17    baccarat game went from this place to that place; he explained

18    that they were at Cafe Divio, Cafe Tropical, Cafe Village,

19    Cafe Milan Sport.

20         Again, you saw the raids, you saw the evidence, the

21    hard evidence backing up the witness's testimony you saw

22    baccarat tables.  You now Sandro Ioso who was one the point

23    guys, the made guy, in the Bonanno Organized Crime Family.

24         This is big business, ladies and gentlemen, and then

25    you saw the tools of the trade.  Tools of the criminal trade

1   the tools of the illegal gambling trade.  It's a shoe, but Sal

2   Vitale told you about this shoe, the shoe gets passed around.

3   This means money, this means illegal money.  This lines the

4   pocket of Baldo Amato and the Bonanno Organized Crime Family.

5   You know the cooperating witnesses are telling you the truth

6   about these games and who controlled them.

7           I submit to you, ladies and gentlemen, that we have

8   proven beyond a reasonable doubt not only that Baldo Amato

9   committed Racketeering Act Two and Three but that he's guilty

10  of Counts Two, Three, and Four in the indictment.  And I

11  submit to you it's further evidence that Baldo Amato agreed to

12  participate in the conduct of the affairs of the Bonanno

13  Organized Crime Family.

14          So where does that leave us, ladies and gentlemen?

15  Where does that leave us?

16          I have spoken for a long time.  We have gone through

17  a lot of evidence, I didn't have time to go through all the

18  evidence.  We would be here for a very long time.  You have

19  been gracious in listening to a lot of details and paying

20  attention and I thank you for that.

21          But before I conclude my remarks I want to bring you

22  back.  I want to bring you back to when Lorraine Platia took

23  that stand and I want to bring you back to when Nina DiFalco

24  took that stand and I want to bring you back to when Nikki

25  Perrino Larranga took that stand.

1    They bravely walked into this courtroom and they

2  told you about how they said good-bye to their uncle.

3        MS. LASER:  Objection, Your Honor.

4        THE COURT:  Overruled.

5        MR. GOLDBERG:  They told you how they said good-bye

6  to their uncle, their husband, their father and they told you

7  how they never saw those individuals alive again.  This is not

8  for sympathy, I don't bring this up for sympathy.  I bring it

9  up because they're the brutal facts, the brutal facts that

10  help establish the defendant's guilt and they're the brutal

11  facts of this case.  The evidence on the three murders, ladies

12  and gentlemen, I submit to you, is overwhelming.  The

13  defendants are guilty of their respective charges.

14        All of the evidence in this case when taken

15  together, two months of it, proves beyond a reasonable doubt

16  not only the gambling charges that we just discussed, but four

17  other indisputable facts, yes, facts.

18        Number one, that the Bonanno Organized Crime Family

19  does, in fact, exist.

20        Number two, that the Bonanno Organized Crime Family

21  has an effect on interstate or foreign commerce.

22        Number three, that each of the defendants behind me

23  were associated with the Bonanno Organized Crime Family.  And

24  the fact, ladies and gentlemen, that each defendant agreed to

25  participate in the conduct of the affairs of the Bonanno

1  Organized Crime Family.

2         The defendants have been involved in this conspiracy

3  known as the Bonanno Organized Crime Family and every step of

4  the way, every step of the way they had choices.  They had

5  choices to not illegally gamble.  They had choices to not deal

6  drugs.  They had choices to not loan shark.  They had choices

7  to not rob.  They had choices to not kill.

8         Now, it's up to you.  We respectfully request that

9  you hold each defendant accountable for the choice he made.

10 The choice to commit horrible crimes and that you render the

11 only verdict that is consistent with the evidence.  Baldo

12 Amato is guilty.  Steven LoCurto is guilty.  Anthony Basile is

13 guilty.  Hold them accountable, convict with confidence.

14 Thank you for listening.

15         THE COURT:  All right.  We'll take a one hour lunch

16 break.

17         All rise for the jury.

18         (Jury exits courtroom at 1:06 p.m.)

19         THE COURT:  Mr. White, let me ask you since you're

20 up next.

21         Couple of things.  Are you using the Elmo or any

22 equipment up here?

23         MR. WHITE:  I don't believe so, Your Honor.

24         THE COURT:  If you change your mind, let me know so

25 we can set it all up.

1          The second question I have is with respect to

2    Mr. Goldberg.  He didn't use a microphone during his closing

3    but you tend to be soft spoken, not that he is loud spoken,

4    but you tend to be soft spoken.  I am wondering whether you

5    want us to set up the microphone for you.

6               MR. WHITE:  I do.

7               THE COURT:  We will set that up during the break.

8               All right then, the other counsel, defense counsel

9    you'll let me know if you want the microphone or if you don't.

10   It is helpful for people to hear in the audience generally.

11   Okay.  Thank you.

12              MR. WHITE:  Thank you.

13              (Luncheon recess taken at 1:07 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1        A F T E R N O O N          S E S S I O N

2        (The following occurred in the absence of the jury.)

3        THE COURT:  Let's seat the jury, please.

4        (Jury present.)

5        THE COURT:  Please be seated.

6        Mr. White, you may deliver your closing argument.

7        MR. WHITE:  Thank you, Judge.

8        Good afternoon, ladies and gentlemen of the jury.

9        First I am going to ask you to indulge me a little

10   bit and forgive me for not being able to match the

11   government's high tech presentation.  It was quite an

12   impressive show, with computerized power point testimony

13   projected for you, portions of it on your screen.  It's like

14   you are in your living room and you could watch it.  I can't

15   do that, the audio capability plugged in, colorized blowups

16   which I don't have, and custom made charts

17   indicating -- pretty much indicating what your verdict should

18   be.

19        You know, the government's summation, indeed, its

20   whole trial presentation gives you some idea of what an

21   individual faces when he comes up against the awesome power of

22   the United States Government.  The power of the individual is

23   small and the government, it's almost unlimited.

24        In representing Baldo Amato, I am a assisted by a

25   law student who I introduced to you at the beginning, Chris

1  Martin, and I just don't have the resources to match the

2  government firepower, so my summation, for example, I will be

3  reading to you from the transcript itself, portions of the

4  transcript, and I will just ask you to follow long with me as

5  I do it.

6           When you are deliberating, it is going to be the

7  transcript itself that will be available to you, if you have

8  questions or if you want to refer to it, and the same with

9  exhibits.  I may show you some exhibits, but when you retire

10 to deliberate, all the exhibits will be in the jury room and

11 you can look at them.

12          Now, some of you who are my contemporaries, if there

13 are any of you who are my contemporaries, may remember the

14 theory of -- you remember this media guru, Marshall MacLuhan,

15 the media is the message.  By that he meant the people are

16 more swayed by the way the message is delivered than by the

17 actual contents of the message, and actually we see that in

18 advertising all the time.  It's one of the ways advertising

19 works.

20          I just hope that is not going to be the case here,

21 because it can't be the case here.  It's not the way the

22 evidence was presented to you, the technical effects with

23 which it was presented, but the evidence itself.

24          I noticed during the trial, when these head shots of

25 various individuals were put up on the board and then another

1   one was slid next to it and another one slid next to that,

2   there is this kind of power of suggestion, subliminal, you see

3   them all together.  That's what I mean by the medium being the

4   message rather than the message itself.

5           So I hope and I trust that you are going to focus on

6   the evidence itself and not ways they might have sort to

7   persuade you by suggestion or innuendo rather than by what is

8   the evidence itself.

9           When I made my opening statement to you a few weeks

10  ago, you know, I didn't paint a rosy picture of Baldo Amato.

11  I didn't make any wild promises of what the evidence would be.

12  I told you only that I would principally defend against the

13  two murder charges, and because in the end your verdict is

14  going to be based on the age old question, did he do it, or

15  more accurately, I pointed out at the time, has the

16  prosecution proven beyond a reasonable doubt that he did it.

17          I said to you that after you people, good and true,

18  drawn from the community, assess the witnesses and their

19  credibility, that you would find that the government really

20  hasn't proven beyond a reasonable doubt that Mr. Amato

21  committed those crimes.

22          I said just use your common sense, your own life

23  experience.  That's why jurors are drawn from the community,

24  and ask yourself, with respect to each witness, can I trust

25  this witness.  Can I convict somebody on the basis of this

1    witness' word, or to put it more in terms of reasonable doubt,

2    would I hesitate to act in a matter of importance in my own

3    life if it was based on that witness' word.

4         Now having heard and seen these witnesses, I submit

5    that you would hesitate to act on the word of an Anthony

6    Tabitta or a Joel -- Sal Vitale or Frank Fiordilino or Frank

7    Ambrosino, and that you should hesitate to act on their word.

8         And not because they are vile individuals, which the

9    prosecutor suggested to you it would be our argument, that

10   these are vile people you shouldn't believe, it is not because

11   they are vile.  It is because they are not trustworthy.

12   That's what you really, in the long run, are going to be

13   basing your decision on, are they trustworthy.

14        The reason these particular witnesses are not

15   trustworthy, and of course it varies by witness.  I am not

16   coloring all with the same broad cloth.  We will talk about

17   them individually as we go through, but essentially each has

18   led a life of crime, a life of crime.  Just didn't go out and

19   commit a crime and now is cooperating against somebody else.

20   They led a life of crime.  They know the system exceedingly

21   well and we will show how that is true as I go through this.

22   They know how to use the system.  They know how to manipulate

23   it.  Some of them have manipulated it before and they know how

24   to benefit from it.

25        Now, just one other reference to my opening

1    statement.  I told you then that I really wasn't sure of who

2    the witnesses would be and I said I might mention some who are

3    not called, and that proved to be the case with one, Fabio

4    Bartolotta.  I expected he would be called.  He wasn't called.

5    The were others I expected that weren't called.

6           There was a witness I didn't mention at all, Frank

7    Ambrosino.  I didn't mention him in my opening.  Frankly, it

8    came as a complete surprise to me at this trail that he

9    implicated Baldo Amato in the murder of Robert Perrino.

10          Now, before I get into the individual crimes with

11   which my client is charged, I want to touch upon a few general

12   themes that apply generally to everything I am going to say

13   and some of these are things that the prosecutor referred to

14   in his summation.

15          One is, the subject of a cooperating witness and how

16   you evaluate them.  The prosecutor said that you

17   should -- like three factors.  One, the demeanor of the

18   witness, the witness' obligations under their cooperation

19   agreements, and what other evidence is there to corroborate.

20          That is not bad.  That's a pretty good three factor

21   test for evaluating these cooperators.

22          In terms of their obligations, you heard a lot

23   during this trial about their cooperation agreements, and we

24   went through their cooperation agreements with several of the

25   witnesses, kind of chapter and verse, the prosecution did it

1   first and then I would do it, what does this clause mean, what

2   does that clause mean.

3           But, you know, doesn't it all come down to common

4   sense.  I think you all have a pretty good idea that these

5   witnesses simply hope to get a reduced sentence in return for

6   helping the prosecution make cases.  That's what it all comes

7   down to.  I don't think anybody can dispute that.  All the

8   rest is interesting.  Well, who determines whether you are

9   telling the truth.  Isn't it the government who determines it?

10  Who determines the ultimate sentence?

11          These are all factors and you can review the

12  testimony.  I'm sure you remember it.

13          But the fact of the matter is, these witnesses have

14  to help the prosecution make cases in order to escape serious

15  punishment, or more serious punishment.

16          One of the -- one of the themes that came up with

17  several of the witnesses is that when they decided to

18  cooperate, they were only charged with one crime, say one

19  murder, and after they cooperated they were charged with

20  additional murders that they admitted to, and I assume the

21  government's argument is, they put themselves in worse

22  jeopardy.

23          But it is actually not the case because they are

24  charged with one murder.  Now they admit to other murders.

25  They now receive their reduced sentence, or hope to, and not

1   only do they receive the reduced sentence for the murder they

2   were charged with, but they clear the deck.  They get rid of

3   all their outstanding crimes and they get the sentence for

4   these other ones, so it is in their great interest to admit to

5   as many crimes as they can because they know they are going to

6   get their slate clean when they finish their sentence.

7           We have living proof of that in this case.  Anthony

8   Tabitta was charged with one murder.  He pled to four.  He

9   admitted to three more.  He told the government about them,

10  including the brutal double homicide of two young men.  He

11  walked out of prison after less than six years with all four

12  murders cleared.

13          So any idea that these witnesses jeopardized

14  themselves by revealing more crimes is really a fallacy.

15          The demeanor of the witnesses, one of the things I

16  would like you to try to recall, and I will point out few

17  instances to you, is did the witnesses really take full

18  responsibility for their crimes up on this witness stand?  In

19  some aspects they did but in some aspects they didn't.  I

20  think of at least four witnesses, and I will point them out as

21  we go through, they tended to try to minimize what they had

22  actually done, and I suggest to you, of course they've already

23  pled guilty to it and why should they want to minimize it.

24  They weren't sentenced yet.  They need the government's 5K1

25  letter but they also know a judge has discretion as to where

GR     OCR     CM     CRR     CSR

1   to sentence them.  You will see they tend to minimize it.

2          I bring this under the category of the witness'

3   demeanor on the stand.  Is the witness being candid?

4          The third factor that the government pointed to,

5   other evidence, corroboration.

6          Corroboration is simply -- to corroborate is to

7   support with other evidence.  It's quite simple.

8          The government pointed out that there were only six

9   cooperators testifying but there were a total of 70 witnesses.

10  There is lots of corroboration.

11         You may recall that a lot of those witnesses, I

12  never cross-examined.  Frankly, I didn't cross-examine them

13  because it was kind of immaterial what they were testifying

14  to.  It wasn't in dispute.  It really wasn't corroborating

15  anything that you really have to decide.

16         So I have this category of corroboration that I call

17  illusory, illusory corroboration.  It sounds like

18  corroboration but it is an illusion because it is

19  corroborating a fact that really doesn't matter to the

20  determination you have to make.  It is a side fact.  It

21  doesn't really prove the point.

22         Okay.  I have a little story to illustrate this.

23  This is a story of the cowboy who comes riding into town and

24  he has behind him a horse and on the horse he has another

25  cowboy with his hands tied behind his back.  Across the back

1  of the horse is a dead body.  He comes in and he goes to the

2  sheriff and the sheriff says what happened.  He said you know,

3  a mile outside of town just off of the road there is a tall

4  crooked oak tree and I was going by there and I heard an

5  argument and I snuck up on it and I saw this fellow shoot that

6  guy dead.

7          And the fellow who has been brought in says, that's

8  not true, sheriff.  That's not true.  I didn't shoot him.  He

9  shot him.

10          So the sheriff goes over to the guy.  He says, can

11  you corroborate your story?  He says I certainly can.  And he

12  says come on with me.  They take a ride a mile outside of town

13  and he says there it is.  Sure enough, there is that old oak

14  tree.  There is his corroboration.

15          Okay.  That's what I mean by illusory, quote,

16  corroboration.

17          The prosecutor made quite a thing over the fact that

18  it was snowing on March 19th of 1992.  It was snowing that

19  day.  And actually, Frank Fiordilino testified that that day

20  was memorable because Sam DiFalco's body had been found and it

21  was being talked about in all the coffee shops.  So it was a

22  memorable day.  And it, indeed, was snowing that day.

23          Now, ask yourself, does the fact that it was snowing

24  that day corroborate in any way Mr. Fiordilino's testimony

25  that Baldo Amato referred to Sammy DiFalco as a piece of shit?

 1   It doesn't.  It's illusory corroboration.

 2          It corroborates that he remembers that day as

 3   snowing but it doesn't corroborate anything else.

 4          Another instance and I will leave this subject, but

 5   I may touch upon it as we go through the crimes, is yesterday

 6   the government made quite a big thing over the fact that -- I

 7   am going to using the government's map here, if I can.

 8          This is a map showing Fresh Pond Road here, and Cafe

 9   Giannini is here and a vacant store is here.

10          The government made a big fact, a big splash over

11   the fact that Anthony Tabitta had said that this store was

12   vacant, it was Sammy DiFalco's store.  It had a basement in it

13   and this in some way was supposed to corroborate his

14   testimony, which we are going to go into in some detail about

15   a plan to murder Sammy DiFalco.

16          But, you know, we heard testimony that this same

17   location was where the Cafe Nina was for four years, in the

18   late eighties.

19          (Continued on next page.)

20

21

22

23

24

25

1          MR. WHITE:    (Continuing)    This was in the late

2     '80s to closing.  Cafe Giannini is where all these guys hung

3     out.  Anthony Tabbita testified there was a garage behind Cafe

4     Giannini where they were hanging out.  Remember that building

5     where Cafe Giannini was owned by Fabio Bartolotta's mother?

6     So, of course, they would know there's the store that had been

7     Cafe Nino is vacant, familiar with the insides of it.  There's

8     evidence presented to you as corroborative but it really

9     doesn't corroborate anything.  It certainly doesn't

10    corroborate anything about Baldo Amato being involved in the

11    murder conspiracy of Sammy DiFalco.

12          When you are deliberating, you're reviewing the

13    evidence, the corroboration, just try to remember that old

14    crooked oak tree.  What does this really corroborate?  Does it

15    corroborate the guilt of Baldo Amato or does it corroborate

16    some side issue that's nice, that it was tied up, that loose

17    end is tied up that doesn't advance the thought in any way?

18          The evidence of Mr. Amato's involved in the murder

19    of Robert Perrino is basically what's called direct evidence.

20    The judge will tell you about it.  It's direct evidence

21    because Sal Vitale is saying he himself spoke to Baldo and

22    Mr. Amato agreed to kill Robert Perrino.  Frank Ambrosino he

23    himself saw Baldo Amato outside of Mr. Basile's club.  So,

24    that's direct evidence.

25          The murder, the evidence of the murder of Sammy

1  DiFalco, on the other hand, is basically circumstantial

2  evidence.  The government is asking you to draw from all the

3  surrounding circumstances the conclusion that Baldo Amato

4  conspired to murder Mr. DiFalco and in fact murdered him.

5           The judge will tell you this, absolutely nothing

6  wrong with circumstantial evidence.  It could be the basis for

7  conviction.  A circumstantial evidence case is sufficient if

8  it's sufficient and what makes it sufficient is the

9  conclusions you draw, the inferences you draw from the

10 circumstantial evidence.

11          They have to be logical and reasonable.  They can't

12 be guesswork or suspicion or it might have happened this way.

13 I suggest to you that the government's theory of Mr. Amato's

14 involvement in the murder of Sammy DiFalco is just that.  It

15 could have happened this way.  It's speculation.  It's

16 surmise.

17          One other broad subject I want to stress to you

18 before I go into the individual counts is what's known as

19 coconspirator statements.  You heard a lot of evidence in this

20 case of what other people who did not testify here said to

21 people who did testify.  Sal Vitale, if you recall his

22 testimony, over and over and over again, he was asked how do

23 you know that?  Joe Massino told me.  How do you know this?

24 Joe Massino told me.  How do you know that?  Joe Massino.  It

25 sounded like maybe three-quarters of his whole wealth of

1  knowledge is based on what Joe Massino told him.

2        Similarly, Joe D'Amico testified that his cousin

3  Richie Cantarella, he told me this, he told me that Frank

4  Fiordilino, you know, Cheech Navarra, how do you know that, my

5  uncle told me?  Did Baldo Amato --  well, how do you know, he

6  told me.

7        Frank Ambrosino, it was Robert Lino Junior told me.

8  Half of his testimony is Robert Lino Junior told me.

9        Now, that evidence is admissible.  You can consider

10  it, but the fact that it's admissible for your consideration

11  doesn't mean you have to credit it.  After all, none of these

12  speakers were here on the witness stand and subject to

13  cross-examination.  There's actually three levels of inquiry

14  you have to make with respect to these.  One, when the witness

15  said so and so told me this, you have to ask yourself is this

16  witness telling the truth?  Did someone tell him that?  Did

17  Joe Massino really tell Sal Vitale that Baldo Amato killed

18  Sammy DiFalco?  So, that's your first question.

19        Then you have to wonder if he did tell him, was the

20  speaker telling the truth?  When the speaker spoke to the

21  witness, was the speaker telling the truth?

22        Thirdly, if the speaker was speaking truthfully to

23  the best of his knowledge, did the speaker really know what

24  he's talking about?  Where did he get his information?  Was it

25  a rumor, something he heard?  Is it reliable?  Is it

1    trustworthy?

2              I ask you during the government's presentation,

3    these types of statements were presented to you as if it's the

4    gospel truth beyond question.  It's highly questionable

5    testimony.  You have to be particularly sensitive to evidence

6    based on somebody who didn't take the witness stand and

7    subject to corroboration, whether that person really knew what

8    they were talking about at all.

9              On that subject, I asked Mr. Vitale are members --

10   I asked him for this reason I'm explaining to you.  I said are

11   members of organized crime trustworthy?  He said, the answer,

12   to an extent, sir.  Well, if they tell you something, can you

13   rely on it?  This is Sal Vitale's own answer.  No, I would go

14   further and check on it if it was important, okay?

15             That's what I'm telling you, the same thing, that

16   Sal Vitale wouldn't believe another organized crime member

17   unless he himself checked it, verified it, for good reason.

18             I asked him, was Mr. Massino a calculating guy?

19   Very, he answered.  Was he capable of telling a lie?  Yes, he

20   was.  I asked him about the murder of George from Canada which

21   Sal Vitale admitted his participation in.  I said did you ask

22   Mr. Massino why he wanted George murdered?  I did not, sir.

23   Why didn't you ask him?  I figured he wouldn't tell me the

24   truth anyway.

25             This is Sal Vitale talking about Joe Massino.  So,

1    when Sal Vitale testifies in this court that Joe Massino told

2    him something, is it something that you could base a guilty

3    verdict on?

4           I used an example of this with Mr. Vitale.  It was

5    early in the trial.  I hope you can remember it.  One of the

6    things Mr. Vitale testified to was the first murder he was

7    involved in was the murder of a man with the unfortunate name

8    of Doodoo Pastore.  The way it worked, according to Sal

9    Vitale, Joe Massino told Sal Vitale to borough $10,000 off

10   this guy.  Then this guy, Doodoo Pastore, was murdered on the

11   second floor above the deli that Joe Massino owned.

12          Joe Massino asked Sal Vitale for the money, $10,000,

13   was actually nine thousand he got, and then he told Sal Vitale

14   that Doodoo Pastore had been murdered by a guy named Tooti

15   Franchese.

16          I asked Mr. Vitale a question about that.  I said

17   other than Mr. Massino telling you that, do you have any way

18   of knowing whether it's true?  He said no, I don't, because it

19   could have been just as easily Mr. Massino murdered him

20   himself, pocketed the money, said yes, he was murdered by this

21   other guy Tooti Franchese.  I followed up.  I said other than

22   Mr. Massino telling you Baldo Amato murdered Sammy DiFalco, do

23   you have any reason to believe it's true?  He said no, he

24   didn't.  That's why I tell you you have to be cautious about

25   testimony of people who didn't testify.

1          I'll give you one more example of this.  Frank

2     Fiordilino, he was a guy who I just mentioned attributed much

3     of his knowledge to his uncle, his Uncle Cheech Navarra told

4     him this.  Yet, when Frank Fiordilino committed the murder of

5     Thomas Sajn, he lied why he was murdering him.  He said I have

6     to murder this guy, he's selling drugs in the neighborhood.

7     When I went to challenge him on it, he pulled a gun on me so I

8     have to murder him.  Actually, Mr. Frank Fiordilino admitted

9     he had murdered him because of trying to rob the drugs.  They

10    needed money.

11         Let's suppose that Cheech Navarra now goes, tells

12    somebody else in the Bonanno Family that guy was murdered

13    because he had pulled a gun on Frank Fiordilino, it's a

14    perfect example why you can't rely on it.  You can't certainly

15    base a verdict on the scuttlebutt that goes around between

16    members of organized crime and families.

17         A couple of more general areas.  Then I'll discuss

18    the charges.

19         Under the category was the witness, what was the

20    witness' demeanor on the witness stand, you have to consider

21    was the witness candid?  Did the witness speak frankly or

22    spontaneously?  I would like you to ask yourself in reviewing

23    the testimony of the witnesses who many of you heard were

24    interviewed and prepared many many times before they

25    testified, did it appear at times that their testimony was

1   kind of scripted, they knew what the question was going to be

2   and they knew what the answer would be?  You'll see it in

3   various witnesses.  One thing that seemed constant to me

4   throughout the trial, it may have struck you this way, all

5   these Little Sal head shots, these shots, it appeared to me

6   during the trial, a witness would be asked, for example, do

7   you know a man named Sal Montana?  Yes I do.  Who is this?

8   Sal Montana.

9         What kind of identification is that where each time

10  the witness is cued in advance before the witness identifies

11  who the individual is?  I think you can assume that these

12  witnesses had looked at these titles, I'm calling them photo

13  titles of individuals before they ever took the stand here.

14  So, I'm going to mention a few specific instances when we go

15  through the charges.

16        One other general area, law enforcement witnesses.

17  We had many law enforcement witnesses here.  These witnesses,

18  by and large, testified to basically uncontestable facts; that

19  they searched this premise, that they found a body in this

20  car, that they moved the car here, recovered a shell or a

21  bullet from a crime scene.  This was basically uncontestable.

22        But there were a few police witnesses who testified

23  in ways that appeared to help the prosecution, basically.  I

24  want you to be sensitive to it and I'll be talking to you

25  about a few of them.  This is not at all an accusation that

1  any of those police officers, any came in and lied to you,

2  took that stand, committed perjury.  These were people who

3  basically devoted their lives to public service, but police

4  officers, detectives, detectives assigned to the Organized

5  Crime Unit, think, kind of have a professional interest, a

6  Little Sal professional leaning one way or another.  So, their

7  testimony can drift to just helping the prosecution case and

8  I'll point that out to you.

9          One minor example is there was this police officer

10 or Detective Manny Gomez.  He basically testified about Cafe

11 Vienna robbery.  He testified to what happened there,

12 basically uncontestable what happened at the Cafe Vienna.

13         Then he went on to say he was familiar with the Cafe

14 Giannini and that he was familiar with this guy and this guy

15 who hung out there.  I think he's the only witness in the

16 whole trial, if memory serves me, that testified that he saw

17 Baldo Amato at the Cafe Giannini.  I think he's the only one

18 who testified that way.

19         He was asked on direct testimony and again where

20 Cafe Giannini was?  Yes.  Do you know where the restaurant

21 Giannini was?  Yes, it's a little further along on Fresh Pond

22 Road.  So, Restaurant Giannini, as we know now, is not on

23 Fresh Pond Road at all.

24         When I cross examined, I said where on Fresh Pond

25 Road was it?  He said he didn't recall.  I said where in

1  relation to the cafe?  I don't know.  Elliot Avenue.  I don't

2  know.  So, doesn't that suggest to you he was just saying that

3  to kind of advance the case a little bit?  This is the kind of

4  professional interest I'm asking you to be on guard with.

5       Was he lying?  No, he was kind of gilding the lily,

6  so to speak, to help the prosecution case move along.

7       Finally, I just want to say one thing about Baldo

8  Amato's friends.  He did have friends, George from Canada,

9  Gerlando Sciascia was a friend of his.  His family was a

10  friend of his.  These are people from Sicily.  They know each

11  other for years.  When Sal Vitale murdered George from Canada,

12  he testified Baldo came to him to ask him what happened and

13  had tears in his eyes.

14       Cesare Bonventre, likewise, a friend of Baldo Amato,

15  Cesare was murdered by Sal Vitale and others in 1984.

16  Mr. Amato doesn't deny that friendship.  They were friends.

17       You saw these prison visitation records introduced

18  on the last day of the government's case.  Sammy DiFalco

19  visiting form, for visiting Baldo Amato.  Occupation,

20  accountant, restaurant owner.  Relationship to above named

21  individual?  Accountant/friend.  Yes, he was a friend.

22       There are others.  The government introduced the

23  prison record of Gaspare Bonventre, I guess because of the

24  last name, Bonventre.  Check out his date of birth.

25  November 2nd, 1916.

1       Prison records of visits from Bruno Marchese, yes a
2  friend of Baldo Amato.  Antonino Mistretta, Nino Mistretta,
3  his cousin, Baldo's cousin.
4       On his application form to visit Baldo Amato, he's
5  asked how he knows the inmate.  Second cousin.  How long do
6  you know him?  All my life.  We grew up together.  These are
7  his friends.
8       Salvatore Mistretta, 17-year old godson of Baldo
9  Amato.  These are the people that the government is trying to
10 show an association with.  Well, you know, friendship is not a
11 crime.  Mere association with criminals is not a crime.  Of
12 course, mere association with non-criminals is not a crime.
13 It's only a criminal association you participate in is a
14 crime.
15      I want to take out of this case any issue that Baldo
16 Amato is denying his friendship with these individuals.
17      Let's talk about the charges of conspiracy to murder
18 and the murder of Sammy DiFalco.  Nina DiFalco testified as
19 follows.  This is just an excerpt.
20      Were you able to see the relationship between Baldo
21 and Sammy in your presence?  Did you have a sense of what
22 their relationship was?  Yes.  How would you characterize it?
23 They would laugh. They would laugh?  Yes.  Would you say they
24 had a friendly relationship? Yes, definitely.  Would you say
25 Baldo acted in a crude manner or was he a gentleman?

1    This is the testimony of the wife of Sammy DiFalco
2   at this trial.
3    Giovanni Annunziata, chef at the restaurant was
4   asked these questions, gave these answers.
5    "QUESTION:  Were you able to see what kind of
6   relationship Mr. Amato had with Sam?
7    "ANSWER:   Yes.
8    "QUESTION:   What kind of relationship did they
9   have?
10    "ANSWER:   Friendship.
11    "QUESTION:   Did Sam ever complain about Mr. Amato
12   to you?
13    "ANSWER:   Not with me.
14    "QUESTION:   Did Mr. Amato ever complain about Sam
15   to you?
16    "ANSWER:   No."
17    George D'Avanzo, the head waiter at the cafe, were
18   you able to tell from your interactions with Amato the nature
19   of the relationship?  The answer, friendly.  Did you ever see
20   them have harsh words?  Answer, no.  Did Sam ever complain
21   about Baldo?  No.
22    That's why Frank Fiordilino's testimony that Baldo
23   Amato referred to Sammy DiFalco as a piece of shit is not
24   only, I submit to you, an untruth, it's a slander.  It's a
25   slander.  It's a slander on Baldo Amato.  It's a slander on

1   Sammy DiFalco, a slander on their friendship.  Sammy DiFalco

2   was Baldo Amato's friend.

3          The claim that Sam DiFalco was a criminal associate

4   of the Bonanno Crime Family, I submit to you, is also a

5   slander.  What did he do?  What crime did he commit?

6          The prosecution in their summation relied or cited

7   the testimony of Nina DiFalco about when federal agents

8   arrived at their house, I believe it was the house, and wanted

9   some tax records of clients of Sam DiFalco.  She testified as

10  follows.  What happened?  Two men showed up, showed me their

11  badge.  My husband was working downstairs.  I called him and

12  they wanted to see Tony Aiello's books.  Then what happened?

13  My husband went downstairs, showed them the records.  They

14  smiled.  They thanked me and they left. When Salvatore

15  Catalano, one of Sammy's clients and Tony Aiello, another

16  client of Sammy who got arrested, did you ever talk to Sammy

17  about that? Yes. What did you say to him? Gee, you know, don't

18  you feel uncomfortable doing their taxes?  He would always say

19  what they do in their life is their life.  I do what I have to

20  do.  I'm an accountant.  They need my service.  I supply that

21  service.

22         The government actually said that to you this

23  morning as proof of Sammy DiFalco's association with the

24  Bonanno Crime Family; that he would do tax returns for people

25  who were members of the Bonanno Crime Family.  I suppose a

1  doctor who treated a member of the Bonanno Crime Family would

2  be an associate of the crime family under the same thing.

3          What else did Sammy DiFalco do?  He ran a

4  restaurant.  He was an accountant and he ran a restaurant.  In

5  that restaurant, undoubtedly, mobsters ate there, probably ate

6  there a lot.  Again, does that make him an associate of the

7  Bonanno Crime Family?

8          The government in their statement today, they cited

9  the testimony of four cooperators that Sam was an associate of

10 the Bonanno Crime Family.  Of course, saying it without

11 showing how he was an associate is easy.  Talking about the

12 expert, Mr. Carillo, I kept trying to break him down, what did

13 he do?  He said on the basis that Sam DiFalco gave Baldo Amato

14 a job when he got out of prison, that was enough to make him a

15 criminal associate.

16         I'll tell you why there's a fair amount about Sam

17 DiFalco and involvement, peripheral as it may be, in criminal

18 activity, along with Nino Mistretta and Bruno Marchese owned

19 the building that the restaurant, Cafe Giannini was in.  He

20 and Sam DiFalco ran the restaurant, Mistretta and Marchese ran

21 the cafe.  In the back of that cafe there was a gambling room

22 and there were Joker-Poker machines in there.  To the

23 extent --  and Sammy DiFalco knew it.  It was his building.

24 He knew what was going on there.  To the extent that he knew

25 there was gambling, Joker-Poker machines in the back of the

1    cafe, maybe to that extent you could say okay, the guy knows

2    there's criminal activity.  Does that make him an associate of

3    the Bonanno Crime Family?  His wife Nina said, I said what did

4    you make on those joker-poker machines?  Not much.  They were

5    in every store you went.

6             If that makes Sam DiFalco an associate of the

7    Bonanno Crime Family, it's unfortunate because he was a good

8    guy and a legitimate guy.

9             Anthony Tabbita.  Were you here?  Were you here when

10   he testified?  Did you see him?  Did you hear him?  I mean it

11   would be presumptuous of me to say that no jury could ever

12   convict anybody of any crime based on the testimony that you

13   heard and saw from that witness box, when you consider the

14   factors of demeanor, corroboration and obligations.

15            It would be presumptuous of me to say that, but it's

16   sure tempting when it comes to Anthony Tabbita.  He's one of

17   the witnesses who didn't minimize what he did.  Sure, I shot

18   that guy in the head.  I said did you come at him from the

19   front or back?  His hands were tied?  He said I came from the

20   front, didn't minimize anything.  I suggest to you there's two

21   reasons he didn't.  He doesn't have to anymore.  He's been

22   sentenced.  He doesn't have to minimize.

23            Secondly, you might conclude Anthony Tabbita is a

24   psychopath.  Here's a guy who had an Uzi with a silencer,

25   killed some dog so he could rob a house, a man without a moral

1    conscience.

2             The government this morning, they presented his

3    testimony, straight-faced, like here's what he testified to,

4    as if this is something that's the gospel truth, you know?

5             I submit to you that he, of all the witnesses in

6    this trial, is by far the most untrustworthy, but let's assume

7    for a minute that he wasn't.  Let's assume for a minute,

8    ladies and gentlemen, that he wasn't.  The prosecution this

9    morning went through excerpts from his testimony about Sammy

10   DiFalco.  I want to go through that same testimony with you

11   now.  I'm really going to ask your patience.  It's not that

12   long, but it's basically critical, I think, to the Sammy

13   DiFalco charges.  I want to go through Anthony Tabbita's

14   direct testimony, nothing to do with cross-examination,

15   nothing to do with impeaching his credibility, his direct

16   testimony and ask you if his direct testimony, uncross

17   examined, just what he said, is sufficient for you to find

18   Baldo Amato guilty of the Sammy DiFalco murder, murder

19   conspiracy.

20            This is critical because this morning the government

21   had a lot of theories about how Baldo Amato was staying close

22   to Nina, was out at her house after Sammy disappeared; that in

23   normal circumstances that could be okay, but it's suspicious

24   here or damning here because Anthony Tabbita testified that

25   DiFalco was murdered on the order of Baldo Amato.  So, in a

1  way Anthony Tabbita's testimony is the linchpin, the

2  foundation of all the government's theories about Baldo

3  Amato's involvement in that murder.

4          Just listen to this testimony.  I'm going to read

5  large portions of it, those that are irrelevant or I consider

6  irrelevant, it's all available to you.  You can read it in its

7  entirety when you retire to the jury room.

8  Q    Why did you conspire to kill him?

9  A    I was asked to.

10 Q    Who asked you?

11 A    I believe it was one of the Sals also the associate of

12 Baldo Amato."

13         Think about it.  He's qualifying.  Who asked you?  I

14 believe it was one of the Sals, not sure which one.  He's not

15 sure it was one of them because I believe it was one of the

16 Sals.  I believe it was one of the Sals that were also

17 associates of Baldo Amato. Do you know someone named Sal

18 Montana? Yes. Showing you 2 X X, is that Sal Montana? Yes,

19 that's Sal Montana. What conversation did you have with Sal

20 Montana about the conspiracy to kill Sammy DiFalco initially?

21 How did you get involved?  It was mentioned by either Sal

22 Montana or the other Sal.

23         Now, I'll point this out to you.  This is one of

24 three times that the prosecutor tries to put into the mouth of

25 Anthony Tabbita it was Sal Montana and Tabbita.  He's coming

1  back and saying it was one of the Sals.  He said it was either

2  one of the Sals.  The government says what conversation did

3  you have with Sal Montana because that's the government's

4  theory that Sal Montana is close to Baldo and Sal Montana was

5  in the restaurant; that Tabbita said he came, asked for the

6  keys.  Sal Montana is the guy who spoke to Frank Fiordilino

7  about is Anthony Tabbita implicating me in the DiFalco murder?

8  So, the government wants it to be Sal Montana.

9          What conversations did you have with Sal Montana

10  about the conspiracy to kill Sammy DiFalco initially?  How did

11  you get involved. It was mentioned by either Sal Montana or

12  the other Sal. You mentioned the other Sal.  Does he have a

13  nickname? Little Sal. Showing you Government Exhibit 2 BBB,

14  who is that? I believe, I think it's Little Sal. You say I

15  believe you think.  How sure are you? I'm 99 percent sure.

16          Well, I don't know what 99 percent sure exactly

17  means.  It means you're not sure, right?  You're not sure to

18  some degree.  So, he couldn't really recognize that guy

19  unequivocally.  Did Little Sal have an affiliation with Baldo

20  Amato? He was an associate."

21          That's an answer we heard all the trial long,

22  allegations that people were associates.

23          What did you know about Little Sal before you got

24  involved with him in this murder conspiracy? I believe it was

25  he was in the deli business, friend of Sal, Baldo Amato .

1       He's in the deli business, a friend of Sal.  That's
2  how he's an associate of Baldo.
3  Q    So, what conversations did you have with Sal Montana
4  about Sammy DiFalco?"
5       Now, this was put up on the screen by the government
6  this morning, this Little Sal portion.
7       What conversations did you have with Sal Montana
8  about Sammy DiFalco?
9       They asked me to participate in a murder.
10      It's kind of an interesting ambiguous use of that
11 because he, Tabbita, is talking about it, either one of the
12 Sals.  The government is still trying to force it to Sal
13 Montana so he doesn't dispute the Sal Montana this time.  He
14 says they asked me to participate in a murder.  What did he
15 say to you?  He said it came from Baldo. He said it came from
16 Baldo.  What is the order, to do what? Kill Sammy.
17      (Continued on next page)
18
19
20
21
22
23
24
25

SS      OCR      CM      CRR      CSR

1    MR. WHITE:  By the way, Tabbita never testified,

2    ever, of any conversation at any time of anyone at all with

3    Baldo Amato.  His only information that Baldo Amato was

4    involved in this order was one of the Sals told him, and as I

5    pointed out at the beginning he said:  "I only believe that I

6    got it from one of the Sals."

7         Then, he testifies this I brought Vito Guzzo into

8    it.

9         "QUESTION:  Why did you bring Vito Guzzo into it?"

10        "ANSWER:  I don't remember."

11        "QUESTION:  Would you have had to have gotten

12   permission to bring Vito Guzzo into it?"

13        "ANSWER:  Yes."

14        "QUESTION:  Do you recall bringing Vito Guzzo into

15   it?"

16        "ANSWER:  No."

17        "QUESTION:  Did Vito Guzzo get into it?"

18        "ANSWER:  Yes."

19        What kind of quality and quantity of evidence or

20   testimony is this is that you would convict somebody of murder

21   on this guy's sketchy recollection or hallucination perhaps of

22   what occurred back in 1992.

23        Then, he talks about the different plans.

24        "QUESTION:  Did you and the co-conspirators consider

25   it a problem to kill Sammy DiFalco in your restaurant?"

1          "ANSWER:  No."

2          "QUESTION:  Did you ever discuss that with?"

3          "ANSWER:  Baldo Amato no.

4          This is the prosecutor asking the questions, this

5     isn't my cross-examination.

6          "ANSWER:  We set up in front of the restaurant in a

7     car."

8          "QUESTION:  Who?"

9          "ANSWER:  Me, Vito, Sal."

10         "QUESTION:  Which Sal?"

11         "ANSWER:  It was either both or one."

12         He testifies that a cop car pulled out.

13         "QUESTION:  Do you remember who was driving?"

14         "ANSWER:  I believe it was Sal."

15         "QUESTION:  Do you know which Sal?"

16         "ANSWER:  No."

17         "QUESTION:  Who else?"

18         "ANSWER:  We pulled away and that was it for that

19    plan."

20         That was his answer to that in plan two.

21         "QUESTION:  You mentioned this was a plan to perhaps

22    pull up next to him in his car?"

23         "ANSWER:  Either his car or the restaurant."

24         "QUESTION:  Did you carry out that plan?"

25         "ANSWER:  No."

1           "QUESTION:  Why not?"

2           "ANSWER:  Same reason, I guess.

3           MR. WHITE:  You guess?"

4           "ANSWER:  The same reason."

5           "QUESTION:  Because the police came by?"

6           "ANSWER:  Yes."

7           Plan three:  Lure him to an empty store on Fresh

8    Pond.

9           "QUESTION:  And at that time, who owned the

10   location?"

11          "ANSWER:  Sammy DiFalco."

12          "QUESTION:  What was the plan?"

13          "ANSWER:  I would told Sammy that somebody wanted to

14   rent his store which was Vito Guzzo.  I was going to ask him

15   to come with us do see the store and we were going to ask him

16   to look at the basement and we would have shot him."

17          Okay, you all remember that.

18          "ANSWER:  Instead of Sammy coming, he gave us the

19   keys."

20          "QUESTION:  Where were you when you asked Sammy

21   DiFalco to come with us?"

22          "ANSWER:  At Giannini Restaurant."

23          "QUESTION:  Who was at Giannini's Restaurant?"

24          "ANSWER:  Baldo Amato and Sal Montana."

25          Now, the prosecution portrayed that testimony as

1  chilling, chilling.  Well, I guess it would be chilling if

2  there was proof that Baldo Amato and Sal Montana were involved

3  in that plan to lure Sammy to the other location where he

4  could be shot but there isn't any evidence.  There is not even

5  any evidence that Sal Montana was there.  Anthony Tabbita

6  himself was not sure of who was involved, so how chilling is

7  that if it's true at all that they came to the restaurant and

8  asked Sammy for his keys and they planned on murdering him.

9  They being Vito Guzzo and Anthony Tabbita according to

10 Tabbita's version.

11         "QUESTION:  Sitting here today, sir," direct

12 testimony, "Do you know who actually killed Sammy DiFalco?"

13         "ANSWER:  No."

14         "QUESTION:  Did you ever have an understanding as to

15 why Amato wanted Sammy dead?"

16         "ANSWER:  I believed it was over money.  I believed

17 it was over money."

18         "QUESTION:  How do you know that, how did you come

19 to that understanding?"

20         "ANSWER:  That was the reason Sal brought to my

21 attention."

22         "QUESTION:  Sal Montana?"

23         "ANSWER:  One of the Sals."

24         That's the testimony.  That's the testimony on which

25 the charges against Baldo Amato rest and it's the testimony on

1  which all the Government's theories about Baldo telling false

2  statements to the police allegedly or acting suspiciously

3  around the police or acting suspiciously toward Nina DiFalco.

4          That testimony, especially when you recollect

5  Mr. Tabbita on the witness stand, you know, the Government

6  stated today that Mr. Tabbita didn't want to be here and he

7  was afraid, okay, but yes, he testified at the end of his

8  examination on redirect in the context of whether he was

9  better off now or worse off having entered into a plea

10 agreement.  One of the ways he said he was worse off was that

11 he had to look over his shoulder.  Remember, he had to look

12 over his shoulder.  But that really wasn't why he didn't want

13 to be here, that was unrelated.  He didn't want to be here,

14 you saw him on the witness stand, what the hell are you

15 bothering me for I've been sentenced already.  He's been put

16 upon, he's been subpoenaed to come back here.  He got his

17 71 months, he's out of prison, he didn't want to be here

18 because, screw you, that was basically his attitude, was it

19 not?  Didn't he say that?  Wasn't that the demeanor he

20 displayed, that resentful arrogant, I got my deal, I got my

21 sentence, get out of my life.  That's why he didn't want to be

22 here.

23         Was he involved in a conspiracy with Vito Guzzo to

24 murder Sammy DiFalco?  Who knows?  Maybe he was.  Was one of

25 the Sals, either one of them involved?  Who knows.  Maybe one

1   of them was, but his testimony that Baldo Amato was involved

2   is so remote, so thin, so stretched out, in a word, so

3   unreliable as to be meaningless and certainly not the basis

4   for a verdict of guilty against Baldo Amato.

5           Bear in mind in February of 1992 when Sammy DiFalco

6   disappeared what was Anthony Tabbita doing.  He was murdering

7   people.  He was murdering people.  He murdered Kenny Drinkham

8   over some drug deal but it wasn't his drug deal, it was Vito

9   Guzzo's drug deal and Anthony Tabbita testified he wanted to

10  get close to Vito Guzzo so he kind of volunteered for that

11  murder.

12          Do you remember that?  Well, I'll read it to you.

13          "QUESTION:  Now this murder of this fellow who you

14  just referred to Kenny Drinkham, that was about six months --

15  seven or eight months before you went away to prison in early

16  1992. " So maybe five or six months before DiFalco's

17  disappearance Sammy disappearance?"

18          "ANSWER:  Yes."

19          "QUESTION:  And he was murdered ina house in

20  Jamaica."

21          "ANSWER:  Yes."

22          "QUESTION:  AND the reason he was murdered was what

23  he did was he had a cocaine deal with your friend Vito Guzzo

24  and he switched the cocaine on Vito Guzzo.  Do you remember

25  that?"

1      "ANSWER:  Yes."

2      "QUESTION:  And Vito Guzzo wanted him killed as a

3  result of that?"

4      "ANSWER:  Yes."

5      "QUESTION:  So you, Fabio Bartolotta, and his uncle

6  Paul Ragusa you had a meeting and you decided to kill this guy

7  so you can be with Vito Guzzo, correct?"

8      "ANSWER:  Get closer to Vito, yes."

9      "QUESTION:  And, at the time, was Vito Guzzo

10  associated with any organized crime families?"

11      "ANSWER:  Yes."

12      "QUESTION:  What family was that?"

13      "ANSWER:  Colombo."

14      Then, the murder of Steven Pagnozzi and John Ruisi,

15  the double homicide where Anthony Tabbita and his friends

16  wanted to steal this guy's marijuana brought him to Fabio

17  Bartolotta's club.  These guys wouldn't give up the marijuana

18  and so Vito Guzzo and Anthony Tabbita shot each of them in the

19  head at Fabio Bartolotta's club.  The testimony was, and I

20  believe it came from Anthony Tabbita, he's Giannini's

21  Restaurant on Fresh Pond and here Anthony Tabbita testified

22  that Fabio Bartolotta's club was right down the road about a

23  block and a half away from Giannini Restaurant.  This is where

24  a couple of people were executed maybe Sammy was, too, we

25  don't know.

1       So, he was asked just before a month before he went

2   away to prison if he killed Steve Pagnozzi and John Ruisi?"

3       "ANSWER:  Yes."

4       "QUESTION:  Was that at or about the time you were

5   conspiring to murder Sammy DiFalco."

6       "ANSWER:  Yes."

7       "QUESTION:  Now, where was Steven Pagnozzi and John

8   Ruisi in the social club, Fabio's?"

9       Fabio's club was also used, do you remember, when

10  Fabio's house, Fabio Bartolotta's house had been robbed and

11  his mother's jewelry stolen.  So Patsy Conte, a captain in the

12  Gambino Family and boyfriend of Francesca Bartolotta, put out

13  the word to get this guy Mike Hollywood who was suspected of

14  robbing the jewelry.  Tabbita himself suspects that was Fabio

15  Bartolotta and so two friends of Mike Hollywood are grabbed

16  and brought back to Fabio's club beaten, threatened, and

17  eventually spared.  I'm only bringing this up because this is

18  all what's going on about the time that Sammy DiFalco is

19  murdered -- disappeared and murdered.

20      One other crime that in the early '90s he testified

21  to may shed some light on the mystery here of who killed Sammy

22  DiFalco and I assure you I have no answer to that question.

23  This has to do with an attempt to murder Robert Wisniak."

24      "QUESTION:  And Robert Wisniak was to be murdered

25  because he owed a $10,000 debt to Paul Ragusa?"

1    "ANSWER:  That was one of the reasons."

2    "QUESTION:  And, if he were murdered the $10,000

3    debt would not need to be paid, correct?"

4    "ANSWER:  Yes."

5    Similar to what happened to Pasatoro.  Somebody owes

6    you money, kill them and you don't have to pay the debt

7    anymore.

8    There was some testimony that Anthony Tabbita,

9    Anthony Tabbita, and Sciacca and some of friends had gotten

10   into a fight at a restaurant with someone from Corona and hurt

11   somebody there.  Sammy DiFalco interceded and paid the

12   hospital expenses, $5,000, that it cost for the injuries and

13   Tabbita was asked was he ever paid back, that money, and he

14   was never paid back that money.

15   So, just a theory that rather than paying Sammy the

16   $5,000 he was owed, you know, you could always kill him.

17   There was also the John Barelli murder that Anthony

18   Tabbita committed with Vito Guzzo but that was afterwards,

19   after he got out of prison.

20   Now, Anthony Tabbita goes away to prison shortly

21   after Sammy disappears, well, withdrawn.

22   Shortly after he testified of failed plans to kill

23   Sammy and while he's away, shortly after he goes away, Sammy

24   DiFalco is murdered, okay.  And, we have evidence that Baldo

25   Amato visited Anthony Tabbita upstate in prison several times

1  while he was up there.

2         Now, you can look at that two ways.  You can look at

3  it gee didn't that damning evidence of this relationship

4  between Anthony Tabbita and Baldo Amato and here is Anthony

5  Tabbita who I just described to you as a murderous individual

6  who has been on a virtual binge of murdering people and here's

7  Baldo Amato visiting him in prison.

8         So, isn't that good evidence that Baldo Amato was

9  involved with Anthony Tabbita in the murder of Sammy DiFalco,

10  a murder?  Not really, and I'll tell you why.  Out of

11  Tabbita's own mouth on direct examination, he's asked these

12  questions."

13         "QUESTION:  You indicated that you Fabio Bartolotta,

14  Paul Ragusa, Vito Guzzo, and Frank Fiordolino were associates

15  on record with members of different organized crime families

16  correct?"

17         "ANSWER:  Yes."

18         "QUESTION:  Did that prevent you from committing

19  crimes with one another?"

20         "ANSWER:  No."

21         "QUESTION:  Why?"

22         "ANSWER:  We were friends."

23         "QUESTION:  And associates of one family commits

24  crimes with another family?"

25         "ANSWER:  You're not supposed to."

1      "QUESTION:  Did you?"

2      "ANSWER:  Yes."

3      "QUESTION:  Did you clear that with anyone?"

4      "ANSWER:  No."

5      "QUESTION:  Is Baldo Amato, the person you are on

6   record with -- is Baldo Amato, the person you are on record

7   with, know that you were committing crimes with some of these

8   individuals."

9          It's obviously a typo, this question.

10      "QUESTION:  Did Baldo Amato, the person you are on

11   record with, know that you are committing crimes with some of

12   these individuals?"

13      "ANSWER:  No.

14          Baldo Amato, when he visited Anthony Tabbita, didn't

15   know that he had murdered Steve Pagnozzi, didn't know that he

16   had murdered Kenny Drinkham, didn't know that he had attempted

17   numerous other murders.  Anthony Tabbita was serving a prison

18   term for an assault.  He was serving a prison term for an

19   assault.  That's Anthony Tabbita's own testimony shows, that

20   all Baldo Amato would have known when he went to visit him.

21          Now, I pursued that question on cross-examination a

22   little bit and I asked Mr. Tabbita.

23          "QUESTION:  By the way, the three murders that we

24   have just gone through, Kenny Drinkham, four murders actually,

25   Mr. Ruisi and Mr. Pagnozzi and Mr. Barelli.  Were you doing

1    that as an associate of the Bonanno Crime Family?"

2              "ANSWER:  No."

3              "QUESTION:  Were you doing that because you are on

4    record with Baldo Amato?"

5              "ANSWER:  No."

6              "QUESTION:  Did he know anything about those

7    murders?"

8              "ANSWER:  No."

9              So, it's not as I said, it's not that Baldo Amato

10   was visiting this murderous fiend in prison because he

11   supported murder, it was because Anthony Tabbita was only in

12   prison for an assault.

13             Now, it was very interesting on direct examination

14   of Anthony Tabbita by the Government that it took pains to try

15   -- for Anthony Tabbita to try to explain why when Baldo Amato

16   visited him he never discussed Sammy DiFalco.  And, Anthony

17   Tabbita basically said well in the life you don't discuss

18   murders.

19             Now, ladies and gentlemen of the jury, I keep coming

20   back to you to use your common sense and your life experience.

21   Think about this now one of the Sals' recruits, Anthony

22   Tabbita, to murder Sammy DiFalco and he says Baldo has ordered

23   this, right?

24             These young guys like to be, including Tabbita

25   himself, they all testified as to they wanted to show they

1   were able guys they wanted to work their way up.  They wanted

2   to work their way up, that's why we would do things with

3   Baldo, that's why we did this we wanted to show we were able,

4   we were capable.

5          So, Anthony Tabbita he's recruited by one of the

6   Sals, he engages in three fruitless plans to murder Sammy

7   DiFalco, now he goes away to prison.  Now, Baldo Amato shows

8   up to visit him.  Is it conceivable to you that in the

9   meantime Sammy DiFalco is murdered?

10         Is it conceivable to you that the subject would

11  never come up, they'd never mention it?

12         I mean, he never mention that Sammy DiFalco died, it

13  just wouldn't come up.  Wouldn't Anthony Tabbita say, you

14  know, we tried to get him and we couldn't, you know, wouldn't

15  Baldo say:  "We finally got the guy."  Isn't that just common

16  sense?  The fact that it was never brought up, never spoken

17  about is, in my view, and I hope it's yours it's actually

18  affirmative.  He testified that Baldo Amato had no involvement

19  with Anthony Tabbita in any conspiracy to murder Sammy DiFalco

20  because it most surely would have been a subject of their

21  conversation.

22         By the way there was, with the prison visits

23  themselves.  You know Baldo Amato has been in prison quite a

24  bit, you saw his visitors list, people would visit him.  He

25  appreciated and knew the value of prison visits and also there

1  was testimony, it turned out there was testimony from a lot of

2  sources:  Tabbita himself, Frank Lino, investigator Carillo

3  and Detective Vormittag that Baldo Amato had a residence in

4  Hunter Mountain.  Remember Frank Lino said he had one up there

5  and Baldo Amato is about a mile away and Hunter Mountain is, I

6  submit to you, not far from where Anthony Tabbita was

7  incarcerated.  So, it wasn't a great effort on the part of

8  Baldo Amato to visit somebody from the area, from his

9  neighborhood who was in prison.

10        Now, just to close out the subject of the prison

11  visits and the fact that oh, we would never talk, you don't

12  talk about a murder.  Tabbita testified about the attempted

13  murder of a guy they called him a Caldwell street guy, the

14  wrong guy got murdered, I think his name was Anthony Masi and

15  he was murdered instead and this happened in prison and how

16  did he know about it?  He was at this trial, he was shown, his

17  sworn testimony from a previous trial where he was asked this

18  question and grave this answer."

19        Withdrawn.  First he said he was visited by Vito

20  Guzzo, Paul Ragusa, John Clemenza and Joe Sciulara while he

21  was in prison.

22        "QUESTION:  What did you learn from them during the

23  course of your incarceration?"

24        "ANSWER:  Because me and Vito Guzzo became good

25  friends."

1    He basically revealed exactly how he plotted and

2  executed the hit on this Anthony Riccardo, that's the Caldwell

3  Avenue guy.  So that belies any idea that you don't talk about

4  murders because he's explain to him how Vito Guzzo came up to

5  say and he tried to murder this guy and we murdered the other

6  guy instead.

7    These prison visits, I submit to you, are strong

8  evidence of Baldo Amato's noninvolvement with Anthony Tabbita

9  in the Sammy DiFalco murder conspiracy.

10    Now, I'll give Tabbita credit for this in his

11  testimony because you'll see not all the cooperating witnesses

12  were candid.  He was asked, "Why did you decide to cooperate?"

13  His answer was, "I didn't want to face the rest of my life in

14  prison."  Don't we know that's the true truth.  That answer is

15  the truth and it's true of all of these witnesses, even the

16  ones that hedge on it; this is obviously why they cooperated.

17    And, in 1998 when Anthony Tabbita cooperated, this

18  is when he implicated Baldo Amato in the Sammy DiFalco murder

19  conspiracy and why would he do it at that point?  Well, for

20  one thing, most of his crimes are, if not all of them, Anthony

21  Tabbita's were committed with this group of Ridgewood Boys or

22  Giannini Boys or whatever you want to call them.  And, at the

23  time he cooperated he believed that numerous others of those

24  guys who had already been arrested were cooperating.

25    So, he needs to provide information that's

1  additional to anything they may be saying, okay, he needs to

2  give them something new.  And, what do you have?  You have you

3  have an unsolved murder, a local murder of a popular

4  restaurant owner six years later it's not been solved.  Who do

5  you have?  You have Baldo Amato who is in the restaurant,

6  worked there, a member of the Bonanno Crime Family, a perfect

7  patsy for this.  I'm sure there were suspicions that Baldo did

8  it.  Isn't he mobbed up?  And this guy gets killed, didn't

9  Baldo do it?  He would be the number one suspect all the time

10  based on his -- the evidence of his membership in the Bonanno

11  Crime Family.  He would be the number one suspect all the

12  time.

13          So, for Anthony Tabbita to put Baldo Amato into that

14  murder conspiracy was a way he could get mileage out of his

15  own cooperation.  It's a theory; whether that's the way it

16  worked out, I don't know.  I'm just giving possible theories

17  to answer questions that you might have when you consider

18  this:  Because remember this about Anthony Tabbita you know he

19  came across on the witness stand as, let's say, muted, muted.

20  But you know he gave very short yes-and-no answers to all the

21  questions.  But we know that he was quite a schemer.

22          Don't forget that this is the guy who went before a

23  grand jury and said it wasn't me who assaulted the guy, it was

24  my buddy Sciacca and then they had Sciacca go before the grand

25  jury and say:  "It wasn't him, it was me."  And the reason

1   Tabbita had prior convictions and he would get a big sentence

2   if he were convicted and Sciacca said he didn't have any prior

3   convictions.  So, when I talk to you about cooperating

4   witnesses who led lives of crimes and knew the testimony and

5   knew how to manipulate it.  This was the type of thing I'm

6   talking about he was bold enough to do that.

7           He also was not afraid to operate on a grand scale.

8   Remember his testimony of going to Bogota, the pronunciation

9   of which I learned at this trial, Colombia, I learned at that

10  time, to buy huge loads of cocaine.  A plot that was hatched

11  at the MDC with Fabio Bartolotta when he visited him and this

12  scheme he himself, Tabbita, little old Anthony Tabbita, is

13  down in Bogota Colombia trying to negotiate this huge cocaine

14  deal.  So, this guy knows how to deal on a grand scale.

15          And, remember when he robbed the drug dealers of

16  $50,000.  They were supposed to give him -- he was supposed to

17  give them a brick of cocaine and they were supposed to give

18  him $50,000 and what he gave them was a brick of coffee and

19  then he made off with the money, okay.

20          When Anthony Tabbita told the Government that Baldo

21  Amato ordered the murder of Sammy DiFalco, he was giving them

22  a brick of coffee.  And now at this trial, the Government has

23  passed that brick on to you.

24          I would like to talk about Frank Fiordolino.

25  Fiordolino, I guess, the only purpose of his testimony was to

1  show, well, I take that back.  Mr. Fiordolino is maybe the

2  world's foremost authority on Baccarat and Joker Poker and he

3  said he was a coffee boy at a cafe at age 13.  He did this

4  straight through to 2001 when he got a job as a bartender.  He

5  was a coffee boy in cafes, that was the extent of his career.

6  The Peter principle leveled out in the coffee shop.

7          So we had a lot of testimony about Joker Poker and

8  Baccarat put on the DiFalco murder.  It's this conversation

9  that he had with Baldo Amato and the potency of that

10  conversation is to show that Baldo Amato hated or disliked or

11  despised, I guess, Sammy DiFalco which is contrary to any

12  other evidence in the case of any bad will, bad feelings

13  between Baldo Amato or any problem whatsoever between Baldo

14  Amato and Sammy DiFalco.

15          Now, Frank Fiordolino, I guess we all remember when

16  he came into the court and he said:  "I ain't testifying," and

17  the judge said:  "What?"  And he said:  "I ain't testifying."

18  And we broke for lunch and we came back and he explained that,

19  you know, "I was a bit nervous."  I know the defendant, he

20  knows me, I know the defendant and his family knows my family

21  a long time.  Whether that was genuine, whether he was play

22  acting I don't know.  But you know we had all these

23  surveillances of wakes and such and one of them was the wake

24  in July 6, 1997, of Baldo Amato's father and the Government,

25  you know, made a point of showing all the people who were

1   there:  Sal Vitale, you know, all these minor luminaries from

2   the Bonanno Crime Family.  But what interested me on this were

3   the people who weren't there and I don't see Frank Fiordolino

4   here, I don't see his uncle Frank Novarro here.

5               (Continued on the next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        MR. WHITE:   (Continuing)   He claims to know Baldo

2   Amato's family a long time; that they're friends for a long

3   time.  They didn't show up at Baldo Amato's father's wake.

4   So, you can take that with a grain of salt.

5        While I'm on this wake of Baldo's father, there's

6   somebody else whose name doesn't appear.  This is a defense

7   exhibit in evidence of the surveillance report of the agents

8   who took it.  One of them testified here, James Meskill, an

9   FBI agent.  One of the names that went on here is Sal Montana.

10  This is a good example of a law enforcement agent who just is

11  constitutionally unable to give testimony that might be

12  helpful to the defense.  Not lying, just couldn't do it,

13  almost like constipation.

14       I said was Sal Montana there?  He said I don't

15  remember.  I said look is he here?  Look on the list.  I don't

16  remember.  So, the government gets up on redirect, says well,

17  was this guy here?  Yes, he was there. Was this guy here?

18  Yes, he was there.  Oh, yeah, he was there.  Working from the

19  same list.  Now I go back, narrow it to the M's.  Are all the

20  M's there?  Yes, he was there, he was there.  Was Sal Montana

21  there?  He says I don't remember.  He just was incapable.

22  That's an example of professional interest of a law

23  enforcement officer in giving testimony.  Look through here,

24  you're not going to find Sal Montana; Sal Montana's name as

25  being at the wake of Baldo's father.

1      We're still with Frank Fiordilino.  I took a Little

2    Sal detour here.  Remember the surveillance by Agent Floyd.

3    This was in 1996, June 13th of 1996.  We see four individuals

4    on the corner, Ragusa, Tabbita, Frank Fiordilino and Vito

5    Guzzo.  When I asked Mr. Fiordilino did he recognize this

6    person, he didn't at first.  Then I showed him this other

7    picture of Frank Fiordilino turned around.  He said yeah,

8    that's me with Anthony Tabbita, Paul Ragusa, Vito Guzzo.

9      I had the sense, maybe you did, too, that Frank

10   Fiordilino kind of tried to in his testimony to distance

11   himself from those guys, he was basically a coffee boy.  It

12   certainly doesn't look like it in that picture. It looks like

13   he's pretty involved with Tabbita, Guzzo and Ragusa.

14       He testified he really wasn't in that clique, but

15   the pictures suggest otherwise.

16       Now, he decides to cooperate very late in the game.

17   He was arrested in June of 2002.  He's supposed to go to trial

18   in October of 2003 for the murder of Thomas Sajn.  He tries to

19   cooperate but at that late date, the government insists he

20   plead guilty and we'll talk about cooperation later,

21   apparently.  So, he pleads guilty to the murder.  Then he

22   cooperates afterward.

23       One of the problems he had is that who is he going

24   to give up?  He testified that he was aware a whole bunch of

25   Bonanno Crime Family people had cooperated and a whole bunch

1  of Ridgewood Boys had cooperated.  He, basically, he was,

2  probably to his credit, he was an ineffectual mobster.

3  Throughout the '90s, you know, he never was a made member.  He

4  said he was basically born into the family, hung out with

5  mobsters, half of his relatives were made members, but he

6  basically was a coffee boy for all of the '90s, except he

7  screwed up in murdering Thomas Sajn back in 1983, I believe it

8  was.

9        So, now who is he going to give up?  Because the

10  government is not going to give him much of a break on a

11  murder for his testimony about Joker-Poker, right?  He has to

12  give them something more than that.

13        At that point in time when he wants to cooperate,

14  what does he know about Sammy DiFalco's murder and the murder

15  conspiracy?  He does know something.  He does know something

16  about it.  He tells you how he knows it.

17        I asked him, did you ever look at Anthony Tabbita's

18  302 regarding the Di Falco murder?  That was in the garage.

19  Yes.  How long before you were arrested was this?  Possibly,

20  no, no, he was under house arrest, probably six months.

21        So, Fiordilino was arrested in June of '02, so maybe

22  around December of '01, he read Anthony Tabbita's 302 on the

23  DiFalco murder.  He knows what Anthony Tabbita has told the

24  FBI about the DiFalco murder conspiracy and the Sals and

25  Baldo.  He knows that.

1        When Fiordilino goes in to cooperate, he wants to

2   provide information.  He wants to help himself.  He already

3   has a basis that he can operate off, what he's read from

4   Anthony Tabbita's 302.

5        So, I submit to you he comes up with this story

6   about he and he alone speaks to Baldo Amato on, yes, a snowy

7   day, the day that Sammy DiFalco's body has been discovered or

8   new evidence has been discovered.  He comes up with this

9   conversation that Baldo Amato said to him partly in Italian,

10  partly in English that, you know, about those motherfuckers

11  come to see you about that piece of shit?  I submit to you

12  that not knowing anything more about Sammy DiFalco and the

13  murder conspiracy or who murdered him, and only having Anthony

14  Tabbita's 302 to work off of, Frank Fiordilino could create

15  something that really couldn't be corroborated.  There's no

16  other witnesses.  The snow could be corroborated but not

17  whether anything like that ever was said, and he could offer

18  to the government in trying to get his own cooperation

19  agreement and get out from under the murder.  That is a

20  theory, a theory.

21       These things are only theories on my part, just like

22  the government's theories are theories.  I'm not saying

23  anything it must have been this way, but these are plausible

24  reasons why you could conclude a witness like Frank

25  Fiordilino, looking to get out from under a federal murder

1  charge would come up with that story that is not consistent

2  with anything else anybody else ever said about Baldo Amato

3  and Sammy DiFalco.

4      He also testified, you'll recall, about meeting with

5  Sal Montana and that Sal Montana's name was being thrown

6  around; that he might be implicated, but that was right in the

7  302.  So, there's nothing that shows Sal Montana said to him

8  Tabbita is trying to put nails in me.  Yes, it's in the 302s.

9      Now, I was listening to Mr. Fiordilino on his direct

10  examination.  He was talking about other crimes he committed.

11  One of them was he burned a car for his uncle or his cousin.

12  The reason he did it, this is his direct examination, because

13  supposedly this guy had said something, because supposedly my

14  Uncle Dominick was a piece of shit and he didn't like that.

15      You know, that phrase caught my ear when he's saying

16  that.  So, on cross-examination I asked him about that.  I

17  said what was Dominick supposedly saying bad about your uncle?

18  The answer, he said, it was my cousin.  He was calling him a

19  piece of shit.  That was your cousin's term, piece of shit?

20  Yeah, that's a term used a lot around my boys.  Did you use it

21  a lot? If I didn't use it, somebody is definitely using it

22  about me.

23      I submit to you that that expression he came up

24  with, piece of shit, is the type of expression that Frank

25  Fiordilino will use, did use and was commenting on about but

1   not the type of expression that Baldo Amato would use and most

2   surely not about his friend Sammy DiFalco.

3           One other piece of corroboration.  I guess it didn't

4   amount to corroboration.  Fiordilino said Baldo was driving a

5   black Saab at the time he had this conversation.  I guess if

6   the government had brought in registration records showing or

7   a title of records showing Mr. Amato had a black Saab at the

8   time, I would be arguing to you the black Saab as well as the

9   crooked oak tree, it shows he knew what was going on at that

10  time, but it turns out unlikely he had a black Saab at that

11  time.

12          The reason for that, the very first witness,

13  Inspector Carillo, the agent, the expert, he testified about

14  surveilling the George Sciascia wake in 1999 and Baldo Amato

15  attended that wake.  Agent Carillo and the other agents

16  recorded the license plates of the cars and ran the

17  registrations.  The car that Mr. Amato arrived in that wake,

18  was a 1992 gray Volvo.  So, I'll hold myself to the standard

19  of the crooked oak tree and say maybe that doesn't corroborate

20  much either, but there is no true corroboration of anything

21  that Baldo Amato said to Frank Fiordilino on that day.

22          Something that is a little more problematic is the

23  government's argument to you this morning that Detective

24  Vormittag visited Baldo Amato at the restaurant that day and

25  then Baldo Amato met Frank Fiordilino later and that's when he

1    asked him this, okay?  Now, that fits the government's theory.

2    It would be consistent, it would fit in nicely with Fiordilino

3    except that's not really the way the testimony was.

4            Frank Fiordilino said it happened between 2:00 and

5    2:30.  Detective Vormittag testified at page 1935 of the

6    transcript that the interview of Baldo Amato occurred 2:30 and

7    3:00 o'clock.  Baldo Amato was dressed in a tuxedo shirt and

8    tuxedo pants.  He had taken his tie off.  Apparently, he was

9    working lunch there.  So, it couldn't have been that Baldo met

10   Frank Fiordilino after Detective Vormittag came because it

11   worked the other way around at the time.

12           I think it comes down to, again, would you hesitate

13   to act in a matter of importance in your own life if you had

14   the word of Frank Fiordilino to rely on?  I think the answer

15   is everyone of us would hesitate to act.

16           Now, the government has another arrow in its quiver

17   in attempting to prove this; that Sal Vitale's testimony that

18   Joe Massino told him that Baldo Amato murdered Sammy DiFalco

19   and Joe Massino told him a few other things.  He murdered him

20   because he was robbing the restaurant; that Baldo hired Nina

21   DiFalco afterwards and that Baldo was hitting on Nina DiFalco.

22           Mr. Vitale testified that this conversation occurred

23   somewhere in the '90s, okay?  Somewhere in the '90s.  You'll

24   recall that Joseph Massino was in prison when Sammy DiFalco

25   disappeared and was killed.  So, it certainly couldn't be

1   based on any personal knowledge of Massino.

2          Think of this.  Just think of this.  I mean I told

3   you like when you hear coconspirator statements, is the

4   witness telling the truth?  Was the speaker telling you the

5   truth?  Thirdly, what was the speaker's basis of knowledge?

6   We never heard how Joseph Massino knew this.  He wasn't there.

7   How does Joseph Massino know?  Just think about it.

8          What happened to the restaurant after Sammy died?

9   Nina ran it for a short while, then got help from her daughter

10  and future son-in-law, Frank Guidice, then sold to Louis

11  Restivo and Joseph Massino who opened up Casa Blanca

12  Restaurant in the same plant, okay?  Don't you think the

13  murder of Sammy DiFalco was a constant subject of conversation

14  in Casa Blanca?  Whatever happened to the guy that used to

15  work here?  He got killed.  How did it happen?  Don't you

16  think that was the subject of constant scuttlebutt and

17  somebody saying Baldo hired his wife later, which isn't true.

18  He asked her to come in and help with reservations.  He wasn't

19  in a position to hire her, then somebody adding yeah, I heard

20  he was hitting on her.  This is all speculation.

21         So, even if it's true, which you can surely doubt,

22  that while Sal Vitale and Joseph Massino were walking down

23  Cross Bay Boulevard in Howard Beach, that Joseph Massino was

24  expounding on who had killed Sammy DiFalco, how in the heck

25  would Joseph Massino know?  Isn't what he's saying just rumor,

1  scuttlebutt, suspicion?  That's the type of statement of a

2  non-testifying speaker that you really should accord no weight

3  to.

4          Nina DiFalco's testimony was revealing in a lot of

5  ways.  First of all, you know the general impression of Nina

6  DiFalco.  She justified very candidly for the prosecution.

7  Then she testified just as candidly for the defense when I

8  cross examined her.  Did you get the impression she felt Baldo

9  Amato had killed her husband?

10          The prosecutor said this morning she had wanted

11 Baldo to phone Cathy and see, could Cathy shed any light on

12 where her husband was, and that Baldo asked Giovanni

13 Annunziata for the phone number, said forget about, don't

14 bother.

15          Nina testified, speaking --  speaking about Baldo

16 Amato, he said I believe he has the number or I had the

17 number.  I gave it to him.  I said please, here's the number.

18 Call up.  Find out.  Maybe she kidnapped him.  I don't know.

19 He goes alright, I'll try to call her because I need to know

20 what happened.  So, if at some point Baldo said I don't need

21 the number, he had it from Nina according to her own

22 testimony.

23          She also testified and this is going to tie in with

24 Detective Jacobson's testimony that Baldo had called me --  as

25 a matter of fact, I think he passed by one night.  The first

1   two nights or three nights he had called to see if my in-laws

2   were there and how many people and he came by and he brought

3   food.  Now, this is a stage at which everything Baldo Amato

4   does here, the government says it's suspicious.

5           When they say it's suspicious, they say because we

6   know he ordered the killing of Sammy DiFalco.  That's why it's

7   suspicious.  The reason we know it is supposedly because

8   Anthony Tabbita has testified to that, but Baldo comes over to

9   the house, brings food for the in-laws like a good Italian

10  should do.

11          She also testified she asked Baldo to do me a great

12  favor.  I heard that Cathy might come to the wake.  Please try

13  to stay by the door and if so, if you do see her, don't let

14  her come in.  Don't let her come in.  He's trying to be

15  helpful in every way.  She testified he went to the wake both

16  nights, to the funeral.  I mean talk about being punished for

17  good deeds, everything he did to try to be supportive, helpful

18  is now being turned against him that he was doing it in order

19  to stay close to her so he could follow the investigation and

20  know what's going on.  Does that sound like what actually was

21  going on here?  If it wasn't for Tabbita's testimony, would

22  anybody possibly think that was what was going on here?

23          She testified that Sal Montana was her husband's

24  friend.  You know, here's Sal Montana and his wife and Nina

25  DiFalco and Sam out in Las Vegas.  This has nothing to do with

1   Baldo Amato.  This relationship they have is independent of

2   Baldo Amato. She testified she knew Baldo's wife, that she and

3   Sammy would visit them, socialize with them, were a couple of

4   friends.

5           She testified as to what his functions were at the

6   restaurant.  She said he was the day manager.  Giovanni

7   Annunziata also testified he would come in in the morning and

8   he would be there through lunch; that he would check the

9   produce, the dairy, whatever came in in the morning.  For some

10  reason, I can't explain, I'm mystified Michael said he didn't

11  work there.  I don't know why he would say that, but that's

12  what he testified to.

13          She was asked what was her understanding whether

14  Baldo was a partner in the Giannini Restaurant with Sam.  She

15  said no.  Any interest he had in the restaurant?  None at all

16  she says.  She was instrumental in the restaurant together,

17  the planning of it.  She knew how the name had been picked,

18  Giannini after an Italian immigrant who had done good for

19  other immigrants.

20          Nevertheless, it's Detective Jacobson who visits

21  Nina on March 1st and the prosecution said March 1st was a

22  Sunday.  I guess it would be if 1992 were a leap year and I

23  don't know if 1992 was a leap year, but the 27th was on

24  Thursday, the 28th is Friday.  Then the 1st is either Saturday

25  or Sunday, depending on whether it was a leap year, but one

1  way or another, it's consistent with her testimony that Baldo

2  is coming over there, being supportive, bringing food.

3          I remember when Detective Jacobson is on the stand,

4  the government is asking in very hushed suspicious tones, when

5  you're talking to Nina DiFalco, was there a plan in the room?

6  Yes, there was.  Was he listening to what you were saying?

7  Yes.  How far was he?  Did he appear to be interested?  Do you

8  know what his name was?  Baldo Amato.  I mean what a bunch of

9  baloney.

10         Taking this innocent thing, of course, Sammy has

11 disappeared.  Baldo is interested as anybody else in what's

12 going on in the missing person investigation.  The government

13 turns it completely around.  It's suspicious.  They say why

14 it's suspicious, because we know he ordered the killing

15 because of what Tabbita testified.  There was nothing sinister

16 about Baldo Amato helping Sammy's family.

17         Detective Jacobson testified on that very day that

18 two, possibly three days after Sammy disappeared, Baldo Amato

19 told him, the detective, that he, Baldo, had left the

20 restaurant at 5:30 on the day that Sammy disappeared.

21         He tells Detective Vormittag the same thing a few

22 days late.  The government says that's a lie.  That is a lie

23 and you can use that lie as evidence of consciousness of guilt

24 Giovanni Annunziata, the chef, said he didn't work that day;

25 when is he saying that, 2006, 14 years later.  It's very

1   interesting to me to hear the government this morning trying

2   to reconcile the testimony of Frank Lino and Frank Ambrosino.

3   Well, the testimony, it's really not consistent but 14 years

4   ago had gone by.  Who is going to remember exactly what

5   happened 14 years ago?  That was the government's argument

6   there.  Here, because in 2006, Giovanni Annunziata's

7   recollection is that Baldo Amato didn't work that day.

8          Baldo Amato lied to the police officers.  I submit

9   to you that makes no sense in the world.  Again, use your

10  common sense.  Why would Baldo Amato, a couple of days after

11  the event when it was fresh in everybody's mind, lie to a

12  detective who can very easily verify it or find out it's not

13  true?  He's stupid?  He's stupid to tell such a ridiculous

14  lie:  I was in the restaurant, worked that day until 7:30 when

15  it could easily be disproven.  He didn't lie.  He did work

16  that day.

17         Detective Vormittag, he took a statement from Baldo

18  Amato at the restaurant.  He says it was at the restaurant.

19  We'll leave it it was at the restaurant.  He said Mr. Amato,

20  what I recall was he was non-argumentative, polite but not

21  forthcoming.  Now, that's the type of testimony from a witness

22  who I said to you before has kind of a professional interest.

23  I mean that's the type of testimony the detective would

24  make --  it's not a lie.  It's not a lie.  He's trying to

25  reconstruct the scene, but he, as I say, he's gilding the

1    lilly a little bit to help the prosecution's case along a

2    little bit.  He was not forthcoming.

3            I asked him in cross-examination:  You said

4    Mr. Amato was polite, not forthcoming, correct?  I did.  What

5    question did you ask him that he refused to answer?  I really

6    don't recall but specific questions --  is there any other

7    indication he wasn't forthcoming?  He says no.  Okay?

8            So, Mr. Amato's statement to the detective, I submit

9    to you, is word-for-word accurate and truthful to the best of

10   Mr. Amato's recollection at that time that there's not a

11   dishonest word and for the same reason I told you, why in the

12   world would Mr. Amato supposedly, sophisticated criminal, why

13   in the world would he tell a detective false statements that

14   could be easily refuted?  He wouldn't do it.  What he would do

15   is keep his mouth shut.  He wouldn't say anything, okay?

16           Now, that raises an interesting point because we

17   heard from Sal Vitale, perhaps other witnesses, that it's a

18   rule in organized crime you don't talk to law enforcement.

19   So, in a way, it's unusual that Baldo Amato is talking to law

20   enforcement here.  There's a reason.  The reason is this.

21   Baldo Amato is not looking at this as an organized crime

22   investigation.  He's not looking at it that way.  He's looking

23   at it as an investigation into the disappearance and the

24   murder now of his friend, Sammy DiFalco.  That's why he's

25   willing to speak to Detective Vormittag at all.

1      Detective Vormittag identifies himself from the

2  Organized Crime Squad, but Mr. Amato wants to give information

3  because his friend has been murdered.  It makes no sense that

4  he would give him information that was false and could be

5  easily shown to be false.

6      Just to finish up on the DiFalco murder, Frank Lino,

7  he was asked some question whether back in the day when he

8  would go to the cafe on 13th Avenue in Brooklyn that Cesare

9  Bonventre was involved in, Baldo Amato was a friend of Cesare

10  Bonventre.  Would he see guys there named Sal?  He said yes.

11  Of course, he was shown a picture of Sal Montana, yes.  He was

12  shown Little Sal, the other Sal.  He says yeah, that's the

13  other Sal although I think he was skinnier then.  Like what

14  kind of identification was that?  There's this attempt to

15  build an elaborate theory upon a very week foundation.

16      In the government's opening I was listening

17  carefully to it.  I might have commented, I was eager to find

18  out what the motive the government was claiming for what this

19  murder could possibly have been.  The government's opening was

20  amazingly narrow.  The prosecutor said Defendant Amato ordered

21  the murder of Sammy DiFalco because it was in Defendant

22  Amato's interest.  That was about as vague as you could get.

23      I submit to you that the government itself was not

24  confident in having any kind of motive for this murder.

25      What I really thought was interesting was one of the

1  very last witnesses, Detective Kevin Barry, a ballistics

2  expert.  He testified that Perrino was shot with a .22 and

3  Sammy DiFalco was shot with a .22.  He was asked to compare

4  them, to see if they were fired from the same pistol.  He did

5  compare them and he concluded they were not fired from the

6  same pistol.  What was most interesting to me about that is he

7  did that comparison on May 31st of 2006, one day after the

8  government opened in this case and you were sitting here.  I

9  submit to you even as this trial was under way, the government

10  was trying to solve this murder because it remains unsolved as

11  of today.

12        It was very telling this morning that the government

13  spent so much time on the Cafe Vienna robbery which the

14  government said at the beginning it can't be challenged.

15  They're right, it can't be challenged.  Baldo Amato pled

16  guilty to that.  Yet, the government went on for about another

17  20 minutes about Cafe Vienna, all in an attempt to shore up

18  the credibility of Anthony Tabbita using what happened at the

19  Cafe Vienna as that's truthful, therefore, what he said about

20  something that occurred five years earlier must be truthful.

21        (Continued on next page.)

22

23

24

25

SS      OCR      CM      CRR      CSR

1          MR. WHITE:  (Continuing)

2          That is another drip of coffee that you can't buy.

3   What happened at Cafe Vienna, what Anthony Tabitta might have

4   said about anything else is no evidence that what he said

5   about conspiracy to murder Sammy DiFalco is entitled to any

6   weight at all.

7          Your Honor, the --

8          THE COURT:  I think we will take a five-minute

9   break.

10         All rise for the jury.

11         (The following occurred in the absence of the jury.)

12         THE COURT:  Please be seated.

13         About how much longer?  Do you think you will be the

14  balance of the day?

15         MR. WHITE:  It could be an hour and a half, Judging

16  on my miscalculations so far.

17         THE COURT:  That's all right; as long as it takes.

18         Which means we will have the balance of the closings

19  tomorrow.  I will probably charge the jury on Monday.

20         If what's happened thus far is any indication of

21  what will happen in the future, I think that's basically where

22  we will end up, and depending on what happens tomorrow on --

23  with the balance of the defense closings, we might even have

24  the rebuttal on Monday, but I'm hoping that we will take care

25  of all of the closings tomorrow.  I prefer to do it that way.

1          Yes?

2          MR. BATCHELDER:  Mr. Locurto has an application,

3   Your Honor.  I think it better be done at the side bar.

4          THE COURT:  All right.  Let's have a side bar.

5          (Side bar.)

6          THE COURT:  Yes?

7          THE DEFENDANT LOCURTO:  I just noticed there is a

8   lot of activity on the -- on that side of the -- what you call

9   it, at the gallery.  Every five minutes they keep getting up

10  and coming back in.  It is very distracting.  I would hope

11  that it can be limited.  I see people looking, back and forth.

12         THE COURT:  Mr. Locurto, it is an open courtroom.

13  As long as everyone is courteous and doesn't speak, I can't

14  close the doors to anyone.

15         I can ask people to minimize their movement in and

16  out, but some of these people are apparently law clerks and

17  interns who only come in for a little while and then they

18  leave.  It would be difficult to limit their coming and

19  going.

20         I will keep an eye on it though.

21         THE DEFENDANT LOCURTO:  Thank you.

22         THE COURT:  Okay.  We will take five minutes.

23         (In open court.)

24         THE COURT:  All right.  Five minutes.

25         (Recess taken.)

1        THE COURT:  All right.  Please be seated for a

2   moment.

3        All right.  Before we proceed, I am informed that

4   one of our jurors has a scheduling problem tomorrow morning,

5   between ten and eleven, having to do with his employment.

6        Side bar.

7        (Side bar.)

8        THE COURT:  This is juror number four, the new juror

9   number four.

10       Here is the note:

11       I need to be off tomorrow morning for my job,

12   between 10:00 am and about noon, to pick my job and see what's

13   available for me to work for the next six months.  I have to

14   go to the city.  My job goes B -- he means by -- seniority

15   numbers.  My number is tomorrow.  The location is -- I won't

16   say where it is but it is in Midtown Manhattan.

17       MS. LASER:  Can we caucus on this?

18       THE COURT:  Caucus?

19       MS. LASER:  You are asking us -- I'm sorry.

20       THE COURT:  You want to discuss with cocounsel?

21       MR. ROSENBERG:  See if we have a suggestion.

22       THE COURT:  Yes.  I will give you a moment to talk

23   among yourselves.

24       Go ahead.

25       (Pause.)

1          THE COURT:  All right.

2          MS. LASER:  Thank you.

3          THE COURT:  Is anyone speaking?

4          MR. WHITE:  All I know is, I want the summations to

5    come to an end.

6          MS. LASER:  It's true, Judge.  There are only so

7    many days you can fully prepare and then --

8          THE COURT:  There are options.  One option is I tell

9    him no.  One option is I tell him no.  Another option is, I

10   begin at noon tomorrow.  Another option is I excuse him and we

11   just go on.

12         If you want to speak to those -- there may be other

13   options that I just haven't thought of at the moment.

14         MR. WHITE:  Would the government consent to excusing

15   him?

16         MS. LASER:  I think telling him no would be wrong.

17         THE COURT:  I am just giving you the options.  I am

18   not saying what my preference is.  I am just discussing

19   options.

20         MS. LASER:  You guys want to talk?

21         MR. BURETTA:  Do you guys want to talk to us?

22         MS. LASER:  No.  We are asking you.

23         MR. WHITE:  No.

24         MR. BURETTA:  Is there a proposal on the table?

25         MR. WHITE:  I'd just as soon get rid of him.  Put in

1    the other guy and go.

2            MS. LASER:  We have five more.

3            MR. WHITE:  I don't want to start at noon tomorrow,

4    that's for sure.

5            MR. ROSENBERG:  It may not even be noon.

6            MS. LASER:  It might be 12:30, by the time he gets

7    back.

8            (Pause.)

9            MS. LASER:  I don't think anybody is going to want

10   to go for an hour at 9:00 o'clock for their summation, break

11   and start again.  Is that what you are suggesting?

12           MR. ROSENBERG:  No.

13           MR. WHITE:  Judge, will --

14           MR. BURETTA:  Give us just a moment?

15           THE COURT:  Let's just wait.

16           (Pause.)

17           THE COURT:  All right.  Mr. Batchelder?

18           MR. BATCHELDER:  Yes.

19           THE COURT:  Yes?

20           MR. BURETTA:  We are ready to get the show on the

21   road.  So we would consent to finishing -- to getting rid of

22   juror number four, replacing with alternate number two.

23           THE COURT:  Let me just then move on to the next

24   issue.

25           I am going to excuse juror number four.

1          In terms of tomorrow's schedule, assuming you finish
2     today.
3          MR. WHITE:  Will we be going to 6:00 o'clock?
4          THE COURT:  Yes.  I will go to 6:00 o'clock, if you
5     think you can get done by 6:00 o'clock.
6          MR. WHITE:  Yes.  I'd better.
7          THE COURT:  Right.
8          Whatever.  But if you can, I will go to 6:00
9     o'clock.
10         For tomorrow, if we began -- I need to know how much
11    time everyone is going to need?  How much time do you think
12    you will need?
13         MR. BATCHELDER:  I believe at the outside, at the
14    outside, two hours.  I may be less.
15         THE COURT:  All right.  That's ten to 12:30 with a
16    break.
17         Then what do you have?
18         MS. LASER:  I think I have two hours, Judge.  I
19    don't think it's much more than that.
20         THE COURT:  That's two to 4:30 or two to four;
21    something like that.
22         Then the rebuttal, how long is this going to take?
23    If you have some idea?
24         MR. BURETTA:  Based on the slides I have now,
25    probably about two hours.  Obviously, I don't know what the

1  other two counsel are going to say.

2          THE COURT:  Of course.

3          MR. BURETTA:  I will need to adjust things and add,

4  subtract things based on what they say.

5          I think sort of having to jump into it at 4:30 isn't

6  part -- isn't the right thing.  Given that it's three murders

7  and numerous hours of closings by the defense.

8          THE COURT:  Let me just ask this.  Would everyone be

9  able to start at 9:00 o'clock?

10          MR. BATCHELDER:  Sure.  I can.

11          MR. WHITE:  I like that idea.

12          MS. LASER:  Yes.

13          THE COURT:  Let's have the marshal here, please.

14          Is it possible that we could have the jurors here at

15  9:00 o'clock tomorrow morning?  What time do they normally get

16  here by?

17          THE MARSHAL:  They are told to meet at their place

18  of pick up at 8:30.  Depending on traffic and the weather.  We

19  could ask them to come at an earlier time.

20          THE COURT:  What earlier time would work to get them

21  here by 9:00 o'clock?  Nine or 9:15.  If they didn't get her

22  by 9:00 o'clock, so I can start promptly upon their arrival.

23          THE MARSHAL:  We can ask them to be at their

24  positions at 8:00 o'clock.

25          MR. WHITE:  It will be beautiful weather tomorrow, I

1    hear.

2           THE MARSHAL:  God willing, they should be all to be

3    here by 9:00 o'clock.  If we ask them 8:00 o'clock, that's --

4           THE COURT:  1992 was a leap year.  Every

5    presidential -- you can figure it out.  Every presidential

6    year, election year is a leap year.  That's how they decide

7    when the presidential election will be.

8           Okay.  So what we are going to attempt to do -- I'll

9    tell the jury this, so that the onus isn't on you, that in

10   order to get all the closings done by tomorrow, that I am

11   going to ask them to start off half an hour earlier than they

12   normally do.

13          THE MARSHAL:  Okay.

14          THE COURT:  All right.  If we have a problem, we

15   have a problem.

16          All right.  So we all know what we are going to do

17   now.

18          MR. BURETTA:  Judge, I would ask tomorrow for at

19   least an hour break in-between my rebuttal and the defense

20   closings, just so it's sufficient and tight and, for example,

21   with the end of our closings today, we took -- towards the end

22   we took a break, to clean things up and shorten it.  I would

23   ask for that as well so I can both be directly responding to

24   the closings and being as efficient as possible to make sure

25   we can finish tomorrow.

1              THE COURT:  We will try our best.  I will even take
2     a short lunch tomorrow.  We will just have to eat chips from
3     the vending machine or whatever.
4              It's not your problem, Mr. White.
5              Okay.  Everybody all right?
6              MS. LASER:  Sounds good.
7              THE COURT:  Let's go for it.
8              (In open court.)
9              THE COURT:  Bring in the jury, please.
10             (Jury to enter courtroom.)
11             (Continued on next page.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1      THE COURT:  I'm going to try to have lunch for the

2  jury at around 11:30 between the two closings tomorrow and

3  then I'll get the jury a snack for the middle of the afternoon

4  so they can keep going.

5      COURTROOM DEPUTY:  Jury entering.

6      (Jury enters courtroom at 4:30 p.m.)

7      THE COURT:  Please be seated.

8      All right, Mr. White, you may continue your closing

9  argument.

10     MR. WHITE:  I am going to discuss the Robert Perrino

11 murder now.  But just before I get into it, there's an

12 introductory subject that I wanted to mention and I will be

13 brief.  It's about the presumption of innocence.

14     Baldo Amato is presumed innocent.  As I speak to

15 you, he's presumed innocent and that presumption continues

16 even as you go into the deliberating room and it never leaves,

17 unless, unless you're deliberating.  You, the jury, find the

18 charges against him proven beyond a reasonable doubt.

19     So, I know you've heard a lot of argument today, but

20 that shouldn't move you off of the presumption of innocence

21 because you haven't started to deliberate, you haven't started

22 to confer yet, and you haven't heard all of the summations yet

23 including the other summations and the Government's rebuttal

24 summation.  So I'm asking to you keep an open mind.

25     Now, on the subject of Robert Perrino.  There are

1   essentially two witnesses against Mr. Amato.  Sal Vitale and

2   Frank Ambrosino and I mentioned to you this, I didn't even

3   comment on Mr. Ambrosino in my opening statement because I

4   didn't know at the time that he would implicate Mr. Amato in

5   the murder.

6            Do you remember Mr. Ambrosino when he testified?

7   You know this is a particularly interesting photo exhibit.

8   It's Government Exhibit 2-GG in evidence and what's

9   exceptional about this is that you know I've been telling you

10  that witnesses kind of sometimes appear cued as to who was

11  going to be in the photograph and they'd be asked:  "Do you

12  know Sal Montana?"  "Yes, I do."  Here's a photograph of this

13  person and they would say:  "It's Sal Montana."

14           Now, you probably wouldn't do that if you were going

15  to show somebody a photograph of himself because you wouldn't

16  need to.  So, you'd figure they'd recognize themselves but

17  when Mr. Ambrosino was asked who this was he didn't know.  You

18  know it's kind of amusing, it was amusing at the time.  Then

19  it occurred to me, this is the witness whose powers of

20  observation are so acute that he could look out of his car for

21  just a fleeting moment and recognize Baldo Amato and then duck

22  down in the car.

23           So, think about that, think about how he can't

24  recognize himself.  How valuable.  He was one of these

25  witnesses who, I submit to you, minimized his role in

1  everything.  Remember, he actually was charged with two

2  murders, one was the murder of Louis Tuzzio and he was just

3  sitting in the back of the car when Louis Tuzzio got shot by

4  Robert Lino.  And he was asked did he have a gun; and, yes, he

5  had a gun.  But the only reason he had a gun was that he

6  borrowed a jackets from Robert Lino and there was a gun in the

7  jacket.

8            And then with the Perrino murder, you know, you

9  almost have to ask yourself what did this guy do to be guilty

10 of a murder because, according to his own testimony, really

11 all he ever did was he got some tokens at the Verrazano

12 Bridge, he parked the car near Anthony Basile's club, and he

13 followed the others when he went to Staten Island.  But he

14 didn't do anything and that's according to his testimony.

15           You'll see later that doesn't comport with other

16 witnesses' testimony, that's why you have to look at these

17 witnesses and ask why they're minimizing their own role and at

18 the time he's sentenced he can soft pedal as to why he was

19 candid.  "I didn't want to spent spend the rest of my life in

20 jail" which is why he's cooperating which is the obvious

21 reason for all of us.

22           I think he came to cooperation latest of all the

23 witnesses and when he testified he knew when he cooperated

24 that Sal Vitale had already cooperated and Joey D'Amico Richie

25 Cantarella, Paul Ragusa, Frank Lino, James Tartaglione, and he

1  also knew that Robert Perrino's body had been located and dug

2  up over on Staten Island.

3          So, he had a pretty good idea that he may be in

4  trouble.  And, so, he was arrested and two days later he met

5  with the Government and undertook to cooperate, it didn't take

6  him very long to figure that out.  I'm going to spend a little

7  time on that meeting he had with the Government two days later

8  because I think it's not only critical but dispositive of him

9  as a witness.

10         In that proffer, he sits down with the Government

11 and you might remember this from my cross-examination.  He

12 goes through the Perrino murder in detail.  He tells the

13 agents and the prosecutor who is sitting there and I'm going

14 to take you through is this, it will take a couple of minutes

15 and I will be doing question and answer form.  I just ask you

16 to bear with me.

17         "QUESTION:  And you told them you told them

18 essentially what you knew about the murder of Robert Perrino

19 correct?"

20         "ANSWER:  Yes."

21         "QUESTION:  You told him, did you not, that Robert

22 Perrino was killed because he was considered a weakling?"

23         "ANSWER:  Right."

24         "QUESTION:  That you tried to kill Robert Perrino

25 but, no, you told him that?"

1      "ANSWER:  Yes."

2      "QUESTION:  And that Frank Lino and Anthony Basile

3  Robert Trimaldi were the clean-up crew?"

4      "ANSWER:  Yes."

5      "QUESTION:  Did you and Robert Trimaldi tried to use

6  a roll of something to roll him up in.  A roll of tackling,

7  something like that?"

8      "ANSWER:  I don't recall."

9      "QUESTION:  Do you recall bringing a roll of

10  something?"

11      "ANSWER:  No."

12      "QUESTION:  And you told them about how you picked

13  up the car and it was a station wagon with a police scanner in

14  it?"

15      "ANSWER:  Yes."

16      "QUESTION:  And that you brought that car in front

17  of the club on 86th Street, correct?"

18      "ANSWER:  Yes.

19      "QUESTION:  And you told them Frank Lino, Robert

20  Trimaldi, Anthony Basile and Robert Lino were in the clean-up

21  crew; that, they rolled Robert Perrino's body up in a tarp or

22  a rug, right?"

23      "ANSWER:  Right."

24      "QUESTION:  And that Robert Trimaldi, Anthony

25  Basile, Robert Lino, brought the body out of the door?"

1        "ANSWER:  Yes."

2        "QUESTION:  Do you recall telling us that it was

3   spring time?"

4        "ANSWER:  I recall spring time I said early evening

5   it wasn't dark."

6        "QUESTION:  If I -- "

7        "ANSWER:  Excuse me.  When the body was brought out,

8   it was dark, yes.  When the body was brought out, it was dark

9   outside."

10        "QUESTION:  Did you tell them that you followed

11  Robert Lino and Robert Trimaldi and Anthony Basile in a car to

12  Staten Island?"

13        "ANSWER:  Yes, I did."

14        "QUESTION:  And you told them that you went to Jimmy

15  Labate's place, correct?"

16        "ANSWER:  Yes."

17        "QUESTION:  And that you Robert Trimaldi, Robert

18  Lino, Frank Lino and Anthony Basile met later back at a club

19  on Avenue U, right?"

20        "ANSWER:  Right."

21        "QUESTION:  And you went with Robert Trim, Anthony

22  Basile, and Robert Lino went back to clean up, correct?"

23        "ANSWER:  Yes."

24        "QUESTION:  In that interview, two days after, you

25  were arrested, did you ever mention it to Baldo Amato?"

1    "ANSWER:  I don't recall."

2          And I showed him notes of that interview; he

3    carefully and slowly reviewed it.

4          I asked him:

5          "QUESTION:  Does it refresh your recollection, sir,

6    of whether you ever mentioned Baldo Amato in connection with

7    the Perrino murder on January 22nd?"

8          "ANSWER:  It doesn't appear to be on that paper but

9    I didn't write that."

10         Now, he doesn't have his cooperation agreement,

11   that's his first proffer.  Now, he leaves, he goes back to the

12   MDC.  Now, you remember he testified here that not only did he

13   see Baldo Amato but he told Robert Lino that he had seen Baldo

14   Amato and Robert Lino cautioned him, don't mention that to

15   anybody and he appears agitated when he heard it.  Wouldn't

16   you think that Frank Ambrosino, when he proffered to the

17   Government about the murder of Robert Perrino, knowing that

18   nobody was supposed to know the identity of the shooter and he

19   did, don't you think that would have been the very first thing

20   he told them?  The very first thing he would have told them I

21   saw Baldo Amato outside the place where Robert Perrino was

22   shot but he doesn't mention Baldo Amato at all.

23         Now, it goes back to the MDC, doesn't have a

24   cooperation agreement.  Half of the Bonanno Crime Family has

25   already cooperated about the Perrino murder and he has a

1   problem and he has a bigger problem.

2        First of all, he hasn't given the Government much

3   that they it don't already have, okay.  Secondly, what he has

4   given them is very inconsistent, contradictory, to what Frank

5   Lino has already told them.  Frank Lino, contrary to

6   Mr. Ambrosino, has Frank Ambrosino actively involved upstairs

7   in the club cleaning up, helping carry down the body.  He has

8   him involved at every stage and Frank Ambrosino has told the

9   Government he wasn't upstairs at all he was sitting outside in

10  the car double parked waiting.

11       So, how do you think his proffer was received or,

12  more importantly, how do you think he felt his proffer was

13  received when he left?

14       Now, what happens is he goes back to the MDC and

15  what does he do there?  I showed him a thick volume, a

16  detention memo, a detention memo, and he identified it.  He

17  identified it as something that the Government filed in order

18  to hold the defendants without bail, detain them.  Each of the

19  defendants who was charged.

20       And let me read to you his testimony it's short on

21  this.  I asked him what it was and he said."

22       "QUESTION:  This is a memorandum of law that the

23  Government submitted to the Court to support detaining various

24  defendants in this case?"

25       "ANSWER:  I believe that's what it is, yes."

1          "QUESTION:  Including you, correct?"

2          "ANSWER:  Right."

3          "QUESTION:  And including Baldo Amato, correct?"

4          "ANSWER:  Yes."

5          "QUESTION:  You had your own copy of this, did you

6     not?"

7          "ANSWER:  I believe I did."

8          "QUESTION:  The Perrino murder was a murder of

9     particular interest to you, correct, you were charged with

10    it?"

11         "ANSWER:  I was charged with it, yeah."

12         "QUESTION:  And isn't it true that this indictment

13    contained a fairly detailed description of the evidence?

14         "ANSWER:  The Government said it would introduce

15    against Baldo Amato I'm sure that it did like it had evidence

16    against me."

17              That was his testimony.

18              Now, he goes back and he proffers again.  And

19    now he tells the Government and the agents oh, by the way, I

20    saw Baldo Amato when I was waiting outside for Perrino.  I

21    submit to you, that what he knew at that point, he knew that

22    Sal Vitale had identified Baldo Amato as the shooter that Sal

23    Vitale had recruited and he knew that Frank Lino didn't know

24    who the shooter was because Sal Vitale planned it that way.

25              And so now he was able to come in and now he charged

1  with two murders; he has something substantial to offer: "I

2  can identify the shooter, I saw Baldo Amato there."

3          On the basis of that sequence of events, I submit to

4  you that you should reject his testimony out of hand, out of

5  hand as contrived, manufactured, and as the epitome of what I

6  said about experienced criminals knowing a system and knowing

7  exactly how to manipulate it.  And this a shining, glowing

8  example of how somebody can falsely implicate somebody in a

9  murder by keeping his ears open, reading what's out there, and

10 going back and giving the Government information based on what

11 he's already learned about the case.

12         I asked him on cross-examination and this is one I

13 know, I focused on it, because I'm questioning him, I just

14 hope one or more of you focused on it.  I asked him exactly

15 what Baldo Amato was doing.

16         I said:

17         "QUESTION:  What was he doing?"

18         "ANSWER:  He was just standing there."

19         "QUESTION:  I mean, standing there, you know,

20 whistling looking up in the air?"

21         "ANSWER:  I can't answer that."

22         And if you could remember his answer, "I can't

23 answer that," I don't want to go there.  That's because he had

24 no information.  He had no information, he never saw Baldo

25 Amato there.  It wouldn't make any sense if Baldo Amato were

1    the shooter and they come down the stairs of that club.  Would

2    he come outside the club and just be standing there or would

3    he come down the stairs and step away from that location as

4    quickly as he could?  That, of course, Frank Ambrosino, as I

5    say, you should reject out of hand and consequently, Baldo

6    Amato's case, the Government's case, rests solely on the

7    testimony of Salvatore Vitale.  The testimony that Sal Vitale

8    met with George from Canada and that Baldo Amato more or less

9    volunteered to kill Robert Perrino.  And, you know, Sal Vitale

10   a member of the Bonanno Family for years, second in command

11   for a couple of decades and I think a very good witness, his

12   manner on the stand was very good, but you don't be underboss

13   of the Bonanno Crime Family unless you are pretty clever

14   yourself.

15           They said Joe Massino was clever and calculating,

16   how about Sal Vitale himself the guy is a maestro.  Another

17   way of putting it, -- another way of putting it charitably --

18   the man is a fraud.

19           You have to ask yourself in deliberation:  Is his

20   testimony so trustworthy that you wouldn't hesitate to act in

21   a matter of importance in your own personal life based on his

22   word?  This is a man who murdered Baldo Amato's zip friend

23   Cesar Bonventre.  I said:  "Well, didn't you murder Cesar

24   Bonventre?"  He said:  "I was involved in the murder, yes, I

25   did actually do the murder."

1       He was driving the car Cesar Bonventre was here the

2  man identified as Louie Atanazio was in the back seat.  He

3  said, "Looks good to me" and Louis Atanazio shot him in the

4  head.  But Sal doesn't really want to say he murdered him

5  because he doesn't actually deliver the shots.  This is a man

6  who murdered Baldo Amato's zip friend Gerlando Sciacca in

7  1999.  He orchestrated, he provided the silencer and the gun

8  that George Sciacca was murdered with.  In that, he murdered

9  the only witness to this so-called meeting at a diner.  The

10 only one that was there was murdered by Mr. Vitale and I

11 mentioned it before that Baldo Amato came to him.  He said

12 "What happened to George?"  With tears in his eyes and Vitale

13 lied to him about it, about how the murder occurred and it's

14 kind of interesting when he cooperates a couple of years

15 later.

16      He puts Baldo Amato in the Robert Perrino murder and

17 he makes the witness to the conspiratorial meeting a dead man,

18 a man he himself had murdered.  This is a man, Sal Vitale,

19 what planned to murder Baldo Amato himself.  Remember the

20 testimony of Cesar Bonventre murder was that the plan that

21 Baldo Amato I was to murder him, too, that was in 1984.

22      Well, as I said, Sal Vitale has no problem dropping

23 Baldo Amato into a murder in 2003 and taking care of another

24 zip that way.

25      I don't know what it means but Sal Vitale said his

1   father only spoke Italian and he volunteered that and I said,

2   "Is there some significance to that?"  And he said I thought

3   it was just something you wanted to know.

4          Maybe he has a problem with people, people he views

5   as inferior.  But most importantly this is a man until the day

6   he cooperated in 2003 had never spent one day, had never been

7   sentenced to one day in prison for any crime that he had ever

8   committed not one day.

9          This man has been committing since 1969 or whatever

10  but countless crimes never spent a day and that's why I say

11  this guy is a maestro, he's clever, and he knows the system

12  and here is something who has a chance to clear 11 murders.

13  He was only charged with one, he admits to ten more but he can

14  clear them all.  He can get his reduced sentence which will

15  cover all the other murders he ever did and all the other

16  crimes and he can walk out of jail in a few years like Anthony

17  Tabbita.  Maybe they live in the same neighborhood, they can

18  look over their shoulders and see each other.

19          What are the indications that Mr. Vitale is not

20  trustworthy and you know the Government asked to you look at

21  the demeanor of the witnesses who testified and determine are

22  they candid and he was not candid.  He was not candid about

23  his circumstances.  He was not candid about why he was doing

24  or what he was doing or what he knew about what he was doing.

25          I heard him on direct testimony when he was asked in

1  his mind what effect did he think cooperation would have on

2  him.  He answered "I didn't think what affect it would have on

3  me.  I just decided to cooperate right then and there."  I

4  mentioned even Ambrosino and even Tabbita said I didn't want

5  to spend the rest of my life in jail.  Never Vitale, he never

6  said that.  He said, "I didn't think about it."  I asked:

7         "QUESTION:  Now, am I correct that when you

8  undertook to cooperate you didn't hope to derive any personal

9  benefit from cooperation?"

10        He says:

11        "ANSWER:  True."

12        And they ask him:

13        "QUESTION as you sit here today, do you have any

14 concern about what your exposure is meaning hits sentencing

15 exposure?"

16        "ANSWER:  Right now."

17        "QUESTION:  Your potential sentence?"

18        "ANSWER:  I don't give it much thought.  I don't

19 think about it."

20        I asked him:  You knew the potential sentence upon

21 conviction for the murder of Robert Perrino was mandatory life

22 imprisonment without parole.  You knew that, didn't you?"  At

23 the time he was cooperating you know that, don't you?"

24        "ANSWER:  No, sir."

25        "QUESTION:  Did you have of any idea what the

1  sentence was for it?"

2          "ANSWER:  No, sir."

3          And he continued on:  "I wasn't looking at a

4  long-term situation that you're going to get life.

5          I asked him again."

6          "QUESTION:  So you don't know what the sentence was

7  for racketeering murder?"

8          "ANSWER:  Did I know it was mandatory life?  No

9  parole for racketeering murder?"

10          "QUESTION:  Right?"

11          "ANSWER:  No, we don't go to school.  Organized

12  crime members don't look at it in at that light, sir."

13          I further said:

14          "QUESTION:  No matter what happens you don't pay

15  attention to sentences of other organized crime members that

16  are reported in the papers throughout the '90s?"

17          "ANSWER:  Not really, sir."

18          Why is he testifying that this man is charged that

19  he has no idea what the sentence is.  This is the underboss,

20  an 11 time murderer.  He has no idea what the sentence is?  30

21  pages later, toward the end of my cross-examination, not

22  actually, in the middle of my cross-examination, toward the

23  end of the week, I asked him:

24          "QUESTION:  Are you aware and were you aware during

25  the course of your cooperation that the underboss, former

1  underboss, of another organized crime family pled guilty to 19

2  murders pursuant to a cooperation agreement and received a

3  lenient sentence?"

4          "ANSWER:  I don't know how many murders he admitted

5  to and I don't know the exact term of his agreement."

6          "QUESTION:  Do you know whether he received a

7  lenient sentence?"

8          "ANSWER:  I think it was somewhere in the vicinity

9  of five, six years.  40 months or 60 months or whatever."

10         So 30 pages later I'm finally able to get out he

11 knew exactly.  He knew that even as he was admitting to more

12 murders he could wind up doing a sentence, a very lenient

13 sentence, and that testimony had no concern of all to him what

14 the sentence would be.  The idea he had no personal interest

15 is false.

16         Relatedly, I asked him was he aware that there were

17 other cooperators against him on the Perrino murder because it

18 didn't enter my mind at the time.  Equally false, it didn't

19 enter his mind.  We learned that Richie Cantarella was

20 cooperating and we learned that other witnesses were

21 cooperating but it never entered his mind.

22         (Continued on the next page.)

23

24

25

1       MR. WHITE:   (Continuing)   I asked him, Richie

2  Cantarella has been indicted for the murder of Robert Perrino

3  a few months before you were indicted for it; is that correct?

4  I'm not completely clear.  I know he was arrested but I don't

5  know if he was arrested for the Bobby Perrino murder.

6          Imagine that, this murder occurred in 1992, unsolved

7  murder.  Richie Cantarella involved in the murder, a captain

8  in the Bonanno Crime Family in October of 2003, gets indicted

9  for that murder that Sal Vitale put together.  He doesn't even

10 know about it, according to his testimony.  He doesn't know

11 this guy in the Bonanno Crime Family has been indicted for

12 murder involving Perrino.  Could not be true.  The testimony

13 could not be true.

14         He testifies, however, he's arrested on January 9th,

15 2003.  He testifies about a Christmas meeting with Joseph

16 Massino a few weeks before at his sister Anna's house where

17 they talk.  Joseph Massino, he asked him, did you speak to

18 Mr. Massino?  Yes.  About Richard Cantarella's arrest?  Uh

19 huh.  Is it still your testimony you didn't know what Richard

20 Cantarella was arrested for?  Answer, I know he said

21 Mr. Massino told me he heard --  he says --  well, question,

22 why was Mr. Massino meeting with you?  You were kind of on the

23 shelf then, were out of commission?  That's true.  Why was he

24 meeting with you, telling you all this stuff?  The answer?  I

25 have no idea.  I have no idea.  Is this testimony believable,

1   folks?  He has no idea?  He's the most naive underboss of

2   organized crime I've ever known.  He doesn't have a clue

3   what's going on around him.

4          I kept pursuing him. Did you ever learn, did you

5   ever learn from Mr. Mitchell, a lawyer representing him after

6   he was arrested, that Richie Cantarella was cooperating?  Now

7   he answers no, sir.  Oh, I think Mr. Mitchell asked me in the

8   MDC where I was being housed; that he wanted to hire his own

9   private investigator because he wanted to investigate Frankie

10  Coppa and Richard Cantarella.  That's true.  So by that point

11  in time you knew Richie Cantarella was cooperating?  At that

12  time I knew.  That was within a week of your arrest?  A week,

13  ten days, two weeks.

14         I finally pried it out of him by asking about the

15  lawyer.  Didn't the lawyer ever tell you this?  Because

16  obviously a lawyer representing a defendant would advise him

17  this other guy is cooperating if it's known.  I submit to you

18  Mr. Vitale was concerned, oops, if Mr. Mitchell comes in here,

19  testifies, contradicts him, he will have a problem.  So now he

20  finally admits he knew Richie Cantarella had cooperated.

21         Now, he meets with the government.  In his first

22  proffer session, something very unusual there happens.  I

23  think we've gotten a sense from other proffer sessions what

24  the government asks these cooperators at the proffer sessions

25  initially is about the crime they're charged with.  So, are

1   they going to own up to the crime they're charged with?  If

2   they're not going to do that, we're not going to take them as

3   cooperators.

4          So, the prosecutor says let's talk about the Bobby

5   Perrino murder.  Sal Vitale says, comes back and says, I says,

6   is that where you want to start or you want to start at the

7   beginning?  What he wanted to do, he didn't want to talk about

8   the Perrino murder with which he was charged.  He's going to

9   tell them about all other murders, okay?  Here's a proffer

10  agreement.

11         We learn from proffer agreements the statements

12  there cannot be used against you on the government's direct

13  case.  So, he has some protection about telling them.  What

14  he's doing is he's feeling out the government.  He's going to

15  tell them about Pastore in 1975.  He's going to tell them

16  about the three captains in 1981.  He's going to start feeling

17  them out, seeing how it's going before he's going to commit

18  himself on the murder he's charge with.  That's why I say he's

19  a calculating individual, although a very very convincing one.

20         He's a witness who testified he was in a worse

21  position now that he's cooperating, a worse position than if

22  he didn't cooperate.  I asked him, do you feel the same way if

23  you served life in prison?  He allowed he would rethink it in

24  that context.

25         Along the way he said he was in a worse position, I

1   was only charged with one murder, now I'm charged with 11.  We

2   know that's a charade.  That's a fallacy.  It appears

3   convincing, you know.  Gee, you're admitting to the murders.

4   It doesn't matter.  You're actually better off admitting to

5   the 11 murders than only admitting to one, risking subsequent

6   indictments on the murders that you haven't admitted to.

7           He's the guy who just to get a year knocked off his

8   sentence tells the Probation Department that he's an

9   alcoholic.  Even after he starts cooperating, he's sentenced,

10  the judge is going to recommend that, he doesn't correct the

11  judge.  This is what I mean he knows the system.  He knows all

12  the ins and outs.  He's a guy who admitted to having false

13  identification on him.  The reason, why did I have it?  Yes,

14  in case I decided to take flight.  This is not a guy who

15  thinks ahead?  This is a guy who just acts spontaneously and

16  cooperates without any view to what the evidence is against

17  him or what his sentence is?

18          He's a witness, I think more than any other witness,

19  who constantly minimized his role in everything.  Everything

20  he did was because Joseph Massino told him to do it or later

21  on --  I'm drawing a blank --  on the other individual who

22  told him to do it, but he's never the principal.

23          I asked him were you ever the principal in a crime?

24  Did you ever do anything yourself?  No, I was always kind of

25  in the background, kind of putting together.  I couldn't get

1  him to admit did you actually ever commit a crime?

2          Then I asked him, well, you know, did you ever fire

3  a gun, aside from the time he said he had a tommy gun, it went

4  off accidentally, did he ever fire a gun?  He said yes.  When?

5  Remember this testimony?  Do you remember this testimony?

6  When I was with Patty DeFilippo, he was checking a silencer

7  that was going -- that he was going to use on George, the

8  murder of George Sciascia.  You fired that, in the first

9  instance you fired it?  I think we both grabbed it at the same

10 time.  We fired it through the sun roof of the car.  You had

11 like interlocking trigger fingers?  No, we just both, our

12 hands went up.  I don't think I trusted him with the gun.

13 Here's a guy who -- what a contrived story, firing this gun

14 outside the car.  This is just this minimizing that afflicts

15 the person.  He knows, ultimately, he will be sentenced.  He

16 will have a cooperation agreement but he wants the judge to be

17 even more lenient by saying, you know, he was never really the

18 shooter, never really had a gun.  He was doing what other

19 people told him.  This was throughout his sentence.

20          I have examples I won't belabor you with.  I asked

21 him about the murders.  Well, it wasn't my idea, I didn't do

22 this, that.  I was only doing this.

23          I told you in my opening there were 11 murders Sal

24 Vitale pled guilty to.  The Perrino murder was special for

25 him.  It was special because Perrino's cooperation would have

1  come back personally to Sal.  Perhaps more importantly, it

2  would have come back to his son Joel.

3          That is one suggestion to you of why of the 11

4  murders this is the only one that Sal Vitale has claimed he

5  was not at the scene, the only one he claimed he was not at

6  the scene when it was committed.  It's the only one of all the

7  murders that Frank Lino was involved in that Frank Lino was

8  not advised of the identity of the shooter.  I suggest there

9  was a reason for that; that Sal Vitale had a personal stake in

10 arranging the murder that way.

11         On his direct examination, he professed almost

12 indifference to Robert Perrino's being murdered as if Sal

13 Vitale had no reason in the world why he should be murdered.

14 Did you get any money?  Very rare.  Did you sometimes get it?

15 Sometimes.  Was it a lot of money?  No.  That you got.  Did

16 the Bonanno Organized Crime Family make a lot of money from

17 the Post?  I'm assuming they did.

18         He said his son only worked there for a very short

19 period of time; that when he, Sal Vitale, you recall learned

20 that his son Joel, that he in fact had a no-show job, he said

21 I fired him, told him he couldn't go back there.  He said that

22 Richie Cantarella who worked at the Post felt that Bobby

23 Perrino was weak.  He felt Bobby Perrino might spill the

24 beans.

25         So, a decision was made by Anthony Spero, the name I

1   was drawing a blank on, to kill him.  Then he said we decided

2   to kill him, Anthony Spero and myself.

3         I asked him, did you --  did you --  have any

4   personal interest in Robert Perrino being killed?  The answer?

5   Not at all.  Well, that is hard to believe.  Because he

6   admitted on cross-examination that he had been named as an

7   unindicted coconspirator back in 1992 when Robert Perrino,

8   Richard Cantarella and others were charged with all this

9   corruption that was going on at the Post.  He admitted on

10  cross-examination taking money from Robert Perrino and the

11  Post, he said, $600 a month.  We at least know it was that

12  much.  We know his son Joel had a no-show job and this was one

13  of the things that was being investigated.

14        Richard Cantarella was concerned that Robert Perrino

15  was weak, I submit to you, this is false.  It was Sal Vitale

16  who believed that Robert Perrino was weak and could hurt him.

17        You know, the government said today they brought out

18  evidence from one witness or another, said on two occasions in

19  their summation that because they want you to have the whole

20  story, you know.  Well, we know Richard Cantarella.  We heard

21  testimony that Richard Cantarella has a cooperation agreement

22  with the government but Richie Cantarella was not called as a

23  witness.

24        If you were to have a whole story, wouldn't you like

25  to have heard from Richard Cantarella and wouldn't this have

1    corroborated or failed to corroborate Sal Vitale's testimony

2    that he had no interest in Robert Perrino being killed?

3         You may infer, you needn't, but you may infer from

4    the government's failure to call Richard Cantarella that he

5    would not have supported Sal Vitale's testimony.  You can

6    infer that.  You don't have to.  It's a proper inference for

7    you to draw.

8         We could have called Richie Cantarella but we have

9    no burden of proof.  As you know, we didn't present evidence,

10   Mr. Amato rested on his presumption of innocence at the end of

11   the case.

12        This may be the tiniest exhibit at the trial.  I

13   imagine it is.  I think it has powerful evidence in it.  This

14   is the telephone book seized from Robert Perrino when his

15   house was raided in 1992.  You heard in the prosecutor

16   summation it has a number of phone numbers in there of Bonanno

17   Crime Family people, Sal Vitale's phone number, 516 area code.

18        Turn the page, there's a number in here, I asked him

19   about it.  Take a look at this in the jury room, Joel Vitale,

20   home, 516.424.7988.  Beeper, 516.522.7668.  Emergency beep 911

21   after pound.

22        Now, why in the world was Richard Cantarella

23   carrying around Joel Vitale's phone numbers, beeper number,

24   emergency number unless there's some deeper involvement

25   between Robert Perrino and Joel Vitale?

1        You remember that Sal Vitale was very protective of

2   Joel Vitale which is a wonderful thing in itself, but here, it

3   has particular significance.  Sal Vitale was concerned that if

4   Robert Perrino cooperated with the government, he would not

5   only get Sal Vitale into trouble but he would get Joel Vitale

6   into trouble also.

7        Do you remember Joel Vitale's face was slashed at

8   one point and why, what Sal Vitale did?  He had his crew

9   members, Pete Rosa, Mikey Cordella and Larry Neder, an

10  individual here identified as just a friend of mine, an

11  associate, he had them go out go out and who said Joel slashed

12  him.

13       One day, he was spotted in a park on Parsons

14  Boulevard in Queens.  Joel pointed out the individual and

15  Vitale said he himself then responded to the location.  He got

16  contacted.  He says I told Pete, take Joel with you.  Get out

17  of here.  Doesn't want Joel involved.  Protecting his son.

18  Then Larry Neder ran into the park and went to ice pick the

19  individual.  He also, Larry, had a gun on him, he said,

20  although Sal said he had a license for it.

21       Then he says, minimizing, without me telling him, he

22  just ran into the park and he ice picked the guy.  He

23  apparently just got his coat, didn't injure him, but that's

24  what happened in that incident.

25       He also, Mr. Vitale, explained how Joel had a drug

1   problem and he had a lot of drug problem friends who Sal

2   suspected of burglarizing Sal's home, including stealing

3   $10,000 off the counter top.

4           What did he do?  He had Larry Neder sit on the

5   house, actually sit inside the house during the day with his

6   gun.  When these guys, suspected burglars, friends of Joel,

7   came up the driveway, Larry came out with his gun drawn on

8   them and had summoned Sal and Sal came and administered a

9   beating to these guys.

10          I submit to you, quite contrary to Sal Vitale's

11  testimony, that he had no interest at all, no personal

12  interest in Robert Perrino cooperating.  He had more interest

13  than anybody had because of himself and probably more because

14  of his son.

15          As to the murder plan itself, I asked Mr. Vitale,

16  well, he testified that he actually went there and he looked

17  at the murder scene himself.  He went to the club and he

18  looked.  He said Spero wanted me to look at it.  Frankie Lino

19  wanted me to look at it.

20          I said why did you have to look at it, for what

21  purpose?  His answer was that's a good question.  I don't know

22  why I had to look at it.

23          That was a good question but it wasn't a good

24  answer.  Why did he have to go there and look at it?  The

25  answer may be in the following exchange that I had with him.

1   I said were you present when he was shot?  No, sir.  You

2   testified about this murder before, haven't you?  I believe it

3   was brought up on the other cases.  You were asked either on

4   direct examination or cross-examination about it?  That's

5   true.  Do you remember a lawyer bay the name of Mr. Breitbart,

6   David Breitbart cross examining you?  Yes, I do.  Not easy to

7   forget, is he?  Not at all. I'm drawing his attention to this

8   cross-examination at another trial by another defense lawyer.

9           At the time you testified and were cross examined by

10  Mr. Breitbart, that was at a trial, sir?  Yes.  That was the

11  trial of Mr. Massino?  That's correct.  Did he have any

12  involvement in the murder of Robert Perrino?  No.  That's Joe

13  Massino.  Were you asked this question and did you give this

14  answer with respect to the Robert Perrino homicide?

15          "QUESTION:  Did you know the details of the

16  homicide, sir?

17          "ANSWER:  I laid out the homicide.  I was present

18  there during the homicide."

19          Then it goes on.  "Were you asked that question and

20  did you give that answer?  If that's what is written there,

21  sir, that's not true.  I wasn't there.  If that's what the

22  transcript says you misspoke?  Probably.  I wasn't there."

23          I asked the court to acknowledge the transcript had

24  been accurately read and the court did.  I submit to you that

25  when Sal Vitale testified at the murder of Joseph Massino, and

1  was being cross examined on all the murders he was involved

2  in, he didn't misspeak when he said he was present during the

3  Perrino homicide.  He slipped when he said he was present.

4  That was his sworn testimony under oath in another trial that

5  he was present.  You can consider that sworn testimony in the

6  other trial for its own truth.

7            Now, he continued on after the murder that night.

8  He was beeped by Michael Cardello.  Michael Cardello said I'm

9  on my way.  I'm on my way home.  Everything is fine.

10  Mr. Vitale was asked where were you?  At home.  What were you

11  doing home?  We had the party.  You know, the birthday party.

12            Isn't it just an amazing thing that Sal Vitale who

13  arranged and orchestrated this murder, schedules it for a

14  night, you know, when there's supposed to be a party, he says?

15  I mean he could have set up the meeting with Robert Perrino

16  the next night.  It didn't have to be the night of May 4th.

17  Isn't it curious that it's going to be that night?

18            I asked him a little more closely.  What did you

19  tell him, meaning Cardello?  I told him that it was my son's

20  birthday and I'll be busy.  Could you do me a favor?  I didn't

21  say -- I said take Baldo to the location.  I asked him

22  further.  When you told him to take Baldo to the location

23  because it was your son's birthday; is that the reason?  Yes.

24            Now, that's not a birthday party.  It's his son's

25  birthday.  We know the murder was on the 4th.  We know one

1  son's birthday was the 3rd.  We know one son's birthday was

2  the 6th because he testified to that.

3           So, there's something wrong in all this.  That is a

4  false alibi that he had his son's birthday because his son's

5  birthday that day and allowing the possibility that they have

6  a party on the unlikely night of Monday night for the birthday

7  party, which is hard to accept that he would plan a murder

8  that night, it's that totally uncorroborated alibi.

9           You know, we've seen photographs of just about

10 everything at this trial.  Could there have been photographs

11 of that party?  Could there have been some relative of

12 Vitale's come in and testify, yes, you know, we had a birthday

13 party that night?  Isn't that quite suspicious to you that

14 this contrived alibi is not corroborated in any way?

15          It's a contrived alibi, not only for Sal Vitale but

16 since it was a birthday party, or a birthday, it's a contrived

17 alibi for Joel Vitale.  I'm not saying Joel Vitale shot Robert

18 Perrino.  I'm not saying Sal Vitale shot him.  Who knows?  Who

19 knows who shot him, but they were involved.  Sal Vitale was

20 present and someone close to Sal Vitale was involved in that

21 murder, someone that Sal Vitale didn't want to give up and

22 there's a zip back at that table he doesn't give a damn about

23 giving up.

24          This is Sal Vitale's crew at his club a year before

25 Robert Perrino was murdered.  We got Mikey Cardello, Peter

1   Rosa, Anthony Urso, Joe DeSimone.  Sal Vitale didn't need to

2   recruit Baldo Amato to kill Robert Perrino.  Sal Vitale had

3   his own stable of killers right in his own club.

4         Another flaw in his identification of Baldo Amato

5   is, oh, Baldo Amato wasn't in his crew.  According to the

6   testimony, Baldo Amato was in Louie Haha's crew, Louie

7   Antanino's crew.

8         Sal Vitale has to explain that.  How do you take

9   somebody from another crew and use them on a shooting, except

10  George?  Still, that was a mistake.  I should have checked

11  with Louie Haha if it was okay with Baldo.  That's just

12  back-filling on Vitale's part now to explain, to try to

13  harmonize his use, his alleged use of Baldo Amato to

14  participate in that murder.

15        No one knew the shooter.  He insulated the identity

16  of the shooter from everybody else.  On redirect examination,

17  in fact on direct examination, he said well, Anthony Spero

18  knew and Mikey Cardello knew, but that's only Sal Vitale

19  saying that.  We don't know if they do.  We never heard from

20  them.  That's just Sal Vitale covering himself.

21        Kevin Barry, the ballistics detective, he testified

22  at the end of the case, testified on cross-examination by me

23  that there were three bullet wounds in Robert Perrino's head,

24  but they were fired from two different weapons.  Up until that

25  point, I would imagine you had the impression, as did I, that

1  Sal Vitale had recruited one shooter.  Somebody was going to

2  leave Robert Perrino there.  The shooter would kill him.  Yet

3  we know now there were two guns used.

4         Now, it's theoretically possible that one shooter is

5  shooting use two guns.  Probably two shooters.  This whole

6  scenario about Baldo Amato being the shooter gets shakier and

7  shakier.

8         (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MR. WHITE:  (Continuing)

2          Sal Vitale has not told you what his real

3    involvement was in the murder of Robert Perrino.  I've given

4    you some suggestions of what it was, but I only have theories.

5          But my theory is at least as good and better than

6    the theory that Baldo Amato committed this murder, supported

7    only by the testimony of somebody who had a motive to conceal

8    his own involvement, Salvatore Vitale.

9          Of course, Frank Ambrosino, you have his testimony

10   too, but as I say, I think you should give that no weight at

11   all, right out of the box.

12         Robert Perrino was also known by Joseph D'Amico who

13   testified here.  Joseph D'Amico corroborated a few things.  He

14   testified that Robert Perrino would often meet with Sal by

15   himself.  He testified that Joel would sit in the office,

16   Perrino's office but, you know, I would see him once in a

17   while load a truck or so but more or less when I seen him he

18   would be in the office of Bobby Perrino.

19         He testified that when Robert Perrino's house was

20   raided, they seized phony checks and no-show job checks and

21   pistols.

22         He, D'Amico, he, who wasn't involved in the Perrino

23   murder, he -- he knew that Cantarella had been indicted in

24   2003 for the Robert Perrino murder.  He knew it and he

25   followed it.  He said he followed it and he said he discussed

1   it.

2            Did you discuss with other members of the Bonanno

3   Family what was going on in Richie Cantarella's case?

4            I believe so yes, he testified.

5            Yet, Sal Vitale is clueless.  Clueless.  He is not

6   sure what Richie Cantarella is charged with, even though it is

7   the murder of somebody that Sal Vitale is completely exposed

8   on.

9            D'Amico testified that when Cantarella began to

10  cooperate, D'Amico learned it almost immediately, because

11  Cantarella's family had been moved out of their house and

12  Cantarella had been taken out of the MDC or the MCC.

13           But Sal Vitale goes on, you know, a complete naive,

14  they would call it, doesn't know from nothing, as innocent as

15  the newborn snow.

16           Just before I leave Mr. D'Amico, I just want

17  to -- it doesn't have to do with the Perrino murder, but I

18  just want to point out something in his testimony that is kind

19  of emblematic of when I talk about coconspirator statements.

20           He was asked on direct examination:

21           Did you have any discussions with anybody in the

22  Bonanno Organized Crime Family about whether Sammy DiFalco had

23  any association with the crime family?

24           Answer:  Yeah.  Richie told me.

25           That's the scenario I said was repeated over and

1  over.

2         Somebody else -- Richie told me when Joe Massino

3  opened up the restaurant called Casablanca, that the previous

4  owner of the restaurant was Sammy DiFalco and he had sold it

5  to Joe.  So Joe could open his own restaurant.  That Sammy was

6  with Baldo.  He also owned Cafe Giannini.

7         So here is -- here is D'Amico just running off at

8  the mouth as things -- about things that Richie Cantarella

9  told him that couldn't be true.  We know Joe Massino didn't

10 buy Casablanca from Sam DiFalco, because Sammy DiFalco had

11 been dead for a few years.  Sammy DiFalco did not own Cafe

12 Giannini.

13        Frank Lino testified about how protective Vitale was

14 about the identity of the shooter.  He testified that under no

15 circumstance did Sal Vitale want the shooter known, and Lino

16 said he thought it was odd but then on second thought he could

17 see the wisdom of it.  Why not keep the identity of the

18 shooter for security reasons.  He thought it odd, that it

19 never happened before, that he didn't know who the shooter

20 was.

21        Finally, he testified in -- not minor

22 inconsistencies with Frank Ambrosino but in direct

23 contradiction of Frank Ambrosino about what Ambrosino's

24 involvement was.

25        After Perrino was shot, Robert Lino went to the

1   location, went up the stairs and he went into the club.  I

2   asked him:

3            Question:  Who was upstairs when you got there?

4            Answer:  My cousin Robert, Frankie the Kid -- which

5   is how he referred to Frank Ambrosino -- and Anthony Basile

6   and the body.

7            Where was your own car?

8            A few feet away from the location, right on

9   86th Street, parked at the curb on 86th Street.

10           The body was brought down rolled in a rug.

11           Question:  Who was it that brought it down?

12           Robert Trimaldi, Robert Lino, Frankie the Kid, and

13  Anthony.

14           What were the names of the individuals in the other

15  car?

16           Robert Trimaldi, Robert Lino, Frankie the Kid, and

17  Anthony Basile.

18           So Ambrosino would have you believe that he had no

19  involvement in actually removing the body and Frank Lino

20  testified that he went upstairs and not only was Frank

21  Ambrosino upstairs cleaning up, but after Frank Lino came

22  downstairs and waited in his own car, he saw Ambrosino coming

23  down the stairs with the rug containing the body.

24           So just concluding on Mr. Perrino, Frank Ambrosino

25  can't be believed at all.  And Sal Vitale is a very

1    calculating, clever and will probably be a successful fraud.

2            A little anticlimactic, talking about baccarat after

3    that.  So I won't be very long.  I told you that our primary

4    focus is on the murders, but on the baccarat, you know, we

5    heard so much evidence about being baccarat, the shoe is not

6    around here anymore, but, you know, that shoe, I think it

7    was -- it was -- the agent testified he seized it in 2001 or

8    2002.  There was so much testimony about baccarat and so

9    little, virtually none, maybe even none, about Baldo Amato's

10   involvement in the baccarat.

11           The government's theory, as I understand it, is

12   this.  That in two seasons, 1990 to '91, that winter, and '91

13   to '92, the baccarat game was held at Cafe Giannini and the

14   government's theory is that Baldo controlled Cafe Giannini and

15   that's based on mostly people saying that that's what they

16   heard, like from Uncle Cheech and everything else.

17           The government is right, that there was really no --

18   well, they are not quite right.  Witnesses testified they

19   never saw Baldo Amato at the baccarat game, except for

20   Frank -- Frank Fiordilino testified he did see him there.  He

21   testified he saw him there on opening night in 1990-'91.

22           Can't be.  Can't be.  Because he testified that the

23   season opened in October that year, and the prison records

24   that you got in the last day of the trial show that Baldo

25   Amato was released from prison on November 16th of 1990.

1    Couldn't have been there.  So he was never there.

2          But the government is right.  He doesn't have to be

3    there.  He doesn't have to physically be there to control

4    baccarat game.  But there is no evidence he did control it.

5          The evidence was that the Bonanno Crime Family and

6    the Gambino Crime Family and the Bonannos represented

7    throughout this by Cheech Navarra, all these years, ran, ran

8    the baccarat game.

9          Okay.  The cafe, the cafe, all it got out of was it

10   sold more canolis and more coffee and gelato.  That's what it

11   got out of that.

12         That the baccarat game was held at Cafe Giannini

13   does not mean it was ever held there with Baldo Amato's

14   consent.  Nino Mastretta ran that cafe.  You know, if he

15   wanted to have a baccarat game there so he could increase his

16   sales, you know, that was his decision.

17         And you will remember the place was raided the next

18   year and Nino didn't want the baccarat game there any more.

19   He said the reason he didn't want the game there is, my guy

20   said the place is going to get smashed.  It is going to get

21   broken up with these raids.  I don't want it here.

22         Assuming the government's argument, that my guy is

23   Baldo Amato, that's an indication that Baldo Amato never

24   agreed to have the baccarat game at Cafe Giannini.  That

25   wasn't -- even if you want to believe the joker-poker machines

1  were his or anything else, no evidence that he ever agreed to

2  have baccarat game at Cafe Giannini in those two years.

3        So that is a racketeering act and count that you can

4  acquit Mr. Amato on.

5        Joker-poker, well, as I said, the evidence that he,

6  Baldo Amato, controlled many joker-poker machines, it did come

7  from numerous witnesses.  It was always -- it was always one

8  variety of hearsay or another.  You know, so and so told me

9  they were his machines.  So and so.  It was never Baldo Amato

10 saying it was his machines.  Even that little excerpt this

11 morning of conversation between Frank Lino and Baldo Amato,

12 actually, if you look at it carefully, it was about Frank

13 Lino's machines.  There was no admission that they were Baldo

14 Amato's machines.

15       In any event, Sal Vitale testified that the

16 joker-poker business fizzled in the mid-to late nineties, and

17 we know from Detective Argentiano, if I am pronouncing it

18 correctly, that Cafe Giannini was padlocked and closed down

19 for good in 1998.

20       Even though Baldo Amato is presumed innocent and

21 even though the government bears the burden of proving his

22 guilt beyond a reasonable doubt, I recognize that it takes

23 courage in a case like this for a juror to vote not guilty,

24 especially with serious crimes like murder.

25       But those principles of presumption of innocence and

1   the standard of proof beyond a reasonable doubt, that's what

2   is central to our criminal justice system.  So I ask you to

3   return a verdict that simply upholds those standards.  Find

4   Baldo Amato not guilty of the crimes that were not proven

5   beyond a reasonable doubt and you can go home knowing that you

6   have served well as jurors.

7            Thank you.

8            THE COURT:  Very well.

9            Members of the jury, we are going to suspend for the

10  evening now.  I am going to ask you to be here tomorrow

11  morning a little earlier so that we can be sure to complete

12  all the closing arguments tomorrow.

13           The marshals will talk to you about it.  I am going

14  to make every effort to begin as close to 9:00 o'clock as

15  possible.

16           I have spoken to the attorneys and I think we can

17  get all the closing arguments in tomorrow that remain.

18           There the closing arguments for the remaining

19  defendants and then there is the government's rebuttal.  What

20  this means is that I will be charging you as to the law on

21  Monday morning.  My charge should take about three hours, so

22  there is no way that I would be able to charge you tomorrow

23  unless we decided to stay until all hours of the night and we

24  are not going to do that.

25           Another point, I would like to make every effort to

1   cooperate with the marshals to get you here by 9:00 o'clock

2   tomorrow.

3         Let me also say that once deliberations begin, that

4   your deliberations will take place from the time all twelve of

5   you in the jury room.  You can only deliberate when all twelve

6   of you are together, but not beyond 6:00 pm.  It is my policy

7   that the jury cannot deliberate beyond 6:00 pm in the evening

8   because of experiences that I have had where jurors have

9   stayed late and it has been very difficult on them and I would

10   not permit a jury to deliberate beyond 6:00 pm on any given

11   day.

12         This just gives you a sense of how the schedule will

13   work once the case goes to you for your deliberations.

14         I think that covers it.

15         Now, I am going to remind you again not to discuss

16   the case among yourselves, not to discuss any of the arguments

17   that have been made in closings among yourselves, or with

18   anyone else.  Keep an open mind until all of the closings have

19   been completed and you have had a chance to deliberate and

20   consider the views of your fellow jurors during jury

21   deliberations, and not to read, watch, listen to or access on

22   the Internet any stories or accounts of this trial, not to

23   visit any of the locations that have been identified during

24   the course of testimony, not to attempt any independent

25   research.

1    If you are taking notes please leave them in the

2 jury deliberation room.

3    Tomorrow's schedule will afford us an opportunity to

4 have an early lunch and also to possibly have a mid-afternoon

5 snack, which I am arranging with Mr. Recoppa who is my

6 caterer.

7    We will see you tomorrow.  Get a good night's sleep.

8    All rise for the jury.

9    (The following occurred in the absence of the jury.)

10    THE COURT:  Please be seated for a moment.

11    (Pause.)

12    THE COURT:  All right.  We are going to start as

13 close to 9:00 o'clock as possible.  Mr. Batchelder, I know you

14 will be here on time.  So will everyone else.

15    Is there anything else that we need to do this

16 evening?

17    MR. BURETTA:  No, Your Honor.

18    THE COURT:  Defense counsel?

19    MR. WHITE:  No, Your Honor.

20    THE COURT:  About two hours for Mr. Batchelder.

21 Another two hours for you, Ms. Laser.  But what I am going to

22 attempt to do, as you heard, is I am going to attempt to bring

23 lunch in early so that they can have their lunch around 11:30

24 for half an hour.  You will go from twelve to two.  And

25 then --

1    MS. LASER:  I have a natural break after about half

2  hour, 45 minutes.  If it doesn't work out perfectly, I don't

3  mind doing that either.

4    THE COURT:  I will keep that in mind.  But it is my

5  hope that we won't have to interrupt either of the closings

6  for lunch.  I think that probably will work out pretty well.

7    All right.  Thank you, everyone.  Have a good

8  evening.

9    (Recess taken until 9:00 o'clock, July 7, 2006.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$10,000** [5] - 3626:9, 12; 3647:25; 3648:2; 3709:3
**$12,000** [1] - 3604:19
**$15,000** [1] - 3604:19
**$2,000** [1] - 3601:7
**$20** [3] - 3592:19, 25
**$25,000** [2] - 3601:20; 3604:18
**$5,000** [4] - 3560:11, 18; 3648:12, 16
**$50** [2] - 3563:20, 22
**$50,000** [2] - 3656:16, 18
**$600** [1] - 3706:11

## '

**'01** [1] - 3661:22
**'02** [1] - 3661:21
**'80s** [2] - 3603:13; 3622:2
**'89** [1] - 3555:5
**'90** [1] - 3555:5
**'90s** [7] - 3603:14; 3647:20; 3661:3, 6; 3665:23; 3698:16
**'91** [2] - 3719:12
**'92** [1] - 3719:13
**'if** [1] - 3549:8

## 0

**03-CR-1382(NGG** [1] - 3520:3

## 1

**1** [4] - 3522:17; 3526:17; 3534:17; 3535:20
**10,000** - 3602:24
**100** [1] - 3581:5
**101** [1] - 3596:14
**104th** [1] - 3536:10
**105** [1] - 3523:15
**106th** [2] - 3532:24
**10:00** [2] - 3520:8; 3677:12
**10:21** [1] - 3526:8
**10:30** [2] - 3529:13; 3562:3
**10th** [1] - 3572:8
**11** [7] - 3529:14; 3696:12; 3698:20; 3703:1, 5; 3704:23; 3705:3
**11,000** [1] - 3602:24
**1111** [1] - 3523:10
**11201** [1] - 3520:16
**11:00** [1] - 3552:21
**11:30** [3] - 3562:3; 3684:2; 3724:23
**12** [1] - 3579:3
**12:30** [2] - 3679:6; 3680:15
**13** [1] - 3657:3
**13th** [2] - 3660:3; 3673:8
**14** [3] - 3670:25; 3671:3, 5
**14830** [1] - 3523:11
**15** [4] - 3537:17; 3549:21; 3555:1
**15,000** [1] - 3604:18

**16** [1] - 3554:12
**16th** [1] - 3719:25
**17-year** [1] - 3631:8
**177-C** [1] - 3594:4
**17th** [1] - 3553:2
**18** [3] - 3530:4; 3535:22, 24; 3553:7
**18th** [2] - 3548:20; 3552:20
**19** [5] - 3535:22; 3536:6; 3540:13; 3544:10; 3699:1
**1916** [1] - 3630:25
**1935** [1] - 3665:5
**1969** [1] - 3696:9
**1972** [1] - 3580:1
**1974** [1] - 3555:3
**1975** [1] - 3702:15
**1981** [1] - 3702:16
**1983** [1] - 3661:7
**1984** [2] - 3630:15; 3695:21
**1990** [6] - 3554:13, 15; 3555:8; 3606:24; 3719:12, 25
**1990-'91** [1] - 3719:21
**1990s** [1] - 3566:4
**1991** [6] - 3544:16; 3545:7; 3570:24; 3593:9; 3605:7; 3606:24
**1992** [56] - 3529:13; 3530:4; 3533:2; 3534:17; 3535:20, 22-23, 25; 3536:6; 3539:4, 7; 3540:13; 3541:13; 3544:10, 24; 3548:14; 3549:20; 3551:20; 3552:9, 16, 20, 24; 3553:2; 3554:20; 3556:22; 3570:11; 3571:3; 3572:8, 15; 3577:13, 17, 23; 3578:10, 13, 15, 18, 21; 3579:3, 20, 25; 3580:6; 3606:24; 3620:18; 3640:22; 3645:5, 16; 3664:18; 3669:22; 3682:4; 3700:6; 3706:7; 3707:15
**1996** [3] - 3599:12; 3660:3
**1997** [3] - 3564:24; 3657:24
**1998** [2] - 3654:17; 3721:19
**1999** [4] - 3592:5; 3599:12; 3664:14; 3695:7
**19th** [14] - 3538:22; 3539:19; 3544:19; 3548:14, 20; 3549:20; 3551:20; 3552:9, 16, 22, 24; 3557:6; 3575:21; 3620:18
**1:00** [2] - 3567:22
**1:06** [1] - 3610:18
**1:07** [1] - 3611:13
**1st** [10] - 3533:4, 6, 18; 3538:19; 3539:1; 3553:1, 6; 3669:21, 24

## 2

**2** [3] - 3601:11; 3637:18; 3638:13
**2-GG** [1] - 3685:8
**20** [2] - 3600:13; 3674:17
**2000** [4] - 3560:24; 3574:8; 3600:4
**2001** [2] - 3657:4; 3719:7
**2002** [5] - 3595:8, 16; 3596:9; 3597:6; 3660:17; 3719:8
**2003** [10] - 3595:8, 16; 3597:6; 3600:4; 3660:18; 3695:23; 3696:6; 3700:8, 15; 3715:24

**2004** [1] - 3569:19
**2006** [5] - 3520:8; 3670:25; 3671:6; 3674:7; 3725:9
**20th** [2] - 3553:3; 3575:21
**21** [1] - 3553:3
**22** [2] - 3674:2
**22nd** [1] - 3690:7
**24** [2] - 3522:16; 3526:15
**27** [4] - 3529:13; 3539:4, 7; 3544:24
**27th** [5] - 3533:2, 4-5; 3556:22; 3669:23
**28** [1] - 3541:13
**28th** [1] - 3669:24
**29** [1] - 3533:5
**29th** [1] - 3543:9
**2:00** [4] - 3548:21, 24; 3552:23; 3665:4
**2:20** [2] - 3536:6; 3549:19
**2:30** [5] - 3536:6; 3544:24; 3548:21; 3549:20; 3665:5
**2:45** [1] - 3544:24
**2nd** [1] - 3630:25

## 3

**3-B** [1] - 3599:17
**30** [3] - 3601:5; 3698:20; 3699:10
**302** [5] - 3661:18, 22; 3662:4, 14; 3663:7
**302s** [1] - 3663:8
**31st** [1] - 3674:7
**33314** [1] - 3523:16
**3:00** [1] - 3665:7
**3rd** [2] - 3579:13; 3712:1

## 4

**4** [16] - 3522:13, 17-18; 3526:13, 17; 3577:13, 17, 23; 3578:10, 13, 15, 21; 3579:20; 3580:6
**40** [1] - 3699:9
**41** [1] - 3594:15
**41,700** [1] - 3594:11
**45** [1] - 3725:2
**4800** [1] - 3523:15
**4:30** [6] - 3529:18, 25; 3680:20; 3681:5; 3684:6
**4th** [3] - 3579:15; 3711:16, 25

## 5

**5** [2] - 3578:18; 3579:25
**516** [1] - 3707:17
**516.424.7988** [1] - 3707:20
**516.522.7668** [1] - 3707:20
**5:30** [5] - 3529:18, 22, 25; 3670:20
**5K1** [1] - 3618:24
**5th** [1] - 3579:15

## 6

**6** [2] - 3520:8; 3657:24

**60** [2] - 3599:18; 3699:9
**613-2487** [1] - 3521:7
**613-2694** [1] - 3521:7
**64th** [1] - 3523:15
**66-20** [1] - 3530:24
**68** [1] - 3579:2
**6:00** [10] - 3578:10, 14, 20; 3680:3-5, 8; 3723:6, 10
**6th** [2] - 3579:14; 3712:2

## 7

**7** [1] - 3725:9
**70** [2] - 3606:8; 3619:9
**700** [1] - 3594:15
**71** [1] - 3644:17
**718** [2] - 3521:7
**7:00** [4] - 3552:22; 3578:10, 15, 20
**7:30** [3] - 3529:21; 3579:25; 3671:14

## 8

**8,000** [1] - 3602:24
**86th** [7] - 3575:20; 3580:1; 3588:25; 3589:24; 3688:17; 3718:9
**8:00** [2] - 3681:24; 3682:3
**8:30** [1] - 3681:18

## 9

**9** [2] - 3592:4; 3595:2
**911** [2] - 3562:3; 3707:20
**99** [2] - 3638:15
**9:00** [10] - 3679:10; 3681:9, 15, 21-22; 3682:3; 3722:14; 3723:1; 3724:13; 3725:9
**9:15** [1] - 3681:21
**9th** [2] - 3593:9; 3700:14

## A

**a.m** [2] - 3520:8; 3526:8
**able** [14] - 3563:12; 3584:9; 3594:13; 3605:20; 3612:10; 3631:20; 3632:5, 18; 3652:1, 3; 3681:9; 3692:25; 3699:10; 3722:22
**absence** [4] - 3568:1; 3612:2; 3675:11; 3724:9
**absolutely** [2] - 3589:2; 3623:5
**accept** [1] - 3712:7
**access** [1] - 3723:21
**accidentally** [1] - 3704:4
**accord** [1] - 3667:2
**According** [1] - 3713:5
**according** [6] - 3626:8; 3643:9; 3667:21; 3686:10, 14; 3700:10
**accordingly** [1] - 3526:18
**account** [1] - 3586:12
**accountable** [2] - 3610:9, 13
**accountant** [3] - 3630:20; 3633:20; 3634:4

**Accountant/friend** [1] - 3630:21
**accounts** [1] - 3723:22
**accurate** [2] - 3537:13; 3672:9
**accurately** [2] - 3614:15; 3710:24
**accusation** [1] - 3628:25
**acknowledge** [1] - 3710:23
**acquit** [1] - 3721:4
**act** [25] - 3528:24; 3542:5; 3557:17, 22-23; 3558:2, 8; 3561:3, 7, 9; 3567:14; 3570:9; 3592:6, 8; 3594:17, 23; 3615:2, 5, 7; 3665:13, 15; 3694:20; 3721:3
**Act** [12] - 3527:22, 24; 3528:1, 5; 3529:9; 3591:25; 3592:4; 3595:2, 6; 3600:8; 3601:11; 3608:9
**acted** [1] - 3631:25
**acting** [3] - 3644:2; 3667:22
**action** [1] - 3605:1
**actions** [1] - 3532:15
**actively** [1] - 3691:6
**activities** [1] - 3539:24
**activity** [6] - 3550:3; 3595:8; 3601:22; 3634:18; 3635:2; 3676:8
**acts** [6] - 3527:20; 3600:20, 23; 3703:15
**Acts** [1] - 3601:1
**actual** [1] - 3613:17
**acute** [1] - 3685:20
**add** [1] - 3681:3
**adding** [1] - 3666:19
**additional** [2] - 3617:20; 3655:1
**adjective** [1] - 3548:9
**adjust** [1] - 3681:3
**administered** [1] - 3709:8
**admissible** [2] - 3624:9
**admission** [1] - 3721:13
**admit** [3] - 3594:13, 20; 3617:24; 3618:4; 3704:1
**admits** [2] - 3696:13; 3701:20
**admitted** [12] - 3522:15; 3526:14; 3592:7; 3617:20; 3618:9; 3625:21; 3627:8; 3699:4; 3703:6, 12; 3706:6, 9
**admitting** [1] - 3699:11; 3703:3
**ado** [1] - 3583:14
**advance** [3] - 3622:17; 3628:10; 3630:3
**advertise** [1] - 3565:18
**advertising** [1] - 3613:18
**advise** [2] - 3526:13; 3701:16
**advised** [3] - 3522:14; 3539:23; 3705:8
**affair** [6] - 3541:2; 3542:10, 13, 16; 3546:7
**affairs** [8] - 3527:17; 3557:19; 3561:6; 3592:3; 3595:5; 3600:10; 3608:12; 3609:25
**affect** [1] - 3697:2
**affiliation** [1] - 3638:19
**afflicts** [1] - 3704:14
**afford** [1] - 3724:3
**afraid** [2] - 3644:7; 3656:7

**AFrisolone@aol.com** [1] - 3521:8
**afterhours** [1] - 3591:19
**afternoon** [10] - 3529:18; 3536:6; 3548:21; 3549:20, 25; 3552:9, 24; 3612:8; 3684:3; 3724:4
**afterwards** [2] - 3648:18; 3665:21
**age** [2] - 3614:14; 3657:3
**Agent** [2] - 3660:2; 3664:15
**agent** [6] - 3568:24; 3601:12; 3659:9; 3664:13; 3719:7
**agents** [5] - 3633:7; 3659:7; 3664:15; 3687:13; 3692:19
**agitated** [1] - 3690:15
**ago** [12] - 3523:7, 13; 3534:18; 3571:1; 3581:24; 3582:7; 3587:15; 3588:14; 3593:19; 3614:10; 3671:4
**agree** [1] - 3576:22
**agreed** [12] - 3527:15; 3557:19; 3561:5; 3592:2; 3595:4; 3600:9; 3608:11; 3609:24; 3622:22; 3720:24; 3721:1
**agreement** [9] - 3644:10; 3662:19; 3690:10, 24; 3699:2, 5; 3702:10; 3704:16; 3706:21
**agreements** [4] - 3616:19, 23-24; 3702:11
**ahead** [8] - 3533:11, 22; 3569:1; 3580:10; 3677:24; 3703:15
**aided** [1] - 3521:9
**Aiello** [4] - 3559:8, 18; 3565:25; 3633:15
**Aiello's** [2] - 3531:17; 3633:12
**ain't** [2] - 3657:16
**air** [1] - 3693:20
**Airport** [1] - 3552:20
**airtight** [1] - 3561:2
**alarm** [2] - 3552:2, 6
**alcoholic** [1] - 3703:9
**alibi** [6] - 3546:12; 3712:4, 8, 14-15, 17
**alive** [3] - 3530:1; 3583:5; 3609:7
**allegations** [1] - 3638:22
**alleged** [2] - 3569:17; 3713:13
**allegedly** [1] - 3644:2
**Allenwood** [3] - 3598:18, 21; 3599:9, 11
**Allie's** [3] - 3576:4; 3588:17
**allowed** [3] - 3568:21; 3599:20; 3702:23
**allowing** [1] - 3712:5
**almost** [6] - 3568:12; 3612:23; 3659:13; 3686:9; 3705:11; 3716:10
**alone** [1] - 3662:6
**alright** [1] - 3667:19
**alternate** [1] - 3679:22
**Alternate** [1] - 3522:17; 3526:17
**Amato** [314] - 3520:20; 3522:7; 3530:16, 25; 3531:11; 3532:1, 9-10, 14, 18; 3533:18; 3534:2, 7, 9-10; 3535:9, 18, 21; 3536:4; 3537:6, 15, 17; 3538:2, 14, 16, 18, 21; 3539:4, 15, 18, 23;

3540:1, 5, 8, 11, 15, 17; 3541:10, 12, 14, 16; 3542:2, 4, 8, 11, 16, 18, 20; 3543:9, 11, 24; 3544:1, 6, 14, 18, 21-23, 25; 3545:2, 4, 6; 3546:2, 4, 14, 17, 20; 3547:3, 5; 3548:4, 7-8, 25; 3549:1, 4-5, 10, 19, 22, 24; 3550:24; 3551:3, 8-9; 3552:9, 11; 3553:11, 13-14, 17; 3556:12, 16, 20, 24-25; 3557:5, 13, 17, 24; 3558:6, 20, 24; 3559:10; 3560:9, 20; 3561:3, 5, 20; 3565:11, 13, 17, 20-22; 3566:1, 3, 5-6, 9, 14, 16, 22, 25; 3567:4, 6-7, 10, 13, 16; 3570:9; 3573:21; 3574:7, 10, 15, 20; 3580:25; 3581:3; 3591:23; 3600:21; 3601:10; 3602:3, 6, 11, 14; 3603:4-6, 12, 17, 20; 3604:1, 17; 3605:18; 3606:1, 3, 10; 3607:7, 11; 3608:4, 8, 11; 3610:12; 3612:24; 3614:10, 20; 3616:9; 3620:25; 3622:10, 15, 22-23; 3623:3; 3624:5, 17; 3626:22; 3629:17; 3630:14, 16, 19; 3631:2, 4, 9, 16; 3632:6, 11, 14, 18, 23, 25; 3634:13; 3636:18, 21, 25; 3637:12, 17; 3638:20, 25; 3640:3; 3641:3; 3642:24; 3643:2, 15, 25; 3645:1, 4; 3648:25; 3649:4, 7-8; 3650:5, 10, 14, 20; 3651:4, 9, 15; 3652:7, 18, 23; 3653:3, 5, 8; 3654:18; 3655:5, 13; 3656:21; 3657:9, 13-14; 3662:6, 9; 3663:2; 3664:1, 7, 14, 17, 21, 24-25; 3665:6, 18; 3667:9, 16; 3668:3; 3669:1; 3670:8, 16, 18; 3671:7, 10, 18-19; 3672:4, 12, 19, 21; 3673:2, 9, 20; 3674:15; 3684:14; 3685:1, 4, 21; 3689:25; 3690:6, 13-14, 21-22; 3692:3, 15, 20, 22; 3693:2, 15, 25; 3694:8; 3695:11, 16, 19, 21, 23; 3707:10; 3713:2, 4-6, 13; 3714:6; 3715:6; 3719:19, 25; 3720:23; 3721:4, 6, 9, 11, 20; 3722:4

**AMATO** [1] - 3520:8
**Amato's** [31] - 3532:15; 3534:12; 3544:10; 3551:1; 3559:7, 11; 3560:23; 3561:10, 12; 3602:1; 3603:13, 24; 3622:18; 3623:13; 3630:8; 3633:2; 3637:3; 3654:8; 3657:24; 3659:2; 3672:8, 10; 3673:22; 3694:6, 22; 3695:6; 3719:9; 3720:13; 3721:14
**amazing** [1] - 3711:12
**amazingly** [1] - 3673:20
**ambiguous** [1] - 3639:10
**Ambrosino** [39] - 3576:3; 3578:25; 3579:3; 3580:16; 3581:10, 23; 3583:7; 3585:6, 8; 3588:9; 3595:17, 19; 3596:10; 3598:12; 3615:7; 3616:7; 3622:22; 3624:7; 3671:2; 3689:2, 6, 17; 3690:16; 3691:6, 8; 3694:4; 3697:4; 3715:9; 3717:22; 3718:5, 18, 21-22, 24
**Ambrosino's** [4] - 3579:3; 3581:7; 3598:15; 3717:23
**AMERICA** [1] - 3520:3

**Amiduri** [1] - 3597:16
**amount** [2] - 3634:16; 3664:4
**amounts** [1] - 3601:8
**amusing** [2] - 3685:18
**Amy** [4] - 3584:7, 14-15; 3586:14
**AND** [1] - 3645:22
**Andrea** [1] - 3522:5
**ANDREA** [1] - 3520:18
**ANDRES** [1] - 3562:13
**angry** [2] - 3554:2; 3556:10
**Anna's** [1] - 3700:16
**Annunziata** [4] - 3632:3; 3667:13; 3669:7; 3670:24
**Annunziata's** [1] - 3671:6
**anonymous** [1] - 3541:3
**Answer** [23] - 3575:13, 17, 20; 3576:16, 24; 3577:24; 3580:3, 22; 3581:1, 5; 3586:23; 3587:3; 3588:1, 4, 7; 3589:11, 17, 22; 3590:3; 3632:20; 3700:20; 3716:24; 3718:4
**answer** [27] - 3545:23; 3594:18; 3625:11, 13; 3628:2; 3632:19; 3638:21; 3641:20; 3647:22; 3653:18; 3654:13; 3655:17; 3663:18; 3665:14; 3672:5; 3687:15; 3693:21-23; 3700:24; 3706:4; 3709:21, 24-25; 3710:14, 20
**ANSWER** [160] - 3534:19, 24; 3535:2, 5; 3538:4, 10, 13; 3539:14, 17; 3541:18, 24; 3542:13, 22; 3543:13; 3544:1, 5, 14; 3545:17, 20, 25; 3549:8, 13, 17; 3552:1, 4; 3554:12, 14; 3555:1, 4; 3558:19, 25; 3559:3, 6, 22, 25; 3560:2, 13, 15, 17, 19, 21; 3562:17, 19, 21; 3563:1, 14, 16, 20, 23; 3564:10, 13; 3591:15; 3595:23; 3596:6, 9, 15; 3597:6, 10, 23; 3598:5, 8, 18, 22, 24; 3599:1; 3602:16, 20, 23; 3603:8, 18, 21; 3632:7, 10, 13, 16; 3640:10, 13, 16, 18; 3641:1, 3, 6, 9, 11, 14, 16, 18, 23, 25; 3642:2, 4, 6, 11, 13, 18, 22, 24; 3643:13, 16, 20, 23; 3645:18, 21; 3646:1, 4, 8, 11, 13; 3647:3, 6; 3648:1, 4; 3649:17, 20, 22, 25; 3650:2, 4, 13; 3651:2, 5, 8; 3653:24; 3687:20, 23; 3688:1, 4, 8, 11, 15, 18, 23; 3689:1, 4, 7, 13, 16, 20, 23; 3690:1, 8; 3691:25; 3692:2, 4, 7, 11, 14; 3693:18, 21; 3697:11, 16, 18, 24; 3698:2, 8, 11, 17; 3699:4, 8; 3710:17
**answered** [4] - 3551:18; 3625:19; 3697:2
**answers** [4] - 3535:19; 3632:4; 3655:20; 3701:7
**Antanino's** [1] - 3713:7
**ANTHONY** [1] - 3520:8
**Anthony** [198] - 3521:6; 3522:12; 3527:25; 3530:13; 3531:15, 20; 3532:4; 3534:5; 3540:9; 3547:1; 3556:13, 20; 3558:4, 9, 14; 3559:7, 17; 3560:23, 25; 3561:17, 21, 23, 25; 3562:4, 11, 13, 24;

3563:4, 10, 25; 3564:3, 5, 16, 19; 3565:6, 8, 24-25; 3566:4, 11, 15; 3567:7, 15; 3570:6, 10; 3573:3, 8; 3574:21; 3575:14, 16, 18, 23, 25; 3576:8, 12, 14, 22; 3579:8, 25; 3580:8, 15, 21; 3581:1, 10; 3582:25; 3585:19, 24; 3586:2; 3587:17, 20; 3588:5, 10-11, 13-15, 21; 3589:10, 20; 3591:4, 10, 23; 3593:7; 3595:7, 15, 18, 20-21; 3596:4, 7, 11, 17, 22; 3597:5, 7, 15, 19; 3598:1, 3, 6, 8, 16, 21; 3599:11, 23-24; 3600:4, 7, 9; 3604:6; 3610:12; 3615:5; 3618:7; 3621:11; 3622:3; 3635:9, 16, 23; 3636:13, 24; 3637:1, 25; 3638:7; 3643:5, 9; 3645:6, 9; 3646:15, 18, 20-21; 3648:8, 17, 20, 25; 3649:4, 9; 3650:14, 17, 19; 3651:11, 14-16, 21; 3652:5, 13, 19; 3653:6, 14; 3654:2, 8, 17, 20; 3655:13, 18; 3656:12, 20; 3660:8; 3661:17, 22-23; 3662:4, 13; 3668:8; 3674:18; 3675:3; 3686:12; 3688:2, 20, 24; 3689:11, 18, 21; 3696:16; 3705:25; 3706:2; 3713:1, 17; 3718:5, 13, 17
**Anthony's** [1] - 3580:23
**Anthonys** [4] - 3587:14, 24; 3588:2, 19
**anthropologist** [2] - 3584:7; 3586:14
**anticlimactic** [1] - 3719:2
**Antonino** [5] - 3558:11; 3559:16; 3562:1, 23; 3631:2
**Anunziati** [6] - 3532:12; 3541:5, 9; 3542:3; 3546:5
**Anunziati's** [1] - 3539:10
**anyway** [1] - 3625:24
**apart** [1] - 3599:18
**apartments** [1] - 3589:25
**appeal** [1] - 3524:10
**appear** [7] - 3534:22, 25; 3627:25; 3659:6; 3670:7; 3685:10; 3690:8
**Appearances** [2] - 3521:1; 3522:4
**appeared** [2] - 3628:5, 23
**application** [4] - 3568:10; 3569:14; 3631:4; 3676:2
**apply** [1] - 3616:12
**appreciated** [1] - 3652:25
**approached** [3] - 3531:4; 3574:22; 3577:1
**approximate** [1] - 3544:24
**area** [4] - 3604:12; 3628:16; 3653:8; 3707:17
**areas** [2] - 3570:3; 3627:17
**Argentiano** [1] - 3721:17
**argue** [1] - 3536:20
**arguing** [1] - 3664:8
**argument** [12] - 3526:20; 3534:8; 3566:1, 23; 3582:13; 3583:21; 3612:6; 3615:9; 3617:21; 3620:5; 3664:23; 3671:5; 3684:9, 19; 3720:22
**argumentative** [1] - 3671:20
**arguments** [5] - 3581:21; 3722:12,

17-18; 3723:16

**arose** [1] - 3600:5

**arranged** [1] - 3711:13

**arranging** [2] - 3705:10; 3724:5

**arrest** [4] - 3586:2; 3661:20; 3700:18; 3701:12

**arrested** [13] - 3585:25; 3633:16; 3654:24; 3660:17; 3661:19, 21; 3687:4; 3689:25; 3700:4, 14, 20; 3701:6

**arrival** [1] - 3681:22

**arrived** [4] - 3560:4; 3580:19; 3633:8; 3664:17

**arrogant** [1] - 3644:20

**arrow** [1] - 3665:16

**article** [1] - 3571:12

**aside** [1] - 3704:3

**aspects** [2] - 3618:19

**assault** [3] - 3650:18; 3651:12

**assaulted** [1] - 3655:23

**assess** [1] - 3614:18

**assigned** [1] - 3629:4

**Assistant** [1] - 3520:18

**assisted** [1] - 3612:24

**associate** [19] - 3540:7; 3570:19; 3572:3; 3575:1; 3592:24; 3596:21; 3633:3; 3634:2, 6, 9, 11, 15; 3635:2, 6; 3637:11; 3638:20; 3639:2; 3651:1; 3708:11

**associated** [6] - 3527:12; 3539:25; 3540:2; 3609:23; 3646:10

**Associates** [1] - 3523:14

**associates** [19] - 3534:6; 3556:21; 3557:20; 3559:8; 3565:24; 3566:17; 3567:17; 3587:16; 3592:15; 3593:1, 6, 22; 3594:10; 3596:25; 3598:20; 3637:17; 3638:22; 3649:14, 23

**association** [6] - 3631:10-13; 3633:23; 3716:23

**assume** [4] - 3617:20; 3628:11; 3636:6

**assuming** [2] - 3680:1; 3705:17

**Assuming** [1] - 3720:22

**assure** [1] - 3647:22

**Atanazio** [2] - 3695:2

**ate** [2] - 3634:5

**attempt** [7] - 3647:23; 3673:14; 3674:17; 3682:8; 3723:24; 3724:22

**attempted** [3] - 3650:16; 3653:12

**attempting** [1] - 3665:17

**attended** [1] - 3664:15

**attention** [10] - 3527:1; 3532:19; 3539:11; 3546:3, 8; 3569:3; 3608:20; 3643:21; 3698:15; 3710:7

**attitude** [1] - 3644:18

**Attorney** [1] - 3520:15

**attorneys** [1] - 3722:16

**Attorneys** [1] - 3520:18

**attributed** [1] - 3627:2

**audience** [1] - 3611:10

**audio** [1] - 3612:15

**authorities** [1] - 3572:24

**authority** [1] - 3657:2

**authorization** [1] - 3574:10

**autopsy** [1] - 3530:10

**available** [3] - 3613:7; 3637:6; 3677:13

**Avenue** [9] - 3523:15; 3575:21; 3593:10, 13; 3630:1; 3654:3; 3673:8; 3689:19

**aware** [5] - 3545:15; 3660:24; 3698:24; 3699:16

**awesome** [1] - 3612:21

**B**

**Baccarat** [4] - 3600:22; 3606:17; 3657:2, 8

**baccarat** [19] - 3601:4; 3605:21; 3606:17; 3607:17, 22; 3719:2, 4-5, 8, 10, 13, 19; 3720:4, 8, 12, 15, 18, 24; 3721:2

**back-filling** [1] - 3713:12

**backed** [1] - 3564:1

**background** [1] - 3703:25

**backhoe** [1] - 3587:1

**backing** [4] - 3560:22; 3564:22; 3607:21

**backs** [1] - 3579:11

**bad** [6] - 3546:24; 3560:5; 3616:20; 3657:12; 3663:17

**badge** [1] - 3633:11

**bail** [1] - 3691:18

**balance** [3] - 3675:14, 18, 23

**Baldassare** [62] - 3530:16, 25; 3531:11; 3532:1, 9, 14-15, 18; 3533:18; 3534:3, 7-9, 11-12; 3535:9, 18, 20; 3536:4; 3537:6, 14, 17; 3538:2, 16, 18, 21; 3539:4, 15, 18, 23; 3540:1, 4, 7, 11, 15, 17; 3541:10, 12, 14, 16; 3542:2, 8, 10, 17, 20; 3543:9, 11, 24; 3544:1, 6, 18, 21; 3545:6; 3546:3, 14, 16, 20; 3547:3, 5

**BALDASSARE** [1] - 3520:8

**Baldo** [302] - 3533:25; 3534:1; 3538:20; 3540:19; 3541:21, 25; 3542:5, 13, 16, 22; 3546:2; 3548:4, 7-8, 25; 3549:1, 3, 5, 10, 15, 19, 22, 24; 3550:24; 3551:1, 3, 8-9; 3552:8, 11; 3553:11, 13-14, 16; 3556:12, 16, 20, 24-25; 3557:5, 13, 17, 24; 3558:5, 19, 24; 3559:7, 10-11; 3560:9, 15, 20, 23; 3561:3, 5, 10, 12, 20; 3565:11, 13, 17, 20-22; 3566:1, 3, 5-6, 9, 14, 16, 22, 25; 3567:3, 6-7, 10, 13, 16; 3570:9; 3573:21, 25; 3574:1, 7, 10, 14, 19; 3580:23-25; 3581:3; 3591:23; 3600:21; 3601:10; 3602:1, 3, 11, 14; 3603:4-6, 8, 12-13, 17, 20, 24; 3604:1, 17; 3605:18; 3606:1, 3, 10; 3607:7, 11; 3608:4, 8, 11; 3610:11; 3612:24; 3614:10; 3616:9; 3620:25; 3622:10, 15, 21, 23; 3623:3;

3624:5, 17; 3626:22; 3629:17; 3630:7, 12, 14, 19; 3631:2, 4, 8, 15, 20, 25; 3632:21, 25; 3633:2; 3634:13; 3636:18, 21, 25; 3637:2, 12, 17; 3638:4, 19, 25; 3639:2, 15-16; 3640:3; 3641:3; 3642:24; 3643:2, 25; 3644:1; 3645:1, 4; 3648:24; 3649:4, 7-8; 3650:5, 10, 14, 20; 3651:4, 9, 15, 22; 3652:3, 7, 15, 18, 23; 3653:3, 5, 8; 3654:8, 18; 3655:5, 7, 9, 13; 3656:20; 3657:9, 13, 24; 3659:1, 3; 3661:25; 3662:6, 9; 3663:2; 3664:1, 4, 14, 21, 24-25; 3665:6, 9, 18, 20-21; 3666:17; 3667:8, 11-12, 15, 20, 24; 3668:3, 8, 11; 3669:1, 14; 3670:1, 8, 11, 16, 18-19; 3671:7, 10, 17; 3672:19, 21; 3673:9; 3674:15; 3684:14; 3685:21; 3689:25; 3690:6, 13, 21-22; 3692:3, 15, 20, 22; 3693:2, 15, 24-25; 3694:5, 8, 22; 3695:6, 11, 16, 19, 21, 23; 3711:21; 3713:2, 4-6, 11, 13; 3714:6; 3715:6; 3717:6; 3719:9, 14, 19, 24; 3720:13, 23; 3721:6, 9, 11, 13, 20; 3722:4

**Baldo's** [4] - 3631:3; 3659:5, 25; 3669:2

**ballistics** [3] - 3583:9; 3674:1; 3713:21

**baloney** [1] - 3670:9

**band** [1] - 3582:10

**bar** [32] - 3522:20; 3523:1; 3568:11, 14, 16; 3575:15, 23; 3576:1, 4, 12, 22; 3577:3; 3580:1, 9, 19, 21; 3581:10, 12; 3582:24; 3588:17; 3589:7, 10, 13, 20; 3591:3, 14; 3676:3-5; 3677:6

**Bar** [1] - 3588:23

**Barelli** [2] - 3648:17; 3650:25

**Barry** [2] - 3674:1; 3713:21

**bartender** [1] - 3657:4

**Bartolotta** [23] - 3547:1, 8-9; 3553:25; 3554:1, 7, 18, 24; 3555:9, 13, 15, 17, 20; 3556:1, 4; 3616:4; 3646:5; 3647:12, 15; 3649:13; 3656:11

**Bartolotta's** [5] - 3622:5; 3646:17, 19, 22; 3647:10

**Basciano** [2] - 3569:11; 3593:11

**base** [2] - 3626:2; 3627:15

**based** [15] - 3524:13; 3556:9; 3568:18; 3607:10; 3614:14; 3615:3; 3624:1; 3625:6; 3635:12; 3655:10; 3666:1; 3681:4; 3693:10; 3694:21; 3719:15

**Based** [1] - 3680:24

**basement** [3] - 3531:17; 3621:12; 3642:16

**Basil's** [1] - 3570:7; 3580:1

**Basile** [57] - 3521:5; 3522:12; 3527:25; 3570:10; 3575:17, 23, 25; 3576:8, 14, 22; 3579:8; 3580:8, 15; 3582:25; 3585:20, 24; 3586:3; 3587:19; 3588:10, 21; 3589:12; 3591:23; 3595:7, 15, 18, 20, 22; 3596:4, 7, 11; 3597:5, 7, 10, 19; 3598:3, 6-7, 12, 16, 21; 3599:11, 23-24; 3600:4, 7, 9; 3610:12; 3688:2, 20, 25;

3689:11, 18, 22; 3718:5, 17
**BASILE** [1] - 3520:9
**Basile's** [16] - 3576:4, 12; 3577:3; 3580:21; 3581:1, 10; 3586:2; 3589:7, 10, 20; 3591:3, 5, 11, 14; 3622:23; 3686:12
**basing** [1] - 3615:13
**basis** [8] - 3544:12; 3614:25; 3623:6; 3634:13; 3645:3; 3662:3; 3666:5; 3693:3
**BATCHELDER** [18] - 3521:3; 3522:8, 22; 3524:7, 13; 3525:6; 3568:9, 17, 25; 3569:2, 10, 13, 15, 20; 3676:2; 3679:18; 3680:13; 3681:10
**Batchelder** [9] - 3522:8, 20; 3523:7, 12, 20; 3524:5; 3679:17; 3724:13, 20
**Batts** [2] - 3577:1; 3580:11
**bay** [1] - 3710:5
**Bay** [1] - 3666:23
**BBB** [1] - 3638:13
**Beach** [1] - 3666:23
**beans** [1] - 3705:24
**Bear** [1] - 3645:5
**bear** [2] - 3605:10; 3687:16
**bears** [1] - 3721:21
**beaten** [1] - 3647:16
**beating** [1] - 3709:9
**beautiful** [1] - 3681:25
**beauty** [2] - 3589:14; 3591:4
**became** [5] - 3559:9; 3572:21; 3599:24; 3653:24
**become** [1] - 3558:17
**becomes** [1] - 3522:17
**beep** [1] - 3707:20
**beeped** [1] - 3711:8
**Beeper** [1] - 3707:20
**beeper** [1] - 3707:23
**BEFORE** [1] - 3520:12
**beforehand** [1] - 3566:18
**began** [2] - 3680:10; 3716:9
**begin** [3] - 3678:10; 3722:14; 3723:3
**beginning** [9] - 3536:17; 3537:9; 3552:21; 3594:7; 3606:20; 3612:25; 3640:5; 3674:14; 3702:7
**begins** [1] - 3542:4
**behalf** [1] - 3560:20
**behind** [4] - 3609:22; 3619:24; 3622:3
**belabor** [1] - 3704:20
**belies** [1] - 3654:3
**believable** [1] - 3700:25
**believes** [1] - 3568:20
**below** [2] - 3565:5
**benefit** [3] - 3531:21; 3615:24; 3697:9
**best** [3] - 3624:23; 3672:9; 3683:1
**better** [10] - 3606:10; 3607:9-11; 3644:9; 3676:3; 3680:6; 3703:4; 3715:5
**between** [24] - 3529:18, 25; 3534:20; 3543:24; 3548:3; 3553:11; 3554:18; 3556:1; 3575:20; 3593:2; 3604:18;

3606:18; 3627:15; 3631:20; 3649:4; 3657:13; 3665:4; 3677:5, 12; 3682:19; 3684:2; 3707:25; 3721:11
**beyond** [19] - 3532:7; 3557:16; 3561:2; 3567:12; 3591:22; 3595:2; 3600:7; 3608:8; 3609:15; 3614:16, 20; 3625:4; 3684:18; 3721:22; 3722:1, 5; 3723:6, 10
**big** [13] - 3581:13; 3583:11; 3592:24; 3594:12; 3601:17; 3602:25; 3606:25; 3607:24; 3621:6, 10; 3656:1
**bigger** [1] - 3691:1
**bill** [2] - 3563:20, 22
**binge** [1] - 3649:6
**birds** [1] - 3600:25
**birth** [1] - 3603:24
**birthday** [17] - 3577:7-9; 3711:11, 20, 23-25; 3712:1, 4-6, 12, 16
**bit** [3] - 3527:1; 3545:21; 3581:25; 3582:1; 3612:10; 3630:3; 3650:22; 3652:24; 3657:19; 3672:1
**black** [4] - 3664:5, 7-8, 10
**Black** [1] - 3593:18
**blah** [3] - 3597:25
**Blanca** [2] - 3666:11, 14
**blank** [2] - 3703:21; 3706:1
**Blazer** [2] - 3578:16; 3579:19
**block** [2] - 3530:24; 3646:23
**blowups** [1] - 3612:15
**blue** [1] - 3530:13
**board** [1] - 3523:25
**Bob** [1] - 3571:22
**bobbin'** [1] - 3596:2
**Bobby** [6] - 3576:23; 3700:5; 3702:4; 3705:22; 3715:18
**body** [39] - 3530:9; 3538:22; 3539:19; 3548:13, 16, 18-19; 3549:6; 3552:10; 3574:17; 3575:8; 3576:21; 3584:22, 24; 3585:3, 8; 3586:5, 8, 13, 20, 22, 25; 3587:2; 3620:1, 20; 3628:19; 3662:7; 3687:1; 3688:21, 25; 3689:7; 3691:7; 3718:6, 10, 19, 23
**Bogota** [2] - 3656:8, 13
**bold** [1] - 3656:6
**Bonanno** [85] - 3527:7, 9, 12, 17; 3540:7, 11; 3557:11, 20-21; 3558:7; 3559:9, 14; 3561:6, 10; 3570:16, 19-20, 25; 3571:14, 19; 3572:2, 15-16, 20, 25; 3573:7; 3575:2; 3587:16, 24; 3592:3, 10, 15, 23-24; 3593:1, 6, 22; 3594:9; 3595:5; 3598:20; 3600:10; 3601:18; 3602:12; 3603:2; 3604:2; 3606:9, 18, 22; 3607:23; 3608:4, 12; 3609:18, 20, 23, 25; 3610:3; 3627:12; 3633:4, 24-25; 3634:1, 7, 10; 3635:3, 7; 3651:1; 3655:6, 10; 3658:2; 3660:25; 3690:24; 3694:10, 13; 3700:8, 11; 3705:16; 3707:16; 3716:2, 22; 3720:5
**Bonannos** [2] - 3592:11; 3720:6
**bones** [2] - 3586:16, 23

**Bonventre** [9] - 3630:14, 23-24; 3673:9; 3694:23; 3695:1, 20
**Bonventre's** [1] - 3602:5
**book** [2] - 3571:25; 3707:14
**books** [1] - 3633:12
**border** [1] - 3573:24
**boring** [1] - 3605:4
**born** [4] - 3555:2; 3579:13; 3661:4
**borough** [1] - 3626:9
**borrowed** [1] - 3686:6
**boss** [3] - 3557:10; 3568:19; 3569:5
**bosses** [1] - 3606:22
**bother** [1] - 3667:14
**bothering** [1] - 3644:15
**bottom** [1] - 3605:8
**Boulevard** [2] - 3666:23; 3708:14
**box** [2] - 3635:13; 3715:11
**Box** [1] - 3523:10
**boy** [5] - 3607:13; 3657:3, 5; 3660:11; 3661:6
**Boy** [1] - 3535:15
**boyfriend** [2] - 3556:10; 3647:12
**boys** [1] - 3663:20
**Boys** [5] - 3546:22; 3566:2; 3654:21; 3661:1
**bravely** [1] - 3609:1
**break** [15] - 3545:2; 3555:9; 3567:18; 3607:3; 3610:16; 3611:7; 3634:12; 3661:10; 3675:9; 3679:10; 3680:16; 3682:19, 22; 3725:1
**Breaking** [1] - 3560:19
**breaking** [1] - 3545:16
**breakup** [2] - 3545:7; 3554:18
**Breitbart** [3] - 3710:5, 10
**BRENDON** [1] - 3520:20
**brick** [1] - 3656:17, 22
**Bridge** [1] - 3686:12
**brief** [1] - 3684:13
**briefly** [2] - 3553:23; 3587:11
**bring** [16] - 3522:2; 3526:1; 3569:3; 3573:9; 3574:3; 3576:19; 3608:21-24; 3609:8; 3619:2; 3640:9, 12; 3724:22
**Bring** [2] - 3569:23; 3683:9
**bringing** [4] - 3640:14; 3647:17; 3670:2; 3688:9
**brings** [3] - 3542:2, 4; 3668:9
**broad** [2] - 3615:16; 3623:17
**broke** [4] - 3544:16; 3554:7; 3555:10; 3657:18
**broken** [6] - 3558:20, 24; 3560:5; 3564:13; 3720:21
**Brooklyn** [3] - 3520:6, 16; 3556:25; 3578:7; 3673:8
**brought** [24] - 3534:7; 3541:4; 3543:20; 3584:22, 24-25; 3602:16; 3620:7; 3640:7; 3643:20; 3646:16; 3647:16; 3652:16; 3664:6; 3668:2; 3688:16, 25; 3689:7; 3706:17; 3710:3; 3718:10

**Bruno** [3] - 3599:1; 3631:1; 3634:18

**brutal** [4] - 3609:9; 3618:10

**buddy** [1] - 3655:24

**bug** [3] - 3572:5, 10

**build** [1] - 3673:15

**building** [5] - 3589:12, 15; 3622:4; 3634:19, 23

**bullet** [2] - 3628:21; 3713:23

**bunch** [4] - 3581:12; 3660:24; 3670:8

**burden** [2] - 3707:9; 3721:21

**Buretta** [1] - 3522:5

**BURETTA** [16] - 3520:17; 3522:5; 3525:13, 15, 20, 24; 3568:3; 3569:7; 3678:21, 24; 3679:14, 20; 3680:24; 3681:3; 3682:18; 3724:17

**burglarizing** [1] - 3709:2

**burglars** [1] - 3709:6

**buried** [3] - 3585:9; 3586:7, 13

**burned** [1] - 3663:11

**business** [17] - 3537:21; 3538:2; 3546:17; 3559:5; 3566:11, 16; 3601:3, 17; 3602:4, 25; 3603:5; 3605:23; 3606:25; 3607:24; 3638:25; 3639:1; 3721:16

**businesses** [4] - 3601:8; 3604:13, 22; 3606:3

**busy** [1] - 3711:20

**buy** [3] - 3656:10; 3675:2; 3717:10

**buying** [1] - 3531:5

**BY** [1] - 3520:17

**bye** [2] - 3609:2, 5

## C

**Cafe** [73] - 3530:24; 3546:23; 3557:25; 3558:3, 17; 3559:1, 4, 10-11, 17; 3560:12, 24; 3561:4, 8-9, 14, 16, 19, 24; 3562:5, 7; 3563:6; 3564:4, 20, 24-25; 3565:1, 8, 10, 12, 14, 17, 23; 3566:8, 11, 21; 3567:2, 14; 3604:4, 7, 18; 3605:7, 11; 3606:24; 3607:18; 3621:8, 17; 3622:2, 5, 7; 3629:10, 12-13, 17, 20; 3634:19; 3674:13, 17, 19; 3675:3; 3717:6, 11; 3719:13; 3720:12, 24; 3721:2, 18

**cafe** [19] - 3559:13; 3564:4, 9; 3565:3, 19; 3602:4; 3606:21; 3630:1; 3632:17; 3634:21; 3635:1; 3657:3; 3673:8; 3720:9, 14

**cafes** [2] - 3604:12; 3605:17

**calculating** [4] - 3625:18; 3694:15; 3702:19; 3719:1

**Caldwell** [2] - 3653:13; 3654:2

**Camarano** [1] - 3593:10

**Canada** [17] - 3573:8-10, 12-13, 15, 18-19, 22, 24; 3574:6, 14; 3625:20; 3630:8, 11; 3694:8

**Canale** [3] - 3588:13

**Canali** [1] - 3597:15

**candid** [8] - 3619:3; 3627:21; 3654:12;

3686:19; 3696:22

**candidly** [2] - 3667:6

**cannot** [2] - 3558:2; 3702:12; 3723:7

**canolis** [1] - 3720:10

**Cantarella** [28] - 3572:2, 13, 21; 3624:3; 3686:25; 3699:19; 3700:2, 7, 20; 3701:6, 10-11, 20; 3705:22; 3706:8, 14, 20-22, 25; 3707:4, 8, 22; 3715:23; 3716:6, 9, 12; 3717:8

**Cantarella's** [3] - 3700:18; 3716:3, 11

**capability** [1] - 3612:15

**capable** [2] - 3625:19; 3652:4

**Capacio** [1] - 3581:16

**captain** [3] - 3577:2; 3647:11; 3700:7

**captains** [1] - 3702:16

**car** [33] - 3530:7; 3547:5, 7; 3549:1; 3551:1, 4-5; 3553:19; 3557:7; 3579:25; 3628:20; 3641:7, 12, 22-23; 3663:11; 3664:17; 3685:20, 22; 3686:3, 12; 3688:13, 16; 3689:11; 3691:10; 3695:1; 3704:10, 14; 3718:7, 15, 22

**card** [3] - 3537:21; 3538:2, 4; 3546:17

**Cardello** [7] - 3577:1; 3580:11; 3711:8, 19; 3712:25; 3713:18

**care** [5] - 3573:25; 3574:2; 3675:24; 3695:23

**career** [1] - 3657:5

**carefully** [5] - 3557:2; 3567:16; 3673:17; 3690:3; 3721:12

**Carillo** [6] - 3540:9; 3592:14; 3634:12; 3653:2; 3664:13, 15

**carpet** [1] - 3585:4

**carried** [3] - 3561:19, 25; 3580:7

**carry** [3] - 3556:14; 3641:24; 3691:7

**carrying** [1] - 3707:23

**cars** [1] - 3664:16

**Casa** [2] - 3666:11, 14

**Casablanca** [2] - 3717:3, 10

**Case** [1] - 3522:2

**case** [37] - 3523:22; 3524:3; 3540:10; 3561:10; 3575:24; 3576:5; 3597:21; 3599:5; 3609:11, 14; 3613:20; 3616:3; 3617:23; 3618:7; 3623:7, 20; 3629:7; 3630:3, 6, 18; 3631:15; 3657:12; 3672:1; 3674:8; 3691:24; 3693:11; 3694:6; 3702:13; 3703:14; 3707:11; 3713:22; 3716:3; 3721:23; 3723:13, 16

**cases** [3] - 3617:6, 14; 3710:3

**Catalano** [1] - 3633:15

**category** [3] - 3619:2, 16; 3627:19

**caterer** [1] - 3724:6

**Cathy** [22] - 3540:23; 3541:2; 3542:4, 10, 23, 25; 3543:1, 21; 3544:7, 11, 16, 22-23, 25; 3545:2, 19, 23; 3546:2; 3667:11; 3668:12

**Cathy..** [1] - 3541:24

**caucus** [1] - 3677:17

**Caucus** [1] - 3677:18

**caught** [1] - 3663:15

**CAUSE** [1] - 3520:11

**caused** [1] - 3587:1

**cautioned** [1] - 3690:14

**cautious** [1] - 3626:24

**CDL** [2] - 3523:18; 3524:21

**cells** [4] - 3599:18, 21

**Center** [2] - 3599:6; 3602:7

**central** [1] - 3722:2

**ceremonies** [1] - 3607:8

**certainly** [6] - 3620:11; 3622:9; 3627:14; 3645:3; 3660:12; 3665:25

**Cesar** [5] - 3602:5; 3694:23; 3695:1, 20

**Cesare** [4] - 3630:14; 3673:8

**challenge** [1] - 3627:7

**challenged** [3] - 3558:2; 3674:14

**chance** [3] - 3585:24; 3696:12; 3723:19

**change** [2] - 3526:4; 3610:24

**chapter** [1] - 3616:25

**characterize** [1] - 3631:22

**charade** [1] - 3703:2

**charge** [12] - 3525:3, 12, 23; 3527:16; 3528:18; 3570:14; 3595:11; 3663:1; 3675:19; 3702:18; 3722:21

**charged** [28] - 3527:23; 3528:2, 8, 12, 14, 20; 3570:10; 3600:23; 3616:11; 3617:18, 24; 3618:2, 8; 3686:1; 3691:19; 3692:9, 11, 25; 3696:13; 3698:18; 3701:25; 3702:1, 8; 3703:1; 3706:8; 3716:6

**charges** [15] - 3528:17; 3547:18; 3557:24; 3570:7; 3586:1; 3592:4; 3609:13, 16; 3614:13; 3627:18; 3628:15; 3631:17; 3636:13; 3643:25; 3684:18

**charging** [2] - 3527:25; 3722:20

**charitably** [1] - 3694:17

**chart** [1] - 3528:17

**charts** [1] - 3612:16

**check** [2] - 3625:14; 3669:8

**Check** [1] - 3630:24

**checked** [2] - 3625:17; 3713:10

**checking** [1] - 3704:6

**checks** [2] - 3715:20

**Cheech** [5] - 3624:4; 3627:3, 11; 3719:16; 3720:7

**chef** [2] - 3632:3; 3670:24

**Cherry** [1] - 3601:15

**Chester** [1] - 3586:8

**Chevy** [3] - 3578:11, 16; 3579:19

**Chilli** [5] - 3597:20; 3598:5, 7, 12; 3599:2, 11, 23, 25

**chilling** [4] - 3643:1, 6

**Chinese** [1] - 3598:2

**chips** [1] - 3683:2

**choice** [2] - 3610:9

**choices** [6] - 3610:4

**Chris** [1] - 3612:25

**christening** [2] - 3579:2, 6

**Christmas** [1] - 3700:15

**circumstance** [1] - 3717:15

**circumstances** [3] - 3623:3; 3636:23; 3696:23

**circumstantial** [4] - 3623:1, 6-7, 10

**cited** [2] - 3633:6; 3634:8

**city** [1] - 3677:14

**claim** [1] - 3633:3

**claimed** [2] - 3705:4

**claiming** [1] - 3673:18

**claims** [1] - 3659:1

**clause** [2] - 3617:1

**clean** [5] - 3618:6; 3682:22; 3688:3, 20; 3689:22

**clean-up** [2] - 3688:3, 20

**cleaning** [2] - 3691:7; 3718:21

**cleanup** [2] - 3582:22

**clear** [8] - 3528:25; 3543:23; 3589:1; 3618:2; 3650:3; 3696:12, 14; 3700:4

**cleared** [1] - 3618:12

**Clemenza** [1] - 3653:20

**clerks** [1] - 3676:16

**clever** [5] - 3587:21; 3694:13, 15; 3696:11; 3719:1

**client** [3] - 3522:21; 3616:11; 3633:16

**clients** [2] - 3633:9, 15

**clip** [1] - 3600:16

**clique** [1] - 3660:14

**close** [16] - 3534:19; 3567:24; 3574:6, 14; 3575:1; 3592:16; 3593:3; 3636:21; 3638:4; 3645:10; 3653:10; 3668:19; 3676:14; 3712:20; 3722:14; 3724:13

**closed** [3] - 3524:2; 3551:8; 3721:18

**closely** [1] - 3711:18

**closer** [2] - 3554:19; 3646:8

**closest** [2] - 3572:20; 3604:12

**closing** [8] - 3526:19; 3611:2; 3612:6; 3622:2; 3684:8; 3722:12, 17

**closings** [13] - 3526:12; 3675:18, 23, 25; 3681:7; 3682:10, 20-21, 24; 3684:2; 3723:17; 3725:5

**cloth** [1] - 3615:16

**club** [32] - 3558:25; 3559:2; 3564:21; 3565:2, 20; 3575:15; 3576:11; 3580:23; 3581:2; 3588:25; 3589:7; 3590:1; 3591:19; 3593:13; 3622:23; 3646:17, 19, 22; 3647:8, 16; 3686:12; 3688:17; 3689:18; 3691:7; 3694:1; 3709:17; 3712:24; 3713:3; 3718:1

**Club** [3] - 3565:2, 4; 3596:14

**clue** [1] - 3701:2

**clueless** [1] - 3716:5

**Clueless** [1] - 3716:5

**co** [1] - 3640:24

**co-conspirators** [1] - 3640:24

**coat** [1] - 3708:23

**cocaine** [5] - 3645:23; 3656:10, 13, 17

**coconspirator** [4] - 3623:19; 3666:3; 3706:7; 3716:19

**cocounsel** [1] - 3677:20

**code** [2] - 3523:15; 3707:17

**coffee** [16] - 3558:20, 24; 3560:19; 3606:13; 3607:13, 15; 3620:21; 3656:18, 22; 3657:3, 5-6; 3660:11; 3661:6; 3675:2; 3720:10

**colleague** [1] - 3594:11

**collection** [1] - 3595:12

**Collectively** [2] - 3526:11, 24

**Colombia** [2] - 3656:9, 13

**Colombo** [1] - 3646:13

**coloring** [1] - 3615:16

**colorized** [1] - 3612:15

**colors** [1] - 3557:9

**comfortable** [1] - 3555:22

**coming** [17] - 3529:20; 3531:21; 3533:11, 13, 15, 22; 3538:16; 3545:19, 23; 3597:15; 3637:25; 3642:18; 3651:19; 3670:2; 3676:10, 18; 3718:22

**comma** [1] - 3594:14

**command** [5] - 3536:18; 3537:1, 11; 3694:10

**comment** [2] - 3541:6; 3685:3

**commented** [1] - 3673:17

**commenting** [1] - 3663:25

**commerce** [1] - 3527:10; 3609:21

**Commercial** [1] - 3524:21

**commission** [1] - 3700:23

**commit** [4] - 3528:13, 18; 3547:12; 3565:22; 3566:9; 3567:13; 3573:9; 3574:23; 3600:8; 3610:10; 3615:19; 3633:5; 3702:17; 3704:1

**commits** [1] - 3649:23

**committed** [15] - 3527:20; 3528:21; 3557:16; 3561:3; 3608:9; 3614:21; 3627:4; 3629:2; 3648:18; 3654:21; 3663:10; 3696:8; 3705:6; 3715:6

**committing** [6] - 3558:15; 3592:7; 3649:18; 3650:7, 11; 3696:9

**common** [8] - 3535:8; 3553:16; 3582:4; 3614:22; 3617:3; 3651:20; 3652:15; 3671:10

**community** [1] - 3614:18, 23

**company** [2] - 3534:1, 9

**compare** [2] - 3674:3, 5

**compared** [1] - 3562:23

**comparison** [1] - 3674:7

**compelling** [1] - 3584:16

**compete** [1] - 3559:11

**competing** [1] - 3564:21

**complain** [3] - 3632:11, 14, 20

**complete** [4] - 3524:9; 3616:8; 3716:13; 3722:11

**completed** [1] - 3723:19

**completely** [7] - 3525:22; 3548:6; 3556:8; 3670:13; 3700:4; 3716:7

**complied** [1] - 3563:7

**comport** [1] - 3686:15

**Computer** [1] - 3521:9

**Computer-aided** [1] - 3521:9

**computerized** [1] - 3521:9; 3612:12

**conceal** [1] - 3715:7

**conceivable** [3] - 3567:23; 3652:8, 10

**concern** [2] - 3697:14; 3699:13

**concerned** [3] - 3701:18; 3706:14; 3708:3

**concerning** [1] - 3568:18

**concerns** [1] - 3573:3

**conclude** [3] - 3608:21; 3635:23; 3662:24

**concluded** [2] - 3545:1; 3674:5

**concludes** [1] - 3524:25

**concluding** [1] - 3718:24

**conclusion** [1] - 3623:3

**conclusions** [1] - 3623:9

**concrete** [2] - 3585:4; 3586:7

**condition** [1] - 3564:8

**conduct** [8] - 3527:16; 3557:19; 3561:5; 3592:2; 3595:5; 3600:10; 3608:12; 3609:25

**confer** [1] - 3684:22

**conference** [1] - 3523:1

**confidence** [1] - 3610:13

**confident** [1] - 3673:24

**confirmed** [2] - 3576:5; 3597:13

**confirming** [1] - 3586:12

**connection** [2] - 3545:4; 3690:6

**conscience** [1] - 3636:1

**consciousness** [1] - 3670:23

**consent** [3] - 3678:14; 3679:21; 3720:14

**consequently** [1] - 3694:5

**consider** [8] - 3624:9; 3627:20; 3635:13; 3637:5; 3640:24; 3655:17; 3711:5; 3723:20

**consideration** [1] - 3624:10

**considered** [1] - 3687:22

**consiglieri** [1] - 3573:3

**consistent** [12] - 3578:25; 3582:4, 16; 3583:18, 25; 3586:25; 3587:7; 3610:11; 3663:1; 3665:2; 3670:1; 3671:3

**Conspiracy** [1] - 3528:21

**conspiracy** [33] - 3527:5, 16, 22, 25; 3528:2, 5, 18; 3529:9; 3548:8; 3557:24; 3561:4; 3567:6; 3592:5; 3595:3, 7; 3600:8; 3610:2; 3622:11; 3631:17; 3636:19; 3637:20; 3638:10, 24; 3644:23; 3652:19; 3654:9, 19; 3655:14; 3661:15, 24; 3662:13; 3675:5

**conspiratorial** [1] - 3695:17

**conspirators** [1] - 3640:24

**conspire** [2] - 3528:13; 3637:8

**conspired** [3] - 3547:12; 3591:24; 3623:4

**conspiring** [3] - 3530:14; 3557:13; 3647:5

**constant** [3] - 3628:3; 3666:13, 16

**constantly** [1] - 3703:19

**constipation** [1] - 3659:13
**constitutionally** [1] - 3659:11
**construction** [1] - 3575:5
**contact** [1] - 3567:8
**contacted** [1] - 3708:16
**contained** [1] - 3692:13
**containing** [1] - 3718:23
**Conte** [1] - 3647:11
**contemporaries** [2] - 3613:12
**contents** [1] - 3613:17
**context** [2] - 3644:8; 3702:24
**Continental** [1] - 3593:23
**continue** [6] - 3526:19; 3528:6; 3531:8; 3544:17; 3570:1; 3684:8
**Continued** [12] - 3521:1; 3522:23; 3547:20; 3567:25; 3590:5; 3621:19; 3639:17; 3658:5; 3674:21; 3683:11; 3699:22; 3714:8
**continued** [3] - 3527:1; 3698:3; 3711:7
**continues** [2] - 3537:12; 3684:15
**Continuing** [8] - 3548:1; 3552:7; 3591:1; 3622:1; 3659:1; 3675:1; 3700:1; 3715:1
**continuing** [1] - 3552:22
**contraband** [1] - 3539:24
**contradicted** [1] - 3589:4
**contradiction** [1] - 3717:23
**contradictory** [1] - 3691:4
**contradicts** [3] - 3548:2, 6; 3701:19
**contrary** [3] - 3657:11; 3691:5; 3709:10
**contrived** [5] - 3693:5; 3704:13; 3712:14
**control** [3] - 3573:1; 3720:3
**controlled** [5] - 3530:25; 3605:19; 3608:6; 3719:14; 3721:6
**controlling** [1] - 3604:25
**conversation** [31] - 3531:25; 3541:15; 3542:2, 18; 3543:9, 24; 3545:1, 4; 3548:14; 3549:16, 24; 3550:10, 16; 3551:6, 13; 3552:8; 3553:11; 3555:21; 3595:20; 3637:19; 3638:2; 3640:2; 3652:21; 3657:8, 10; 3662:9; 3664:5; 3665:22; 3666:13; 3721:11
**conversations** [8] - 3566:10; 3569:4, 17; 3603:12; 3638:9; 3639:3, 7
**convict** [4] - 3610:13; 3614:25; 3635:12; 3640:20
**convicted** [1] - 3656:2
**conviction** [5] - 3524:10; 3569:19; 3623:7; 3697:21
**convictions** [2] - 3656:1, 3
**convince** [1] - 3565:19
**convinced** [2] - 3572:21, 23
**convincing** [2] - 3702:19; 3703:3
**cooler** [1] - 3527:2
**cooperate** [14] - 3572:24; 3586:3; 3617:18; 3654:12; 3660:16, 19; 3661:13; 3662:1; 3687:5; 3697:3, 8; 3702:22; 3716:10; 3723:1

**cooperated** [12] - 3617:19; 3654:16, 23; 3660:25; 3661:1; 3686:23; 3690:25; 3696:6; 3701:20; 3708:4
**cooperates** [3] - 3660:22; 3695:14; 3703:16
**cooperating** [22] - 3581:19; 3584:17; 3586:12; 3587:5; 3600:1; 3605:17; 3608:5; 3615:19; 3616:15; 3654:11, 24; 3656:3; 3686:20; 3697:23; 3699:20; 3701:6, 11, 17; 3702:21; 3703:9; 3709:12
**cooperation** [16] - 3616:18, 23-24; 3655:15; 3660:20; 3662:18; 3686:22; 3690:10, 24; 3697:1, 9; 3698:25; 3699:2; 3704:16, 25; 3706:21
**cooperator** [4] - 3568:20, 22; 3569:6
**cooperators** [6] - 3616:21; 3619:9; 3634:9; 3699:17; 3701:24; 3702:3
**cop** [1] - 3641:12
**Copa** [1] - 3597:16
**Copasio** [2] - 3593:19; 3596:20
**Coppa** [1] - 3701:10
**cops** [2] - 3549:13; 3550:3
**copy** [5] - 3523:18; 3525:7-9; 3692:5
**Cordella** [1] - 3708:9
**corner** [2] - 3605:8; 3660:4
**Corning** [1] - 3523:11
**Corona** [1] - 3648:10
**correct** [15] - 3646:7; 3648:3; 3649:16; 3672:4; 3687:19; 3688:17; 3689:15, 22; 3692:1, 3, 9; 3697:7; 3700:3; 3703:10; 3710:11
**Correctional** [1] - 3602:7
**correctly** [1] - 3721:18
**corroborate** [13] - 3616:19; 3619:6; 3620:11, 24; 3621:3, 13; 3622:9, 14-15; 3664:19; 3707:1
**corroborated** [3] - 3524:3; 3662:15; 3707:1; 3712:14; 3715:13
**corroborates** [1] - 3621:2
**corroborating** [4] - 3599:25; 3602:10; 3619:14, 19
**corroboration** [14] - 3619:5, 10, 16-18; 3620:14, 16; 3621:1; 3622:13; 3625:7; 3635:14; 3664:3, 20
**Corroboration** [1] - 3619:6
**corroborative** [1] - 3622:8
**corruption** [1] - 3706:9
**cost** [1] - 3648:12
**counsel** [5] - 3525:2; 3611:8; 3681:1; 3724:18
**count** [2] - 3527:6; 3721:3
**Count** [2] - 3527:20; 3528:8
**counter** [3] - 3564:10; 3601:19, 22; 3709:3
**counters** [1] - 3564:14
**countless** [1] - 3696:10
**counts** [2] - 3600:23; 3623:18
**Counts** [1] - 3608:10
**County** [1] - 3597:14

**couple** [9] - 3557:2; 3581:8; 3627:17; 3646:24; 3669:3; 3671:10; 3687:14; 3694:11; 3695:14
**Couple** [1] - 3610:21
**courage** [1] - 3721:23
**course** [16] - 3560:2; 3576:4; 3605:12; 3615:15; 3618:22; 3622:6; 3631:12; 3634:10; 3653:23; 3670:10; 3673:11; 3681:2; 3694:4; 3698:25; 3715:9; 3723:24
**COURT** [84] - 3520:1; 3522:2, 13; 3523:3, 25; 3524:2, 8, 16, 24; 3525:2, 8, 10, 14, 19, 25; 3526:3, 9, 12; 3530:20; 3531:8; 3541:7; 3567:18, 21, 25; 3568:2, 5, 7, 11, 14; 3569:12, 14, 16, 23, 25; 3600:14; 3609:4; 3610:15, 19, 24; 3611:7; 3612:3, 5; 3675:8, 12, 17; 3676:4, 6, 12, 22, 24; 3677:1, 8, 18, 20, 22; 3678:1, 3, 8, 17; 3679:15, 17, 19, 23; 3680:4, 7, 15, 20; 3681:2, 8, 13, 20; 3682:4, 14; 3683:1, 7, 9; 3684:1, 7; 3722:8; 3724:10, 12, 18, 20; 3725:4
**Court** [4] - 3521:6; 3524:3, 19; 3569:8, 10; 3691:23
**court** [13] - 3522:1; 3524:8, 25; 3525:1; 3531:21; 3552:19; 3569:22; 3626:1; 3657:16; 3676:23; 3683:8; 3710:23
**Court's** [1] - 3569:3
**courteous** [1] - 3676:13
**Courthouse** [1] - 3520:5
**Courtroom** [2] - 3552:2, 6
**COURTROOM** [2] - 3526:7; 3684:5
**courtroom** [8] - 3526:8; 3564:6; 3567:20; 3609:1; 3610:18; 3676:12; 3683:10; 3684:6
**cousin** [7] - 3624:2; 3631:3, 5; 3663:11, 18; 3718:4
**cousin's** [1] - 3663:19
**cover** [3] - 3532:20; 3696:15
**covering** [1] - 3713:20
**covers** [1] - 3723:14
**cowboy** [2] - 3619:23, 25
**create** [2] - 3546:11; 3662:14
**credibility** [3] - 3614:19; 3636:15; 3674:18
**credit** [6] - 3595:9, 11-12; 3624:11; 3654:10; 3661:2
**credited** [1] - 3569:5
**crew** [19] - 3574:17, 21, 23; 3585:22; 3588:5, 7, 13; 3593:6; 3594:19; 3688:3, 21; 3708:8; 3712:24; 3713:5-7, 9
**CREW** [1] - 3594:20
**CRI** [1] - 3521:6
**crime** [45] - 3536:10, 12-14; 3539:25; 3540:3; 3557:12; 3566:14, 20, 23; 3585:23; 3587:25; 3592:7; 3615:18-20; 3617:18; 3625:11, 16; 3627:16; 3628:21; 3631:11, 14; 3633:5; 3634:2; 3635:12; 3646:10; 3647:20; 3649:15; 3672:18, 21; 3696:7; 3698:12, 15;

3699:1; 3701:2, 25; 3702:1; 3703:23; 3704:1; 3716:23

**Crime** [64] - 3527:7, 9, 12, 17; 3540:12; 3557:11, 20; 3559:9; 3561:6, 11; 3570:16, 20, 25; 3571:19; 3572:15, 20, 25; 3573:7; 3587:17; 3592:3; 3595:5; 3598:20; 3600:11; 3602:12; 3603:2; 3604:2; 3606:9, 18-19, 22-23; 3607:23; 3608:4, 13; 3609:18, 20, 23; 3610:1, 3; 3629:5; 3633:4, 24-25; 3634:1, 7, 10; 3635:3, 7; 3651:1; 3655:6, 11; 3658:2; 3660:25; 3673:2; 3690:24; 3694:13; 3700:8, 11; 3705:16; 3707:17; 3716:22; 3720:5

**crimes** [27] - 3528:21; 3565:22; 3566:9; 3593:17; 3600:16; 3610:10; 3614:21; 3616:10; 3618:3, 5, 14, 18; 3621:5; 3649:19, 24; 3650:7, 11; 3654:20; 3656:4; 3663:10; 3696:10, 16; 3721:24; 3722:4

**criminal** [8] - 3607:25; 3631:13; 3633:3; 3634:15, 17; 3635:2; 3672:12; 3722:2

**CRIMINAL** [1] - 3520:11

**criminals** [3] - 3631:11; 3693:6

**critical** [3] - 3636:12, 20; 3687:8

**crooked** [4] - 3620:4; 3622:14; 3664:9, 19

**Cross** [1] - 3666:23

**cross** [39] - 3536:19; 3545:11; 3550:7; 3551:21; 3553:22; 3554:16, 21; 3576:10; 3577:10; 3587:9, 13; 3588:23; 3591:2, 7; 3600:5; 3619:12; 3624:13; 3629:24; 3636:14; 3641:5; 3650:21; 3663:16; 3667:8; 3672:3; 3687:11; 3693:12; 3698:21; 3706:6, 10; 3710:4, 6, 8-9; 3711:1; 3713:22

**cross-examination** [29] - 3545:11; 3550:7; 3551:21; 3553:22; 3554:16, 21; 3576:10; 3577:10; 3587:9; 3588:23; 3591:2, 7; 3624:13; 3636:14; 3641:5; 3650:21; 3663:16; 3672:3; 3687:11; 3693:12; 3698:21; 3706:6, 10; 3710:4, 8; 3713:22

**cross-examinations** [1] - 3600:5

**cross-examine** [1] - 3619:12

**cross-examined** [2] - 3536:19; 3619:12

**cross-examining** [1] - 3587:13

**CRR** [1] - 3521:6

**crude** [1] - 3631:25

**CSR** [1] - 3521:6

**cued** [2] - 3628:10; 3685:10

**curb** [1] - 3718:9

**curious** [1] - 3711:17

**custom** [1] - 3612:16

**customer** [1] - 3562:17

**cut** [1] - 3571:13

**cutting** [1] - 3568:4

**D**

**D'Amico** [22] - 3540:9; 3570:21; 3571:15, 18; 3572:6, 12; 3581:15; 3589:19; 3591:7, 17; 3596:12; 3597:18; 3603:24; 3624:2; 3686:24; 3715:12, 22; 3716:9, 16; 3717:7

**D'Amico's** [1] - 3588:9

**D'Avanzo** [1] - 3632:17

**D'Avonzo** [9] - 3532:11; 3543:2, 7, 20, 22; 3545:9, 13; 3546:4

**dairy** [1] - 3669:9

**damage** [1] - 3586:25

**damn** [1] - 3712:22

**damning** [2] - 3636:24; 3649:3

**dare** [3] - 3559:11

**dark** [4] - 3583:20; 3689:5, 8

**darndest** [1] - 3570:4

**date** [3] - 3535:23; 3630:24; 3660:19

**dates** [2] - 3537:14; 3599:8

**dating** [7] - 3547:8; 3554:3, 11, 24; 3555:20, 22; 3556:4

**daughter** [11] - 3547:5, 7; 3554:3, 18; 3555:20; 3556:4; 3571:8; 3577:16; 3578:2; 3666:9

**daughter's** [1] - 3547:7

**David** [1] - 3710:6

**days** [18] - 3530:11; 3533:5, 20; 3535:22; 3539:6; 3540:20; 3553:9; 3557:2; 3585:11; 3601:5; 3670:18, 22; 3671:10; 3678:7; 3687:4, 7; 3689:24; 3701:13

**dead** [12] - 3530:11; 3533:6; 3553:20; 3585:17; 3586:18, 22, 25; 3620:1, 6; 3643:15; 3695:17; 3717:11

**deal** [15] - 3558:3; 3565:17; 3581:13; 3583:11; 3592:24; 3593:24; 3594:1; 3610:5; 3644:20; 3645:8, 23; 3656:14

**dealer** [1] - 3592:9

**dealers** [1] - 3656:15

**dealing** [6] - 3570:6; 3592:10; 3593:21; 3594:2

**dealt** [1] - 3566:7

**debt** [3] - 3647:25; 3648:3, 6

**decades** [2] - 3540:12; 3694:11

**December** [3] - 3544:16; 3545:7; 3661:22

**decide** [3] - 3619:15; 3654:12; 3682:6

**decided** [6] - 3617:17; 3646:6; 3697:3; 3703:14; 3706:1; 3722:23

**decides** [1] - 3614:12

**decision** [6] - 3573:4; 3615:13; 3705:25; 3720:16

**deck** [1] - 3618:2

**deeds** [1] - 3668:17

**deep** [1] - 3585:9

**deeper** [1] - 3707:24

**defend** [1] - 3614:12

**defendant** [13] - 3522:8; 3528:12, 14, 21; 3592:6; 3600:9; 3601:10; 3606:1;

3609:24; 3610:9; 3657:19; 3701:16

**DEFENDANT** [5] - 3568:23; 3569:1, 21; 3676:7, 21

**Defendant** [2] - 3520:19; 3521:3, 5; 3673:20

**defendant's** [1] - 3609:10

**Defendants** [1] - 3520:10

**defendants** [11] - 3522:3; 3527:11, 15; 3592:2; 3609:13, 22; 3610:2; 3691:18, 24; 3722:19

**Defense** [2] - 3588:24; 3724:18

**defense** [33] - 3553:21, 23; 3554:4; 3555:11; 3556:7, 10-11; 3575:23; 3576:5; 3579:22; 3581:13, 18; 3583:12; 3587:8, 13-14; 3588:14, 19, 22; 3589:1; 3591:19; 3600:3; 3606:11, 16; 3611:8; 3659:6, 12; 3667:7; 3675:23; 3681:7; 3682:19; 3710:8

**defenses** [3] - 3587:10; 3600:4

**DeFilippo** [2] - 3593:12; 3704:6

**definitely** [3] - 3577:25; 3631:24; 3663:21

**deflect** [2] - 3532:19; 3546:3

**deflecting** [1] - 3546:7

**DeForrest** [1] - 3523:8

**degree** [1] - 3638:18

**deli** [3] - 3626:11; 3638:25; 3639:1

**deliberate** [6] - 3613:10; 3684:21; 3723:5, 7, 10, 19

**deliberating** [4] - 3613:6; 3622:12; 3684:16

**deliberation** [2] - 3694:19; 3724:2

**deliberations** [4] - 3723:3, 13, 21

**deliver** [2] - 3612:6; 3695:5

**delivered** [1] - 3613:16

**deliveries** [1] - 3570:15

**demeanor** [10] - 3534:12; 3577:23; 3616:17; 3618:15; 3619:3; 3627:20; 3635:14; 3644:19; 3696:21

**demonstrates** [1] - 3561:16

**denied** [1] - 3569:14

**dental** [2] - 3586:9; 3587:6

**deny** [1] - 3630:16

**denying** [1] - 3631:16

**Department** [1] - 3703:8

**dependent** [1] - 3564:22

**DEPUTY** [2] - 3526:7; 3684:5

**derive** [1] - 3697:8

**describe** [2] - 3589:9, 20

**described** [3] - 3537:17; 3649:5

**describing** [1] - 3543:24

**description** [1] - 3692:13

**designed** [1] - 3591:8

**DeSimone** [1] - 3713:1

**despised** [1] - 3657:11

**destructive** [1] - 3560:10

**detail** [2] - 3621:14; 3687:12

**detailed** [4] - 3550:13; 3604:13, 15; 3692:13

**details** [7] - 3529:3; 3537:13; 3551:4; 3583:23; 3608:19; 3710:15

**detain** [1] - 3691:18

**detaining** [1] - 3691:23

**Detective** [42] - 3532:22; 3533:13, 22; 3536:1, 10, 25; 3537:10, 19, 24; 3538:21; 3539:2, 6, 8, 18; 3540:1, 5, 13; 3544:8, 13, 18; 3546:5; 3549:18, 22; 3552:11; 3558:12; 3629:10; 3653:3; 3664:23; 3665:5, 10; 3667:24; 3669:20; 3670:3, 17, 21; 3671:17; 3672:25; 3673:1; 3674:1; 3721:17

**detective** [13] - 3534:11; 3536:3, 14; 3537:21; 3546:16; 3560:3; 3564:6; 3670:19; 3671:12, 23; 3672:8, 13; 3713:21

**Detectives** [1] - 3546:15

**detectives** [3] - 3546:18; 3629:4

**Detention** [1] - 3599:6

**detention** [2] - 3691:16

**determination** [1] - 3619:20

**determine** [3] - 3563:12; 3584:9; 3696:21

**determines** [3] - 3617:8

**detour** [1] - 3660:2

**devastating** [1] - 3561:9

**device** [2] - 3572:4; 3587:1

**devoted** [1] - 3629:3

**Di** [1] - 3661:18

**Diarmuid** [1] - 3522:7

**DIARMUID** [1] - 3520:19

**died** [3] - 3545:24; 3652:12; 3666:8

**DiFalco** [170] - 3528:6, 9, 18; 3529:9, 11, 13, 17, 22; 3530:6, 11, 15, 17, 21; 3532:1, 9; 3533:7, 12, 14-15, 19-21; 3534:4, 13-14, 17; 3535:4, 15; 3538:19; 3539:23; 3540:7, 23, 25; 3541:1; 3542:12, 20, 25; 3544:9, 11, 22-23, 25; 3545:2; 3546:4, 9; 3547:4, 12-13, 19; 3548:4, 6, 8; 3549:17; 3553:15, 17; 3554:1, 7-8, 17; 3555:7, 10, 13-14, 19, 25; 3556:1, 14, 17, 22, 24; 3557:3, 9, 14, 16; 3566:15, 24; 3567:4-6, 10; 3570:12; 3572:8; 3608:23; 3620:25; 3621:15; 3622:11; 3623:1, 4, 14; 3624:18; 3626:22; 3630:18; 3631:18; 3632:1, 23; 3633:1, 3, 7, 9; 3634:3, 13, 17, 20, 23; 3635:6; 3636:10, 13, 18, 25; 3637:20; 3638:7, 10; 3639:4, 8; 3640:25; 3642:11, 21; 3643:12; 3644:3, 24; 3645:5; 3647:5, 18, 22; 3648:11, 24; 3649:9; 3651:16, 22; 3652:7, 9, 12, 19; 3654:9, 18; 3656:21; 3657:8, 11, 14; 3661:23; 3662:12; 3663:3; 3664:2; 3665:18, 21, 24; 3666:13, 24; 3667:6; 3668:6, 25; 3670:5; 3672:24; 3673:6, 21; 3674:3; 3675:5; 3716:22; 3717:4, 10

**DiFalco's** [15] - 3530:23; 3531:18; 3532:25; 3533:16; 3535:9; 3542:7;

3549:6; 3554:18; 3620:20; 3621:12; 3633:23; 3645:16; 3661:14; 3662:7; 3667:4

**differ** [3] - 3581:25; 3582:1

**different** [10] - 3529:4, 6; 3546:6; 3581:8, 25; 3583:10; 3591:8; 3640:23; 3649:15; 3713:24

**differently** [6] - 3581:9; 3582:6, 9-11; 3583:23

**difficult** [2] - 3676:18; 3723:9

**dig** [1] - 3587:2

**diner** [6] - 3573:18; 3576:9, 11; 3580:14; 3582:21; 3695:9

**Diner** [1] - 3573:21

**dinner** [3] - 3577:17, 23; 3578:6

**direct** [25] - 3539:11; 3543:19; 3555:8; 3566:10; 3567:8; 3591:13; 3622:19, 24; 3629:19; 3636:14-16; 3643:11; 3649:11; 3651:13; 3663:9, 12; 3696:25; 3702:12; 3705:11; 3710:4; 3713:17; 3716:20; 3717:22

**direction** [1] - 3546:6

**directions** [2] - 3550:17; 3571:23

**directly** [3] - 3566:14, 16; 3682:23

**disappearance** [8] - 3533:16; 3540:21; 3543:4; 3545:18, 20; 3645:17; 3672:23

**disappeared** [13] - 3533:20; 3539:12; 3541:13; 3542:9; 3543:7; 3572:9; 3636:22; 3645:6; 3647:19; 3665:25; 3670:11, 18, 20

**disappears** [2] - 3542:3; 3648:21

**discovered** [1] - 3662:7

**discoveries** [1] - 3583:3

**discretion** [1] - 3618:25

**discuss** [10] - 3585:13; 3595:21; 3627:17; 3641:2; 3651:17; 3677:20; 3684:10; 3716:2; 3723:15

**discussed** [10] - 3526:5; 3532:2, 4; 3535:1; 3576:13; 3585:14; 3596:13; 3609:16; 3651:16; 3715:25

**discussing** [1] - 3678:18

**discussion** [5] - 3522:16; 3558:23; 3579:18; 3592:20; 3597:4

**discussions** [1] - 3716:21

**dishonest** [1] - 3672:11

**disliked** [1] - 3657:10

**displayed** [1] - 3644:20

**disposal** [3] - 3574:17, 25; 3581:16

**dispositive** [1] - 3687:8

**disproven** [1] - 3671:15

**dispute** [7] - 3532:3; 3565:14; 3567:5; 3576:2; 3617:7; 3619:14; 3639:13

**disputes** [2] - 3561:13; 3565:14

**distance** [1] - 3660:10

**distracting** [1] - 3676:10

**distribute** [1] - 3525:11

**distribution** [4] - 3527:25; 3528:2; 3592:5; 3595:3

**DISTRICT** [3] - 3520:1, 12

**District** [1] - 3520:15

**divert** [1] - 3540:16

**diverting** [1] - 3546:8; 3559:5

**Divio** [1] - 3607:18

**doctor** [1] - 3634:1

**Doctor** [2] - 3584:6; 3586:8

**doctors** [1] - 3526:15

**document** [1] - 3524:18

**documents** [2] - 3524:3; 3571:12

**dog** [1] - 3635:25

**dollars** [3] - 3594:3; 3596:2, 5

**Dominick** [2] - 3663:14, 17

**done** [8] - 3567:22; 3570:4; 3582:18; 3618:22; 3669:18; 3676:3; 3680:5; 3682:10

**Donuts** [1] - 3530:8

**Doodoo** [3] - 3626:8, 10, 14

**door** [5] - 3537:5; 3565:3; 3576:18; 3668:13; 3688:25

**doorman** [1] - 3596:20

**doors** [3] - 3590:1; 3599:20; 3676:14

**double** [4] - 3524:22; 3618:10; 3646:15; 3691:10

**double-triple** [1] - 3524:22

**doubles** [1] - 3523:18

**doubt** [16] - 3557:16; 3561:3; 3567:13; 3591:23; 3595:2; 3600:7; 3608:8; 3609:15; 3614:16, 20; 3615:1; 3666:21; 3684:18; 3721:22; 3722:1, 5

**down** [30] - 3530:24; 3549:1; 3550:25; 3551:6; 3553:13; 3557:8; 3563:3; 3564:13; 3566:5; 3580:24; 3582:2; 3583:24; 3588:25; 3617:3, 7; 3634:12; 3646:22; 3656:13; 3665:12; 3666:22; 3685:22; 3687:10; 3691:7; 3694:1, 3; 3718:10, 23; 3721:18

**downstairs** [4] - 3584:22; 3633:11, 13; 3718:22

**dozen** [1] - 3587:16

**Dr** [1] - 3523:8

**draft** [1] - 3525:3

**dragged** [1] - 3559:19; 3563:1

**draw** [4] - 3623:2, 9; 3707:7

**drawing** [3] - 3703:21; 3706:1; 3710:7

**drawn** [4] - 3562:8; 3614:18, 23; 3709:7

**dressed** [1] - 3665:7

**drift** [1] - 3629:7

**Drinkham** [4] - 3645:7, 14; 3650:16, 24

**drip** [1] - 3675:2

**driven** [1] - 3585:8

**driver** [1] - 3523:19

**Driver's** [1] - 3524:21

**driver's** [2] - 3523:18; 3524:20

**driveway** [1] - 3709:7

**driving** [5] - 3578:11, 16; 3641:13; 3664:4; 3695:1

**dropping** [1] - 3695:22

**drove** [2] - 3551:9; 3581:15

GR    OCR    CM    CRR    CSR

**drug** [14] - 3585:25; 3592:9, 16, 18; 3594:2; 3645:8; 3656:15; 3708:25; 3709:1

**drugs** [5] - 3593:21; 3610:6; 3627:6, 9

**Duane** [1] - 3572:2

**duck** [1] - 3685:21

**ducked** [1] - 3580:24

**dug** [1] - 3687:1

**Dunkin'** [1] - 3530:8

**during** [28] - 3527:19; 3529:5; 3535:3; 3539:20; 3541:14; 3542:19; 3544:15; 3565:4, 9; 3568:21; 3569:4; 3571:10; 3587:9; 3592:12; 3600:5; 3611:2, 7; 3613:24; 3616:23; 3625:2; 3628:6; 3653:22; 3698:24; 3709:5; 3710:18; 3711:2; 3723:20, 23

**During** [4] - 3534:16; 3543:13; 3544:10; 3553:22

**Dwayne** [1] - 3593:11

**Dwyer** [5] - 3571:2, 11, 21; 3572:4, 7

**E**

**E-mail** [1] - 3521:8

**e-mailed** [1] - 3525:17

**eager** [1] - 3673:17

**ear** [3] - 3532:20; 3584:3; 3663:15

**early** [12] - 3529:20; 3552:9; 3566:4; 3577:6; 3587:12; 3603:13; 3626:5; 3645:15; 3647:20; 3689:4; 3724:4, 23

**ears** [1] - 3693:9

**easily** [7] - 3553:24; 3587:11; 3626:19; 3671:12, 15; 3672:14; 3673:5

**east** [1] - 3550:20

**EASTERN** [1] - 3520:1

**Eastern** [1] - 3520:15

**easy** [2] - 3634:11; 3710:6

**eat** [1] - 3683:2

**Ecstacy** [8] - 3592:5, 9, 12, 16; 3593:21; 3594:1, 9; 3595:3

**ecstasy** [1] - 3570:6

**effect** [4] - 3527:10; 3597:3; 3609:21; 3697:1

**effects** [1] - 3613:22

**efficient** [1] - 3682:24

**effort** [4] - 3586:6; 3653:7; 3722:14, 25

**Eight** [1] - 3601:16

**eight** [5] - 3530:16; 3557:24; 3561:4; 3567:14; 3645:15

**eighties** [1] - 3621:18

**either** [13] - 3528:21; 3553:2; 3637:21; 3638:1, 11; 3639:11; 3641:11; 3644:25; 3664:20; 3669:24; 3710:3; 3725:3, 5

**Either** [1] - 3641:23

**el** [1] - 3589:24

**elaborate** [1] - 3673:15

**election** [2] - 3682:6

**element** [1] - 3527:15

**elements** [1] - 3527:5

**eleven** [2] - 3584:9; 3677:5

**elicited** [2] - 3540:25; 3541:3

**eliminate** [1] - 3558:7

**Elliot** [1] - 3630:1

**Elmo** [3] - 3565:4; 3594:19; 3610:21

**emblematic** [1] - 3716:19

**emerged** [2] - 3553:23; 3587:10

**emergency** [2] - 3543:5; 3707:24

**Emergency** [1] - 3707:20

**employed** [1] - 3527:12

**employment** [2] - 3544:11; 3677:5

**empty** [1] - 3642:7

**encyclopedia** [1] - 3607:14

**end** [16] - 3525:3; 3537:20; 3557:10; 3597:21; 3606:20; 3614:13; 3622:17; 3644:7; 3675:22; 3678:5; 3682:21; 3698:21, 23; 3707:10; 3713:22

**ended** [4] - 3537:19; 3545:13; 3548:24; 3556:6

**enforcement** [6] - 3628:16; 3659:10, 23; 3672:18, 20

**engages** [1] - 3652:6

**English** [2] - 3551:7; 3662:10

**enlisted** [2] - 3567:6; 3577:2

**enlists** [1] - 3574:16

**enter** [3] - 3683:10; 3699:18

**entered** [4] - 3562:7, 13; 3644:9; 3699:21

**entering** [2] - 3526:7; 3684:5

**enters** [2] - 3526:8; 3684:6

**entire** [2] - 3550:6; 3557:1

**entirely** [4] - 3582:4, 15; 3583:18, 25

**entirety** [1] - 3637:7

**entitled** [1] - 3675:5

**entries** [1] - 3572:1

**epitome** [1] - 3693:5

**Equally** [1] - 3699:18

**equipment** [2] - 3575:5; 3610:22

**equivalent** [1] - 3601:19

**error** [1] - 3525:17

**escape** [1] - 3617:14

**especially** [3] - 3569:3; 3644:4; 3721:24

**ESQ** [9] - 3520:14, 17-20; 3521:3

**essentially** [3] - 3615:17; 3685:1; 3687:18

**establish** [1] - 3609:10

**evaluate** [1] - 3616:16

**evaluating** [1] - 3616:21

**evasive** [1] - 3578:7

**evening** [7] - 3535:24; 3553:7; 3689:4; 3722:10; 3723:7; 3724:16; 3725:8

**event** [3] - 3537:16; 3671:11; 3721:15

**events** [1] - 3693:3

**eventually** [1] - 3647:17

**everyday** [1] - 3582:5

**evidence** [107] - 3523:17; 3524:2; 3535:14; 3547:11; 3553:22; 3554:4, 6; 3555:12; 3556:9; 3557:18; 3558:1; 3561:1, 5, 9; 3564:22; 3566:2, 6;

**elicited** column...

3574:5; 3578:5; 3583:9; 3584:16; 3585:2; 3586:11; 3587:6, 9; 3588:20; 3589:2, 6; 3592:1; 3595:3, 14; 3597:14; 3599:6, 10, 14-15; 3600:1, 3, 9; 3602:9; 3604:9; 3605:2, 16, 19-20; 3607:20; 3608:11, 17-18; 3609:11, 14; 3610:11; 3613:22; 3614:6, 8, 11; 3616:19; 3619:5, 7; 3622:8, 13, 18-20, 24-25; 3623:2, 6-7, 10, 19; 3624:9; 3625:5; 3640:19; 3643:4; 3648:24; 3649:3, 8; 3654:8; 3655:10; 3657:12; 3659:7; 3662:8; 3670:23; 3675:4; 3685:8; 3692:13, 15; 3703:16; 3706:18; 3707:9, 13; 3719:5; 3720:4; 3721:1, 5

**exact** [4] - 3532:6; 3553:8; 3605:13; 3699:5

**exactly** [11] - 3555:7; 3557:12; 3582:14; 3589:5; 3599:8; 3638:16; 3654:1; 3671:4; 3693:7, 14; 3699:11

**examination** [41] - 3543:20; 3545:11; 3550:7; 3551:21; 3553:22; 3554:16, 21; 3576:10; 3577:10; 3587:9, 22; 3588:23; 3591:2, 7; 3624:13; 3636:14; 3641:5; 3644:8; 3649:11; 3650:21; 3651:13; 3663:10, 12, 16; 3672:3; 3687:11; 3693:12; 3698:21; 3705:11; 3706:6, 10; 3710:4, 8; 3713:16, 22; 3716:20

**examinations** [1] - 3600:5

**examine** [1] - 3619:12

**examined** [7] - 3536:19; 3619:12; 3629:24; 3636:17; 3667:8; 3710:9; 3711:1

**examiner** [1] - 3584:6

**examining** [2] - 3587:13; 3710:6

**example** [10] - 3613:2; 3626:4; 3627:1, 14; 3628:6; 3629:9; 3659:10, 22; 3682:20; 3693:8

**examples** [1] - 3704:20

**exceedingly** [1] - 3615:20

**except** [5] - 3661:6; 3665:3; 3713:9; 3719:19

**exceptional** [1] - 3685:9

**excerpt** [2] - 3631:19; 3721:10

**excerpts** [1] - 3636:9

**exchange** [1] - 3709:25

**exchanged** [1] - 3597:24

**Excuse** [1] - 3689:7

**excuse** [2] - 3678:10; 3679:25

**excused** [1] - 3526:16

**excuses** [1] - 3597:3

**excusing** [1] - 3678:14

**executed** [3] - 3571:5; 3646:24; 3654:2

**Exhibit** [5] - 3524:4; 3579:2; 3594:4; 3638:13; 3685:8

**exhibit** [5] - 3524:9, 25; 3659:7; 3685:7; 3707:12

**exhibits** [3] - 3613:9

**exist** [1] - 3609:19

**exists** [1] - 3527:8

GR    OCR    CM    CRR    CSR

**exits** [1] - 3610:18
**expand** [1] - 3568:25
**expect** [8] - 3529:3; 3566:24; 3581:13, 18; 3583:11; 3606:2; 3607:6
**expected** [3] - 3582:23; 3616:4
**expenses** [1] - 3648:12
**experience** [2] - 3614:23; 3651:20
**experienced** [1] - 3693:6
**experiences** [1] - 3723:8
**expert** [6] - 3523:6, 12; 3634:12; 3664:13; 3674:2
**expired** [1] - 3524:22
**Explain** [1] - 3538:3
**explain** [7] - 3538:11; 3587:11; 3651:15; 3654:4; 3669:10; 3713:8, 12
**explained** [13] - 3527:4; 3573:6; 3574:24; 3577:1; 3582:17, 23; 3592:14; 3601:14, 16; 3607:16; 3657:18; 3708:25
**explaining** [1] - 3625:10
**explains** [1] - 3584:20
**expose** [2] - 3572:24
**exposed** [1] - 3716:7
**exposure** [2] - 3697:14
**expounding** [1] - 3666:24
**expression** [3] - 3663:23; 3664:1
**extended** [1] - 3606:24
**extension** [1] - 3595:11
**extensions** [1] - 3595:9
**extent** [5] - 3625:12; 3634:23; 3635:1; 3657:5
**extortionate** [3] - 3595:9, 11
**eye** [2] - 3526:16; 3676:20
**eyes** [3] - 3538:6; 3630:13; 3695:12

**F**

**Fabio** [30] - 3547:1, 8-9; 3553:25; 3554:1, 6, 10, 18, 24; 3555:9, 13-14, 17, 20, 22; 3556:1, 4; 3616:3; 3622:5; 3646:5, 16, 19, 22; 3647:10, 14; 3649:13; 3656:11
**Fabio's** [4] - 3647:8-10, 16
**face** [10] - 3559:22; 3563:2; 3576:7; 3603:11; 3654:13; 3708:7
**face-to-face** [3] - 3576:7; 3603:11
**faced** [1] - 3636:3
**faces** [2] - 3562:21; 3612:21
**Facsimile** [1] - 3521:7
**fact** [42] - 3535:14; 3537:8; 3541:1; 3544:22; 3547:13; 3554:2, 17; 3567:4, 13; 3569:6; 3570:13, 15; 3582:19, 25; 3584:9; 3588:18; 3589:4; 3591:24; 3599:14; 3600:8; 3601:2; 3604:21; 3609:19, 24; 3617:13; 3619:19; 3620:17, 23; 3621:6, 10-11; 3623:4; 3624:10; 3652:16; 3653:11; 3667:25; 3705:20; 3713:17
**factor** [2] - 3616:20; 3619:4
**factors** [3] - 3616:17; 3617:11;

3635:14
**facts** [7] - 3537:1; 3609:9, 11, 17; 3628:18
**failed** [2] - 3648:22; 3707:1
**failure** [1] - 3707:4
**fair** [1] - 3634:16
**fairly** [1] - 3692:13
**Falco** [1] - 3661:18
**fallacy** [2] - 3618:14; 3703:2
**false** [15] - 3532:15; 3540:15; 3546:12; 3594:7; 3644:1; 3672:13; 3673:4; 3699:15, 18; 3703:12; 3706:15; 3712:4
**falsely** [1] - 3693:8
**familiar** [4] - 3567:3; 3622:7; 3629:13
**families** [3] - 3627:16; 3646:10; 3649:15
**family** [22] - 3529:23; 3533:8; 3543:5; 3557:12; 3574:9, 11; 3578:18; 3585:23; 3587:25; 3630:9; 3634:2; 3646:12; 3649:23; 3657:20; 3659:2; 3661:4; 3670:16; 3699:1; 3716:11, 23
**Family** [66] - 3527:8, 10, 13, 17; 3540:12; 3557:11, 20; 3559:10; 3561:6, 11; 3570:16, 20; 3571:14, 19; 3572:15, 20; 3573:7; 3575:2; 3587:17; 3592:3; 3595:5; 3598:20; 3600:11; 3602:12; 3603:3; 3604:2; 3606:9, 18-19, 23; 3607:23; 3608:4, 13; 3609:18, 20, 23; 3610:1, 3; 3627:12; 3633:4, 24-25; 3634:1, 7, 10; 3635:3, 7; 3647:12; 3651:1; 3655:6, 11; 3658:2; 3660:25; 3690:24; 3694:10, 13; 3700:8, 11; 3705:16; 3707:17; 3716:3, 22; 3720:5
**Family's** [3] - 3570:25; 3572:16, 25
**fancy** [2] - 3528:16; 3595:12
**far** [9] - 3569:18; 3574:24; 3580:1, 3; 3636:6; 3653:6; 3670:7; 3675:16, 20
**father** [14] - 3555:15, 18; 3556:3; 3577:17, 22; 3578:5, 9, 14; 3609:6; 3657:24; 3659:5, 25; 3696:1
**father's** [1] - 3659:3
**favor** [3] - 3668:12; 3711:20
**FBI** [4] - 3585:2; 3601:12; 3659:9; 3661:24
**February** [14] - 3529:13; 3533:2, 4-5; 3539:4; 3541:13; 3543:9; 3544:24; 3554:20; 3556:22; 3572:8, 15; 3645:5
**federal** [2] - 3633:7; 3662:25
**feelings** [2] - 3557:9; 3657:12
**feet** [3] - 3534:21; 3599:18; 3718:8
**fella** [1] - 3532:23
**fellow** [5] - 3576:20; 3620:5, 7; 3645:13; 3723:20
**felt** [5] - 3548:6; 3667:8; 3691:12; 3705:22
**femurs** [1] - 3586:23
**few** [28] - 3532:17; 3533:20; 3535:18; 3539:6; 3554:23; 3561:23; 3564:11; 3570:11; 3581:14; 3585:11, 13; 3587:10; 3596:2, 4; 3614:9; 3616:11;

3618:16; 3628:14, 22, 25; 3665:19; 3670:21; 3696:16; 3700:3, 16; 3715:13; 3717:11; 3718:8
**fielded** [1] - 3533:1
**fiend** [1] - 3651:10
**fight** [1] - 3648:10
**figure** [3] - 3555:15; 3556:3; 3682:5; 3685:16; 3687:6
**figured** [1] - 3625:23
**filed** [2] - 3578:18; 3691:17
**filling** [1] - 3713:12
**final** [2] - 3600:20
**Finally** [3] - 3545:1; 3630:7; 3717:21
**finally** [4] - 3652:15; 3699:10; 3701:14, 20
**financial** [1] - 3565:14
**fine** [4] - 3524:17; 3526:15; 3534:2; 3711:9
**fingerprints** [4] - 3560:7; 3566:19, 22, 25; 3567:1, 10
**fingers** [1] - 3704:11
**finish** [5] - 3600:19; 3618:6; 3673:6; 3680:1; 3682:25
**finished** [1] - 3556:21
**finishing** [1] - 3679:21
**Fiordilino** [61] - 3548:10, 17; 3549:2, 24; 3550:2, 8-10, 12, 14-15, 17-18, 21, 23, 25; 3551:2, 10-11, 14, 18, 21; 3552:8, 12-13, 17; 3553:4, 8, 11-12; 3557:8; 3615:6; 3620:19; 3624:4; 3627:2, 4, 8, 13; 3638:6; 3660:1, 4-5, 7, 10; 3661:21; 3662:1, 14, 25; 3663:9, 25; 3664:4, 21, 25; 3665:2, 4, 10, 14; 3719:20
**Fiordilino's** [6] - 3548:5; 3550:4; 3551:23; 3566:3; 3620:24; 3632:22
**Fiordolino** [14] - 3540:9; 3547:14; 3604:10, 19; 3607:12; 3649:14; 3656:24; 3657:1, 15; 3658:3
**Fiordolino's** [1] - 3547:17
**fire** [4] - 3549:1; 3551:1; 3704:2, 4
**fired** [7] - 3674:4; 3704:8-10; 3705:21; 3713:24
**firepower** [1] - 3613:2
**firing** [1] - 3704:13
**first** [20] - 3523:8; 3524:18; 3527:5; 3536:7; 3540:10; 3561:23; 3562:7; 3564:10; 3587:17; 3617:1; 3624:18; 3626:6; 3660:6; 3664:12; 3667:25; 3690:11, 19-20; 3701:21; 3704:8
**First** [16] - 3527:7; 3554:6; 3561:16; 3565:13; 3571:12; 3579:11; 3583:15; 3585:15; 3587:12; 3595:17; 3601:2, 11; 3612:9; 3653:19; 3667:5; 3691:2
**fit** [1] - 3665:2
**fits** [4] - 3587:4-6; 3665:1
**Five** [3] - 3528:1; 3676:24
**five** [23] - 3534:20; 3540:8; 3563:14; 3567:19, 21; 3601:9; 3604:21; 3605:25; 3645:16; 3674:20; 3675:8; 3676:9, 22;

3679:2; 3699:9
**five-minute** [1] - 3675:8
**fizzled** [1] - 3721:16
**flagged** [2] - 3553:13; 3557:8
**flags** [1] - 3549:1
**flatly** [1] - 3548:2
**flaw** [1] - 3713:4
**Fleet** [2] - 3530:6, 9
**fleeting** [1] - 3685:21
**flight** [2] - 3589:17; 3703:14
**flights** [3] - 3589:16; 3590:4; 3591:6
**floor** [3] - 3563:23; 3580:1; 3626:11
**Florida** [2] - 3523:15; 3532:23
**Floyd** [1] - 3660:2
**fly** [1] - 3535:8
**flyers** [1] - 3565:18
**focus** [3] - 3561:15; 3614:5; 3719:4
**focused** [2] - 3693:13
**focuses** [1] - 3595:7
**folks** [1] - 3701:1
**follow** [2] - 3613:4; 3668:19
**followed** [6] - 3594:15; 3626:21; 3686:13; 3689:10; 3715:25
**following** [8] - 3537:25; 3540:21; 3568:1; 3573:17; 3612:2; 3675:11; 3709:25; 3724:9
**follows** [2] - 3631:19; 3633:10
**food** [4] - 3582:9; 3668:3, 9; 3670:2
**fooled** [8] - 3534:8; 3565:25; 3566:23; 3581:21; 3582:13; 3583:21; 3588:14; 3606:15
**FOR** [1] - 3520:11
**force** [1] - 3639:12
**forced** [1] - 3559:18
**foreign** [2] - 3527:10; 3609:21
**foremost** [1] - 3657:2
**Forensic** [1] - 3523:10
**forensic** [5] - 3523:12; 3584:7, 16; 3586:14; 3587:5
**forget** [3] - 3655:22; 3667:13; 3710:7
**forgive** [2] - 3600:18; 3612:10
**form** [3] - 3630:19; 3631:4; 3687:15
**formal** [1] - 3585:23
**former** [2] - 3602:2; 3698:25
**forms** [1] - 3574:10
**Fort** [1] - 3523:14
**forth** [4] - 3527:20; 3577:6, 9; 3676:11
**forthcoming** [5] - 3538:14; 3671:21; 3672:2, 4, 7
**fortune** [1] - 3603:8
**forward** [1] - 3530:2
**foundation** [2] - 3637:2; 3673:15
**four** [18] - 3527:5; 3564:25; 3570:3; 3571:3; 3600:24; 3609:16; 3618:8, 11, 20; 3621:17; 3634:9; 3650:24; 3660:3; 3677:8; 3679:22, 25; 3680:20
**Four** [2] - 3527:24; 3608:10
**fourteen** [2] - 3581:24; 3582:7
**fourth** [1] - 3527:14

**fractures** [5] - 3586:16, 21, 24
**Francesca** [11] - 3554:3, 7, 10, 19, 24-25; 3555:10, 20, 23; 3556:1; 3647:12
**Francesca's** [1] - 3547:5
**Franchese** [2] - 3626:15, 21
**Frank** [167] - 3540:9; 3547:14; 3548:10, 17; 3549:2, 24; 3550:2, 4, 8-9, 12, 14-15, 17-18, 21, 23, 25; 3551:2, 10-11, 14, 18, 20, 23; 3552:8, 12-13, 17; 3553:4, 8, 11-12; 3557:8; 3574:16, 20, 22; 3575:6, 9; 3576:7; 3578:22, 25; 3579:3, 7-8; 3580:8, 13, 16-17; 3581:7, 11, 22-23; 3582:17, 20; 3583:6, 12, 15, 17, 19; 3584:18, 23; 3585:5-7, 12, 15, 20; 3588:2, 5, 7-9, 12, 15, 24; 3589:8; 3591:16, 18; 3593:15; 3595:17; 3596:10, 24; 3597:12, 15-16; 3598:11, 14; 3603:10; 3604:10, 19; 3607:12; 3615:6; 3616:6; 3620:19; 3622:22; 3624:3, 7; 3627:1, 4, 8, 13; 3632:22; 3638:6; 3649:14; 3653:2, 4; 3656:24; 3657:15; 3658:3; 3660:1, 4, 7, 9; 3662:14, 24; 3663:24; 3664:21, 25; 3665:4, 10, 14; 3666:10; 3671:2; 3673:6; 3685:2; 3686:25; 3688:2, 19; 3689:18; 3690:16; 3691:4-6, 8; 3692:23; 3694:4; 3705:7; 3715:9; 3717:13, 22-23; 3718:5, 19-21, 24; 3719:20; 3721:11
**frank** [2] - 3595:19; 3604:11
**Frankie** [5] - 3701:9; 3709:18; 3718:4, 12, 16
**frankly** [1] - 3627:21
**Frankly** [2] - 3616:7; 3619:12
**fraud** [2] - 3694:18; 3719:1
**Fred** [1] - 3576:1
**Fredella** [1] - 3591:11
**Fresh** [8] - 3530:24; 3548:11; 3621:8; 3629:21, 23-24; 3642:7; 3646:21
**fresh** [1] - 3671:11
**Friday** [5] - 3541:13; 3543:6; 3578:10, 12; 3669:24
**friend** [19] - 3529:23; 3574:11; 3630:9, 14, 21; 3631:2; 3633:2; 3638:25; 3639:1; 3645:23; 3664:2; 3668:24; 3672:24; 3673:3, 9; 3694:22; 3695:6; 3708:10
**friendly** [3] - 3599:24; 3631:24; 3632:19
**friends** [16] - 3558:21; 3559:8; 3595:25; 3630:8, 16; 3631:7; 3646:15; 3647:15; 3648:9; 3649:22; 3653:25; 3659:2; 3669:4; 3709:1, 6
**friendship** [4] - 3630:16; 3631:10, 16; 3633:1
**Friendship** [1] - 3632:10
**Frisolone** [1] - 3521:6
**front** [12] - 3537:5; 3562:8, 15; 3563:2, 7, 23; 3564:11; 3580:23; 3635:19;

3641:6; 3688:16
**fruitless** [1] - 3652:6
**full** [3] - 3563:8; 3565:7; 3618:17
**fully** [1] - 3678:7
**functions** [1] - 3669:5
**funeral** [1] - 3668:16
**future** [2] - 3666:10; 3675:21

## G

**GAIL** [1] - 3521:4
**Gail** [1] - 3522:11
**gallery** [1] - 3676:9
**Gambino** [5] - 3575:1; 3606:19, 23; 3647:12; 3720:6
**gamble** [1] - 3610:5
**gambling** [14] - 3539:24; 3547:18; 3559:13; 3561:12; 3570:7; 3601:3, 8; 3603:2; 3604:22; 3605:23; 3608:1; 3609:16; 3634:21, 25
**game** [13] - 3606:17; 3607:17; 3660:16; 3719:13, 19; 3720:4, 8, 12, 15, 18-19, 24; 3721:2
**games** [1] - 3608:6
**garage** [2] - 3622:3; 3661:18
**GARAUFIS** [1] - 3520:12
**Gary** [9] - 3592:13-15, 19; 3593:2, 8-9, 12
**Gaspare** [1] - 3630:23
**gee** [1] - 3649:3
**Gee** [2] - 3633:17; 3703:3
**gelato** [1] - 3720:10
**general** [5] - 3603:18; 3616:11; 3627:17; 3628:16; 3667:5
**generally** [2] - 3611:10; 3616:12
**gentleman** [2] - 3599:9; 3631:25
**gentlemen** [44] - 3530:1; 3532:18; 3536:23; 3537:8; 3538:17; 3546:1; 3549:21; 3552:5; 3553:10, 16; 3554:4; 3556:6, 10, 12; 3557:15, 22; 3561:1; 3565:16; 3567:12; 3572:18; 3581:22; 3582:3; 3587:4; 3588:18; 3591:22; 3592:25; 3593:20; 3595:1, 14; 3600:6; 3602:25; 3604:5, 9; 3605:14; 3606:7; 3607:9, 24; 3608:7, 14; 3609:12, 24; 3612:8; 3636:8; 3651:19
**genuine** [1] - 3657:21
**George** [20] - 3573:11, 15, 18-19, 22-23; 3574:6, 14; 3625:20, 22; 3630:8, 11; 3632:17; 3664:14; 3694:8; 3695:8, 12; 3704:7; 3713:10
**Gerlando** [4] - 3573:12; 3574:6; 3630:9; 3665:6
**Giannini** [46] - 3530:24; 3531:3; 3536:3, 8, 16; 3537:3, 9; 3539:20; 3546:23; 3549:19; 3556:23; 3559:11; 3564:20, 24-25; 3565:1; 3602:4; 3604:4, 7; 3605:7, 11-12; 3606:25; 3621:9; 3622:2, 4-5; 3629:14, 17, 20-22; 3634:19; 3642:22; 3646:23;

GR    OCR    CM    CRR    CSR

3654:22; 3669:14, 18; 3717:6, 12; 3719:13; 3720:12, 24; 3721:2, 18

**Giannini's** [7] - 3529:15; 3541:9; 3544:19; 3559:3; 3604:19; 3642:23; 3646:20

**gilding** [2] - 3630:5; 3671:25

**Giovanni** [12] - 3532:11; 3539:10; 3541:5, 8; 3542:3; 3546:5; 3632:3; 3667:12; 3669:6; 3670:24; 3671:6

**girl** [4] - 3542:23; 3543:16, 21, 25

**Given** [1] - 3681:6

**given** [5] - 3523:7; 3691:2, 4; 3715:3; 3723:10

**glad** [1] - 3553:20

**glance** [1] - 3538:4

**glass** [2] - 3564:14

**glowing** [1] - 3693:7

**God** [1] - 3682:2

**godson** [1] - 3631:8

**GOLDBARG** [1] - 3520:18

**Goldbarg** [1] - 3522:5

**GOLDBERG** [17] - 3520:17; 3526:22, 25; 3530:21; 3531:9; 3541:8; 3548:1; 3552:7; 3567:23; 3568:6, 13; 3570:2; 3578:13; 3591:1; 3600:12, 15; 3609:5

**Goldberg** [4] - 3522:6; 3526:21; 3570:1; 3611:2

**Goldie** [1] - 3572:2

**Gomez** [6] - 3558:12; 3560:3; 3562:3; 3564:6; 3566:21; 3629:10

**good-bye** [2] - 3609:2, 5

**gospel** [2] - 3625:4; 3636:4

**government** [50] - 3568:23; 3569:4; 3612:23; 3613:2; 3614:19; 3617:9; 3618:9; 3619:4, 8; 3621:6, 10; 3623:2; 3630:22; 3631:9; 3633:22; 3634:8; 3636:2, 20; 3638:2, 8; 3639:5, 12; 3659:16; 3660:19; 3661:10; 3662:18; 3664:6; 3665:16; 3668:4; 3670:4, 12, 22; 3671:1; 3673:18, 23; 3674:8, 12, 14, 16; 3678:14; 3701:21, 24; 3702:14; 3706:17, 22; 3708:4; 3719:17; 3720:2; 3721:21

**Government** [27] - 3520:14; 3522:6; 3525:12; 3526:19; 3528:23; 3579:2; 3594:4; 3612:22; 3638:13; 3644:5; 3651:14; 3656:20, 22; 3657:24; 3685:8; 3687:5, 7, 10; 3690:17; 3691:2, 9, 17, 23; 3692:14, 19; 3693:10; 3696:20

**Government's** [4] - 3599:5; 3644:1; 3684:23; 3694:6

**government's** [23] - 3568:18; 3612:11, 19; 3617:21; 3618:24; 3621:7; 3623:13; 3625:2; 3630:18; 3637:2; 3638:3; 3662:22; 3664:23; 3665:1; 3671:5; 3673:16, 19; 3702:12; 3707:4; 3719:11, 14; 3720:22; 3722:19

**grabbed** [2] - 3647:15; 3704:9

**gracious** [1] - 3608:19

**grain** [1] - 3659:4

**Grand** [2] - 3593:9, 13

**grand** [4] - 3655:23; 3656:7, 14

**grandson** [2] - 3577:20; 3578:3

**grave** [1] - 3653:18

**gray** [1] - 3664:18

**Graziano** [1] - 3593:7

**great** [4] - 3558:3; 3618:4; 3653:7; 3668:11

**Green** [1] - 3604:23

**greetings** [1] - 3597:24

**grew** [1] - 3631:6

**ground** [17] - 3532:21; 3551:20, 22; 3552:4, 15-16, 18, 25; 3553:5-7, 10; 3559:19; 3563:9; 3583:4; 3585:10; 3589:23

**group** [3] - 3546:21; 3573:7; 3654:21

**guard** [1] - 3630:4

**guess** [10] - 3630:23; 3642:2; 3643:1; 3656:25; 3657:11, 15; 3664:3, 5; 3669:22

**guesswork** [1] - 3623:12

**Guidice** [1] - 3666:10

**guilt** [4] - 3609:10; 3622:15; 3670:23; 3721:22

**guilty** [35] - 3530:14; 3532:15, 18; 3540:18; 3558:15; 3560:23; 3566:12, 22; 3567:1, 4, 11; 3571:15; 3592:8; 3594:8, 16-17, 23; 3608:9; 3609:13; 3610:12; 3618:23; 3626:2; 3636:18; 3645:4; 3660:20; 3674:16; 3686:9; 3699:1; 3704:24; 3721:23; 3722:4

**gun** [2] - 3562:14; 3583:4, 7, 16, 21; 3627:7, 13; 3686:4-6; 3695:7; 3704:3, 12-13, 18; 3708:19; 3709:6

**guns** [13] - 3559:23; 3562:8, 22; 3583:6, 8, 10, 19, 22; 3585:17; 3714:3, 5

**guru** [1] - 3613:14

**guy** [68] - 3535:16; 3537:2; 3547:1, 8; 3571:14; 3574:3; 3585:17, 21; 3604:11; 3606:11-13; 3607:14, 23; 3620:6, 10; 3625:18; 3626:10, 14, 21; 3627:2, 6, 12; 3629:14; 3635:1, 8, 18, 24; 3638:6, 18; 3646:6; 3647:13; 3652:15; 3653:13; 3654:3, 5-6; 3655:8, 22-23; 3656:14; 3659:17; 3663:13; 3666:14; 3679:1; 3686:9; 3694:16; 3696:11; 3700:11; 3701:17; 3703:7, 12, 14-15; 3704:13; 3708:22; 3720:19, 22

**guys** [20] - 3546:21, 24; 3559:23; 3562:22; 3566:5; 3606:14; 3607:23; 3622:2; 3646:17; 3651:24; 3652:1; 3654:24; 3660:11; 3673:10; 3678:20; 3709:6, 9

**Guzzo** [38] - 3531:2, 5; 3534:7; 3546:25; 3556:13; 3558:19, 24; 3559:8, 17; 3560:9, 17; 3562:12; 3565:24; 3566:13; 3567:7; 3640:7, 9, 12, 14, 17; 3642:14; 3643:9; 3644:23; 3645:10, 23-24; 3646:2, 7, 9, 18; 3648:18;

3649:14; 3653:20, 24; 3654:4; 3660:5, 8, 13

**Guzzo's** [1] - 3645:9

## H

**Haha** [1] - 3713:11

**Haha's** [1] - 3713:6

**Half** [2] - 3624:8; 3690:24

**half** [8] - 3555:1; 3646:23; 3661:5; 3675:15; 3682:11; 3724:24; 3725:1

**hallucination** [1] - 3640:21

**hammers** [1] - 3564:5

**hand** [6] - 3591:21; 3605:21; 3623:1; 3693:4; 3694:5

**handiwork** [1] - 3560:10

**hands** [3] - 3619:25; 3635:19; 3704:12

**handwritten** [1] - 3571:23

**hanging** [1] - 3622:4

**happy** [3] - 3595:24; 3597:23; 3598:10

**hard** [7] - 3525:6, 8-9; 3573:23; 3607:21; 3706:5; 3712:7

**harmonize** [1] - 3713:13

**HARRY** [1] - 3521:3

**Harry** [1] - 3522:8

**harsh** [1] - 3632:20

**hatched** [2] - 3572:18; 3656:10

**hated** [1] - 3657:10

**Hays** [1] - 3584:7

**Hazmat** [1] - 3524:22

**head** [24] - 3542:23; 3543:2; 3545:9; 3573:10; 3584:11, 13; 3613:24; 3628:5; 3632:17; 3635:18; 3646:19; 3695:4; 3713:23

**hear** [9] - 3529:6; 3537:22; 3566:24; 3606:2; 3611:10; 3635:10; 3666:3; 3671:1; 3682:1

**heard** [41] - 3532:8; 3538:3; 3546:18; 3558:12; 3559:15; 3571:7; 3587:12; 3588:22; 3592:13; 3601:5, 7, 12; 3606:17, 25; 3607:1, 12; 3615:4; 3616:22; 3620:4; 3621:16; 3623:19; 3624:25; 3627:23; 3635:13; 3638:21; 3666:6, 19; 3668:12; 3672:17; 3684:19, 22; 3690:15; 3696:25; 3700:21; 3706:20, 25; 3707:15; 3713:19; 3719:5, 16; 3724:22

**Hearing** [1] - 3522:19

**hearing** [3] - 3523:2; 3577:11

**hearsay** [2] - 3524:13; 3721:8

**heat** [1] - 3573:24

**heating** [1] - 3572:17

**heck** [1] - 3666:24

**hedge** [1] - 3654:16

**held** [5] - 3523:1; 3578:2; 3719:13; 3720:12

**hell** [1] - 3644:14

**help** [10] - 3575:2; 3585:9; 3609:10; 3617:14; 3628:23; 3630:6; 3662:2; 3666:9, 18; 3672:1

**helpful** [4] - 3611:10; 3659:12; 3668:15, 17

**helping** [4] - 3617:6; 3629:7; 3670:16; 3691:7

**henchmen** [1] - 3565:24

**Herbert** [1] - 3523:9

**hesitate** [6] - 3615:2, 5, 7; 3665:12, 15; 3694:20

**hide** [1] - 3532:21

**high** [2] - 3594:3; 3612:11

**highly** [1] - 3625:4

**himself** [34] - 3532:19; 3540:16; 3546:3, 8; 3557:4; 3562:7; 3567:17; 3577:19, 24; 3578:3; 3603:23; 3622:21, 23; 3625:17; 3626:20; 3643:6; 3647:14; 3651:25; 3653:2; 3656:12; 3660:11; 3662:2; 3673:1; 3685:15, 24; 3694:16; 3695:18; 3702:18; 3708:15; 3709:13, 17; 3713:20; 3715:15

**hire** [2] - 3666:19; 3701:8

**hired** [3] - 3532:10; 3665:20; 3666:17

**hit** [2] - 3601:24; 3654:2

**hits** [1] - 3697:14

**hitting** [4] - 3600:25; 3606:12; 3665:21; 3666:20

**hoes** [1] - 3575:6

**Hold** [1] - 3610:13

**hold** [6] - 3577:19, 25; 3605:21; 3610:9; 3664:18; 3691:18

**holidays** [2] - 3544:16; 3545:7

**Hollywood** [2] - 3647:13, 15

**home** [15] - 3529:13, 20-21; 3541:20; 3548:11, 22; 3571:22; 3597:23; 3707:20; 3709:2; 3711:9-11; 3722:5

**homicide** [7] - 3618:10; 3646:15; 3710:14, 16-18; 3711:3

**honed** [1] - 3554:16

**Honor** [23] - 3522:22; 3523:8, 22; 3524:1; 3525:6, 13, 16; 3526:22; 3530:19; 3531:7; 3552:5; 3568:9, 17; 3569:20; 3570:2; 3578:12; 3600:12; 3609:3; 3610:23; 3675:7; 3676:3; 3724:17, 19

**HONORABLE** [1] - 3520:12

**hooks** [1] - 3570:16

**hope** [10] - 3613:20; 3614:5; 3617:5, 25; 3626:5; 3652:17; 3676:10; 3693:14; 3697:8; 3725:5

**hoping** [1] - 3675:24

**horrible** [1] - 3610:10

**horse** [3] - 3619:24; 3620:1

**hospital** [3] - 3522:15; 3526:14; 3648:12

**hot** [1] - 3527:1

**hour** [8] - 3529:22; 3610:15; 3675:15; 3679:10; 3682:11, 19; 3724:24; 3725:2

**Hours** [1] - 3588:23

**hours** [13] - 3522:16; 3526:15; 3588:25; 3589:7; 3607:2; 3680:14, 18, 25; 3681:7; 3722:21, 23; 3724:20

**house** [18] - 3571:24; 3633:8; 3635:25; 3636:22; 3645:19; 3647:10; 3661:20; 3668:9; 3700:16; 3707:15; 3709:5; 3715:19; 3716:11

**housed** [1] - 3701:8

**Howard** [1] - 3666:23

**huge** [2] - 3656:10, 13

**hung** [3] - 3622:2; 3629:15; 3661:4

**Hunter** [2] - 3653:4

**hurt** [2] - 3648:10; 3706:16

**husband** [9] - 3542:15, 19, 23; 3555:21; 3609:6; 3633:11, 13; 3667:9, 12

**husband's** [1] - 3668:23

**hushed** [1] - 3670:4

**hydrant** [2] - 3549:1; 3551:2

**I**

**ice** [2] - 3708:18, 22

**icepick** [3] - 3584:1, 12

**idea** [17] - 3544:7; 3573:9; 3612:20; 3617:4; 3618:13; 3654:3; 3680:23; 3681:11; 3687:3; 3697:25; 3698:19; 3699:14; 3700:25; 3701:1; 3704:21

**identification** [4] - 3628:9; 3673:14; 3703:13; 3713:4

**identified** [7] - 3540:6; 3691:16; 3692:22; 3695:2; 3708:10; 3723:23

**identifies** [2] - 3628:10; 3673:1

**identify** [1] - 3693:2

**identity** [5] - 3690:18; 3705:8; 3713:15; 3717:14, 17

**ill** [1] - 3543:5

**illegal** [13] - 3558:7; 3559:13; 3561:11; 3570:18; 3601:2, 21; 3602:2; 3603:2; 3604:8; 3605:18, 23; 3608:1, 3

**illegally** [1] - 3610:5

**illusion** [1] - 3619:18

**illusory** [4] - 3619:17; 3620:15; 3621:1

**illustrate** [1] - 3619:22

**imagine** [2] - 3707:13; 3713:25

**Imagine** [1] - 3700:6

**immaterial** [1] - 3619:13

**immediately** [1] - 3716:10

**immigrant** [1] - 3669:18

**immigrants** [1] - 3669:19

**impeaching** [1] - 3636:15

**implicate** [2] - 3685:4; 3693:8

**implicated** [3] - 3616:9; 3654:18; 3663:6

**implicating** [1] - 3638:7

**imploring** [1] - 3542:16

**importance** [2] - 3615:2; 3665:13; 3694:21

**important** [4] - 3528:7; 3578:4; 3604:20; 3625:14

**importantly** [3] - 3691:12; 3696:5; 3705:1

**impression** [3] - 3667:5, 8; 3713:25

**impressive** [1] - 3612:12

**imprisonment** [1] - 3697:22

**in-between** [1] - 3682:19

**in-laws** [2] - 3668:1, 9

**ina** [1] - 3645:19

**inaccurate** [1] - 3536:21

**inappropriate** [1] - 3569:8

**incapable** [1] - 3659:21

**incarcerated** [1] - 3653:7

**incarceration** [1] - 3653:23

**inches** [1] - 3552:25

**incident** [1] - 3708:24

**include** [1] - 3524:8

**including** [12] - 3562:6; 3570:18, 22; 3571:5; 3591:4; 3601:9; 3606:1; 3618:10; 3651:24; 3684:23; 3692:3; 3709:2

**Including** [1] - 3692:1

**inconsistencies** [4] - 3581:14, 17, 19; 3717:22

**inconsistent** [2] - 3532:16; 3691:4

**increase** [1] - 3720:15

**indeed** [2] - 3612:19; 3620:22

**Indellicato** [1] - 3599:1

**independent** [5] - 3574:5; 3586:11; 3605:2; 3669:1; 3723:24

**indicated** [1] - 3649:13

**indicating** [1] - 3612:17

**indicating)** [1] - 3538:5

**indication** [3] - 3672:7; 3675:20; 3720:23

**indications** [1] - 3696:19

**indicted** [6] - 3572:23; 3700:2, 8, 11; 3715:23

**indictment** [6] - 3525:16, 22; 3527:6; 3600:24; 3608:10; 3692:12

**indictments** [1] - 3703:6

**indifference** [1] - 3705:12

**indisputable** [1] - 3609:17

**individual** [12] - 3612:21; 3616:10; 3623:18; 3628:11; 3630:21; 3649:5; 3702:19; 3703:21; 3708:10, 14, 19

**individually** [1] - 3615:17

**individuals** [10] - 3583:17; 3609:7; 3613:25; 3615:8; 3628:13; 3631:16; 3650:8, 12; 3660:3; 3718:14

**indulge** [1] - 3612:9

**ineffectual** [1] - 3661:2

**infer** [6] - 3540:17; 3548:13, 17; 3707:3, 6

**inference** [1] - 3707:6

**inferences** [1] - 3623:9

**inferior** [1] - 3696:5

**infiltrated** [1] - 3570:21

**influence** [2] - 3570:25; 3572:17

**information** [12] - 3538:14; 3542:5; 3624:24; 3640:3; 3654:25; 3662:2; 3673:2, 4; 3693:10, 24

**informed** [3] - 3523:21; 3545:2; 3677:3

**injure** [1] - 3708:23
**injuries** [1] - 3648:12
**inmate** [1] - 3631:5
**inmates** [1] - 3599:20
**innocence** [4] - 3684:13, 20; 3707:10; 3721:25
**innocent** [6] - 3566:20; 3670:10; 3684:14; 3716:14; 3721:20
**innuendo** [1] - 3614:7
**inquiry** [1] - 3624:13
**Inside** [1] - 3565:3
**inside** [10] - 3536:8, 16, 21; 3564:23; 3580:10; 3581:10; 3582:24; 3709:5
**insides** [1] - 3622:7
**insists** [1] - 3660:19
**Inspector** [1] - 3664:13
**installed** [1] - 3572:5
**instance** [2] - 3621:4; 3704:9
**instances** [2] - 3618:17; 3628:14
**instead** [3] - 3523:7; 3653:15; 3654:6
**Instead** [3] - 3559:3; 3590:3; 3642:18
**instruct** [2] - 3528:19; 3529:2
**instructed** [1] - 3580:9
**instructions** [1] - 3529:5
**instructs** [1] - 3540:14
**instrumental** [1] - 3669:16
**insulated** [1] - 3713:15
**insulating** [1] - 3567:16
**Inter** [2] - 3565:2, 4
**interactions** [1] - 3632:18
**interceded** [1] - 3648:11
**interest** [14] - 3618:4; 3629:5; 3630:4; 3659:22; 3669:15; 3671:22; 3673:22; 3692:9; 3699:14; 3706:4; 3707:2; 3709:11
**interested** [6] - 3531:5; 3534:25; 3535:16; 3658:2; 3670:7, 11
**interesting** [10] - 3571:12; 3617:8; 3639:10; 3651:13; 3671:1; 3672:16; 3673:25; 3674:6; 3685:7; 3695:14
**interlocking** [1] - 3704:11
**Internet** [1] - 3723:22
**interns** [1] - 3676:17
**interrupt** [1] - 3725:5
**interrupts** [1] - 3542:5
**interstate** [3] - 3527:10; 3609:21
**interview** [21] - 3533:8, 15, 23; 3535:3; 3536:4, 15, 22; 3537:3, 8, 19-20; 3539:20; 3544:8; 3546:25; 3547:1, 9; 3665:6; 3689:24; 3690:2
**interviewed** [12] - 3534:13; 3535:21; 3537:16; 3538:20; 3546:15; 3549:19; 3552:11; 3557:3; 3627:24
**interviewee** [1] - 3537:12
**interviewing** [1] - 3535:15
**interviews** [1] - 3549:22
**introduce** [1] - 3692:14
**introduced** [4] - 3597:14; 3612:25; 3630:17, 22

**introductory** [1] - 3684:12
**investigate** [1] - 3701:9
**investigated** [1] - 3706:13
**investigates** [1] - 3536:13
**investigating** [2] - 3533:10; 3570:25
**investigation** [5] - 3572:16; 3668:19; 3670:12; 3672:22
**investigator** [4] - 3536:10; 3579:23; 3653:2; 3701:9
**involved** [49] - 3535:10; 3539:24; 3544:11; 3546:13; 3548:7; 3558:17; 3566:11; 3567:8; 3571:15; 3579:4, 9; 3581:16, 25; 3584:18; 3588:10; 3592:23; 3593:16, 18; 3601:10; 3604:21, 25; 3606:3, 15; 3610:2; 3622:10, 18; 3626:7; 3637:21; 3638:11, 24; 3640:4; 3643:2, 6; 3644:23, 25; 3645:1; 3649:9; 3660:13; 3673:9; 3691:6, 8; 3694:24; 3700:7; 3705:7; 3708:17; 3711:1; 3712:19; 3715:22
**involvement** [13] - 3561:10; 3602:1; 3623:14; 3634:17; 3637:3; 3652:18; 3707:24; 3710:12; 3715:3, 8; 3717:24; 3718:19; 3719:10
**involving** [2] - 3569:17; 3700:12
**loso** [1] - 3607:22
**irrelevant** [2] - 3637:5
**IRS** [2] - 3523:23; 3524:15
**Island** [6] - 3575:5; 3581:15; 3585:9; 3686:13; 3687:2; 3689:12
**isolation** [1] - 3534:2
**issue** [3] - 3622:16; 3631:15; 3679:24
**Italian** [5] - 3551:7; 3662:9; 3668:9; 3669:18; 3696:1
**Italy** [1] - 3555:16
**itself** [14] - 3528:19, 22; 3529:11; 3574:18; 3575:12; 3613:3, 7, 23; 3614:4, 6, 8; 3673:23; 3708:2; 3709:15

## J

**J-A-M-E-S** [1] - 3523:13
**jacket** [1] - 3686:7
**jackets** [1] - 3686:6
**Jacobsen** [16] - 3532:23; 3533:6, 13, 15, 22; 3534:11, 13; 3535:13, 15, 17; 3538:19, 25; 3539:1, 6; 3546:5, 15
**Jacobson** [3] - 3669:20; 3670:3, 17
**Jacobson's** [1] - 3667:24
**jail** [8] - 3531:13; 3556:20; 3566:4; 3595:18; 3686:20; 3696:16; 3697:5
**Jamaica** [1] - 3645:20
**James** [5] - 3523:13; 3593:12; 3659:8; 3686:25
**January** [5] - 3571:3; 3605:7; 3690:7; 3700:14
**JEFFREY** [1] - 3520:17
**Jeffrey** [1] - 3522:6
**jeopardized** [1] - 3618:13
**jeopardy** [1] - 3617:22

**jewelry** [3] - 3563:16; 3647:11, 14
**Jimmy** [9] - 3575:1, 3-4, 7, 14; 3585:9; 3586:5; 3689:14
**job** [9] - 3576:18; 3634:14; 3657:4; 3677:11, 14; 3705:20; 3706:12; 3715:20
**jobs** [3] - 3523:24; 3570:23
**Joe** [25] - 3593:10; 3597:16; 3602:3; 3603:6; 3623:23; 3624:1, 17; 3625:25; 3626:1, 9, 11-12; 3653:20; 3665:18; 3694:15; 3710:12; 3713:1; 3717:2, 5, 9
**Joel** [19] - 3615:6; 3705:2, 20; 3706:12; 3707:19, 23, 25; 3708:2, 5, 7, 11, 14, 16-17, 25; 3709:6; 3712:17; 3715:15
**Joey** [8] - 3570:21; 3572:12; 3588:9; 3589:19; 3591:7, 17; 3603:24; 3686:24
**John** [25] - 3522:5; 3532:22; 3533:6, 13-14, 22; 3534:11, 13; 3535:13, 17; 3538:19; 3540:9; 3592:14; 3596:23; 3597:1, 8, 17; 3646:14; 3647:2, 7; 3648:17; 3653:20
**JOHN** [1] - 3520:17
**joint** [1] - 3606:18
**joker** [4] - 3635:4; 3720:25; 3721:6, 16
**Joker** [27] - 3600:21; 3601:3, 14, 21; 3602:2, 4, 13, 18; 3603:1, 5, 7, 13, 17, 24; 3604:8; 3605:5, 8, 18, 22; 3606:5; 3634:22, 25; 3657:2, 7; 3661:11; 3721:5
**Joker-poker** [4] - 3634:22, 25; 3661:11; 3721:5
**joker-poker** [4] - 3635:4; 3720:25; 3721:6, 16
**Joseph** [23] - 3527:22; 3528:8; 3531:25; 3540:8; 3557:11; 3571:15, 17; 3572:6; 3596:12; 3597:18; 3665:24; 3666:6, 11, 22-23, 25; 3700:15, 17; 3703:20; 3710:25; 3715:12
**JR** [1] - 3521:3
**Judge** [5] - 3612:7; 3678:6; 3679:13; 3680:18; 3682:18
**JUDGE** [1] - 3520:12
**judge** [11] - 3528:19; 3529:2, 7; 3540:14; 3618:25; 3622:20; 3623:5; 3657:17; 3703:10; 3704:16
**judge's** [1] - 3529:5
**Judging** [1] - 3675:15
**judicial** [1] - 3552:19
**July** [5] - 3520:8; 3564:24; 3569:19; 3657:24; 3725:9
**jump** [1] - 3681:5
**June** [5] - 3579:3; 3599:12; 3660:3, 17; 3661:21
**Junion** [2] - 3597:21; 3599:23
**Junior** [22] - 3574:25; 3575:3; 3579:7; 3580:15; 3582:18, 20; 3583:1, 8, 19; 3586:1, 4; 3597:20; 3598:5, 7-9, 12; 3599:1, 11, 25; 3624:7
**Juror** [6] - 3522:13, 17; 3526:13, 17

**juror** [5] - 3677:8; 3679:22, 25; 3721:23
**jurors** [6] - 3614:23; 3677:4; 3681:14; 3722:6; 3723:8, 20
**Jury** [9] - 3526:7; 3567:20; 3569:24; 3610:18; 3612:4; 3683:10; 3684:5
**JURY** [3] - 3520:11; 3526:11, 24
**jury** [40] - 3520:12; 3523:2; 3526:1, 10, 16; 3538:3; 3567:19; 3568:1; 3569:19, 23; 3573:20; 3595:10; 3603:1; 3610:17; 3612:2, 8; 3613:10; 3635:11; 3637:7; 3651:19; 3655:23, 25; 3675:10, 19; 3682:9; 3683:9; 3684:2, 17; 3707:19; 3722:9; 3723:5, 7, 10, 20; 3724:2, 8
**justice** [1] - 3722:2
**justified** [1] - 3667:6

## K

**keen** [1] - 3555:20
**keep** [13] - 3526:15; 3529:2; 3532:20; 3556:4; 3600:13; 3651:19; 3672:15; 3676:9, 20; 3684:4, 24; 3717:17; 3725:4
**Keep** [2] - 3600:14; 3723:18
**keeping** [2] - 3534:1; 3693:9
**Kenny** [4] - 3645:7, 14; 3650:16, 24
**kept** [2] - 3634:12; 3701:4
**Kevin** [2] - 3674:1; 3713:21
**keys** [6] - 3531:10; 3556:18; 3638:6; 3642:19; 3643:8
**kid** [4] - 3575:14, 16; 3585:20; 3587:18
**Kid** [3] - 3718:4, 12, 16
**kidnapped** [1] - 3667:18
**Kill** [1] - 3639:16
**kill** [24] - 3530:14, 21; 3556:3, 13; 3572:19; 3574:4; 3583:10; 3585:16; 3610:7; 3622:22; 3637:8, 20; 3638:10; 3640:25; 3646:6; 3648:6, 16, 22; 3687:24; 3694:9; 3706:1; 3713:2; 3714:2
**killed** [28] - 3530:17; 3532:2, 9; 3533:19, 21; 3546:9; 3554:1; 3556:24; 3567:5; 3573:5; 3576:20; 3577:13; 3578:20; 3582:19; 3624:17; 3635:25; 3643:12; 3646:2; 3647:2, 21; 3655:8; 3665:25; 3666:15, 24; 3667:9; 3687:22; 3706:4; 3707:2
**killer** [2] - 3554:1; 3576:19
**killers** [1] - 3713:3
**killing** [6] - 3542:19; 3567:4; 3576:17; 3668:6; 3670:14
**kind** [28] - 3551:4; 3555:15; 3602:11; 3614:2; 3616:25; 3619:13; 3628:1, 9; 3629:5; 3630:3, 5; 3632:5, 8; 3639:10; 3640:19; 3645:10; 3660:10; 3671:22; 3673:14, 24; 3685:10, 18; 3695:14; 3700:22; 3703:24; 3716:18
**kinds** [1] - 3605:24
**knock** [3] - 3601:23; 3606:12

**knock-off** [3] - 3601:23; 3606:12
**knocked** [1] - 3703:7
**knowing** [6] - 3626:18; 3662:12; 3690:17; 3693:6; 3722:5
**knowledge** [6] - 3545:5; 3624:1, 23; 3627:3; 3666:1, 5
**known** [11] - 3574:12; 3592:21; 3610:3; 3623:18; 3650:20; 3701:2, 17; 3715:12; 3717:15
**knows** [23] - 3536:12; 3542:15, 17; 3581:15; 3584:17; 3594:8; 3631:5; 3635:1; 3644:24; 3656:14; 3657:20; 3661:16, 23, 25; 3696:11; 3703:11; 3704:15; 3712:18

## L

**Lab** [1] - 3523:10
**LaBate** [8] - 3575:1, 4, 7, 14; 3585:9; 3586:5
**Labate's** [1] - 3689:15
**ladies** [37] - 3530:1; 3532:18; 3536:23; 3537:8; 3538:16; 3546:1; 3549:21; 3553:10, 16; 3554:4; 3556:5, 10; 3557:15, 22; 3561:1; 3565:15; 3567:12; 3581:22; 3582:3; 3587:4; 3588:18; 3592:25; 3595:13; 3602:25; 3604:5, 9; 3605:13; 3606:7; 3607:9, 24; 3608:7, 14; 3609:11, 24; 3612:8; 3636:8; 3651:19
**Ladies** [7] - 3552:5; 3556:12; 3572:18; 3591:22; 3593:20; 3595:1; 3600:6
**LaGuardia** [1] - 3552:20
**laid** [1] - 3710:17
**Lane** [9] - 3592:13-15, 19; 3593:2, 8-9, 12
**language** [1] - 3537:10
**lap** [1] - 3578:22
**large** [3] - 3594:4; 3628:18; 3637:5
**Laronga** [3] - 3571:7; 3577:16; 3578:4, 9, 14
**Larranga** [1] - 3608:25
**Larry** [5] - 3708:9, 18-19; 3709:4, 7
**Las** [1] - 3668:25
**LASER** [12] - 3521:4; 3522:11; 3525:9; 3609:3; 3677:17, 19; 3678:2, 6, 16, 20, 22; 3679:2, 6, 9; 3680:18; 3681:12; 3683:6; 3725:1
**Laser** [7] - 3522:11; 3577:10; 3587:9, 12, 23; 3588:19; 3724:21
**last** [14] - 3522:14; 3525:15; 3540:2; 3541:6; 3544:23; 3564:3; 3578:16; 3587:19; 3599:5; 3604:1; 3630:18, 24; 3674:1; 3719:24
**Last** [1] - 3556:13
**lasted** [2] - 3551:6; 3601:6
**Lastly** [2] - 3553:1; 3564:19
**late** [10] - 3532:22; 3600:17; 3603:13; 3621:18; 3622:1; 3660:16, 19; 3670:22; 3721:16; 3723:9

**latest** [2] - 3525:12; 3686:22
**Lauderdale** [1] - 3523:14
**laugh** [1] - 3631:23
**law** [16] - 3525:3; 3528:20; 3529:2; 3540:14; 3612:25; 3628:16; 3659:10, 22; 3666:10; 3672:18; 3676:16; 3691:22; 3722:20
**laws** [2] - 3668:1, 9
**lawyer** [6] - 3701:5, 15-16; 3710:5, 8
**lawyers** [1] - 3583:12
**leaning** [1] - 3629:6
**leap** [6] - 3556:8; 3669:22, 25; 3682:4, 6
**learn** [11] - 3529:10, 16; 3530:3; 3561:14; 3598:19; 3602:14; 3653:22; 3701:4; 3702:11
**learned** [15] - 3529:11; 3530:3, 10; 3534:5; 3570:24; 3592:12; 3607:4; 3656:9; 3693:11; 3699:19; 3705:19; 3716:10
**least** [6] - 3522:15; 3533:12; 3618:20; 3682:19; 3706:11; 3715:5
**leave** [12] - 3535:4; 3576:18; 3578:6; 3580:9; 3608:14; 3621:4; 3671:19; 3676:18; 3714:2; 3716:16; 3724:1
**leaves** [3] - 3567:20; 3684:16; 3690:11
**led** [3] - 3615:18, 20; 3656:4
**left** [14] - 3527:14; 3529:13, 17, 25; 3556:24; 3559:22; 3562:21; 3570:3; 3578:9, 14; 3605:8; 3633:14; 3670:19; 3691:13
**legal** [1] - 3595:12
**legitimate** [1] - 3635:8
**legs** [1] - 3564:13
**lend** [2] - 3575:15; 3576:16
**lenient** [4] - 3699:3, 7, 12; 3704:17
**Leon** [1] - 3523:9
**less** [4] - 3540:8; 3605:4; 3618:11; 3680:14; 3694:8; 3715:17
**letter** [2] - 3541:3; 3618:25
**level** [1] - 3589:23
**leveled** [1] - 3657:6
**levels** [1] - 3624:13
**License** [1] - 3524:21
**license** [4] - 3523:18; 3524:20; 3664:16; 3708:20
**lie** [9] - 3625:19; 3670:22; 3671:11, 14-15, 24
**lied** [5] - 3557:4; 3627:5; 3629:1; 3671:8; 3695:13
**life** [21] - 3574:12; 3614:22; 3615:3, 18, 20; 3631:6; 3633:19; 3644:21; 3651:17, 20; 3664:13; 3665:13; 3686:19; 3694:21; 3697:5, 21; 3698:4, 8; 3702:23
**light** [5] - 3551:1; 3558:4; 3647:21; 3667:11; 3698:12
**likewise** [1] - 3630:14
**lilly** [1] - 3672:1
**lily** [1] - 3630:5

**limit** [1] - 3676:18
**limited** [1] - 3676:11
**linchpin** [1] - 3637:1
**Liner** [1] - 3601:16
**lines** [1] - 3608:3
**link** [1] - 3572:22
**Lino** [94] - 3574:20, 22, 24-25; 3575:3, 6, 9, 13; 3576:7; 3578:22; 3579:7; 3580:8, 13, 15; 3581:11, 15, 22; 3582:17, 20, 23; 3583:1, 6, 8, 12, 15, 17-18, 20; 3584:18, 20, 23; 3585:5, 7, 12, 15, 20; 3586:1, 4; 3588:2, 5, 12, 15, 23; 3589:8; 3591:16, 18; 3593:11, 15; 3597:12, 16; 3598:11, 24-25; 3603:10; 3624:7; 3653:2, 4; 3671:2; 3673:6; 3686:4, 6, 25; 3688:2, 19-20, 25; 3689:11, 18, 22; 3690:13; 3691:5; 3692:23; 3705:7; 3709:18; 3717:13, 15, 25; 3718:12, 16, 19, 21; 3721:11
**Lino's** [8] - 3574:17; 3581:7; 3588:7, 24; 3589:7; 3596:25; 3721:13
**Lisenheimer** [2] - 3572:2; 3593:11
**list** [6] - 3523:23; 3574:10; 3587:15; 3652:24; 3659:15, 19
**listen** [3] - 3529:6; 3637:4; 3723:21
**Listen** [1] - 3546:17
**listened** [1] - 3557:2
**listening** [10] - 3534:10, 22; 3535:10; 3572:4; 3588:8; 3608:19; 3610:14; 3663:9; 3670:6; 3673:16
**live** [1] - 3696:17
**lived** [1] - 3532:25
**lives** [3] - 3582:5; 3629:3; 3656:4
**living** [2] - 3612:14; 3618:7
**load** [1] - 3715:17
**loads** [1] - 3656:10
**loan** [6] - 3595:13, 15; 3597:11; 3600:4, 8; 3610:6
**Loan** [2] - 3595:6, 8
**loaned** [4] - 3596:6; 3597:1, 8, 10
**loans** [1] - 3597:12
**loansharking** [2] - 3570:7; 3596:11
**local** [1] - 3655:3
**located** [1] - 3687:1
**location** [15] - 3531:1; 3574:17, 25; 3575:18; 3606:21; 3621:17; 3642:10; 3643:3; 3677:15; 3694:3; 3708:15; 3711:21; 3718:1, 8
**locations** [4] - 3571:5; 3605:1, 5; 3723:23
**Locurto** [26] - 3520:8; 3521:3; 3522:9; 3523:3, 5; 3524:1, 11, 15, 20; 3527:23; 3528:3; 3568:9, 17; 3592:5, 8, 16; 3593:3, 21, 25; 3594:13, 16, 23; 3595:4; 3610:12; 3676:2, 12
**LOCURTO** [5] - 3568:23; 3569:1, 21; 3676:7, 21
**Locurto's** [3] - 3570:6; 3592:10; 3594:5
**logical** [1] - 3623:11

**logs** [1] - 3599:7
**Lombardo** [7] - 3596:23; 3597:1, 8, 10, 17
**long-term** [1] - 3698:4
**Look** [4] - 3546:7, 17; 3659:15, 23
**look** [53] - 3534:15; 3538:8, 24; 3539:10, 22; 3541:15; 3542:11; 3543:10; 3544:10; 3545:10; 3546:7; 3549:4; 3551:23; 3554:21; 3556:18; 3558:15; 3560:10; 3561:23; 3562:14; 3565:11; 3575:10; 3576:13; 3577:21; 3591:12; 3595:20; 3596:11; 3598:14; 3602:13; 3603:15; 3605:10; 3613:11; 3642:16; 3644:11; 3649:2; 3659:15; 3660:12; 3661:17; 3685:20; 3686:16; 3696:18, 20; 3698:12; 3707:19; 3709:18-20, 22, 24; 3721:12
**looked** [6] - 3538:6; 3555:17; 3580:22; 3589:10, 21; 3628:12; 3709:16, 18
**looking** [12] - 3529:23; 3537:6; 3546:6; 3580:22; 3604:6; 3662:25; 3672:21; 3676:11; 3693:20; 3698:3
**lookout** [1] - 3584:21
**looks** [3] - 3594:14; 3660:12
**Looks** [1] - 3695:3
**loose** [1] - 3622:16
**Lorraine** [1] - 3608:22
**losing** [2] - 3565:16
**lost** [1] - 3542:23
**loud** [1] - 3611:3
**Louie** [5] - 3593:10; 3695:2; 3713:6, 11
**Louis** [4] - 3666:10; 3686:2; 3695:3
**loves** [1] - 3548:9
**luminaries** [1] - 3658:1
**lunch** [11] - 3567:21; 3570:4; 3600:19; 3610:15; 3657:18; 3665:9; 3669:8; 3683:2; 3684:1; 3724:4, 23; 3725:6
**Luncheon** [1] - 3611:13
**Lure** [1] - 3642:7
**lure** [2] - 3530:22; 3643:3
**lured** [1] - 3556:22
**lying** [4] - 3540:5; 3585:18; 3630:5; 3659:12

# M

**M's** [2] - 3659:19
**machine** [7] - 3601:18, 20; 3604:4; 3605:8; 3606:6; 3683:3
**machines** [30] - 3601:14-16, 21; 3602:2, 13, 15, 19, 22; 3603:7, 9, 11, 13, 17, 19, 21-22, 25; 3604:2, 8; 3634:22, 25; 3635:4; 3720:25; 3721:6, 9-10, 13
**MacLuhan** [1] - 3613:14
**maestro** [2] - 3694:16; 3696:11
**mail** [2] - 3521:8
**mailed** [1] - 3525:17
**main** [4] - 3561:16; 3582:3, 16;

**man** [22] - 3530:13; 3534:18; 3542:16, 24; 3553:17, 19; 3556:3; 3626:7; 3628:7; 3635:25; 3694:18, 22; 3695:2, 5, 17-18; 3696:5, 9; 3698:18
**manager** [1] - 3669:6
**mandatory** [2] - 3697:21; 3698:8
**Manhattan** [2] - 3602:8; 3677:16
**manipulate** [3] - 3615:22; 3656:5; 3693:7
**manipulated** [1] - 3615:23
**manner** [2] - 3631:25; 3694:12
**Manny** [5] - 3558:12; 3562:3; 3564:6; 3566:21; 3629:10
**manufactured** [1] - 3693:5
**map** [2] - 3621:7
**March** [40] - 3530:4; 3533:4, 6, 18; 3534:17; 3535:20, 22-24; 3536:6; 3538:19, 22; 3539:1, 7, 19; 3540:13; 3544:10, 19; 3548:14, 20; 3549:20; 3551:20; 3552:9, 16, 20, 22, 24; 3553:1-3, 6-7; 3557:6; 3564:25; 3599:12; 3620:18; 3669:21
**Marchese** [3] - 3631:1; 3634:18, 20
**marijuana** [5] - 3523:22; 3527:24; 3528:2; 3646:16
**married** [1] - 3582:12
**marshal** [2] - 3522:14; 3681:13
**MARSHAL** [4] - 3681:17, 23; 3682:2, 13
**Marshall** [1] - 3613:14
**marshals** [2] - 3722:13; 3723:1
**Martin** [1] - 3613:1
**Masi** [1] - 3653:14
**masks** [3] - 3559:23; 3562:7, 22
**Massino** [50] - 3551:25; 3532:3, 8; 3557:11; 3568:19, 21; 3569:4, 18; 3602:3, 6, 17; 3603:6; 3623:23; 3624:1, 17; 3625:18, 22, 25; 3626:1, 9, 11-12, 17, 19, 22; 3665:18, 24; 3666:1, 6-7, 11, 22-23, 25; 3694:15; 3700:16-18, 21-22; 3703:20; 3710:11, 13, 25; 3717:2, 9
**Master** [1] - 3601:15
**Mastretta** [1] - 3720:14
**match** [2] - 3612:10; 3613:1
**matter** [8] - 3615:2; 3617:13; 3619:19; 3665:13; 3667:25; 3694:21; 3698:14; 3703:4
**MAUSKOPF** [1] - 3520:14
**MCC** [2] - 3602:7; 3716:12
**McDonnell** [1] - 3523:9
**McDonough** [2] - 3592:14
**MDC** [6] - 3656:11; 3690:12, 23; 3691:14; 3701:8; 3716:12
**mean** [19] - 3564:12; 3566:20; 3597:9; 3607:15; 3614:3; 3617:1; 3620:15; 3624:11; 3635:10; 3652:12; 3666:2; 3668:16; 3670:8; 3671:23; 3693:19; 3703:11; 3711:15; 3720:13

**meaning** [2] - 3697:14; 3711:19
**meaningless** [1] - 3645:3
**means** [8] - 3608:3; 3638:17; 3675:18; 3677:14; 3695:25; 3722:20
**meant** [1] - 3613:15
**meantime** [1] - 3652:9
**mechanical** [1] - 3587:1
**media** [2] - 3613:14
**medical** [1] - 3584:6
**medium** [1] - 3614:3
**meet** [3] - 3545:3; 3681:17; 3715:14
**meeting** [18] - 3573:14, 19; 3576:7-9, 20; 3578:6, 8; 3646:6; 3663:4; 3687:7; 3695:9, 17; 3700:15, 22, 24; 3711:15
**meets** [1] - 3701:21
**member** [8] - 3540:11; 3559:9; 3604:2; 3625:16; 3634:1; 3655:6; 3661:3; 3694:10
**Members** [1] - 3722:9
**members** [15] - 3526:9; 3565:6; 3574:9; 3587:16; 3598:19; 3625:9, 11; 3627:16; 3633:25; 3649:15; 3661:5; 3698:12, 15; 3708:9; 3716:2
**membership** [3] - 3585:22; 3655:10
**memo** [2] - 3691:16
**memorable** [3] - 3538:9; 3620:20, 22
**memorandum** [1] - 3691:22
**memory** [1] - 3629:16
**men** [3] - 3573:23; 3618:10; 3633:10
**mention** [10] - 3616:2, 6-7; 3628:14; 3652:11; 3684:12; 3689:25; 3690:14, 22
**mentioned** [12] - 3543:25; 3544:4; 3560:11; 3627:2; 3637:21; 3638:11; 3641:21; 3685:2; 3690:6; 3695:11; 3697:4
**mere** [2] - 3599:18; 3631:12
**Mere** [1] - 3631:11
**merely** [1] - 3534:9
**Meskill** [1] - 3659:8
**mess** [1] - 3560:4
**message** [7] - 3559:10; 3613:15-17; 3614:4
**met** [10] - 3542:23; 3573:18; 3585:13; 3598:12; 3599:23; 3664:25; 3665:9; 3687:4; 3689:18; 3694:8
**Metropolitan** [2] - 3599:6; 3602:7
**Michael** [14] - 3532:11; 3543:2, 7, 20, 22; 3545:9, 12; 3546:4; 3592:13; 3669:10; 3711:8
**microphone** [3] - 3611:2, 5, 9
**mid** [2] - 3721:16; 3724:4
**mid-afternoon** [1] - 3724:4
**mid-to** [1] - 3721:16
**middle** [3] - 3548:15; 3684:3; 3698:22
**midnight** [1] - 3607:1
**Midtown** [1] - 3677:16
**might** [26] - 3524:22; 3533:8; 3546:24; 3547:2, 8; 3566:24; 3572:24; 3582:9; 3586:3; 3614:6; 3616:2; 3623:12;

3635:23; 3655:17; 3659:11; 3663:6; 3668:12; 3673:17; 3675:3, 23; 3679:6; 3687:11; 3705:23
**Mike** [2] - 3647:13, 15
**Mikey** [5] - 3577:1; 3580:11; 3708:9; 3712:25; 3713:18
**Milan** [1] - 3607:19
**mile** [3] - 3620:3, 12; 3653:5
**mileage** [1] - 3655:14
**million** [1] - 3537:11
**mind** [14] - 3529:2; 3577:25; 3600:13; 3610:24; 3645:5; 3671:11; 3684:24; 3697:1; 3699:18, 21; 3723:18; 3725:3
**mine** [1] - 3708:10
**minimize** [7] - 3618:21, 23; 3619:1; 3635:17, 20, 22; 3676:15
**minimized** [2] - 3685:25; 3703:19
**minimizing** [3] - 3686:17; 3704:14; 3708:21
**minor** [3] - 3629:9; 3658:1; 3717:21
**minute** [4] - 3580:5; 3636:7; 3675:8
**minutes** [13] - 3537:17; 3549:21; 3567:19, 21; 3568:3, 5; 3600:13; 3674:17; 3676:9, 22, 24; 3687:14; 3725:2
**Mirra** [1] - 3571:13
**miscalculations** [1] - 3675:16
**missing** [15] - 3530:2; 3533:1, 4, 6, 10, 23, 25; 3539:3; 3541:11; 3546:13; 3553:18; 3557:5; 3578:19; 3670:12
**misspeak** [1] - 3711:2
**misspoke** [1] - 3710:22
**mistake** [1] - 3713:10
**Mistretta** [6] - 3604:17; 3631:2, 8; 3634:18, 20
**Mitchell** [3] - 3701:5, 7, 18
**mixing** [1] - 3587:18
**mob** [2] - 3559:8, 10
**mobbed** [1] - 3655:8
**mobster** [1] - 3661:2
**mobsters** [2] - 3634:5; 3661:5
**moment** [13] - 3522:20; 3534:18; 3535:19; 3551:19; 3581:6; 3583:6; 3588:14; 3677:2, 22; 3678:13; 3679:14; 3685:21; 3724:10
**moments** [1] - 3550:6
**Monday** [12] - 3577:13; 3578:13, 15, 20-21; 3579:20; 3580:6; 3675:19, 24; 3712:6; 3722:21
**money** [45] - 3532:3; 3560:9; 3561:13; 3563:17, 24; 3565:15; 3567:5; 3570:17, 22; 3571:20; 3596:6; 3597:1, 8, 10; 3601:8, 17; 3602:11, 14, 18, 21; 3604:15, 24-25; 3605:19, 24; 3606:5; 3608:3; 3626:12, 20; 3627:10; 3643:16; 3648:6, 13-14; 3656:19; 3705:14-16; 3706:10
**monitored** [1] - 3556:25
**Montana** [40] - 3531:11; 3534:6; 3556:13; 3566:17; 3567:9; 3604:24;

3628:7; 3637:18-20, 22, 25; 3638:3, 6, 8-9, 11; 3639:3, 7, 13; 3642:24; 3643:2, 5, 22; 3659:9, 14, 20, 24; 3663:5, 7; 3668:23; 3673:11; 3685:12
**Montana's** [2] - 3659:24; 3663:5
**month** [4] - 3550:6; 3579:5; 3647:1; 3706:11
**months** [15] - 3542:18; 3565:1; 3570:11; 3571:3; 3606:8; 3609:15; 3644:17; 3645:14-16; 3661:20; 3677:13; 3699:9; 3700:3
**moral** [1] - 3635:25
**Moratti** [2] - 3565:2, 4
**morning** [28] - 3525:10, 18; 3526:9, 11, 23-24; 3529:14; 3543:14; 3548:23; 3579:20; 3600:22; 3633:23; 3636:2, 9, 20; 3639:6; 3664:23; 3667:10; 3669:7, 9; 3671:1; 3674:12; 3677:4, 11; 3681:15; 3721:11; 3722:11, 21
**most** [9] - 3550:5; 3600:17; 3636:6; 3652:20; 3654:20; 3664:1; 3674:6; 3696:5; 3701:1
**mostly** [1] - 3719:15
**mother** [1] - 3622:5
**mother's** [1] - 3647:11
**motherfuckers** [4] - 3549:8, 11, 14; 3662:10
**motive** [6] - 3532:3, 7; 3564:21; 3673:18, 24; 3715:7
**Mountain** [2] - 3653:4
**mountain** [2] - 3553:21; 3587:8
**mouth** [4] - 3637:24; 3649:11; 3672:15; 3717:8
**move** [7] - 3561:7; 3586:5; 3592:4; 3605:21; 3630:6; 3679:23; 3684:20
**moved** [4] - 3586:13; 3628:20; 3716:11
**movement** [1] - 3676:15
**moves** [1] - 3606:21
**moving** [1] - 3600:15
**MR** [86] - 3522:5, 7-8, 22; 3523:5; 3524:1, 7, 11, 13, 15, 20; 3525:6, 13, 15, 20, 24; 3526:22, 25; 3530:19, 21; 3531:7, 9; 3541:6, 8; 3548:1; 3552:7; 3562:13; 3567:23; 3568:3, 6, 9, 13, 17, 25; 3569:2, 7, 10, 13, 15, 20; 3570:2; 3578:12; 3591:1; 3600:12, 15; 3609:5; 3610:23; 3611:6, 12; 3612:7; 3622:1; 3640:1; 3642:3; 3659:1; 3675:1, 15; 3676:2; 3677:21; 3678:4, 14, 21, 23-25; 3679:3, 5, 12-14, 18, 20; 3680:3, 6, 13, 24; 3681:3, 10-11, 25; 3682:18; 3684:10; 3700:1; 3715:1; 3724:17, 19
**MS** [17] - 3522:11; 3525:9; 3609:3; 3677:17, 19; 3678:2, 6, 16, 20, 22; 3679:2, 6, 9; 3680:18; 3681:12; 3683:6; 3725:1
**multiple** [1] - 3566:4
**Mundorff** [4] - 3584:8, 14-15; 3586:14
**murder** [209] - 3527:22; 3528:5, 7, 13-15, 17, 19, 22; 3529:9, 11; 3531:13,

22; 3532:7, 16; 3534:3; 3535:9; 3542:24; 3545:14; 3547:12, 19; 3548:7; 3554:8; 3555:9; 3557:14; 3566:15; 3567:7, 11; 3570:5, 8, 12; 3571:4, 13-14; 3573:10; 3574:17, 23-24; 3575:2, 9, 12; 3576:3, 23; 3577:4; 3578:23; 3579:4, 9, 12; 3580:7; 3581:23; 3583:1; 3584:19; 3585:12; 3588:3, 6, 10, 16, 24; 3589:5; 3591:18, 24-25; 3593:18; 3596:20; 3614:13; 3616:9; 3617:19, 24; 3618:1, 8; 3621:15; 3622:11, 18, 25; 3623:4, 14; 3625:20; 3626:6; 3627:4, 6, 8; 3631:17; 3636:18; 3637:3; 3638:7, 24; 3639:9, 14; 3640:20; 3644:24; 3645:11, 13; 3646:14; 3647:5, 23; 3648:17; 3649:9; 3651:11, 22; 3652:6, 19; 3653:12; 3654:5, 9, 18; 3655:3, 14; 3656:21; 3657:8; 3660:18, 21; 3661:11, 14, 18, 23-24; 3662:13, 19, 25; 3666:13; 3672:24; 3673:6, 19, 21, 24; 3674:10; 3675:5; 3684:11; 3685:5; 3686:2, 8, 10; 3687:12, 18; 3690:7, 17, 25; 3692:8; 3693:9; 3694:23-25; 3695:13, 16, 19-21, 23; 3697:21; 3698:7, 9; 3699:17; 3700:2, 5-7, 9, 12; 3702:5, 8, 18; 3703:1; 3704:8, 24; 3705:10; 3709:15, 17; 3710:2, 12, 25; 3711:7, 13, 25; 3712:7, 21; 3713:14; 3715:3, 6, 23-24; 3716:7, 17; 3721:24

  **murdered** [40] - 3623:4; 3625:22; 3626:10, 14, 19-20, 22; 3627:9, 12; 3630:11, 15; 3636:25; 3645:7, 19, 22; 3647:19, 24; 3648:2, 24; 3650:15; 3652:9; 3653:14; 3654:5; 3662:13; 3665:18; 3673:3; 3694:22; 3695:4, 6, 8, 10, 18; 3705:12; 3712:25
  **murderer** [1] - 3698:20
  **murdering** [6] - 3627:5; 3643:8; 3645:6; 3649:6; 3661:7
  **murderous** [2] - 3649:5; 3651:10
  **murders** [30] - 3528:8, 10; 3609:11; 3617:20, 24; 3618:12; 3650:17, 23-24; 3651:7, 18; 3654:4; 3681:6; 3686:2; 3693:1; 3696:12, 15; 3699:2, 4, 12; 3702:9; 3703:3, 5-6; 3704:21, 23; 3705:4, 7; 3711:1; 3719:4
  **Murro** [1] - 3571:17
  **must** [3] - 3528:22; 3662:23; 3674:20
  **muted** [2] - 3655:19
  **mystery** [1] - 3647:21
  **mystified** [1] - 3669:10

# N

  **N.Y.P.D** [1] - 3546:15
  **nail** [2] - 3589:13; 3591:3
  **nails** [1] - 3663:8
  **naive** [2] - 3701:1; 3716:13
  **name** [17] - 3523:9; 3544:23; 3571:19; 3587:17, 19; 3603:1; 3626:7; 3630:24;

3653:14; 3659:6, 24; 3663:5; 3669:17; 3670:8; 3705:25; 3710:5
  **named** [7] - 3547:8; 3626:14; 3628:7; 3630:20; 3637:17; 3673:10; 3706:6
  **names** [3] - 3572:1; 3659:9; 3718:14
  **narrow** [2] - 3576:3; 3673:20
  **Nassau** [1] - 3597:13
  **natural** [1] - 3725:1
  **nature** [1] - 3632:18
  **Navarra** [4] - 3624:4; 3627:3, 11; 3720:7
  **near** [2] - 3576:12; 3686:12
  **necessarily** [3] - 3566:9; 3606:14; 3607:5
  **Neder** [3] - 3708:9, 18; 3709:4
  **need** [15] - 3523:19; 3525:8; 3618:24; 3633:20; 3648:3; 3667:19; 3677:11; 3680:10-12; 3681:3; 3685:16; 3713:1; 3724:15
  **needed** [1] - 3627:10
  **needn't** [1] - 3707:3
  **needs** [3] - 3558:20; 3654:25; 3655:1
  **negotiate** [1] - 3656:13
  **neighborhood** [4] - 3546:22; 3627:6; 3653:9; 3696:17
  **nervous** [3] - 3586:2; 3657:19
  **never** [38] - 3541:19; 3546:18; 3548:7; 3550:10; 3578:2; 3581:10; 3585:24; 3606:4; 3609:7; 3619:12; 3640:1; 3648:14; 3651:16; 3652:11, 16; 3653:11; 3661:3; 3666:6; 3684:16; 3693:24; 3696:6, 10; 3697:5; 3699:21; 3703:22; 3704:17; 3713:19; 3717:19; 3719:19; 3720:1, 23; 3721:9
  **Never** [1] - 3697:5
  **Nevertheless** [1] - 3669:20
  **NEW** [1] - 3520:1
  **new** [6] - 3525:17, 19; 3577:19; 3655:2; 3662:8; 3677:8
  **New** [22] - 3520:6, 15-16; 3523:11; 3552:21; 3570:14, 17, 21, 24; 3571:1, 4, 16, 18, 21, 23; 3572:5, 9, 17, 20; 3573:1; 3601:13
  **newborn** [1] - 3716:15
  **next** [38] - 3522:23; 3536:1, 4; 3547:20; 3548:14, 20; 3557:22; 3561:7; 3562:20, 25; 3567:25; 3573:6; 3574:16; 3576:6; 3578:18; 3579:8; 3584:1, 20; 3585:7, 16; 3589:23; 3590:5; 3610:20; 3614:1; 3621:19; 3639:17; 3641:22; 3658:5; 3674:21; 3677:13; 3679:23; 3683:11; 3699:22; 3711:16; 3714:8; 3720:17
  **Next** [2] - 3525:2; 3563:1
  **nice** [1] - 3622:16
  **nicely** [1] - 3665:2
  **NICHOLAS** [1] - 3520:12
  **Nicki** [5] - 3571:7; 3577:15; 3578:4, 9
  **nickname** [1] - 3638:13
  **night** [31] - 3522:14; 3525:15; 3526:13;

3530:4; 3541:19; 3548:16; 3553:18; 3558:22; 3561:25; 3577:13, 17; 3578:10, 20, 23; 3579:20; 3580:6; 3581:11; 3667:25; 3711:7, 14, 16-17; 3712:6, 8, 13; 3719:21; 3722:23
  **night's** [1] - 3724:7
  **nights** [3] - 3668:1, 16
  **Nikki** [1] - 3608:24
  **Nina** [47] - 3529:20, 22; 3532:10; 3533:12, 14-15, 25; 3534:1, 13, 17; 3535:4, 15; 3538:20; 3540:25; 3541:20; 3542:7, 12, 20; 3546:4; 3554:8, 17-18; 3555:7, 14, 19, 24; 3557:3; 3608:23; 3621:17; 3631:18; 3633:7; 3635:3; 3636:22; 3644:3; 3665:20; 3666:9; 3667:4, 15, 21; 3668:24; 3669:21; 3670:5
  **nine** [2] - 3571:5; 3626:13
  **Nine** [1] - 3681:21
  **nineties** [1] - 3721:16
  **Nino** [5] - 3622:7; 3631:2; 3634:18; 3720:14, 18
  **Nino's** [1] - 3604:17
  **no-show** [4] - 3570:22; 3705:20; 3706:12; 3715:20
  **nobody** [1] - 3690:18
  **non** [4] - 3536:14; 3631:12; 3667:2; 3671:20
  **non-argumentative** [1] - 3671:20
  **non-criminals** [1] - 3631:12
  **non-organized** [1] - 3536:14
  **non-testifying** [1] - 3667:2
  **none** [7] - 3522:19; 3573:11; 3584:16; 3600:5; 3624:11; 3719:9
  **None** [1] - 3669:15
  **noninvolvement** [1] - 3654:8
  **noon** [4] - 3677:12; 3678:10; 3679:3, 5
  **normal** [1] - 3636:23
  **normally** [2] - 3681:15; 3682:12
  **north** [1] - 3550:20
  **notable** [1] - 3585:13
  **note** [2] - 3524:11; 3677:10
  **noted** [4] - 3525:4; 3530:20; 3531:8; 3541:7
  **notes** [2] - 3690:2; 3724:1
  **Nothing** [1] - 3589:3
  **nothing** [10] - 3566:1; 3583:14; 3591:20; 3623:5; 3636:14; 3663:7; 3668:25; 3670:15; 3716:14
  **notice** [2] - 3552:19; 3605:9
  **noticed** [3] - 3525:15; 3613:24; 3676:7
  **notion** [2] - 3543:21; 3548:7
  **notwithstanding** [1] - 3586:6
  **Novarro** [1] - 3658:4
  **November** [2] - 3630:25; 3719:25
  **Number** [7] - 3527:22; 3528:12; 3529:12, 17; 3609:18, 20, 22
  **number** [35] - 3528:13; 3529:12; 3541:21; 3557:17, 24; 3561:3; 3567:14; 3570:9; 3571:11; 3572:1; 3579:11;

GR    OCR    CM    CRR    CSR

3592:18; 3594:12, 14; 3595:16; 3602:5; 3655:9, 11; 3667:13, 16-17, 21; 3677:8, 15; 3679:22, 25; 3707:16-18, 23
  **numbers** [4] - 3594:4; 3677:15; 3707:16, 23
  **numerous** [5] - 3589:4; 3650:17; 3654:23; 3681:7; 3721:7
  **NYPD** [2] - 3560:3; 3566:21

## O

  **o'clock** [27] - 3529:14; 3548:21, 24; 3567:22; 3578:10, 15, 20; 3665:7; 3679:10; 3680:3-5, 9; 3681:9, 15, 21-22, 24; 3682:3; 3722:14; 3723:1; 3724:13; 3725:9
  **oak** [5] - 3620:4, 13; 3622:14; 3664:9, 19
  **oath** [1] - 3711:4
  **object** [3] - 3531:7; 3578:12; 3584:11
  **Objection** [6] - 3530:19; 3531:8; 3541:6; 3609:3
  **objection** [1] - 3522:19
  **objections** [1] - 3525:4
  **obligations** [3] - 3616:18, 22; 3635:14
  **observation** [3] - 3522:15; 3526:14; 3685:20
  **obvious** [1] - 3686:20
  **obviously** [3] - 3650:9; 3654:16; 3701:16
  **Obviously** [1] - 3680:25
  **occasion** [1] - 3546:16
  **occasions** [1] - 3706:18
  **Occupation** [1] - 3630:19
  **occur** [3] - 3575:10; 3577:4
  **occurred** [22] - 3531:13; 3562:2; 3568:1; 3576:3; 3579:4, 12; 3582:1; 3586:17, 21; 3588:24; 3591:18; 3612:2; 3640:22; 3665:6, 22; 3674:20; 3675:11; 3685:19; 3695:13; 3700:6; 3724:9
  **October** [3] - 3660:18; 3700:8; 3719:23
  **odd** [2] - 3717:16, 18
  **OF** [3] - 3520:1, 3, 11
  **offended** [1] - 3717:5
  **offer** [5] - 3523:17, 20; 3575:4; 3662:17; 3693:1
  **office** [7] - 3523:21; 3541:25; 3572:6, 10; 3715:15, 18
  **officer** [3] - 3566:21; 3629:9; 3659:23
  **officers** [3] - 3629:1, 4; 3671:8
  **often** [2] - 3544:23; 3715:14
  **old** [8] - 3554:10, 24; 3602:5; 3614:14; 3620:13; 3622:13; 3631:8; 3656:12
  **once** [7] - 3586:13; 3588:16; 3601:19; 3602:16; 3715:16; 3723:3, 13
  **one** [124] - 3520:16; 3523:8; 3525:17; 3527:18; 3528:7, 12; 3529:12; 3530:1, 22; 3541:10; 3546:18; 3548:11; 3549:25; 3550:5; 3551:13; 3552:13;

3553:22; 3557:23; 3558:11; 3559:16; 3562:1; 3576:25; 3579:5; 3583:7, 15, 19, 21; 3588:4; 3589:12, 15, 17, 22, 25; 3591:10, 13; 3592:16; 3593:24; 3594:1; 3596:10, 24; 3600:25; 3601:7, 18, 20; 3606:2; 3607:22; 3609:18; 3610:15; 3613:18; 3614:1; 3615:25; 3616:3; 3617:16, 18, 24; 3618:8, 15; 3627:1; 3629:6, 17; 3630:7; 3633:15; 3635:16; 3637:11, 14-16, 23; 3638:1; 3639:11; 3640:4, 6; 3641:11; 3644:24; 3648:1; 3649:19, 23; 3651:21; 3652:5; 3653:4; 3654:20; 3655:9, 11; 3657:23; 3667:25; 3669:25; 3673:25; 3674:7; 3677:4; 3685:24; 3686:2; 3693:12, 14; 3695:10; 3696:6-8, 13; 3702:19; 3703:1, 5; 3705:3-6; 3706:12, 18; 3708:8; 3711:25; 3712:1; 3713:15; 3714:1, 4; 3721:7
  **One** [26] - 3527:20, 22; 3528:8; 3530:18, 21; 3598:18; 3616:15, 17; 3617:16; 3623:17; 3624:14; 3626:5; 3628:3, 16; 3629:9; 3643:23; 3644:10; 3647:20; 3659:8; 3660:23; 3663:11; 3664:3; 3678:8; 3708:13
  **one-story** [2] - 3589:12, 15
  **ones** [2] - 3618:4; 3654:16
  **onus** [1] - 3682:9
  **oops** [1] - 3701:18
  **open** [13] - 3522:1; 3525:1; 3569:22; 3576:18; 3599:19, 21; 3676:12, 23; 3683:8; 3684:24; 3693:9; 3717:5; 3723:18
  **opened** [4] - 3666:11; 3674:8; 3717:3; 3719:23
  **opening** [9] - 3607:7; 3614:9; 3615:25; 3616:7; 3673:16, 19; 3685:3; 3704:23; 3719:21
  **operate** [2] - 3656:7; 3662:3
  **operated** [2] - 3566:17; 3601:5
  **operates** [4] - 3558:6; 3561:20; 3567:16; 3607:11
  **operating** [1] - 3605:24
  **operation** [2] - 3601:10; 3603:17
  **operations** [2] - 3561:12; 3601:6
  **opportunity** [1] - 3724:3
  **option** [4] - 3678:8
  **options** [4] - 3678:8, 13, 17, 19
  **orchestrated** [2] - 3695:7; 3711:13
  **order** [12] - 3540:16; 3556:14; 3565:22; 3617:14; 3636:25; 3639:16; 3640:4; 3668:18; 3682:10; 3691:17
  **ordered** [3] - 3522:20; 3530:17; 3533:19, 21; 3534:3; 3535:9; 3542:19, 24; 3556:12; 3560:24; 3562:9; 3563:8; 3564:20; 3567:11; 3651:22; 3656:21; 3668:6; 3670:14; 3673:20
  **orders** [2] - 3559:7; 3566:13
  **ordinary** [1] - 3532:23
  **Organized** [37] - 3527:7, 9, 12, 17;

3540:12; 3557:11, 20; 3559:9; 3561:6, 11; 3570:16; 3572:15, 20, 25; 3573:7; 3587:17; 3592:3; 3595:5; 3598:20; 3600:11; 3602:12; 3603:2; 3606:9; 3607:23; 3608:4, 13; 3609:18, 20, 23; 3610:1, 3; 3629:4; 3673:2; 3698:11; 3705:16; 3716:22
  **organized** [18] - 3536:9, 12-14; 3539:25; 3540:2; 3587:24; 3625:11, 16; 3627:16; 3646:10; 3649:15; 3672:18, 21; 3698:15; 3699:1; 3701:2
  **original** [1] - 3605:11
  **Ortiz** [4] - 3536:3, 10, 13
  **Ostrabinski** [1] - 3585:1
  **otherwise** [1] - 3660:15
  **outs** [1] - 3703:12
  **outside** [18] - 3564:23; 3580:21, 23; 3581:1; 3584:21; 3589:9, 11; 3620:3, 12; 3622:23; 3680:13; 3689:9; 3690:21; 3691:9; 3692:20; 3694:2; 3704:14
  **outstanding** [1] - 3618:3
  **overhead** [1] - 3594:11
  **Overruled** [1] - 3609:4
  **oversight** [1] - 3536:24
  **overwhelming** [3] - 3558:2; 3604:9; 3609:12
  **owed** [2] - 3647:25; 3648:16
  **owes** [1] - 3648:5
  **own** [29] - 3532:15; 3585:22; 3588:17; 3591:5, 11; 3603:11; 3614:22; 3615:2; 3625:13; 3649:11; 3650:19; 3655:15; 3662:18; 3665:13; 3667:21; 3686:10, 17; 3692:5; 3694:21; 3701:8; 3702:1; 3711:6; 3713:3; 3715:8; 3717:5, 11; 3718:7, 22
  **owned** [7] - 3530:23; 3531:17; 3622:5; 3626:11; 3634:18; 3642:9; 3717:6
  **owner** [3] - 3630:20; 3655:4; 3717:4

## P

  **p.m** [12] - 3529:19, 25; 3544:24; 3552:22; 3562:3; 3610:18; 3611:13; 3684:6
  **P.O** [1] - 3523:10
  **padlocked** [1] - 3721:18
  **page** [13] - 3522:23; 3547:20; 3567:25; 3590:5; 3621:19; 3639:17; 3658:5; 3665:5; 3674:21; 3683:11; 3699:22; 3707:18; 3714:8
  **pages** [2] - 3698:21; 3699:10
  **Pagnozzi** [5] - 3646:14; 3647:2, 7; 3650:15, 25
  **paid** [3] - 3523:23; 3560:9; 3601:24; 3648:3, 11, 13
  **painful** [1] - 3541:1
  **pains** [1] - 3651:14
  **paint** [1] - 3614:10
  **Pampalone** [3] - 3558:11; 3559:16; 3562:1, 23-24; 3563:11

**Pampalone's** [1] - 3562:14

**pants** [1] - 3665:8

**paper** [1] - 3690:8

**papers** [1] - 3698:16

**park** [3] - 3708:13, 18, 22

**parked** [6] - 3548:25; 3551:1; 3557:7; 3686:12; 3691:10; 3718:9

**parking** [6] - 3530:6, 8; 3556:25; 3579:17

**parole** [2] - 3697:22; 3698:9

**Parsons** [1] - 3708:13

**part** [9] - 3524:4; 3540:2; 3569:16; 3604:1; 3605:12; 3653:7; 3662:21; 3681:6; 3713:12

**participate** [16] - 3527:16; 3528:15; 3547:13; 3557:19; 3561:5; 3588:16; 3591:25; 3592:2; 3595:4; 3600:10; 3608:12; 3609:25; 3631:13; 3639:9, 14; 3713:14

**participated** [3] - 3558:10; 3588:3, 6

**participation** [3] - 3528:22; 3561:11; 3625:21

**particular** [3] - 3528:23; 3551:15; 3615:14; 3692:9; 3708:3

**particularly** [2] - 3625:5; 3685:7

**Parties** [1] - 3522:1

**parties** [1] - 3526:3

**partly** [2] - 3662:9

**partner** [1] - 3669:14

**partners** [1] - 3602:3

**parts** [2] - 3529:1; 3586:20

**party** [13] - 3577:8; 3579:14; 3593:5; 3711:11, 14, 24; 3712:6, 11, 13, 16

**Pasatoro** [1] - 3648:5

**pass** [1] - 3565:18

**passed** [4] - 3549:9; 3608:2; 3656:23; 3667:25

**past** [2] - 3530:16; 3537:5

**Pastore** [4] - 3626:8, 10, 14; 3702:15

**pathologist** [1] - 3584:7

**patience** [1] - 3636:11

**Patrick** [1] - 3593:12

**patrons** [6] - 3562:8; 3563:7-9; 3565:19

**Patsy** [1] - 3647:11

**patsy** [1] - 3655:7

**Patty** [1] - 3704:6

**Paul** [7] - 3546:24; 3646:6; 3647:25; 3649:14; 3653:20; 3660:8; 3686:25

**pause** [1] - 3581:6

**Pause** [7] - 3526:2, 6; 3568:8; 3677:25; 3679:8, 16; 3724:11

**pay** [3] - 3571:16; 3648:6; 3698:14

**paying** [3] - 3597:2; 3608:19; 3648:15

**payment** [1] - 3566:13

**pedal** [1] - 3686:18

**people** [55] - 3540:19, 23; 3544:6; 3546:12; 3559:12; 3563:14; 3572:11, 21; 3579:9; 3581:12; 3582:5, 7;

3583:23; 3593:20; 3597:15; 3598:21; 3599:5, 8; 3601:9; 3604:21, 25; 3605:25; 3606:8; 3607:4; 3611:10; 3613:15; 3614:17; 3615:10; 3623:20; 3626:25; 3629:2; 3630:10; 3631:9; 3633:24; 3638:22; 3645:7; 3646:24; 3649:6; 3652:24; 3657:25; 3658:3; 3660:25; 3668:2; 3676:11, 15-16; 3696:4; 3704:19; 3707:17; 3719:15

**percent** [3] - 3581:5; 3638:15

**perfect** [2] - 3627:14; 3655:6

**perfectly** [2] - 3531:24; 3725:2

**Perhaps** [1] - 3705:1

**perhaps** [4] - 3568:25; 3640:21; 3641:21; 3672:17

**period** [2] - 3605:25; 3705:19

**peripheral** [1] - 3634:17

**perjury** [1] - 3629:2

**permission** [1] - 3640:12

**permit** [1] - 3723:10

**Perrino** [94] - 3528:9, 18; 3570:5, 8, 12-13, 18; 3571:6, 13, 23; 3572:11, 14, 19, 22-23; 3573:5; 3576:23; 3577:3, 12, 18, 22; 3578:19; 3579:9; 3580:11; 3582:19; 3583:5, 10; 3584:3, 10; 3586:10, 17; 3588:3, 6, 10; 3591:24; 3608:25; 3616:9; 3622:19, 22; 3674:2; 3684:10, 25; 3686:8; 3687:12, 18, 22, 24; 3690:7, 17, 21, 25; 3692:8, 20; 3694:9; 3695:16; 3697:21; 3699:17; 3700:2, 5, 12; 3702:5, 8; 3704:24; 3705:23; 3706:4, 7, 10, 14, 16; 3707:2, 14, 25; 3708:4; 3709:12; 3710:12, 14; 3711:3, 15; 3712:18, 25; 3713:2; 3714:2; 3715:3, 12, 14, 18, 22, 24; 3716:17; 3717:25; 3718:24

**Perrino's** [23] - 3571:4, 8, 22, 25; 3572:6, 10; 3577:16; 3579:19, 24; 3584:12; 3585:3, 8; 3586:6, 8, 13, 16; 3687:1; 3688:21; 3704:25; 3705:12; 3713:23; 3715:16, 19

**person** [19] - 3532:24; 3533:1, 19, 21, 23; 3558:13; 3566:20; 3577:2; 3585:2; 3592:23; 3593:18; 3625:7; 3650:5, 10; 3660:6; 3670:12; 3685:13; 3704:15

**personal** [2] - 3666:1; 3694:21; 3697:8; 3699:14; 3705:9; 3706:4; 3709:11

**personally** [3] - 3551:25; 3568:6; 3705:1

**persons** [3] - 3533:1, 10; 3578:19

**persuade** [1] - 3614:7

**Pete** [2] - 3708:9, 16

**Peter** [2] - 3657:6; 3712:25

**Philicomo** [4] - 3593:13, 15, 17

**Philippo** [1] - 3597:16

**phone** [10] - 3529:22; 3541:3; 3547:6; 3571:25; 3667:11, 13; 3707:16, 23

**phony** [1] - 3715:20

**photo** [5] - 3593:5, 19; 3628:12;

3685:7

**photograph** [3] - 3685:11, 15

**Photographs** [2] - 3564:23, 25

**photographs** [2] - 3712:9

**photos** [4] - 3579:2, 7; 3605:20; 3606:5

**phrase** [1] - 3663:15

**physical** [1] - 3589:2

**physically** [1] - 3720:3

**pick** [5] - 3547:5; 3604:23; 3677:12; 3681:18; 3708:18

**picked** [4] - 3604:24; 3669:17; 3688:12; 3708:22

**picture** [6] - 3530:13; 3588:13; 3614:10; 3660:7, 12; 3673:11

**pictures** [4] - 3605:6, 16; 3660:15

**piece** [16] - 3549:9, 16; 3553:15, 20; 3557:10; 3560:10; 3576:25; 3605:1; 3620:25; 3632:23; 3662:11; 3663:14, 19, 24; 3664:3

**Pierrepont** [1] - 3520:16

**pistol** [2] - 3674:4, 6

**pistols** [1] - 3715:21

**place** [21] - 3536:22; 3560:4; 3564:15; 3569:18; 3574:23; 3575:7, 11, 20; 3576:5, 17; 3607:3, 17; 3681:17; 3689:15; 3690:21; 3720:17, 20; 3723:4

**places** [2] - 3598:18; 3606:4

**plan** [13] - 3572:18; 3576:25; 3621:15; 3641:19-21, 24; 3642:12; 3643:3; 3670:5; 3695:20; 3709:15; 3712:7

**Plan** [1] - 3642:7

**planned** [4] - 3579:14; 3643:8; 3692:24; 3695:19

**planning** [1] - 3669:17

**plans** [4] - 3530:18; 3640:23; 3648:22; 3652:6

**plant** [1] - 3666:12

**plates** [1] - 3664:16

**Platia** [4] - 3527:23; 3528:8, 17; 3608:22

**plausible** [1] - 3662:23

**play** [1] - 3657:21

**played** [2] - 3575:25; 3582:10

**playing** [1] - 3593:23

**Plaza** [1] - 3520:16

**plea** [2] - 3560:24; 3644:9

**plead** [1] - 3660:20

**pleads** [1] - 3660:21

**pled** [12] - 3530:14; 3558:15; 3566:12; 3571:15; 3592:8; 3594:17; 3618:8, 23; 3674:15; 3699:1; 3704:24

**Plenty** [1] - 3605:3

**plenty** [2] - 3570:13; 3577:5

**plot** [2] - 3531:3; 3656:10

**plotted** [1] - 3654:1

**plugged** [1] - 3612:15

**plunged** [1] - 3584:12

**plunges** [1] - 3584:2

GR    OCR    CM    CRR    CSR

**pm** [3] - 3723:6, 10
**pocket** [1] - 3608:4
**pocketed** [1] - 3626:20
**point** [33] - 3528:7; 3530:2; 3535:3; 3542:7; 3544:15; 3545:16; 3549:4; 3550:5, 8; 3559:24; 3569:6, 17; 3577:10; 3584:14, 16; 3607:22; 3612:12; 3618:16, 20; 3619:21; 3629:8; 3637:23; 3654:19; 3657:25; 3661:13; 3667:20; 3672:16; 3692:21; 3701:10; 3708:8; 3713:25; 3716:18; 3722:25
**pointed** [7] - 3562:9, 13; 3614:15; 3619:4, 8; 3640:5; 3708:14
**points** [5] - 3561:16; 3581:8; 3582:3, 16; 3583:24
**Poker** [26] - 3600:21; 3601:3, 14-15, 21; 3602:2, 4, 13, 18; 3603:1, 5, 7, 13, 17, 25; 3604:8; 3605:5, 8, 18, 23; 3606:5; 3634:22, 25; 3657:2, 7; 3661:11
**poker** [5] - 3635:4; 3720:25; 3721:5, 16
**police** [30] - 3530:8; 3535:12, 21-22; 3538:18; 3539:5; 3540:20; 3546:10, 21; 3547:3, 6; 3557:3; 3566:21; 3570:25; 3571:2, 4, 22; 3572:5, 9; 3628:22; 3629:1, 3, 9; 3642:5; 3644:2; 3671:8; 3688:13
**policy** [1] - 3723:6
**polite** [2] - 3671:20; 3672:4
**Pond** [8] - 3530:24; 3548:11; 3621:8; 3629:21, 23-24; 3642:8; 3646:21
**popular** [1] - 3655:3
**portion** [3] - 3524:5; 3572:21; 3639:6
**portions** [3] - 3612:13; 3613:3; 3637:5
**portrayed** [1] - 3642:25
**position** [5] - 3524:16; 3666:19; 3702:21, 25
**positions** [1] - 3681:24
**positive** [1] - 3536:15
**possibility** [1] - 3712:5
**possible** [7] - 3543:16; 3655:16; 3681:14; 3682:24; 3714:4; 3722:15; 3724:13
**possibly** [4] - 3668:22; 3670:18; 3673:19; 3724:4
**Possibly** [1] - 3661:19
**Post** [13] - 3570:14, 17, 21; 3571:1, 16, 19, 23; 3572:17; 3573:1; 3705:17, 22; 3706:9, 11
**posterboard** [1] - 3579:1
**postmortem** [2] - 3586:16, 24
**potency** [1] - 3657:9
**potential** [3] - 3572:22; 3697:17, 20
**pound** [1] - 3707:21
**power** [4] - 3612:12, 21-22; 3614:2
**powerful** [5] - 3550:5; 3557:18; 3578:4; 3592:1; 3707:13
**Powerful** [1] - 3599:25
**powers** [1] - 3685:19

**practice** [2] - 3533:7, 10
**pre** [1] - 3524:6
**pre-sentence** [1] - 3524:6
**preceding** [1] - 3542:18
**Precinct** [3] - 3532:24; 3536:11
**predict** [1] - 3546:19
**prefer** [1] - 3675:25
**preference** [1] - 3678:18
**premise** [1] - 3628:19
**prepare** [1] - 3678:7
**prepared** [1] - 3627:24
**presence** [1] - 3631:21
**present** [11] - 3522:1; 3536:17; 3569:24; 3612:4; 3707:9; 3710:1, 17; 3711:2, 5; 3712:20
**presentation** [3] - 3612:11, 20; 3625:2
**presented** [8] - 3558:9; 3566:2; 3613:22; 3622:8; 3625:3; 3636:2
**presidential** [3] - 3682:5, 7
**presiding** [1] - 3523:22
**presumed** [3] - 3684:14; 3721:20
**presumption** [5] - 3684:13, 15, 20; 3707:10; 3721:25
**presumptuous** [2] - 3635:11, 15
**pretrial** [1] - 3569:9
**pretty** [5] - 3535:16; 3587:21; 3600:16; 3612:17; 3616:20; 3617:4; 3660:13; 3687:3; 3694:13; 3725:6
**Pretty** [1] - 3545:20
**prevent** [1] - 3649:18
**previous** [2] - 3653:17; 3717:3
**pried** [1] - 3701:14
**primary** [1] - 3553:22; 3719:3
**principal** [2] - 3703:22
**principally** [1] - 3614:12
**principle** [1] - 3657:6
**principles** [1] - 3721:25
**prison** [43] - 3574:8; 3597:13, 19; 3598:9, 12, 17; 3599:8, 15-16, 23, 25; 3602:9; 3618:11; 3630:17, 23; 3634:14; 3644:17; 3645:15; 3647:2; 3648:19, 25; 3649:7; 3650:17; 3651:10, 12; 3652:7, 22-23, 25; 3653:9, 15, 21; 3654:7, 14; 3665:24; 3696:7; 3702:23; 3719:23, 25
**Prison** [1] - 3631:1
**privacy** [1] - 3535:11
**private** [1] - 3701:9
**Probation** [1] - 3703:8
**problem** [15] - 3596:18, 22; 3640:25; 3657:13; 3677:4; 3682:14; 3683:4; 3691:1; 3695:22; 3696:4; 3701:19; 3709:1
**problematic** [1] - 3664:22
**problems** [1] - 3660:23
**proceed** [3] - 3526:18, 21; 3677:3
**Proceedings** [1] - 3521:9
**process** [1] - 3528:4
**produce** [1] - 3669:9
**produced** [1] - 3521:9

**professed** [1] - 3705:11
**professional** [5] - 3629:5; 3630:4; 3659:22; 3671:22
**proffer** [9] - 3687:10; 3690:11; 3691:11; 3701:22-24; 3702:9, 11
**proffered** [1] - 3690:16
**proffers** [1] - 3692:18
**profiting** [2] - 3606:15; 3607:4
**profits** [3] - 3558:7; 3559:14; 3603:7
**progress** [1] - 3527:3
**projected** [1] - 3612:13
**promises** [1] - 3614:11
**promptly** [1] - 3681:22
**pronouncing** [1] - 3721:17
**pronunciation** [1] - 3656:8
**proof** [5] - 3618:7; 3633:23; 3643:2; 3707:9; 3722:1
**proper** [1] - 3707:6
**property** [1] - 3531:19
**proposal** [1] - 3678:24
**prosecution** [12] - 3614:16; 3616:25; 3617:6, 14; 3628:23; 3629:7; 3630:6; 3633:6; 3636:8; 3642:25; 3667:6; 3669:21
**prosecution's** [1] - 3672:1
**prosecutor** [11] - 3615:9; 3616:13, 16; 3620:17; 3637:24; 3641:4; 3667:10; 3673:20; 3687:13; 3702:4; 3707:15
**prospects** [1] - 3585:22
**Protecting** [1] - 3708:17
**protection** [1] - 3702:13
**protective** [2] - 3708:1; 3717:13
**prove** [7] - 3558:8; 3601:2, 4, 9; 3605:22; 3619:21; 3665:17
**proved** [3] - 3527:7, 9, 11; 3531:19; 3616:3
**proven** [12] - 3528:23; 3557:16; 3561:2; 3567:12; 3591:22; 3595:2; 3600:7; 3608:8; 3614:16, 20; 3684:18; 3722:4
**proves** [4] - 3532:14; 3547:11; 3584:17; 3609:15
**provide** [4] - 3524:5; 3534:9; 3654:25; 3662:2
**provided** [3] - 3525:2; 3526:3; 3695:7
**proving** [2] - 3527:19; 3721:21
**PSR** [2] - 3523:21; 3524:13
**psychopath** [1] - 3635:24
**public** [1] - 3629:3
**Puglisi** [1] - 3576:1
**pull** [1] - 3641:22
**pulled** [3] - 3627:7, 13; 3641:12, 18
**pulling** [1] - 3602:12
**punished** [1] - 3668:16
**punishment** [2] - 3617:15
**purely** [1] - 3556:9
**purpose** [2] - 3656:25; 3709:21
**pursuant** [3] - 3522:16; 3699:2
**pursued** [1] - 3650:21

pursuing [1] - 3701:4
Put [1] - 3678:25
put [26] - 3524:11; 3558:20; 3563:23;
3565:3; 3593:4; 3594:19; 3598:1, 3, 5;
3599:6, 14-15, 25; 3602:8; 3605:3;
3613:25; 3615:1; 3617:21; 3637:24;
3639:5; 3644:15; 3647:12; 3655:13;
3657:8; 3663:8; 3700:9
puts [1] - 3695:16
putting [4] - 3567:10; 3694:17;
3703:25

# Q

qualifying [1] - 3637:13
quality [1] - 3640:19
quantity [1] - 3640:19
quarters [1] - 3623:25
Queens [4] - 3552:20; 3593:10, 14;
3708:14
QUESTION [155] - 3534:16, 22, 25;
3535:3; 3538:1, 9, 11; 3539:11, 15;
3541:16, 23; 3543:11, 23; 3544:3;
3545:15, 18, 23; 3549:5, 10, 15;
3551:24; 3552:3; 3554:10, 13, 23;
3555:2, 5; 3558:17, 23; 3559:1, 5, 21,
24; 3560:1, 11, 14, 16, 18, 20; 3562:15,
18, 20, 25; 3563:12, 15, 19, 21; 3564:8,
12; 3591:13; 3595:21; 3596:4, 7, 13;
3597:4, 7, 22; 3598:2, 6, 16, 19, 23, 25;
3602:14, 18, 21; 3603:6, 16, 20;
3632:5, 8, 11, 14; 3640:9, 11, 14, 17,
24; 3641:2, 8, 10, 13, 15, 17, 21, 24;
3642:1, 5, 9, 12, 20, 23; 3643:11, 14,
18, 22; 3645:13, 19, 22; 3646:2, 5, 9,
12; 3647:4, 7, 24; 3648:2; 3649:13, 18,
21, 23; 3650:1, 3, 5, 10, 23; 3651:3, 6;
3653:22; 3687:17, 21, 24; 3688:2, 5, 9,
12, 16, 19, 24; 3689:2, 6, 10, 14, 17,
21, 24; 3690:5; 3691:22; 3692:1, 3, 5,
8, 12; 3693:17, 19; 3697:7, 13, 17, 25;
3698:6, 10, 14, 24; 3699:6; 3710:15
questionable [1] - 3625:4
questioning [1] - 3693:13
questions [18] - 3528:11; 3534:17, 23;
3535:17-19; 3550:13; 3552:12;
3554:23; 3587:15, 24; 3613:8; 3632:4;
3641:4; 3649:12; 3655:17, 21; 3672:6
quickly [2] - 3604:6; 3694:4
Quickly [1] - 3605:6
quiet [1] - 3577:24
quietly [3] - 3548:25; 3556:25; 3557:7
quite [11] - 3538:10; 3567:23; 3612:11;
3619:7; 3620:17; 3621:6; 3652:23;
3655:21; 3709:10; 3712:13; 3719:18
quiver [1] - 3665:16
quote [4] - 3573:23; 3574:2; 3582:18;
3620:15

# R

Rabito [1] - 3597:16
race [1] - 3600:18
racketeering [24] - 3527:20; 3528:24;
3557:17, 22-23; 3558:2, 8; 3561:3, 7, 9;
3567:14; 3570:9; 3592:6; 3594:17, 23;
3600:20, 23; 3698:7, 9; 3721:3
Racketeering [13] - 3527:21, 24;
3528:1, 5; 3529:8; 3591:25; 3592:4;
3595:2, 6; 3600:8; 3601:1, 11; 3608:9
Ragusa [9] - 3546:24; 3646:6;
3647:25; 3649:14; 3653:20; 3660:4, 8,
13; 3686:25
raided [4] - 3606:4; 3707:15; 3715:20;
3720:17
raids [4] - 3605:5, 15; 3607:20;
3720:21
raises [1] - 3672:16
ran [11] - 3634:3, 20; 3664:16; 3666:9;
3708:18, 22; 3720:7, 14
rare [1] - 3705:14
rather [3] - 3614:4, 7; 3648:15
reach [1] - 3529:24
reached [3] - 3573:11; 3575:3
read [12] - 3523:5; 3565:5; 3587:15;
3603:25; 3637:4, 6; 3645:12; 3661:22;
3662:3; 3691:20; 3710:24; 3723:21
reading [3] - 3569:11; 3613:3; 3693:9
ready [2] - 3568:12; 3679:20
real [3] - 3523:24; 3554:1; 3715:2
really [36] - 3543:15; 3548:6; 3566:13;
3581:22; 3592:22; 3614:19; 3615:12;
3616:1; 3618:14, 17; 3619:14, 19, 21;
3622:8, 14; 3624:17, 23; 3625:7;
3636:11; 3638:18; 3644:12; 3649:10;
3660:14; 3662:15; 3665:3; 3667:2;
3671:3; 3672:5; 3673:25; 3686:10;
3695:4; 3698:17; 3704:17; 3719:17
reason [24] - 3528:16; 3615:14;
3625:10, 17; 3626:23; 3642:2, 4;
3643:20; 3645:22; 3655:25; 3663:12;
3664:12; 3668:7; 3669:10; 3672:11, 20;
3686:5, 21; 3703:13; 3705:9, 13;
3711:23; 3720:19
reasonable [16] - 3557:16; 3561:2;
3567:13; 3591:23; 3595:2; 3600:7;
3608:8; 3609:15; 3614:16, 20; 3615:1;
3623:11; 3684:18; 3721:22; 3722:1, 5
reasonably [1] - 3548:13
reasons [5] - 3579:11; 3635:21;
3648:1; 3662:24; 3717:18
reburied [1] - 3587:2
rebuttal [5] - 3675:24; 3680:22;
3682:19; 3684:23; 3722:19
recalled [2] - 3544:21, 25
receive [2] - 3617:25; 3618:1
received [6] - 3525:12; 3602:18;
3691:11, 13; 3699:2, 6
receiving [1] - 3531:21

recent [2] - 3574:9; 3600:17
recently [1] - 3575:22
recess [1] - 3611:13
Recess [2] - 3676:25; 3725:9
recognize [6] - 3638:18; 3660:5;
3685:16, 21, 24; 3721:22
recollect [1] - 3644:4
recollection [4] - 3640:21; 3671:7;
3672:10; 3690:5
recommend [1] - 3703:10
reconcile [1] - 3671:2
reconstruct [1] - 3671:25
Recoppa [1] - 3724:5
record [20] - 3523:1, 6; 3524:2, 4, 9,
17; 3534:7; 3540:7; 3554:6; 3569:7, 16;
3585:21; 3589:2; 3591:20; 3630:23;
3649:15; 3650:6, 11; 3651:4
recorded [2] - 3521:9; 3664:16
records [3] - 3531:20; 3574:8;
3586:9; 3587:6; 3594:3; 3597:13;
3599:10; 3602:8; 3630:17; 3631:1;
3633:9, 13; 3664:6; 3719:23
recovered [1] - 3628:20
recruit [1] - 3713:2
recruited [3] - 3652:5; 3692:23; 3714:1
recruits [1] - 3651:21
Redhead [1] - 3586:8
redirect [4] - 3587:22; 3644:8;
3659:16; 3713:16
reduced [4] - 3617:5, 25; 3618:1;
3696:14
refer [4] - 3553:17; 3568:21; 3569:8;
3613:8
reference [1] - 3615:25
referred [7] - 3534:18; 3549:13;
3616:13; 3620:25; 3632:23; 3645:14;
3718:5
referring [4] - 3549:10, 16; 3550:3
reflects [1] - 3536:5
refresh [1] - 3690:5
refused [1] - 3672:5
refuted [1] - 3672:14
regard [3] - 3556:7; 3601:3
regarding [1] - 3661:18
registration [1] - 3664:6
registrations [1] - 3664:17
regular [2] - 3544:12; 3596:16
reject [4] - 3553:24; 3587:11; 3693:4;
3694:5
rejected [1] - 3591:20
Relatedly [1] - 3699:16
relation [2] - 3545:18; 3630:1
Relationship [1] - 3630:20
relationship [17] - 3544:15; 3545:13,
15; 3548:3; 3555:14, 16; 3556:1, 6;
3593:2; 3601:20, 22, 24; 3632:6, 8, 19;
3649:3; 3669:1
relative [1] - 3712:11
relatives [1] - 3661:5

**released** [1] - 3719:25
**reliable** [1] - 3624:25
**relied** [1] - 3633:6
**rely** [3] - 3625:13; 3627:14; 3665:14
**remain** [1] - 3722:17
**remaining** [1] - 3722:18
**remains** [1] - 3674:10
**remarks** [1] - 3608:21
**Remember** [23] - 3540:21, 24; 3549:18; 3551:19; 3554:8; 3572:7; 3583:16; 3592:18, 20; 3596:19; 3597:20; 3599:4, 9; 3601:23; 3604:10; 3622:4; 3644:11; 3653:4; 3656:8; 3660:2; 3686:1; 3695:19; 3704:5
**remember** [119] - 3529:21; 3532:22; 3533:17; 3534:2, 10; 3535:13; 3536:2, 18; 3537:19, 23-24; 3538:10; 3540:19; 3541:2, 5, 8, 14; 3542:7, 10, 22; 3543:4, 22; 3544:8; 3545:10; 3547:14; 3548:10; 3549:3; 3550:7, 12; 3551:15, 18, 21; 3552:14; 3554:21; 3555:24; 3559:20; 3560:6; 3566:11; 3569:11; 3571:1; 3573:18; 3574:11; 3575:25; 3576:6, 9; 3577:6, 9, 15; 3579:1, 17, 22; 3580:18; 3581:7, 9, 24; 3582:5, 9-11, 14; 3583:23; 3584:1, 8, 15, 23; 3585:1, 11, 15, 25; 3586:1, 15; 3587:14, 22; 3591:9; 3592:19; 3593:15; 3594:4, 19; 3595:18; 3596:14; 3597:18; 3599:17; 3605:7; 3613:13; 3617:12; 3622:13; 3626:5; 3640:10; 3641:13; 3642:17; 3645:12, 24; 3647:9; 3655:18; 3656:15; 3657:15; 3659:15, 21; 3670:3; 3671:4; 3685:6; 3687:11; 3690:12; 3693:22; 3704:5; 3708:1, 7; 3710:5; 3720:17
**remembered** [5] - 3536:7; 3548:12, 22; 3571:8; 3581:9
**remembers** [5] - 3537:3-6; 3621:2
**remind** [1] - 3723:15
**remote** [1] - 3645:2
**removed** [1] - 3572:10
**removing** [1] - 3718:19
**render** [1] - 3610:10
**renewed** [1] - 3524:23
**rent** [2] - 3531:18; 3642:14
**renting** [1] - 3531:5
**repeated** [1] - 3716:25
**Repeatedly** [1] - 3569:12
**repetition** [1] - 3531:7
**replaced** [1] - 3526:16
**replacing** [2] - 3522:17; 3679:22
**report** [13] - 3524:6, 14; 3533:1; 3536:5, 17, 21, 25; 3537:9; 3578:19; 3659:7
**reported** [3] - 3552:21, 23; 3698:16
**Reporter** [1] - 3521:6
**Reports** [1] - 3599:7
**represented** [1] - 3720:6
**representing** [3] - 3612:24; 3701:5, 16

**request** [1] - 3610:8
**requested** [1] - 3568:18
**research** [1] - 3723:25
**resemblance** [1] - 3605:10
**resentful** [1] - 3644:20
**reservations** [1] - 3666:18
**residence** [7] - 3533:7, 14, 20; 3538:19; 3557:3; 3571:6; 3653:3
**resolve** [1] - 3565:14
**resort** [1] - 3588:19
**resorted** [1] - 3565:20
**resources** [1] - 3613:1
**respect** [10] - 3522:13; 3525:16; 3526:13; 3546:2; 3566:24; 3581:23; 3611:1; 3614:24; 3624:14; 3710:14
**respectfully** [1] - 3610:8
**respective** [1] - 3609:13
**respond** [3] - 3553:21; 3587:8; 3600:3
**responded** [2] - 3558:13; 3708:15
**responding** [1] - 3682:23
**response** [1] - 3585:2
**responsibility** [1] - 3618:18
**responsible** [2] - 3532:6; 3557:13
**rest** [6] - 3564:8; 3617:8; 3643:25; 3654:13; 3686:19; 3697:5
**restaurant** [61] - 3529:14, 18, 20, 24-25; 3530:22; 3531:12; 3532:10; 3537:18; 3539:1-3, 7, 9, 13, 15, 21; 3541:24; 3543:3, 8; 3544:7; 3545:10, 19, 24; 3546:10; 3549:23; 3556:15; 3557:5; 3598:2; 3629:20; 3630:20; 3632:3; 3634:4, 19-20; 3638:5; 3640:25; 3641:6, 23; 3643:7; 3648:10; 3655:4; 3664:24; 3665:20; 3666:8; 3669:6, 15-16; 3670:20; 3671:14, 18-19; 3717:3
**Restaurant** [18] - 3529:15; 3531:4; 3536:3, 8, 16; 3537:9; 3541:10; 3544:19; 3549:19; 3556:23; 3605:12; 3629:22; 3642:22; 3646:21, 23; 3666:12; 3669:14
**rested** [1] - 3707:10
**Restivo** [2] - 3593:11; 3666:11
**rests** [1] - 3694:6
**result** [1] - 3646:3
**resume** [2] - 3526:12; 3529:8
**rethink** [1] - 3702:23
**retire** [2] - 3613:9; 3637:7
**return** [2] - 3617:5; 3722:3
**returns** [2] - 3601:24; 3633:24
**revealed** [1] - 3654:1
**revealing** [2] - 3618:14; 3667:4
**reveals** [1] - 3548:5
**review** [1] - 3617:11
**reviewed** [1] - 3690:3
**reviewing** [2] - 3622:12; 3627:22
**revised** [2] - 3525:16; 3526:4
**Riccardi** [4] - 3596:18, 23
**Riccardo** [1] - 3654:2

**RICHARD** [1] - 3521:5
**Richard** [14] - 3522:11; 3572:13, 21; 3596:23; 3700:18; 3701:10; 3706:8, 14, 20-21, 25; 3707:4, 22
**Richie** [20] - 3572:1; 3596:18; 3624:3; 3686:24; 3699:19; 3700:1, 7; 3701:6, 11, 20; 3705:22; 3706:22; 3707:8; 3716:3, 6, 24; 3717:2, 8
**Richlieu** [3] - 3576:9, 11; 3580:14
**RICO** [1] - 3527:5
**rid** [6] - 3574:23; 3575:8; 3576:21; 3618:2; 3678:25; 3679:21
**ride** [1] - 3620:12
**Ridgewood** [4] - 3546:22; 3566:2; 3654:21; 3661:1
**ridiculous** [1] - 3671:13
**riding** [1] - 3619:23
**rigged** [1] - 3601:21
**rim** [1] - 3530:13
**rise** [3] - 3567:19; 3610:17; 3675:10; 3724:8
**risking** [1] - 3703:5
**RMR** [1] - 3521:6
**Road** [6] - 3530:24; 3548:11; 3621:8; 3629:22, 25
**road** [2] - 3620:3; 3646:22; 3679:21
**rob** [4] - 3557:25; 3610:7; 3627:9; 3635:25
**robbed** [5] - 3559:19; 3560:24; 3563:9; 3647:10; 3656:15
**robbers** [1] - 3562:6
**robbery** [26] - 3558:10, 13, 15, 18, 21; 3559:15; 3560:12; 3561:4, 14, 16, 19, 24-25; 3562:2; 3563:6, 11; 3564:4, 20, 24; 3565:10, 12, 23; 3629:11; 3674:13
**robbing** [2] - 3647:14; 3665:20
**Robert** [134] - 3528:9; 3570:5, 8, 12-13, 18; 3571:3, 6, 8, 12, 22, 25; 3572:6, 10-11, 14, 19, 22-23; 3573:5; 3574:25; 3575:3, 13; 3577:3, 12, 16, 18, 22; 3578:19; 3579:7-9, 19, 24; 3580:11, 13, 15; 3582:17, 20-21; 3583:1, 5, 8, 10, 18; 3584:2, 10, 12; 3585:3, 8; 3586:1, 4, 7, 10, 13, 17; 3591:24; 3593:11, 19; 3596:20; 3598:24; 3616:9; 3622:19, 22; 3624:7; 3647:23; 3684:10, 25; 3686:4, 6; 3687:1, 18, 21, 24; 3688:3, 5, 19-21, 24-25; 3689:11, 17, 21-22; 3690:13, 17, 21; 3694:9; 3695:16; 3697:21; 3700:2; 3705:12; 3706:4, 7, 10, 14, 16; 3707:2, 14, 25; 3708:4; 3709:12; 3710:12, 14; 3711:15; 3712:17, 25; 3713:2, 23; 3714:2; 3715:3, 12, 14, 19, 24; 3717:25; 3718:4, 12, 16
**role** [3] - 3685:25; 3686:17; 3703:19
**roll** [4] - 3688:6, 9
**rolled** [3] - 3551:5; 3688:21; 3718:10
**Ronald** [4] - 3593:12, 15, 17
**roof** [2] - 3589:18; 3704:10

**room** [18] - 3535:4; 3559:19; 3562:8, 10, 15; 3563:2, 8, 13; 3612:14; 3613:10; 3634:21; 3637:7; 3670:5; 3684:16; 3707:19; 3723:5; 3724:2

**Rosa** [2] - 3708:9; 3713:1

**ROSENBERG** [4] - 3521:5; 3677:21; 3679:5, 12

**Rosenberg** [1] - 3522:11

**ROSLYNN** [1] - 3520:14

**rosy** [1] - 3614:10

**route** [2] - 3604:24; 3606:14

**rug** [5] - 3584:24; 3688:22; 3718:10, 23

**Ruisi** [4] - 3646:14; 3647:2, 8; 3650:25

**rule** [1] - 3672:18

**ruled** [2] - 3569:8, 10

**rumor** [2] - 3624:25; 3666:25

**run** [1] - 3615:12

**running** [1] - 3717:7

**rush** [1] - 3578:5

**rushing** [1] - 3537:1

## S

**Saab** [4] - 3664:5, 7-8, 10

**Sajn** [3] - 3627:5; 3660:18; 3661:7

**Sal** [170] - 3531:11; 3532:4, 8; 3534:6; 3556:12; 3557:12; 3561:8; 3566:17; 3567:9; 3570:20; 3571:24; 3572:19; 3573:2, 6, 11, 14, 17; 3574:2, 16, 21; 3576:25; 3577:6; 3579:11; 3585:12, 15, 20; 3587:18, 22; 3593:13; 3602:2, 10; 3603:4; 3604:24; 3608:1; 3615:6; 3622:21; 3623:21; 3624:17; 3625:13, 16, 21, 25; 3626:1; 3627:5, 7-8; 3629:6; 3630:11, 15; 3637:17-19, 21-22, 25; 3638:3, 6, 8-9, 11-14, 19, 23, 25; 3639:1, 3, 6-7, 12-13; 3641:9, 14-15; 3642:24; 3643:2, 5, 20, 22; 3658:1; 3659:9, 14, 20, 24; 3660:2; 3663:5, 7; 3665:17; 3666:22; 3668:23; 3672:17; 3673:10-13; 3685:1, 12-13; 3686:24; 3692:22, 24; 3694:7, 9, 16; 3695:4, 18, 22, 25; 3700:9; 3702:5; 3704:23; 3705:1, 4, 9, 12, 19; 3706:15; 3707:1, 5, 17; 3708:1, 3, 5, 8, 20; 3709:1, 8, 10; 3710:25; 3711:12; 3712:15, 18-21, 24; 3713:1, 8, 18, 20; 3714:1; 3715:2, 14; 3716:5, 7, 13; 3717:15; 3718:25; 3721:15

**Sal's** [1] - 3709:2

**sales** [1] - 3720:16

**salon** [4] - 3589:13; 3591:3

**Sals** [14] - 3534:6; 3637:11, 14, 16; 3638:1; 3639:12; 3640:4, 6; 3643:23; 3644:25; 3652:6; 3661:24

**Sals'** [1] - 3651:21

**salt** [1] - 3659:4

**Salvatore** [7] - 3531:24; 3540:8; 3587:13; 3631:8; 3633:14; 3694:7;

3715:8

**Sam** [18] - 3541:18; 3545:24; 3556:24; 3620:20; 3632:6, 11, 14, 20; 3633:3, 9; 3634:9, 13, 16, 20; 3635:6; 3668:25; 3669:14; 3717:10

**Sam's** [1] - 3545:18

**Sammy** [170] - 3528:6, 9; 3529:9, 11, 13, 17, 19, 23; 3530:5, 11, 14, 17, 21; 3531:4, 6, 9; 3532:1, 9; 3533:2, 4, 6, 9, 15, 19-21, 25; 3534:1, 3; 3535:7, 9, 24; 3539:3, 12; 3540:7, 23; 3541:1, 11, 13, 20; 3542:3, 8-9, 24; 3543:5, 7; 3544:9, 20; 3546:9; 3547:4, 12; 3548:4, 6, 9; 3549:6, 17; 3553:14, 17; 3554:1; 3555:13, 15, 17, 21, 24-25; 3556:14, 17, 22; 3557:5, 9, 14, 16; 3566:15; 3567:4; 3570:12; 3572:8; 3620:25; 3621:12, 15; 3622:11, 25; 3623:14; 3624:18; 3626:22; 3630:18; 3631:18, 21; 3632:1, 23; 3633:1, 16, 23; 3634:3, 23; 3636:9, 12, 18; 3637:2; 3638:10; 3639:4, 8, 16; 3640:25; 3642:11, 13, 18, 20; 3643:3, 8, 12, 15; 3644:24; 3645:5, 17; 3646:24; 3647:5, 18, 21; 3648:11, 15, 21, 23; 3649:9; 3651:16, 22; 3652:6, 9, 12, 19; 3654:9, 18; 3656:21; 3657:11, 14; 3661:14; 3662:7, 12; 3663:3; 3664:2; 3665:18, 24; 3666:8, 13, 24; 3668:6; 3669:3; 3670:10, 18, 20; 3672:24; 3673:21; 3674:3; 3675:5; 3716:22; 3717:4, 10

**Sammy's** [13] - 3532:10, 16; 3538:22; 3539:19; 3540:21; 3544:7; 3548:13, 18-19; 3552:10; 3554:3; 3633:15; 3670:16

**Sandro** [1] - 3607:22

**sat** [3] - 3557:7; 3578:1

**Saturday** [4] - 3543:6, 8; 3669:24

**saw** [35] - 3530:1; 3538:7; 3571:12; 3574:8; 3576:5; 3578:17; 3580:25; 3581:4; 3583:7; 3588:13; 3594:3; 3605:15, 19-20; 3607:7, 20-21, 25; 3609:7; 3620:5; 3622:23; 3629:16; 3630:17; 3635:13; 3644:14; 3652:24; 3690:21; 3692:20; 3693:2, 24; 3718:22; 3719:19, 21

**scale** [2] - 3656:7, 14

**scanner** [1] - 3688:13

**scared** [2] - 3560:1

**scenario** [2] - 3714:6; 3716:25

**scene** [8] - 3560:4; 3566:20; 3567:10; 3628:21; 3671:25; 3705:5; 3709:17

**schedule** [3] - 3680:1; 3723:12; 3724:3

**schedules** [1] - 3711:13

**scheduling** [1] - 3677:4

**schematic** [1] - 3599:17

**scheme** [1] - 3656:12

**schemer** [1] - 3655:21

**school** [1] - 3698:11

**Sciacca** [6] - 3648:9; 3655:24; 3656:2; 3695:6, 8

**Sciascia** [6] - 3573:12; 3574:6, 9; 3630:9; 3664:14; 3704:8

**Science** [1] - 3523:10

**Sciulara** [1] - 3653:20

**screen** [2] - 3612:13; 3639:5

**screw** [1] - 3644:18

**screwed** [1] - 3661:7

**scripted** [1] - 3628:1

**scuttlebutt** [3] - 3627:15; 3666:16; 3667:1

**search** [3] - 3571:5, 9

**searched** [1] - 3628:19

**searches** [1] - 3605:5

**season** [1] - 3719:23

**seasonal** [1] - 3606:19

**seasons** [2] - 3606:24; 3719:12

**seat** [2] - 3612:3; 3695:2

**seated** [9] - 3526:9; 3534:20; 3569:25; 3612:5; 3675:12; 3677:1; 3684:7; 3724:10

**Sebastiano** [1] - 3528:6

**second** [8] - 3523:12; 3537:7; 3580:1; 3583:16; 3611:1; 3626:11; 3694:10; 3717:16

**Second** [3] - 3527:9; 3561:19; 3579:17; 3631:5

**Secondly** [2] - 3635:23; 3691:3

**secretly** [1] - 3572:5

**secured** [2] - 3574:19; 3583:19

**security** [1] - 3717:18

**see** [48] - 3528:10; 3538:1; 3559:23; 3562:22; 3565:5; 3580:23; 3583:16; 3593:3; 3594:13, 21-22; 3595:10; 3597:15, 23; 3599:19; 3613:17; 3614:2; 3619:1; 3628:2; 3631:20; 3632:5, 19; 3633:12; 3635:10; 3642:15; 3654:11; 3658:3; 3660:3; 3662:11; 3667:11; 3668:1, 13; 3673:10; 3674:4; 3676:11; 3677:12; 3686:15; 3690:13; 3696:18; 3715:16; 3717:17; 3719:20; 3724:7

**See** [1] - 3677:21

**seeing** [2] - 3544:12; 3702:17

**seek** [1] - 3524:10

**seized** [4] - 3601:19; 3707:14; 3715:20; 3719:7

**selected** [1] - 3606:22

**sell** [1] - 3531:18

**selling** [1] - 3627:6

**seniority** [1] - 3677:14

**sense** [21] - 3535:8; 3553:16; 3554:5; 3555:12; 3556:2, 5, 11; 3582:4; 3614:22; 3617:4; 3631:21; 3651:20; 3652:16; 3660:9; 3671:9; 3673:3; 3693:25; 3701:23; 3723:12

**sensitive** [2] - 3625:5; 3628:24

**sent** [1] - 3525:16

**sentence** [26] - 3524:6; 3598:17; 3617:5, 10, 25; 3618:1, 3, 6; 3619:1;

3644:21; 3656:1; 3696:14; 3697:17, 20; 3698:1, 6, 19-20; 3699:3, 7, 12-14; 3703:8, 17; 3704:19

**sentenced** [7] - 3618:24; 3635:22; 3644:15; 3686:18; 3696:7; 3703:9; 3704:15

**sentences** [1] - 3698:15

**sentencing** [1] - 3697:14

**Sentry** [1] - 3599:7

**sequence** [1] - 3693:3

**series** [2] - 3550:13; 3552:12

**serious** [4] - 3603:1; 3617:14; 3721:24

**served** [4] - 3582:9; 3598:16; 3702:23; 3722:6

**serves** [1] - 3629:16

**service** [3] - 3629:3; 3633:20

**serving** [3] - 3606:13; 3650:17

**session** [1] - 3701:22

**sessions** [2] - 3701:23

**set** [6] - 3527:20; 3610:25; 3611:5, 7; 3641:6; 3711:15

**settle** [1] - 3561:13

**Seven** [1] - 3592:1

**seven** [3] - 3570:9; 3602:23; 3645:15

**several** [4] - 3544:21; 3616:24; 3617:17; 3648:25

**shakier** [2] - 3714:6

**shark** [1] - 3610:6

**sharking** [7] - 3595:7, 13, 16; 3597:11; 3600:4, 8

**sharp** [1] - 3584:11

**shed** [3] - 3558:3; 3647:21; 3667:11

**sheet** [3] - 3526:4; 3528:10; 3595:10

**shelf** [1] - 3700:23

**shell** [1] - 3628:20

**sheriff** [4] - 3620:2, 8, 10

**shift** [1] - 3548:23

**shifting** [1] - 3546:8

**shifts** [1] - 3591:9

**shining** [1] - 3693:7

**shirt** [1] - 3665:7

**shit** [12] - 3549:9, 16; 3553:15, 20; 3557:10; 3620:25; 3632:23; 3662:11; 3663:14, 19, 24

**shoe** [5] - 3608:1; 3719:5

**shoot** [2] - 3620:5, 8

**shooter** [21] - 3574:20; 3580:9; 3585:16; 3690:18; 3692:22, 24; 3693:2; 3694:1; 3704:18; 3705:8; 3713:15; 3714:1, 4, 6; 3717:14, 18

**shooters** [3] - 3573:9, 13; 3714:5

**shooting** [3] - 3596:16; 3713:9; 3714:5

**shop** [4] - 3558:20, 24; 3560:19; 3657:6

**shops** [2] - 3607:15; 3620:21

**shore** [1] - 3674:17

**short** [6] - 3567:18; 3655:20; 3666:9; 3683:2; 3691:20; 3705:18

**shorted** [1] - 3592:20

**shorten** [2] - 3568:4; 3682:22

**shorting** [1] - 3592:25

**Shortly** [1] - 3648:22

**shortly** [3] - 3562:2; 3648:20, 23

**shot** [19] - 3556:24; 3584:10; 3593:24; 3594:1; 3620:9; 3635:17; 3642:16; 3643:4; 3646:18; 3674:2; 3686:3; 3690:22; 3695:3; 3710:1; 3712:17-19; 3717:25

**shots** [4] - 3613:24; 3628:5; 3695:5

**shoulder** [2] - 3644:11

**shoulders** [1] - 3696:18

**show** [24] - 3530:18; 3531:19; 3532:17; 3570:22; 3581:19; 3588:16; 3599:7, 10; 3605:6; 3612:12; 3613:9; 3615:21; 3631:10; 3651:25; 3652:3; 3657:1, 10; 3659:3; 3679:20; 3685:15; 3705:20; 3706:12; 3715:20; 3719:24

**showed** [2] - 3530:11; 3557:8; 3571:16; 3586:9; 3594:11; 3633:10, 13; 3660:6; 3690:2; 3691:15

**showing** [3] - 3597:14; 3601:19; 3621:8; 3634:11; 3657:25; 3664:6

**Showing** [2] - 3637:18; 3638:13

**shown** [7] - 3527:18; 3567:14; 3653:16; 3673:5, 11

**shows** [10] - 3524:21; 3554:4; 3566:6; 3567:3; 3581:22; 3588:20; 3650:19; 3652:7; 3663:7; 3664:9

**shut** [1] - 3672:15

**shylocking** [4] - 3595:13; 3596:6, 8; 3597:11

**Sicily** [1] - 3630:10

**side** [12] - 3522:20; 3550:22; 3551:2; 3568:11, 14; 3584:12; 3619:20; 3622:16; 3676:3, 8

**Side** [5] - 3523:1; 3568:16; 3676:5; 3677:6

**side-bar** [1] - 3522:20

**Side-bar** [1] - 3523:1

**Sidebar** [1] - 3524:25

**sign** [1] - 3565:1

**signed** [1] - 3523:9

**significance** [3] - 3586:19; 3696:2; 3708:3

**significant** [5] - 3535:23; 3579:10; 3584:5

**silencer** [3] - 3635:24; 3695:7; 3704:6

**silly** [1] - 3603:1

**Similar** [1] - 3648:5

**Similarly** [1] - 3624:2

**simple** [1] - 3619:7

**simply** [7] - 3526:14; 3536:24; 3581:23; 3583:16; 3617:5; 3619:6; 3722:3

**sinister** [1] - 3670:15

**sister** [1] - 3700:16

**sit** [4] - 3697:13; 3709:4; 3715:15

**sits** [1] - 3687:10

**sitting** [10] - 3537:2; 3549:1; 3566:5;

3579:8; 3580:20; 3593:22; 3674:8; 3686:3; 3687:13; 3691:9

**Sitting** [2] - 3537:11; 3643:11

**situation** [3] - 3557:1; 3597:19; 3698:4

**Six** [2] - 3528:5; 3529:9

**six** [13] - 3552:24; 3557:17; 3605:5; 3618:11; 3619:8; 3645:14, 16; 3655:4; 3661:20; 3677:13; 3699:9

**skeleton** [2] - 3584:15; 3587:1

**sketchy** [1] - 3640:21

**ski** [1] - 3562:7

**skinnier** [1] - 3673:13

**skip** [1] - 3557:23

**slab** [1] - 3586:7

**slander** [6] - 3632:24; 3633:1, 5

**slashed** [2] - 3708:7, 11

**slate** [1] - 3618:6

**sledge** [1] - 3564:5

**sleep** [1] - 3724:7

**slid** [2] - 3614:1

**slide** [2] - 3603:25; 3604:6

**slides** [3] - 3586:9; 3680:24

**slightly** [2] - 3581:8, 24

**slipped** [1] - 3711:3

**slowly** [1] - 3690:3

**small** [1] - 3612:23

**smashed** [6] - 3564:11-14; 3720:20

**smiled** [1] - 3633:14

**snack** [2] - 3684:3; 3724:5

**snow** [14] - 3551:20, 22; 3552:4, 15-16, 18, 25; 3553:4, 6-8, 10; 3662:16; 3716:15

**snowfall** [3] - 3552:21; 3553:1

**snowing** [10] - 3551:19, 22; 3552:1, 3, 15; 3620:18, 22-23; 3621:3

**snowy** [2] - 3553:13; 3662:6

**snuck** [1] - 3620:5

**so-called** [2] - 3599:7; 3695:9

**Soccer** [2] - 3565:2

**soccer** [5] - 3558:25; 3559:2; 3564:21; 3565:15, 20

**social** [3] - 3576:11; 3593:13; 3647:8

**socialize** [1] - 3669:3

**soft** [3] - 3611:3; 3686:18

**sold** [3] - 3666:10; 3717:4; 3720:10

**soldier** [6] - 3557:21; 3559:14; 3592:11, 23; 3594:9; 3596:21

**soldiers** [4] - 3593:1, 6, 22; 3594:10

**solely** [1] - 3694:6

**solve** [1] - 3674:10

**solved** [1] - 3655:4

**someone** [3] - 3543:5; 3564:2; 3566:19; 3572:23; 3585:16; 3601:24; 3624:16; 3637:17; 3648:10; 3712:20

**sometime** [1] - 3578:20

**Sometimes** [1] - 3705:15

**sometimes** [2] - 3685:10; 3705:14

**somewhat** [1] - 3571:18

**somewhere** [2] - 3665:23; 3699:8

**Somewhere** [1] - 3665:23

**son** [11] - 3578:1; 3579:3, 13-14; 3666:10; 3705:2, 18, 20; 3706:12; 3708:17; 3709:14

**son's** [8] - 3577:7; 3711:19, 23-24; 3712:1, 4

**son-in-law** [1] - 3666:10

**Sonny** [1] - 3593:18

**soon** [2] - 3545:20; 3678:25

**sophisticated** [1] - 3672:12

**sorry** [6] - 3532:1, 24; 3574:20; 3578:13; 3580:10; 3677:19

**sort** [9] - 3536:12; 3537:1; 3574:12; 3596:17; 3600:17; 3607:13; 3614:6; 3681:5

**sorting** [1] - 3596:22

**sorts** [1] - 3606:18

**sound** [1] - 3668:20

**Sounded** [1] - 3587:21

**sounded** [1] - 3623:25

**sounds** [5] - 3534:2; 3552:2, 6; 3567:2; 3619:17

**Sounds** [1] - 3683:6

**source** [1] - 3603:2

**sources** [1] - 3653:2

**south** [1] - 3550:20

**Southwest** [1] - 3523:15

**spared** [1] - 3647:17

**speaker** [7] - 3624:20-23; 3666:4; 3667:2

**speaker's** [1] - 3666:5

**speakers** [1] - 3624:12

**speaking** [4] - 3624:22; 3667:15; 3678:3

**speaks** [2] - 3536:20; 3662:6

**special** [3] - 3551:24; 3704:24

**specific** [2] - 3628:14; 3672:6

**speculation** [3] - 3556:9; 3623:15; 3666:20

**speed** [1] - 3532:13

**spend** [4] - 3561:8; 3686:19; 3687:6; 3697:5

**spent** [4] - 3674:13; 3686:19; 3696:6, 10

**Spero** [7] - 3573:3, 8; 3574:21; 3705:25; 3706:2; 3709:18; 3713:17

**spill** [1] - 3705:23

**splash** [1] - 3621:10

**splinter** [1] - 3573:7

**spoken** [6] - 3608:16; 3611:3; 3652:16; 3722:16

**spontaneously** [2] - 3627:22; 3703:15

**Sport** [1] - 3607:19

**spots** [2] - 3602:5; 3604:16

**spotted** [1] - 3708:13

**spring** [2] - 3689:3

**Squad** [1] - 3673:2

**stable** [1] - 3713:3

**Stage** [1] - 3573:20

**stage** [2] - 3668:3; 3691:8

**stair** [1] - 3591:13

**staircase** [4] - 3589:23, 25; 3590:2, 4

**Staircase** [1] - 3590:3

**stairs** [7] - 3589:16; 3591:7, 9; 3694:1, 3; 3718:1, 23

**stairwell** [1] - 3591:9

**stake** [1] - 3705:9

**stand** [24] - 3524:12; 3527:4; 3537:24; 3540:25; 3552:17; 3558:5; 3561:18, 23; 3563:10; 3608:23-25; 3618:18; 3619:3; 3624:12; 3625:6; 3627:20; 3628:13; 3629:2; 3644:5, 14; 3655:19; 3670:3; 3694:12

**standard** [5] - 3533:7, 9; 3537:10; 3664:18; 3722:1

**standards** [1] - 3722:3

**standing** [7] - 3537:4, 6; 3580:23; 3581:1; 3693:18; 3694:2

**stare** [1] - 3538:5

**start** [12] - 3582:21; 3607:1; 3679:3, 11; 3681:9, 22; 3682:11; 3702:6, 16; 3724:12

**started** [7] - 3526:1; 3544:15; 3556:21; 3589:23; 3596:16; 3684:21

**startled** [1] - 3583:3

**starts** [1] - 3703:9

**State** [7] - 3570:24; 3571:2, 4, 21; 3572:5, 9; 3575:5

**statement** [8] - 3540:16; 3614:9; 3616:1; 3634:8; 3667:1; 3671:17; 3672:8; 3685:3

**statements** [9] - 3532:16; 3623:19; 3625:3; 3644:2; 3666:3; 3672:13; 3702:11; 3716:19

**Staten** [3] - 3581:15; 3585:9; 3686:13; 3687:2; 3689:12

**STATES** [3] - 3520:1, 3, 12

**States** [4] - 3520:5, 15, 18; 3612:22

**station** [1] - 3688:13

**stationed** [1] - 3580:14

**stationery** [1] - 3571:23

**statute** [1] - 3604:20

**stay** [3] - 3668:13, 19; 3722:23

**stayed** [1] - 3723:9

**staying** [1] - 3636:21

**steal** [1] - 3646:16

**stealing** [1] - 3709:2

**stenography** [1] - 3521:9

**step** [4] - 3606:2; 3610:3; 3694:3

**STEPHEN** [1] - 3520:8

**Stephen** [2] - 3522:9; 3570:6

**steps** [1] - 3589:11

**Steve** [2] - 3647:2; 3650:15

**Steven** [16] - 3527:23; 3528:2; 3592:5, 8, 15; 3593:3, 21, 25; 3594:5, 13, 16, 23; 3595:4; 3610:12; 3646:14; 3647:7

**Stevie** [1] - 3592:21

**still** [5] - 3525:17; 3583:5; 3639:12; 3660:1; 3700:19

**Still** [1] - 3713:10

**stolen** [1] - 3647:11

**stone** [1] - 3600:25

**stop** [1] - 3545:19

**stopped** [4] - 3545:23; 3551:1; 3554:3, 11

**store** [12] - 3530:23; 3531:5, 17; 3556:18; 3621:9, 11-12; 3622:6; 3635:5; 3642:7, 14

**storefront** [1] - 3589:24

**stories** [1] - 3723:22

**story** [11] - 3541:5; 3589:12, 15; 3619:22; 3620:11; 3662:5; 3663:1; 3704:13; 3706:20, 24

**straight** [3] - 3591:15; 3636:3; 3657:4

**straight-faced** [1] - 3636:3

**straightforward** [1] - 3595:14

**street** [5] - 3550:22; 3588:25; 3595:24; 3596:2, 5; 3653:13

**Street** [8] - 3506:3, 9; 3575:20; 3580:1; 3589:24; 3688:17; 3718:9

**streets** [1] - 3550:18

**stress** [1] - 3623:17

**stretch** [1] - 3553:9

**stretched** [1] - 3645:2

**strong** [2] - 3588:20; 3654:7

**struck** [1] - 3628:4

**Stuart** [1] - 3523:13

**stub** [1] - 3571:16

**student** [1] - 3612:25

**stuff** [2] - 3595:25; 3700:24

**stuffed** [1] - 3553:19

**stupid** [2] - 3671:13

**subject** [13] - 3616:15; 3621:4; 3623:17; 3624:12; 3625:7, 9; 3652:10, 20; 3653:10; 3666:13, 16; 3684:12, 25

**subliminal** [1] - 3614:2

**submit** [44] - 3535:7; 3536:23; 3537:7, 13; 3545:21; 3546:1; 3550:5; 3556:9; 3557:15; 3558:1; 3561:2; 3583:14; 3588:18; 3591:7, 18; 3594:6; 3595:1, 13; 3600:6; 3606:7; 3608:7, 11; 3609:12; 3615:4; 3632:24; 3633:4; 3636:5; 3653:6; 3654:7; 3662:5, 11; 3663:23; 3671:8; 3672:8; 3673:23; 3674:9; 3685:25; 3692:21; 3693:3; 3701:17; 3706:15; 3709:10; 3710:24

**submitted** [1] - 3691:23

**subpoenaed** [1] - 3644:16

**subsequent** [1] - 3703:5

**substantial** [1] - 3693:1

**subtract** [1] - 3681:4

**successful** [3] - 3603:4; 3719:1

**Sue** [1] - 3585:1

**sufficient** [5] - 3623:7; 3636:17; 3682:20

**suggest** [9] - 3550:9, 13; 3553:25; 3618:22; 3623:13; 3630:2; 3635:20; 3660:15; 3705:8

**suggested** [1] - 3615:9

**suggesting** [2] - 3587:17; 3679:11

**suggestion** [4] - 3614:2, 7; 3677:21; 3705:3

**suggestions** [1] - 3715:4

**suggests** [1] - 3555:12

**Suite** [1] - 3523:15

**summarizing** [1] - 3529:1

**summation** [11] - 3568:18, 21; 3569:5; 3612:19; 3613:2; 3616:14; 3633:6; 3679:10; 3684:24; 3706:19; 3707:16

**summations** [3] - 3678:4; 3684:22

**summer** [1] - 3596:9

**summoned** [1] - 3709:8

**sun** [1] - 3704:10

**Sunday** [6] - 3533:3, 6, 18; 3535:20; 3669:22, 25

**supply** [1] - 3633:20

**support** [2] - 3619:7; 3691:23

**supported** [4] - 3555:25; 3651:11; 3707:5; 3715:6

**supporting** [5] - 3558:1; 3589:3; 3591:20; 3605:2, 16

**supportive** [2] - 3668:17; 3670:2

**supports** [2] - 3535:14; 3589:6

**suppose** [2] - 3627:11; 3633:25

**supposed** [8] - 3621:13; 3649:25; 3656:16; 3660:17; 3690:18; 3711:14

**supposedly** [5] - 3663:13, 17; 3668:7; 3672:12

**surely** [3] - 3652:20; 3664:2; 3666:21

**surmise** [1] - 3623:16

**surprise** [2] - 3533:12; 3616:8

**surprised** [2] - 3582:24

**surprisingly** [1] - 3556:17

**surrounding** [1] - 3623:3

**surveillance** [3] - 3593:9; 3659:7; 3660:2

**surveillances** [1] - 3657:23

**surveilling** [1] - 3664:14

**suspect** [2] - 3655:9, 11

**suspected** [3] - 3647:13; 3709:2, 6

**suspects** [1] - 3647:14

**suspend** [1] - 3722:9

**suspicion** [3] - 3540:16; 3623:12; 3667:1

**suspicions** [1] - 3655:7

**suspicious** [9] - 3532:15; 3636:23; 3668:4, 7; 3670:4, 13-14; 3712:13

**suspiciously** [2] - 3644:2

**swayed** [1] - 3613:16

**switch** [4] - 3601:23; 3606:12

**switched** [1] - 3645:24

**sworn** [3] - 3653:17; 3711:4

**sympathy** [2] - 3609:8

**system** [6] - 3615:20, 22; 3693:6; 3696:11; 3703:11; 3722:2

# T

**T.G** [1] - 3593:7

**Tabbita** [120] - 3530:13, 17; 3531:1, 4, 10, 13, 15-16, 20; 3532:4; 3534:5; 3547:2; 3556:13, 20; 3558:4, 9, 14-15; 3559:7, 17; 3560:8, 23, 25; 3561:17, 21, 24; 3562:1, 4-6, 8, 11, 13, 24; 3563:4, 8, 10, 25; 3564:3, 5, 16, 19; 3565:6, 8, 25; 3566:4, 11, 15; 3567:7, 15; 3604:6; 3622:3; 3635:9, 16, 23; 3636:24; 3637:25; 3638:5, 7; 3639:11; 3640:1; 3643:5, 9; 3644:5; 3645:6, 9; 3646:15, 18, 20-21; 3647:14; 3648:8, 13, 18, 20, 25; 3649:4, 9; 3650:14, 17, 22; 3651:11, 14-15, 17, 22, 24; 3652:5, 13, 19; 3653:2, 6, 12; 3654:8, 10, 17; 3655:13, 18; 3656:1, 12, 20; 3660:4, 8, 13; 3661:23; 3663:8; 3668:8; 3670:15; 3674:18; 3696:17; 3697:4

**Tabbita's** [13] - 3531:23; 3566:2; 3636:13; 3637:1; 3643:10; 3649:11; 3650:19; 3654:21; 3661:17, 22; 3662:4, 14; 3668:21

**Tabitta** [5] - 3540:9; 3615:6; 3618:8; 3621:11; 3675:3

**table** [6] - 3531:12; 3534:20; 3556:17; 3607:7; 3678:24; 3712:22

**tables** [6] - 3564:11; 3605:9-11, 13; 3607:22

**tackling** [1] - 3688:6

**talks** [2] - 3537:12; 3640:23

**tall** [1] - 3620:3

**tanker** [1] - 3524:21

**tapes** [2] - 3552:18

**tarp** [1] - 3688:21

**Tartaglione** [2] - 3593:12; 3686:25

**tax** [2] - 3633:9, 24

**taxes** [2] - 3523:24; 3633:18

**teach** [2] - 3565:21; 3566:8

**teaches** [2] - 3558:5; 3565:12

**tear** [1] - 3543:17

**tears** [2] - 3630:13; 3695:12

**tech** [1] - 3612:11

**technical** [1] - 3613:22

**tee** [1] - 3604:3

**telephone** [2] - 3544:25; 3707:14

**Telephone** [1] - 3521:7

**television** [1] - 3578:1

**tempting** [1] - 3635:16

**ten** [5] - 3563:14; 3677:5; 3680:15; 3696:13; 3701:13

**Ten** [2] - 3595:6; 3600:8

**tend** [3] - 3611:3; 3619:1

**tended** [1] - 3618:21

**term** [6] - 3650:18; 3663:19; 3698:4; 3699:5

**terms** [3] - 3615:1; 3616:22; 3680:1

**Terry** [4] - 3571:2, 11, 21; 3572:4

**test** [1] - 3616:21

**testified** [76] - 3555:19; 3620:19; 3622:3; 3624:2; 3626:6; 3627:25; 3628:18, 22; 3629:10, 16, 18; 3630:12; 3631:18; 3633:9; 3635:10; 3636:3, 24; 3640:1; 3644:7; 3645:9; 3646:21; 3647:20; 3648:22; 3651:25; 3652:18; 3653:12; 3659:8; 3660:14, 24; 3663:4; 3664:13; 3665:5, 22; 3667:7, 15, 23; 3668:8, 11, 15, 23; 3669:2, 5, 7, 12; 3670:15, 17; 3674:2; 3685:6; 3686:23; 3690:12; 3696:21; 3702:20; 3709:16; 3710:2, 9, 25; 3712:2; 3713:21; 3715:13-15, 19; 3716:4, 9; 3717:13, 21; 3718:20; 3719:7, 18, 20-22; 3721:15

**testifies** [6] - 3626:1; 3640:7; 3641:12; 3700:14; 3701:19

**testify** [6] - 3532:8; 3547:16; 3623:20; 3626:25; 3712:12

**testifying** [7] - 3542:12; 3619:9, 13; 3657:16; 3667:2; 3698:18

**testimony** [149] - 3530:12; 3531:23; 3537:23; 3539:10; 3542:7; 3545:9; 3547:17; 3548:5; 3550:4; 3551:23; 3555:8; 3558:9; 3559:20; 3560:23; 3562:14, 23; 3564:1; 3566:3; 3570:13, 15; 3575:22; 3577:5, 12, 21; 3579:12, 22; 3580:17; 3581:7; 3584:6, 14-15; 3585:1; 3588:9; 3589:3, 6; 3591:10, 12; 3594:1, 5, 25; 3595:17; 3596:12; 3597:13, 21; 3598:14; 3599:4; 3601:6; 3602:13; 3604:13, 15; 3605:3; 3607:21; 3612:12; 3617:12; 3620:24; 3621:14, 16; 3623:22; 3624:8; 3625:5; 3626:25; 3627:23, 25; 3629:7, 19; 3632:1, 22; 3633:7; 3634:9; 3635:12; 3636:3, 9-10, 14, 16; 3637:1, 4; 3640:20; 3642:25; 3643:12, 24-25; 3644:4; 3645:1; 3646:19; 3648:8; 3650:19; 3653:1, 17; 3654:11; 3656:4, 8, 25; 3657:7; 3659:11, 23; 3660:10; 3661:11; 3665:3, 17; 3667:4, 22, 24; 3668:21; 3670:1; 3671:2, 21, 23; 3686:10, 14, 16; 3691:20; 3692:17; 3693:4; 3694:7, 20; 3695:20; 3696:25; 3699:13; 3700:10, 12, 19, 25; 3704:5; 3706:21; 3707:1, 5; 3709:11; 3711:4; 3713:6; 3715:7, 9; 3716:18; 3719:8; 3723:24

**testing** [1] - 3550:21

**Texas** [1] - 3601:13

**thanked** [1] - 3633:14

**THE** [96] - 3520:12; 3522:2, 13; 3523:3, 25; 3524:2, 8, 16, 24; 3525:2, 8, 10, 14, 19, 21, 25; 3526:3, 9, 11-12, 24; 3530:20; 3531:8; 3541:7; 3567:18, 21, 25; 3568:2, 5, 7, 11, 14, 23; 3569:1, 12, 14, 16, 21, 23, 25; 3600:14; 3609:4; 3610:15, 19, 24; 3611:7; 3612:3, 5; 3675:8, 12, 17; 3676:4, 6-7, 12, 21-22, 24; 3677:1, 8, 18, 20, 22; 3678:1, 3, 8, 17; 3679:15, 17, 19, 23; 3680:4, 7, 15,

20; 3681:2, 8, 13, 17, 20, 23; 3682:2, 4, 13-14; 3683:1, 7, 9; 3684:1, 7; 3722:8; 3724:10, 12, 18, 20; 3725:4

**themes** [2] - 3616:12; 3617:16

**themselves** [4] - 3617:21; 3618:14; 3652:23; 3685:16

**theoretically** [1] - 3714:4

**theories** [8] - 3636:21; 3637:2; 3644:1; 3655:16; 3662:21; 3715:4

**theory** [17] - 3554:5; 3555:11; 3556:7; 3589:3; 3613:14; 3623:13; 3638:4; 3648:15; 3655:15; 3662:20; 3665:1; 3673:15; 3715:5; 3719:11, 14

**therefore** [2] - 3533:14; 3674:19

**they've** [1] - 3618:22

**thick** [1] - 3691:15

**thigh** [1] - 3586:23

**thin** [1] - 3645:2

**thinks** [1] - 3703:15

**third** [2] - 3525:2; 3619:4

**Third** [1] - 3527:11

**Thirdly** [2] - 3624:22; 3666:5

**Thomas** [3] - 3627:5; 3660:18; 3661:7

**thousand** [1] - 3626:13

**threaten** [1] - 3559:13

**threatened** [1] - 3647:16

**threats** [1] - 3558:7

**three** [30] - 3527:11, 21; 3528:8, 10; 3530:3-5; 3562:6; 3568:3, 5; 3579:19; 3600:23; 3601:4; 3609:11, 22; 3616:17, 20; 3618:9; 3623:25; 3624:13; 3637:24; 3642:7; 3650:23; 3652:6; 3668:1; 3670:18; 3681:6; 3702:16; 3713:23; 3722:21

**Three** [5] - 3562:18; 3601:1; 3608:9

**three-quarters** [1] - 3623:25

**throughout** [4] - 3628:4; 3698:16; 3704:19; 3720:7

**Throughout** [1] - 3661:3

**thrown** [2] - 3545:21; 3663:5

**Thursday** [6] - 3529:12; 3533:4; 3539:4; 3543:6; 3669:24

**ticketed** [3] - 3579:19, 21, 25

**tickets** [3] - 3579:17

**tie** [2] - 3665:8; 3667:23

**tied** [4] - 3619:25; 3622:16; 3635:19

**ties** [2] - 3605:13

**tight** [1] - 3682:20

**timing** [1] - 3554:8

**tiniest** [1] - 3707:12

**title** [1] - 3664:7

**titles** [2] - 3628:12

**today** [13] - 3525:7; 3527:2; 3529:1; 3582:8; 3634:8; 3643:11; 3644:6; 3674:11; 3680:2; 3682:21; 3684:19; 3697:13; 3706:17

**together** [21] - 3555:16; 3558:21; 3586:5; 3587:4-6; 3598:9; 3599:11, 15-16; 3602:6; 3605:13; 3609:15; 3614:3; 3631:6; 3669:16; 3700:9;

3703:25; 3723:6

**tokens** [1] - 3686:11

**tommy** [1] - 3704:3

**Tommy** [1] - 3572:3

**tomorrow** [22] - 3675:19, 22, 25; 3677:4, 11, 15; 3678:10; 3679:3; 3680:10; 3681:15, 25; 3682:10, 18, 25; 3683:2; 3684:2; 3722:10, 12, 17, 22; 3723:2; 3724:7

**Tomorrow's** [1] - 3724:3

**tomorrow's** [1] - 3680:1

**tones** [1] - 3670:4

**tonight** [1] - 3545:3

**Tony** [5] - 3571:13, 17; 3604:23; 3633:12, 15

**took** [15] - 3558:5; 3563:24; 3569:18; 3603:10; 3608:22, 24-25; 3628:13; 3629:2; 3651:14; 3659:8; 3660:1; 3671:17; 3682:21

**tools** [2] - 3607:25; 3608:1

**Tools** [1] - 3607:25

**Tooti** [2] - 3626:14, 21

**top** [4] - 3565:1; 3591:3; 3709:3

**total** [1] - 3619:9

**totally** [1] - 3712:8

**touch** [3] - 3587:10; 3616:11; 3621:5

**toward** [3] - 3644:3; 3698:21

**towards** [1] - 3682:21

**towed** [2] - 3530:8

**Towing** [1] - 3530:6

**town** [3] - 3619:23; 3620:3, 12

**tracks** [1] - 3532:20

**tractor** [1] - 3523:19

**trade** [4] - 3592:16; 3607:25; 3608:1

**traffic** [1] - 3681:18

**trail** [1] - 3616:8

**trailer** [1] - 3523:19

**transactions** [2] - 3592:12; 3594:9

**Transcript** [1] - 3521:9

**TRANSCRIPT** [1] - 3520:11

**transcript** [6] - 3613:3, 7; 3665:6; 3710:22

**Transcription** [1] - 3521:9

**traveled** [1] - 3555:16

**Treacherous** [1] - 3584:4

**treated** [1] - 3634:1

**tree** [5] - 3620:4, 14; 3622:14; 3664:9, 19

**TRIAL** [1] - 3520:11

**trial** [38] - 3522:2; 3527:19; 3532:22; 3550:6; 3555:12; 3565:4, 9; 3569:19; 3577:6, 12; 3587:12; 3592:12; 3600:18; 3612:20; 3613:24; 3616:23; 3626:5; 3628:21; 3653:16; 3656:9, 22; 3660:17; 3674:9; 3707:12; 3710:8, 10-11; 3711:4, 6; 3712:10; 3719:24; 3723:22

**tried** [12] - 3529:23; 3550:8; 3551:13; 3553:25; 3554:17; 3556:14; 3652:14; 3654:5; 3660:10; 3687:24; 3688:5

**tries** [2] - 3637:24; 3660:18

**trigger** [1] - 3704:11

**Trim** [1] - 3689:21

**Trimaldi** [16] - 3574:25; 3575:3, 13; 3579:9; 3580:14; 3582:21, 24; 3584:2; 3688:3, 5, 20, 24; 3689:11, 17; 3718:12, 16

**trip** [4] - 3550:9, 14; 3551:13; 3552:12

**triple** [1] - 3524:22

**triples** [1] - 3523:19

**Tropical** [1] - 3607:18

**trouble** [3] - 3687:4; 3708:5

**truck** [1] - 3715:17

**True** [1] - 3697:11

**true** [26] - 3545:8; 3546:11; 3557:8; 3614:17; 3615:21; 3620:8; 3626:18, 23; 3643:7; 3654:14; 3664:20; 3666:17, 21; 3671:13; 3678:6; 3692:12; 3700:12, 23; 3701:10; 3710:5, 21; 3717:9

**trunk** [3] - 3530:10; 3547:4, 7

**trust** [2] - 3614:5, 24

**trusted** [1] - 3704:12

**trustworthy** [7] - 3615:11, 13, 15; 3625:1, 11; 3694:20; 3696:20

**truth** [46] - 3531:16; 3539:5, 8; 3540:2, 4, 12; 3551:12; 3553:5, 12, 15; 3560:25; 3562:1, 4, 11; 3563:10, 25; 3564:16; 3565:7; 3574:13; 3578:24; 3579:16; 3584:19; 3585:5; 3591:16; 3599:3, 22; 3600:2; 3608:5; 3617:9; 3624:16, 20-21; 3625:4, 24; 3636:4; 3654:14; 3666:4; 3711:6

**truthful** [12] - 3558:4; 3561:17, 22; 3563:4; 3564:1, 5, 18; 3565:9; 3567:15; 3672:9; 3674:19

**truthfully** [1] - 3624:22

**try** [15] - 3530:21; 3565:19; 3567:24; 3618:16, 21; 3622:13; 3651:14; 3667:19; 3668:12, 17; 3683:1; 3684:1; 3713:12

**trying** [23] - 3531:18; 3532:19-21; 3545:12; 3546:3, 11-12; 3550:14; 3552:12; 3597:2; 3607:9; 3631:9; 3634:12; 3639:12; 3656:13; 3662:18; 3663:8; 3668:14; 3671:1, 24; 3674:10

**turn** [1] - 3582:20

**Turn** [1] - 3707:18

**turned** [4] - 3574:1; 3653:1; 3660:7; 3668:18

**turns** [3] - 3591:15; 3664:10; 3670:13

**tuxedo** [2] - 3665:7

**Tuzzio** [2] - 3686:2

**TV** [3] - 3559:22; 3562:21; 3599:19

**twelve** [3] - 3723:4; 3724:24

**twice** [1] - 3546:15

**Two** [5] - 3562:8; 3601:1; 3608:9; 3633:10

**two** [67] - 3523:6; 3524:23; 3528:11, 13, 21; 3529:17; 3530:17; 3533:2; 3534:20; 3550:6; 3554:7; 3555:10;

3556:6; 3559:23; 3561:16; 3562:6, 22;
3572:8; 3582:7, 24; 3583:3, 8-9, 22;
3600:20, 23, 25; 3601:3; 3606:8;
3609:15, 20; 3614:13; 3618:10;
3635:20; 3641:20; 3647:15; 3649:2;
3668:1; 3670:18; 3679:22; 3680:14, 18,
20, 25; 3681:1; 3684:2; 3685:1; 3686:1;
3687:4, 7; 3689:24; 3693:1; 3701:13;
3706:18; 3713:24; 3714:3, 5; 3719:12;
3721:2; 3724:20, 24

**two-month** [1] - 3550:6
**tying** [2] - 3566:19, 25
**type** [7] - 3568:23; 3656:5; 3663:24;
3664:1; 3667:1; 3671:21, 23
**typed** [1] - 3536:25
**types** [1] - 3625:3
**typo** [1] - 3650:9

## U

**ultimate** [1] - 3617:10
**ultimately** [2] - 3586:6; 3704:15
**unable** [3] - 3560:6; 3659:11
**Uncle** [3] - 3627:3; 3663:14; 3719:16
**uncle** [8] - 3609:2, 6; 3624:5; 3627:3;
3646:5; 3658:4; 3663:11, 17
**uncomfortable** [2] - 3527:2; 3633:18
**uncontestable** [3] - 3628:18, 21;
3629:12
**uncorroborated** [1] - 3712:8
**uncross** [1] - 3636:16
**under** [11] - 3586:7; 3589:24; 3616:18;
3619:2; 3634:2; 3661:20; 3662:19, 25;
3674:9; 3711:4; 3717:14
**Under** [1] - 3627:19
**underboss** [7] - 3557:12; 3602:2;
3694:12; 3698:19, 25; 3699:1; 3701:1
**underneath** [1] - 3585:3
**undertook** [2] - 3687:5; 3697:8
**undoubtedly** [1] - 3634:5
**unearthed** [1] - 3585:3
**unequivocally** [1] - 3638:19
**unfortunate** [2] - 3626:7; 3635:7
**unguarded** [1] - 3551:19
**unindicted** [1] - 3706:7
**unit** [2] - 3599:16
**Unit** [2] - 3599:16; 3629:6
**UNITED** [3] - 3520:1, 3, 12
**United** [4] - 3520:5, 15, 18; 3612:22
**unknown** [1] - 3544:23
**unless** [7] - 3553:20; 3625:17;
3684:17; 3694:13; 3707:24; 3722:23
**unlikely** [2] - 3664:10; 3712:6
**unlimited** [1] - 3612:23
**unlocked** [1] - 3580:9
**unphased** [2] - 3551:10
**unrelated** [1] - 3644:13
**unreliable** [1] - 3645:3
**unsolved** [3] - 3655:3; 3674:10;
3700:6

**unsupported** [1] - 3556:8
**untrustworthy** [1] - 3636:6
**untruth** [1] - 3632:24
**unusual** [2] - 3672:19; 3701:22
**up** [116] - 3522:21; 3532:13; 3536:20,
25; 3542:2, 4; 3543:21; 3547:5; 3550:9,
14; 3551:5, 13; 3552:12; 3554:7;
3555:9; 3558:20, 24; 3560:5, 19, 22;
3564:1, 22; 3565:4; 3572:17; 3579:11;
3581:20; 3582:15; 3583:22; 3584:21;
3587:2, 18; 3588:16; 3589:11, 16-17;
3591:13, 15; 3593:4; 3604:23; 3607:3,
21; 3609:8; 3610:8, 20, 22, 25; 3611:5,
7; 3612:21; 3613:25; 3617:16; 3618:18;
3620:5; 3622:16; 3626:21; 3631:6;
3633:10; 3639:5; 3641:6, 22; 3646:17;
3647:17; 3649:1; 3652:1, 8, 11, 13, 16;
3653:4; 3654:4; 3655:8; 3659:3, 16;
3660:24; 3661:7, 9; 3662:5, 8; 3663:1,
23; 3666:11; 3667:18; 3673:6; 3674:17;
3675:22; 3676:9; 3681:18; 3682:22;
3687:2; 3688:3, 6, 13, 20-21; 3689:22;
3691:7; 3693:20; 3699:12; 3702:1;
3704:12; 3709:7; 3710:3; 3711:15;
3712:21, 23; 3717:3; 3718:1, 21;
3720:21
**Up** [1] - 3713:24
**upholds** [1] - 3722:3
**upset** [1] - 3533:25
**upstairs** [5] - 3691:6, 9; 3718:3, 20
**upstate** [1] - 3648:25
**Urso** [2] - 3713:1
**USA** [2] - 3565:2, 5
**Uzi** [1] - 3635:24

## V

**vacant** [6] - 3530:23; 3531:5, 17;
3621:9, 12; 3622:7
**vague** [1] - 3673:22
**valuable** [1] - 3685:24
**value** [1] - 3652:25
**vandalized** [1] - 3564:4
**Vanderland** [1] - 3601:12
**varied** [1] - 3602:23
**varies** [1] - 3615:15
**variety** [4] - 3570:17, 22; 3721:8
**various** [6] - 3550:18; 3587:24;
3604:16; 3613:25; 3628:3; 3691:23
**Vegas** [1] - 3668:25
**vending** [1] - 3683:3
**Ventemeglia** [4] - 3540:23; 3541:2;
3546:2
**venture** [1] - 3606:18
**venue** [1] - 3525:21
**verdict** [10] - 3526:4; 3528:9; 3595:10;
3610:11; 3612:17; 3614:13; 3626:3;
3627:15; 3645:4; 3722:3
**verified** [1] - 3625:17
**verify** [1] - 3671:12

**Verrazano** [1] - 3686:11
**versa** [1] - 3566:7
**verse** [1] - 3616:25
**version** [3] - 3525:17, 19; 3643:10
**versus** [1] - 3583:22
**vice** [1] - 3566:7
**vicinity** [2] - 3534:19; 3699:8
**victim** [4] - 3559:16; 3563:11; 3574:24;
3580:12
**victims** [3] - 3558:11; 3559:16; 3562:2
**video** [2] - 3601:15
**Vienna** [37] - 3557:25; 3558:3, 18;
3559:1, 4, 10, 17; 3560:12, 24; 3561:4,
8-9, 14, 16, 19; 3562:6; 3563:6; 3564:4,
24; 3565:8, 10, 12, 14, 17, 23; 3566:8,
11, 21; 3567:2, 15; 3629:11; 3674:13,
17, 19; 3675:3
**Vienna's** [1] - 3561:24
**view** [3] - 3547:1; 3652:17; 3703:16
**viewed** [1] - 3555:15
**views** [2] - 3696:4; 3723:20
**vile** [3] - 3615:8, 10
**Village** [1] - 3607:18
**Vincent** [1] - 3593:11
**violence** [5] - 3558:6; 3561:12;
3565:13, 20
**violent** [3] - 3546:22; 3565:22; 3566:9
**violently** [1] - 3567:16
**virtual** [1] - 3649:6
**virtually** [1] - 3719:9
**visit** [9] - 3533:12; 3574:8; 3631:4;
3650:20; 3652:8, 24; 3653:8; 3669:3;
3723:23
**visitation** [1] - 3630:17
**visited** [6] - 3648:25; 3650:14;
3651:16; 3653:19; 3656:11; 3664:24
**visiting** [5] - 3566:3; 3630:19; 3649:7;
3651:10
**visitor** [2] - 3574:10
**visitors** [1] - 3652:24
**visits** [6] - 3631:1; 3652:22, 25;
3653:11; 3654:7; 3669:20
**Vitale** [114] - 3531:24; 3532:2, 4, 8;
3540:8; 3557:12; 3570:20; 3572:19;
3573:2, 6, 11, 14, 17; 3574:16, 19, 21;
3576:25; 3577:7; 3585:12, 16, 20;
3587:13, 18, 22; 3602:2, 6, 10-11;
3603:4; 3608:2; 3615:6; 3622:21;
3623:21; 3624:17; 3625:9, 16, 21, 25;
3626:1, 4, 6, 9, 12-13, 16; 3630:11, 15;
3658:1; 3665:22; 3666:22; 3672:17;
3685:1; 3686:24; 3692:22-24; 3694:7,
9, 16; 3695:10, 12, 18, 22, 25; 3696:19;
3697:5; 3700:9; 3701:18; 3702:5;
3704:24; 3705:4, 9, 13, 19; 3706:15;
3707:19, 25; 3708:1-3, 5, 8, 15, 25;
3709:15; 3710:25; 3711:10, 12;
3712:15, 17, 21; 3713:1, 8, 18, 20;
3714:1; 3715:2, 8; 3716:5, 7, 13;
3717:13, 15; 3718:25; 3721:15

**Vitale's** [14] - 3571:24; 3579:11; 3593:13; 3625:13; 3665:17; 3707:1, 5, 17, 23; 3708:7; 3709:10; 3712:12, 24; 3713:12

**Vito** [40] - 3531:2, 4; 3534:7; 3546:25; 3556:13; 3558:19, 23; 3559:8, 17; 3560:9, 17; 3562:12; 3565:24; 3566:13; 3567:7; 3640:7, 9, 12, 14, 17; 3641:9; 3642:14; 3643:9; 3644:23; 3645:8, 10, 23-24; 3646:2, 7-9, 18; 3648:18; 3649:14; 3653:19, 24; 3654:4; 3660:4, 8

**volume** [1] - 3691:15

**volunteered** [3] - 3645:10; 3694:9; 3696:1

**Volvo** [1] - 3664:18

**Vormittag** [38] - 3536:2, 9, 11, 15, 19, 25; 3537:10, 16, 20, 24; 3538:21, 25; 3539:3, 8, 19-20; 3540:1, 5, 13; 3544:8, 13, 19; 3546:5, 16; 3549:18, 22; 3552:11; 3653:3; 3664:24; 3665:5, 10; 3670:21; 3671:17; 3672:25; 3673:1

**vote** [1] - 3721:23

## W

**wagon** [1] - 3688:13
**wait** [1] - 3679:15
**waited** [1] - 3718:22
**waiter** [3] - 3543:2; 3545:9; 3632:17
**waiting** [3] - 3580:14; 3691:10; 3692:20
**wake** [10] - 3574:21; 3657:23; 3659:3, 5, 25; 3664:14, 17; 3668:12, 15
**wakes** [1] - 3657:23
**walk** [6] - 3577:3; 3579:24; 3580:2, 4; 3599:20; 3696:16
**walked** [3] - 3564:10; 3609:1; 3618:11
**walking** [6] - 3548:11, 22; 3550:19, 23-24; 3666:22
**wallet** [1] - 3563:17
**wants** [11] - 3535:11; 3548:3; 3556:4; 3593:25; 3638:8; 3661:13; 3662:1; 3673:2; 3704:16
**warrants** [1] - 3571:5
**watch** [9] - 3563:15, 17, 19-21, 24; 3584:21; 3612:14; 3723:21
**watched** [1] - 3557:7
**watching** [6] - 3531:12; 3556:16; 3559:22; 3562:21; 3578:1
**waved** [1] - 3550:25
**ways** [5] - 3527:18; 3570:17, 22; 3592:18; 3613:18; 3614:6; 3628:23; 3644:10; 3649:2; 3667:5
**weak** [4] - 3572:22; 3586:3; 3705:23; 3706:15
**weakling** [1] - 3687:22
**wealth** [1] - 3623:25
**weapons** [1] - 3713:24
**wearing** [1] - 3562:7

**weasel** [1] - 3597:2
**weather** [2] - 3681:18, 25
**weaving** [1] - 3596:3
**wedding** [6] - 3582:7, 11; 3593:4
**wee** [1] - 3607:2
**week** [10] - 3573:16; 3602:16; 3604:18; 3673:15; 3698:23; 3701:12
**weeks** [8] - 3530:3-5; 3553:18; 3572:8; 3614:9; 3700:16; 3701:13
**weight** [3] - 3667:2; 3675:6; 3715:10
**west** [1] - 3550:19
**whatsoever** [1] - 3657:13
**whistling** [1] - 3693:20
**WHITE** [31] - 3520:19; 3522:7; 3530:19; 3531:7; 3541:6; 3578:12; 3610:23; 3611:6, 12; 3612:7; 3622:1; 3640:1; 3642:3; 3659:1; 3675:1, 15; 3678:4, 14, 23, 25; 3679:3, 13; 3680:3, 6; 3681:11, 25; 3684:10; 3700:1; 3715:1; 3724:19
**White** [21] - 3522:7; 3526:4; 3536:18, 20; 3545:12, 21; 3548:3; 3550:7, 15; 3551:13; 3552:11; 3554:16; 3556:7; 3583:11; 3587:10; 3606:3; 3607:6; 3610:19; 3612:6; 3683:4; 3684:8
**White's** [1] - 3566:1
**Whites** [1] - 3553:22
**whole** [5] - 3531:12; 3541:4; 3565:7; 3603:25; 3612:20; 3623:25; 3629:16; 3660:24; 3706:19, 24; 3714:5
**widespread** [1] - 3594:2
**wife** [9] - 3529:20; 3532:10; 3544:7; 3579:14; 3632:1; 3635:3; 3666:17; 3668:24; 3669:2
**wild** [1] - 3614:11
**William** [2] - 3538:21; 3601:12
**willing** [7] - 3565:13, 21; 3575:7, 15; 3576:16; 3672:25; 3682:2
**wind** [1] - 3699:12
**window** [2] - 3551:5, 8
**winter** [1] - 3719:12
**wiretap** [1] - 3575:25
**wisdom** [1] - 3717:17
**wishes** [1] - 3569:2
**Wisniak** [2] - 3647:23
**Withdrawn** [1] - 3653:19
**withdrawn** [1] - 3648:21
**WITNESS** [1] - 3525:21
**witness** [16] - 3540:10; 3547:15; 3552:17; 3558:4; 3561:18, 22; 3563:5, 10; 3564:1, 5, 18; 3565:9; 3567:15; 3589:3; 3596:12; 3607:6; 3614:24; 3615:15; 3616:6, 15, 18; 3618:18; 3619:3; 3624:12, 14, 16, 21; 3625:6; 3627:19-21; 3628:6, 10; 3629:15; 3635:13; 3644:5, 14; 3655:19; 3662:24; 3664:12; 3666:4; 3671:21; 3685:19; 3687:9; 3694:11; 3695:9, 17; 3702:20; 3703:18; 3706:18, 23
**witness'** [6] - 3589:6; 3615:1, 3;

3616:18; 3619:2; 3627:20
**witness's** [1] - 3607:21
**witnesses** [64] - 3523:6; 3531:2, 19; 3540:8; 3574:7, 13; 3575:24; 3581:19; 3584:5, 11, 17; 3586:12; 3587:5; 3589:4; 3591:4, 11; 3595:16; 3599:3, 22; 3600:1; 3605:17; 3606:8; 3607:10; 3608:5; 3614:18; 3615:4, 14; 3616:2, 25; 3617:5, 13, 17; 3618:13, 15, 17, 20; 3619:9, 11; 3627:23; 3628:3, 12, 16-17, 22; 3635:17; 3636:5; 3654:11, 15; 3656:4; 3662:16; 3672:17; 3674:1; 3685:1, 10, 25; 3686:17, 23; 3696:21; 3699:20; 3721:7
**Witnesses** [2] - 3540:6; 3719:18
**witnesses'** [2] - 3605:3; 3686:16
**woman** [1] - 3542:15
**woman's** [1] - 3542:19
**wonder** [1] - 3624:19
**wonderful** [1] - 3708:2
**wondering** [1] - 3611:4
**word** [14] - 3546:18; 3594:18, 20; 3615:1, 3, 5, 7; 3645:2; 3647:13; 3665:14; 3672:9, 11; 3694:22
**word-for-word** [1] - 3672:9
**words** [2] - 3543:17; 3632:20
**worker** [1] - 3562:17
**works** [4] - 3523:14; 3606:9; 3613:19
**world** [5] - 3671:9; 3672:12; 3705:13; 3707:22
**world's** [1] - 3657:2
**worried** [2] - 3535:7
**worry** [6] - 3541:25; 3542:6; 3574:2
**worse** [5] - 3617:21; 3644:9; 3702:20, 25
**wounds** [1] - 3713:23
**wrapped** [1] - 3584:21
**write** [1] - 3690:9
**written** [1] - 3710:20
**wrote** [3] - 3536:25; 3537:11; 3574:11

## Y

**yard** [2] - 3575:5, 7
**year** [18] - 3523:7, 13; 3533:5; 3596:7; 3597:4; 3606:20; 3669:22, 25; 3682:4, 6; 3703:7; 3712:24; 3719:23; 3720:18
**years** [25] - 3523:23; 3524:23; 3530:16; 3554:7; 3555:10; 3556:6; 3566:5; 3581:24; 3582:7; 3584:9; 3618:11; 3621:17; 3630:11; 3655:4; 3670:25; 3671:3, 5; 3674:20; 3694:10; 3695:14; 3696:16; 3699:9; 3717:11; 3720:7; 3721:2
**yes-and-no** [1] - 3655:20
**yesterday** [10] - 3522:16; 3526:5; 3527:1; 3529:1, 10; 3530:10; 3532:4; 3600:22; 3621:5
**Yesterday** [1] - 3527:4; 3530:12
**YORK** [1] - 3520:1

GR      OCR      CM      CRR      CSR

**York** [22] - 3520:6, 15-16; 3523:11; 3552:21; 3570:14, 17, 21, 24; 3571:1, 4, 16, 18, 21, 23; 3572:5, 9, 17, 20; 3573:1; 3601:13

**young** [2] - 3618:10; 3651:24

**yourself** [9] - 3533:24; 3614:24; 3620:23; 3624:15; 3627:22; 3686:9; 3694:14, 19; 3703:24

**yourselves** [4] - 3535:6; 3677:23; 3723:16

## Z

**zero** [1] - 3601:25

**zip** [5] - 3523:15; 3694:22; 3695:6, 24; 3712:22