August 31, 2016

03CR 1382-2

Nicholas G. Garaufis, U.S. Dist. Judge
United States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, New York 11201


Dear Honorable Judge Garaufis:

    Greetings to you on this fine day Your Honor. This letter is wrote and sent to you in faith and hope that you could understand me and my current situation better. It has been thirteen years ago since you last saw me in your Court where my sentence was ordered at twenty years imprisonment.

    Herein are the reasons why I am seeking Compassionate Release: (1) I have within a few months ago, on the 2nd day of July, turned the age of 80; (2) My son, Anthony Urso, passed away and not long after that my wife passed away as I presume she passed away with a broken heart; (3) I have currently served 70% of the imposed sentence, but still have three and a half years to go before release; (4) My other son, Stephen Urso, is willing to support and assist me financially and with transportation as I will be living with him in Long Island, New York where he lives by himself wherein the U.S. Parole Office has verified and checked out Stephen's address and has approved it; (5) My health is continuing to deteriorate as I need multiple surgeries on both shoulders to fully replace each rotator cuff with a new cuff as each are currently bone on bone plus my back needs surgery as I have two herniated disks which causes pain along with the sciatic nerve running from my back to my legs needs to be operated on as it currently gives me issues wherein I have fallen three times within the past couple of months; (6) Bureau of Prisons staff have assisted me in preparing all documentation needed and have signed the necessary documents sent to the U.S. Parole Office.

    Your Honor, I pray with faith and hope that you understand more in making your decision. I appreciate any decision you make and thank you for your time and consideration.

                                          Sincerely,

                                          *Anthony Urso* (signature)

                                          Anthony Urso
                                          Reg. No. 04109-748
                                          FCI Beaumont Low
                                          P.O. Box 26020   Unit SA
                                          Beaumont, Texas 77720-6020

Anthony Urso
Reg. No. 04109-748
FCI Beaumont Low
P.O. Box 26020   Unit SA
Beaumont, Texas 77720-6020



NORTH HOUSTON TX 773
07 SEP 2016 PM 7 L

Nicholas G. Garaufis, U.S Dist. Judge
United States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, New York 11201

11201-181829