D|F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  UNITED STATES OF AMERICA,

                                                                                                    **ORDER**

                -against-

                                                                                   **03-CR-1382-2 (NGG)**

  ANTHONY URSO,

                                      Defendant.
-----------------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

    The court is in receipt of Defendant's fully briefed motion for release to home confinement. (Mot. for Release (Dkt. 1189); Gov't Resp. (Dkt. 1199); Def. Reply (Dkt. 1202).)

    The Federal Defenders located in Brooklyn, New York are appointed to represent Defendant in this matter. Defense counsel is DIRECTED to inform the court, by no later than July 31, 2019, if they believe further briefing is necessary.

    The Clerk of Court is respectfully DIRECTED to send a copy of this order by certified mail, return receipt requested, to Defendant at his address of record.

    SO ORDERED.

Dated: Brooklyn, New York
       July 5, 2019

                                                                       s/Nicholas G. Garaufis
                                                                       NICHOLAS G. GARAUFIS
                                                                       United States District Judge

1