UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                        No. 03-CR-1382 (NGG)

ANTHONY URSO,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

       PLEASE TAKE NOTICE that Assistant United States Attorney Jonathan Siegel from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney Jonathan Siegel
       United States Attorney's Office (Criminal Division)
       271 Cadman Plaza East
       Brooklyn, New York 11201
       Tel:  (718) 254-6293
       Email: Jonathan.Siegel@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Jonathan Siegel at the email address set forth above.

Dated: Brooklyn, New York
May 5, 2020

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Jonathan Siegel
Jonathan Siegel
Assistant U.S. Attorney

cc: Clerk of the Court (NGG)
All counsel of record (by ECF)
Anthony Urso (via U.S. Mail)

## CERTIFICATE OF SERVICE

AUSA Jonathan Siegel, hereby declares and states as follows:

That on May 5, 2020, I caused to be served by the Office of the United States Attorney, Brooklyn, New York, the following:

- Notice of Attorney Appearance of Jonathan Siegel, dated May 5, 2020

by U.S. Mail to the person at the place and address as follows:

Anthony Urso
04109-748
Allenwood Low
Unit SA
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 1000
White Deer, PA 17887

The undersigned affirms under penalty of perjury that the foregoing is true and correct.

Dated:  Brooklyn, New York
        May 5, 2020

                                    /s/  Jonathan Siegel
                                    AUSA Jonathan Siegel